TRANSFER-IN of case to the Northern Mariana Islands
;  CENTRAL DISTRICT OF CALIFORNIA (99-CV-329)


1/13/99  1      COMPLAINT filed  Summons(es) issued referred  to Discovery
                Andrew J. Wistrich; jury demand (jp) [Entry date 01/14/99]


1/13/99  4      NOTICE by plaintiff of related case(s) CV 96-6959 RAP
                (BQRx) (rn) [Entry date 02/02/99]


1/15/99  2      COURT'S NOTICE TO COUNSEL (lc) [Entry date 01/21/99]


1/21/99  3      STIPULATION and ORDER  by Judge Christina A. Snyder that
                dft Gap Inc may have through 2/1/99 to fi/srv a cnter stmt
                setting forthe reasons theactn does not qualify for related
                case transfer (el) [Entry date 01/27/99]


2/1/99   5      NOTICE of interested ptys by defendant Gap Inc (el)
                [Entry date 02/04/99]


2/1/99   6      OPPOSITION  by defendant Tommy Hilfiger USA to plfs'
                request for related case transfer (el) [Entry date 02/04/99]


2/1/99   7      OPPOSITION by defendant Gap Inc to related case transfer (el)
                [Entry date 02/04/99]


2/1/99   8      OPPOSITION by defendant Warnaco Group Inc to ntc of related
                case [4-1] (el) [Entry date 02/04/99]


2/1/99   17     STIPULATION and ORDER ext JC Penney time to file opp to ntc
                of related case and req for transfer to 2/4/99 by Judge
                Christina A. Snyder (lc) [Entry date 02/10/99]


2/3/99   18     OPPOSITION  by defendant Sears Roebuck & Co to plf related
                case transfer [4-1] (lc) [Entry date 02/10/99]


2/3/99   19     NOTICE of interested ptys by defendant Sears Roebuck & Co
                (lc) [Entry date 02/10/99]


2/3/99   20     COUNTER STMT to ntc of related case by defendant Lane
                Bryant Inc, defendant Limited Inc [4-1] (lc)
                [Entry date 02/10/99]


2/3/99   21     NTC OF JOINDER n Warnaco Group opp to ntc of related case
                by defendant J Crew Group Inc [8-1] (lc)
                [Entry date 02/10/99]


2/3/99   22     NTC OF JOINDER in deft GAP opp to related case tranfer &
                ntc of related case by defendant Nordstrom Inc, defendant
                Cutter & Buck Inc [7-1] (lc) [Entry date 02/10/99]


2/3/99   23     STATEMENT of position re related case ntc by defendant
                Unocal Corporation (in case CV96-6959 RAP) [4-1] (lc)
                [Entry date 02/10/99]

```
2/4/99    9      Dft J.C. Penney Company, Inc's  LR 4.6 certification (el)
                 [Entry date 02/09/99]

2/4/99    10     OPPOSITION by defendant J C Penney Co Inc to rel case
                 transf [4-1] (el) [Entry date 02/09/99]

2/5/99    11     NOTICE OF MOTION AND MOTION by plaintiffs for leave to
                 proceed under fictitious names ; motion hearing set for
                 10:00 3/15/99   Lodged Prop ord (el) [Entry date 02/09/99]

2/5/99    12     MEMORANDUM of PA by plaintiffs in support of motion for
                 leave to proceed under fictitious names [11-1] (el)
                 [Entry date 02/09/99]

2/5/99    13     DECLARATION of Kevin P Roddy by plaintiff re motion for
                 leave to proceed under fictitious names [11-1]; Exhibits (el)
                 [Entry date 02/09/99]

2/5/99    14     DECLARATION of Carmencita Abad in suppt by plaintiffs re
                 motion for leave to proceed under fictitious names [11-1]
                 and in suppt of plf's mtn for a protective order (el)
                 [Entry date 02/09/99]

2/5/99    15     DECLARATION of Cy Fay in suppt by plaintiffs re motion for
                 leave to proceed under fictitious names [11-1] & in suppt
                 for plfs' mtn for a protective order (el)
                 [Entry date 02/09/99]

2/9/99    24     NOTICE OF WITHDRAWAL by plaintiffs withdrawing related case
                 notice [4-1] (el) [Entry date 02/11/99]

2/10/99   16     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related
                 Case) filed. [ Related Case no.: CV 96-6112 RAP (BQRx)]
                 Transfer of case declined for the reasons set forth on
                 order  by Judge Richard A. Paez .  (cc: all counsel) (rn)
                 [Entry date 02/10/99]

2/12/99   25     APPLICATION AND ORDER of Non-Resident Attorney to Appear in
                 a Specific Case  filed for dfts Nordstrom Inc, Cutter &
                 Buck Inc, Gymboree Corp by Rudy A Englund. Designating Fred
                 R Puglisi as local counsel.  Approved  by Judge Christina
                 A. Snyder . (Fee pd) (el) [Entry date 02/16/99]

2/12/99   26     APPLICATION AND ORDER of Non-Resident Attorney to Appear in
                 a Specific Case  filed for dfts Nordstrom Inc, Cutter &
                 Buck Inc, Gymboree Corp by Douglas E Smith. Designating
                 Fred R Puglisi as local counsel. Approved by Judge
                 Christina A. Snyder . (Fee pd) (el) [Entry date 02/16/99]

2/18/99   --     LODGED applphv. submitted by Nordstrom Inc, Cutter & Buck
                 Inc, Gymboree Corp  (FWD TO CRD) (el) [Entry date 02/19/99]

2/18/99   27     STIPULATION and ORDER  by Judge Christina A. Snyder to
                 allow all dfts suff ti to bring mtns , to allow all side to
                 to fully brief any such mtns & to provide the crt suff ti
                 to consider such mtns prior to conducting a hrg; tht each
```

dfts listed shl fi/srv its resp pldg on or bfr 3/15/99; ea
                          dft bringing a mtn shl hv up to 30 days after rcpt of pl's
                          opp to fi a reply; the hrg date shl be set for a date NET
                          6/7/99; the ddline for plfs to fi their class cert mtn shl
                          be ext up to/incl 6/30/99 (see doc for details) (el)
                          [Entry date 02/22/99]

2/19/99   28              APPLICATION AND ORDER of Non-Resident Attorney to Appear in
                          a Specific Case  filed for defendant Nordstrom Inc,
                          defendant Cutter & Buck Inc, defendant Gymboree Corp by D
                          Wayne Gittinger. Designating Fred Puglisi as local counsel.
                          Approved by Judge Christina A. Snyder . (Fee pd) (el)
                          [Entry date 02/23/99]

2/22/99   29              STIPULATION and ORDER  by Judge Christina A. Snyder that
                          dfts have until 3/5/99 to srv/fi responsive pldgs to plf's
                          cmplt. (el) [Entry date 02/26/99]

2/24/99   30              PROOF OF SERVICE  on 2/23/99  of ord re transfer pur to GO
                          224 srvd on (see svc list) (el) [Entry date 03/02/99]

2/26/99   31              STIPULATION and ORDER setting a schedule for filing of
                          numerous dfts responses to cmp & setting sched for briefing
                          & hrg such mots, by Judge Christina A. Snyder (tw)
                          [Entry date 03/03/99]

2/26/99   35              STIPULATION and ORDER  by Judge Christina A. Snyder cont
                          hearing on motion for leave to proceed under fictitious
                          names [11-1] 10:00 3/22/99; Retailer defts indv,
                          collectively or any combination shl hv to 3/8/99 to file &
                          srv opp to plf mot; rply be fld and srv on or bf 3/15/99 (lc)
                          [Entry date 03/04/99]

3/3/99    32              APPLICATION AND ORDER of Non-Resident Attorney to Appear in
                          a Specific Case  filed for defendant Concorde Garment Mfg,
                          defendant Global Mfg Inc by Stanley M Gorinson. Designating
                          Howard A Kroll as local counsel.  Approved  by Judge
                          Christina A. Snyder . (Fee pd) (el) [Entry date 03/04/99]

3/3/99    33              APPLICATION AND ORDER of Non-Resident Attorney to Appear in
                          a Specific Case  filed for defendant Concorde Garment Mfg,
                          defendant Global Mfg Inc by William H Davenport.
                          Designating Howard A Kroll as local counsel.  Approved  by
                          Judge Christina A. Snyder  (Fee pd) (el)
                          [Entry date 03/04/99]

3/3/99    34              APPLICATION AND ORDER of Non-Resident Attorney to Appear in
                          a Specific Case  filed for defendant Concorde Garment Mfg,
                          defendant Global Mfg Inc by John L Longstreth. Designating
                          Howard A Kroll as local counsel.  Approved  by Judge
                          Christina A. Snyder . (Fee pd) (el) [Entry date 03/04/99]

3/12/99   36              NOTICE of assoc of cnsl by defendant Gap Inc (lc)
                          [Entry date 03/18/99]

3/12/99   37              NOTICE OF ASSOCIATION of Counsel for defendant Gap Inc by

```
                    attorney Daralyn J Durie, John W Keker (lc)
                    [Entry date 03/18/99]

3/12/99   38        PROOF OF SERVICE by defendant Gap Inc  on 3/11/99  of atty
                    assoc docs by mail (lc) [Entry date 03/18/99]

3/29/99   39        NOTICE OF MOTION AND MOTION by defendants United Intl Corp,
                    Concorde Garment Mfg Corp, Global Mfg Inc, Diorva Saipan,
                    Ltd, Microensian Garment Mfg Inc, Mirage (Siagpan) Inc,
                    Marianas Garment Mfg Inc, Top Fashion Corp, American Pacific
                    Textile Inc, Hansae (Saipan) Inc & US-CNMI Dev Corp to
                    transfer venue ; motion hearing set for 10:00 6/7/99 (pj)
                    [Entry date 03/31/99] [Edit date 03/31/99]

3/29/99   40        DECLARATION  of GEORGE RODRIGUEZ IN SUPPT by defendant
                    United Intl Corp re motion to transfer venue [39-1] (pj)
                    [Entry date 03/31/99]

3/29/99   41        NOTICE OF MOTION AND MOTION by Dfts Gap Inc, Assoc Mdse
                    Corp, Cutter & Buck Inc, Dayton-Hudson Corp, Gymboree Corp,
                    J C Penney Co Inc, J Crew Group Inc, Jones Apparel Group,
                    Lane Bryant Inc, Limited Inc, May Dept Stores Co, Nordstrom
                    Inc, Oshkosh B'Gosh Inc, Sears Roebuck & Co, Tommy Hilfiger
                    USA, Wal-Mart Stores Inc, Warnaco Group Inc to transfer
                    case ; motion hearing set for 10:00 6/7/99 (pj)
                    [Entry date 03/31/99]

3/29/99   43        DECLARATION  of JAMES N PENROD IN SUPPT by Gap Inc, Assoc
                    Mdse Corp, Cutter & Buck Inc, Dayton-Hudson Corp, Gymboree
                    Corp, J C Penney Co Inc, J Crew Group Inc, Jones Apparel
                    Group, Lane Bryant Inc, Limited Inc, May Dept Stores Co,
                    Nordstrom Inc, Oshkosh B'Gosh Inc, Sears Roebuck & Co,
                    Tommy Hilfiger USA, Wal-Mart Stores Inc, Warnaco Group Inc
                    re motion to transfer case [41-1] (pj) [Entry date 03/31/99]

3/29/99   44        DECLARATION  of DARALYN J DURIE IN SUPPT by Gap Inc, Assoc
                    Mdse Corp, Cutter & Buck Inc, Dayton-Hudson Corp, Gymboree
                    Corp, J C Penney Co Inc, J Crew Group Inc, Jones Apparel
                    Group, Lane Bryant Inc, Limited Inc, May Dept Stores Co,
                    Nordstrom Inc, Oshkosh B'Gosh Inc, Sears Roebuck & Co,
                    Tommy Hilfiger USA, Wal-Mart Stores Inc, Warnaco Group Inc
                    re motion to transfer case [41-1] (pj) [Entry date 03/31/99]

3/29/99   45        DECLARATION  of DAVID YOUN IN SUPPT by defendant Gap Inc re
                    motion to transfer case [41-1] (pj) [Entry date 03/31/99]

3/29/99   46        DECLARATION  of ARSENIO SY IN SUPPT by defendant Gap Inc re
                    motion to transfer case [41-1] (pj) [Entry date 03/31/99]

3/29/99   47        DECLARATION  of BETRICE GAGLIARDO BRENANAN IN SUPPT by
                    defendant May Dept Stores Co  dfts motion to transfer case
                    [41-1] (pj) [Entry date 03/31/99]

3/29/99   48        DECLARATION  of OSHKOSH B'GOSH INC SUE BARNHILL IN SUPT  by
                    defendant Oshkosh B'Gosh Inc re motion to transfer case
                    [41-1] (pj) [Entry date 03/31/99]
```

3/29/99  49    DECLARATION  of TONI DEMBSKI-BRANDL IN SUPPT by defendant
               Dayton-Hudson Corp, defendant Assoc Mdse Corp re motion to
               transfer case [41-1] (pj) [Entry date 03/31/99]

3/29/99  50    DECLARATION  of ADAM M COLE IN SUPPT by defendant United
               Intl Corp re motion to transfer venue [39-1] (pj)
               [Entry date 03/31/99]

3/29/99  51    DECLARATION  of 1. CHRISTITO ALEPUYO,  2. JOAQUIN S TORRES,
               3. MARGARITA DLG. SANTOS, 4. BANG WON IL, 5. CARMEN C
               GASKINS, 6, KU FAN KIM, 7. WANG BIN, 8. WILLIAM FONG, 9,
               ELIZABETH TERLAJE IN SUPPT by defendant United Intl Corp re
               motion to transfer venue [39-1] (pj) [Entry date 03/31/99]

3/29/99  52    DECLARATION  of JANE O'DELL IN SUPPT by defendant Lane
               Bryant Inc, defendant Limited Inc re motion to transfer
               case [41-1] (pj) [Entry date 03/31/99]

3/29/99  53    DECLARATION  of LINDA A PREECE IN SUPPT by defendant
               Nordstrom Inc re motion to transfer case [41-1] (pj)
               [Entry date 03/31/99]

3/29/99  54    DECLARATION  of RICHARD HYDE IN SUPPT by defendant J C
               Penney Co Inc re motion to transfer case [41-1] (pj)
               [Entry date 03/31/99]

3/29/99  55    DECLARATION  of PATRICIA A NUGENT IN SUPPT by defendant
               Cutter & Buck Inc re motion to transfer venue [39-1] (pj)
               [Entry date 03/31/99]

3/29/99  56    ORIGINAL DECLARATION  of JOEL NEWMAN by defendant Tommy
               Hilfiger USA re motion to transfer case [41-1] (pj)
               [Entry date 03/31/99]

3/29/99  57    DECLARATION  of IRA M DANSKY ESQ IN SUPPT by defendant
               Jones Apparel Group re motion to transfer case [41-1] (pj)
               [Entry date 03/31/99]

3/29/99  58    MEMORANDUM OF P&A  IN SUPPORT by defendant Jones Apparel
               Group of motion to transfer case [41-1] (pj)
               [Entry date 03/31/99]

3/29/99  59    PROOF OF SERVICE by defendant Gap Inc  on 3/29/99  of ntc
               of mot to transfer of dfts; memo ofp&a in suppt; decls
               (see svc lst) (pj) [Entry date 03/31/99]

3/29/99  60    DECLARATION  of SCOTT ROSEN IN SUPPT by defendant J Crew
               Group Inc re motion to transfer case [41-1] (pj)
               [Entry date 03/31/99]

3/29/99  61    DECLARATION  of JOHN L BARBER IN COMPLIANCE WITH LOCAL RULE
               7.4.1 by defendant Diorva Saipan Ltd, defendant Micronesian
               Garment (pj) [Entry date 03/31/99]

3/29/99  62    PROOF OF SERVICE by defendant Diorva Saipan Ltd, defendant

Micronesian Garment  on 3/29/99  of ntc of mot & mot to transfer venue; decl of Adam M Cole in suppt, decl of John Barber, Decls in suppt by mail (SEE SVC LST) (pj) [Entry date 03/31/99]

3/29/99  63    DECLARATION  of JEFFREY J MACHO IN SUPPT by defendant Sears Roebuck & Co re motion to transfer case [41-1] (pj) [Entry date 03/31/99]

3/29/99  64    JOINDER by defendant Jones Apparel Group  joining in mot of dft Jones Apparel Group Inc to transfer (pj) [Entry date 03/31/99]

3/31/99  42    MEMORANDUM OF P&A  IN SUPPORT by Dfts Gap Inc, Assoc Mdse Corp, Cutter & Buck Inc, Dayton-Hudson Corp, Gymboree Corp, J C Penney Co Inc, J Crew Group Inc, Jones Apparel Group, Lane Bryant Limited Inc, May Dept Stores Co, Nordstrom Inc, Oshkosh B'Gosh Inc, Sears Roebuck & Co, Tommy Hilfiger USA, Stores Inc, Warnaco Group Inc  of motion to transfer case [41-1] (pj) [Entry date 03/31/99]

3/31/99  65    AMENDED NOTICE OF MOTION AND MOTION by Gap Inc, Assoc Mdse Corp, Cutter & Buck Inc, Dayton-Hudson Corp, Gymboree Corp, J C Penney Co Inc, J Crew Group Inc, Lane Bryant Inc, Limited Inc, May Dept Stores Co, Nordstrom Inc, Oshkosh B'Gosh Inc, Sears Roebuck & Co, Tommy Hilfiger USA, Wal-Mart Stores Warnaco Group Inc to transfer case ; motion hearing set for 10:00 6/14/99 (lc) [Entry date 04/01/99]

3/31/99  66    AMENDED MEMORANDUM IN SUPPORT by defendant of motion to transfer case [65-1] (lc) [Entry date 04/01/99]

3/31/99  67    PROOF OF SERVICE by defendant  on 3/31/99  of amd ntc & mot to transfer   by mail (lc) [Entry date 04/01/99]

4/2/99   68    NOTICE OF MOTION AND MOTION by defendant United Intl Corp to transfer  venue ; motion hearing set for 10:00 6/7/99 (lc) [Entry date 04/05/99]

4/2/99   69    PROOF OF SERVICE by defendant United Intl Corp  on 4/1/99 of mot to transfer venue by mail (lc) [Entry date 04/05/99]

4/5/99   70    MINUTES: In chambers: resetting hearing on motion to transfer venue [68-1] 10:00 6/14/99; movant pty directed to gv ntc of chg of hrg date by Judge Christina A. Snyder CR: none (lc) [Entry date 04/06/99]

4/6/99   71    STIPULATION and ORDER  Retailer/Customer defts memo in suppt ofjt rule 12 mot not excd 60 pgs not including table of cont/auth; plf memo in opp to jt rule 12 mot not excd 60 pgs; Retailer/Customer defts reply memo not excd 30 pgs not including table of cont/auth; Retailer/customer joinders limit memo to 5 pgs not including any table of cont/auth by Judge Christina A. Snyder (lc) [Entry date 04/08/99]

4/9/99　73　NOTICE by American Pac Textile, Hansae (Saipan) Inc, Mirage (Saipan) Inc, Top Fashion Corp of Court's resetting hearing on all mots fr chg of venue fld by various defts [68-1] [65-1] [41-1] [39-1] 10:00 6/14/99 (lc) [Entry date 04/14/99]

4/9/99　77　NOTICE OF MOTION AND MOTION by Assoc Mdse Corp, Cutter & Buck Inc, Dayton-Hudson Corp, Gymboree Corp, J C Penney Co Inc, Jones Apparel Group, Lane Bryant Inc, Limited Inc, May Dept Stores Co, Nordstrom Inc, Oshkosh B'Gosh Inc, Sears Roebuck & Co, Tommy Hilfiger USA, Wal-Mart Stores Inc to dismiss (no hrg purs to crt ord und ruling on mot to transfer) (lc) [Entry date 04/15/99]

4/9/99　78　MEMORANDUM IN SUPPORT by defendant of motion to dismiss [77-1] (lc) [Entry date 04/15/99]

4/9/99　79　REQUEST by defendant for judicial notice re motion to dismiss [77-1] (lc) [Entry date 04/15/99]

4/9/99　80　APPENDIX filed by defendant re [77-1] (lc) [Entry date 04/15/99]

4/12/99　72　RETURN OF SUMMONS and proof of service executed upon defendant Associated Merchandsing Corp by srv Valerie Alerra, gen cnsl auth to accpet personally on 1/22/99 (lc) [Entry date 04/13/99]

4/12/99　72　Proof of service of s/c executed upon defendant Cutter & Buck Inc by srv Martin Marks, Pres, auth to accept, personally on 1/25/99 (lc) [Entry date 04/13/99]

4/12/99　72　Proof of service of s/c executed upon defendant Dayton-Hudson Corp by srv Robert L Nys Esq, managing agetn personally on 1/22/99 (lc) [Entry date 04/13/99]

4/12/99　72　Proof of service of s/c executed upon defendant Gymboree Corp by srv Joan Hill, auth agent, personally on 1/21/99 (lc) [Entry date 04/13/99]

4/12/99　72　Proof of service of s/c executed upon defendant J C Penney Co Inc by srv Angie Jenson, R/A personally on 1/25/99 (lc) [Entry date 04/13/99]

4/12/99　72　Proof of service of s/c executed upon defendant J C Penney Co Inc by srv Barbara K Eisenberg, VP, auth to accept, personally on 1/22/99 (lc) [Entry date 04/13/99]

4/12/99　72　Proof of service of s/c executed upon defendant Jones Apparel Group Inc by srv by an agent, female who" refused to give her name", personally on 1/22/99; & by mail 1/25/99 (lc) [Entry date 04/13/99] [Edit date 04/13/99]

4/12/99　72　Proof of service of s/c executed upon defendant Lane Bryant Inc by srv Lisa Milhoan, auth agent personally on 1/27/99 (lc) [Entry date 04/13/99]

4/12/99   72      Proof of service of s/c executed upon defendant Limited Inc
                  by srv Dionne Strange, auth agent, personally on 1/22/99
                  (lc) [Entry date 04/13/99]

4/12/99   72      Proof of service of s/c executed upon defendant May Dept
                  Stores Company by srv Mark Geers, atty, auth to accept,
                  personally  on 1/22/99 (lc) [Entry date 04/13/99]

4/12/99   72      Proof of service of s/c executed upon defendant Nordstrom
                  Incby srv John goesling, VP, auth to accept, personally on
                  1/25/99 (lc) [Entry date 04/13/99]

4/12/99   72      Proof of service of s/c executed upon defendant Oshkosh
                  B'Gosh Inc by srv Michele Parker, Admin asst to COO
                  personally  on 1/22/99 (lc) [Entry date 04/13/99]

4/12/99   72      Proof of service of s/c executed upon defendant Tommy
                  Hilfiger USA by srv Rebecca Zapata, secy, auth to accept,
                  personally  on 1/22/99 (lc) [Entry date 04/13/99]

4/12/99   72      Proof of service of s/c executed upon defendant Wal-Mart
                  Stores Inc by srv Sallie Stroud, legal asst, personally on
                  1/25/99 (lc) [Entry date 04/13/99]

4/12/99   72      Proof of service of s/c executed upon defendant Warnaco
                  Group Inc by srv Michael F Colosi, assoc gen cnsl, auth
                  agent, personally  on 1/25/99 (lc) [Entry date 04/13/99]

4/12/99   72      Proof of service of s/c (ALL PROOFS LACK TITLE, CAPACITY TO
                  ACCEPT SRV OF PROCESS AND TYPE OF PROCESS USED IN SERVICE):
                  executed upon defendant American Pacific Textile Inc by srv
                  Carmen C Gaskins on 1/29/99; defendant Diorva Saipan by srv
                  Kathy J Castro for David A wiseman Esq on 1/29/99 ;
                  defendant Global Mfg Inc, by srv Steve Pixley Esq on 2/1/99;
                  defendant Hansae (Saipan) Inc, by srv Carmen C Gaskins on
                  1/29/99; defendant Marianas Garment Manufacturing Inc by
                  srv Ms Mel for Robert O'Connor Esq on 1/29/99; defendant
                  Micronesian Garment by srv Kathy J Castro for David A
                  Wiseman Esq 1/29/99; defendant Mirage (Saipan) Inc, by srv
                  Ms Mel fr Robert O'Connor Esq 2/1/99; defendant Top Fashion
                  Corp by srv Ms Mel for Robert O'Connor Esq; defendant
                  United International Corp by srv Richard Pierce Esq 1/29/99;
                  defendant US CNMI Dev Corp by srv Eric S Smith Esq on
                  1/29/99 (lc) [Entry date 04/13/99]

4/12/99   72      Proof of service of s/c executed upon defendant Concorde
                  Garment Manufacturing Corp by srv Willie Tan on 1/29/99 (lc)
                  [Entry date 04/13/99]

4/12/99   72      Proof of service of s/c executed upon defendant American
                  Pacific  Textile Incorporated by srv Ms Carmen c Gaskins,
                  reg agent for srv of process, personally on 1/29/99 (lc)
                  [Entry date 04/13/99]

4/12/99   72      Proof of service of s/c executed upon defendant Concorde

Garment Manufacturing Corporation on Willie Tan, pres,
personally on 1/29/99 (lc) [Entry date 04/13/99]

4/12/99  72  Proof of service of s/c executed upon defendant Diorva
Saipan Ltd by srv Kathy J Castro for David a wiseman Law
Office, personally on 1/29/99 (lc) [Entry date 04/13/99]

4/12/99  72  Proof of service of s/c executed upon defendant Global
Manufacturing Inc by srv Steve Pixley, atty, auth to
accept, personally on 2/1/99 (lc) [Entry date 04/13/99]

4/12/99  72  WAIVER OF SERVICE of SUMMONS by defendant Global Mfg Inc
sent by plf on 2/22/99 ack by Steven P Pixley Esq (lc)
[Entry date 04/13/99]

4/12/99  72  Proof of service of s/c executed upon defendant Hansae
(Saipan) Inc by srv Carmen c Gaskins, reg agetn for srv of
process, personally  on 1/29/99 (lc) [Entry date 04/13/99]

4/12/99  72  RETURN OF SUMMONS and proof of service executed upon
defendant Marianas Garment Manufacturing Incorporated by
srv Lumilia Rosario, for Robert O'Connor, atty auth to
accept, personally on 1/29/99 (lc) [Entry date 04/13/99]

4/12/99  72  Proof of service of s/c executed upon defendant Micronesian
Garment Manufacturing Incorporated by srv Kathy J Castro,
for David a wiseman, atty, auth to accept, personally  on
1/29/99 (lc) [Entry date 04/13/99]

4/12/99  72  Proof of service of s/c executed upon defendant Mirage
(Saipan) Inc by srv Lumilila Rosario, for Robert O'Connor,
atty auth to accept, personally  on 1/29/99 (lc)
[Entry date 04/13/99]

4/12/99  72  WAIVER OF SERVICE of SUMMONS by defendant Mirage (Saipan)
Inc sent by plf on 2/22/99 by Robert J O'Connor Esq on
2/24/99 (lc) [Entry date 04/13/99]

4/12/99  72  Proof of service of s/c executed upon defendant Top Fashion
Corporation by srv Lumilila Rosario, for Robert O'Connor,
auth to accept, personally on 1/29/99 (lc)
[Entry date 04/13/99]

4/12/99  72  Proof of service of s/c executed upon defendant United
International Corporation bysrv Richard Pierce, atty, auth
to accept pesonally on 1/29/99 (lc) [Entry date 04/13/99]

4/12/99  72  WAIVER OF SERVICE of SUMMONS by defendant United Intl Corp
sent by plf on 2/12/99 ack by Richard W Pierce, Esq (lc)
[Entry date 04/13/99]

4/12/99  72  Proof of service of s/c executed upon defendant US CNMI
Development Corporation by srv Eric S smith Atty, auth to
accept, personally on 1/29/99 (Signature line is blank,
process srv did not sign proof) (lc) [Entry date 04/13/99]

4/12/99  74    Ntc of lodgement of orig decls of christito Alepuyo, Ku Fan
               Kim, margarita DLG. Santos, Bang Won Il, Carmen C Gaskins,
               Wang Bin, William Fong, Joaquin S Torres, Elizabeth Terlaje
               by defendant Diorva Saipan Ltd, defendant Micronesian
               Garment to motion to transfer venue [39-1] (lc)
               [Entry date 04/14/99]

4/12/99  75    NTC & JOINDER by defendant J Crew Group Inc  joining
               customer defts mot to dism (lc) [Entry date 04/14/99]

4/12/99  76    NTC & JOINDER by defendant Warnaco Group Inc  joining
               customer defts mot to dism (lc) [Entry date 04/14/99]

4/13/99  81    NOTICE OF ERRATA by customer defendants correcting memo in
               suppt of motion to dism [78-1] (lc) [Entry date 04/15/99]

4/14/99  83    AMENDED PROOF OF SERVICE by defendant Assoc Mdse Corp  on
               4/13/99 of Mtn by dfts to dism srvd on Alan M Mansfield Esq
               & Kevin P Roddy by overnight express (el)
               [Entry date 04/21/99]

4/16/99  82    APPLICATION AND ORDER of Non-Resident Attorney to Appear in
               a Specific Case  filed for defendant Diorva Saipan Ltd,
               defendant Micronesian Garment by David A Wiseman.
               Designating John L Barber as local counsel.  Approved  by
               Judge Christina A. Snyder .  (Fee pd) (el)
               [Entry date 04/19/99]

4/20/99  84    PROOF OF SERVICE by defendants on 4/20/99 of appl PHV (see
               doc for specifics) (el) [Entry date 04/23/99]

5/20/99  85    STIPULATION and ORDER by Judge Christina A. Snyder that
               retailer dfts shl ans plfs interrogs on 5/21/99; on 5/24/99,
               cnsl for plfs shl advs James N Penrod, cnsl for The Gap Inc
               re plfs' responses/ans; plfs' opp to dfts' venue transf shl
               be fld on 6/4/99; dfts' reply br shl be fld on 6/14/99;
               resetting hearing on motion to transfer venue [68-1] 10:00
               7/12/99 (el) [Entry date 05/21/99] [Edit date 05/25/99]

5/24/99  --    LODGED Appl PHV submitted by Elizabeth Smith for defendant
               Limited Inc, defendant Lane Bryant Inc  (FWD TO CRD) (el)
               [Entry date 05/25/99]

5/24/99  87    STIPULATION and ORDER by Judge Christina A. Snyder re
               continued hearing on motion to transfer venue [68-1] 10:00
               7/12/99,  hearing on motion to transfer case [65-1] 10:00
               7/12/99,  hearing on motion to transfer case [41-1] 10:00
               7/12/99,  hearing on motion to transfer venue [39-1] 10:00
               7/12/99 (see doc for details) (el) [Entry date 05/27/99]

5/25/99  86    APPLICATION AND ORDER of Non-Resident Attorney to Appear in
               a Specific Case  filed for defendant Limited Inc, defendant
               Lane Bryant Inc by Elizabeth NMI Smith. Designating J David
               Oswlalt as local counsel. Approved by Judge Christina A.
               Snyder . (Fee pd) (el) [Entry date 05/26/99]

```
5/28/99  88      APPLICATION AND ORDER of Non-Resident Attorney to Appear in
                 a Specific Case  filed for plaintiff Doe I, plaintiff Doe
                 II, plaintiff Doe III, plaintiff Doe IV, plaintiff Doe V,
                 plaintiff Doe VI, plaintiff Doe VII, plaintiff Doe VIII,
                 plaintiff Doe IX, plaintiff Doe X by Michael J Canter.
                 Designating J David Oswalt as local counsel.  Approved  by
                 Judge Christina A. Snyder .  (Fee pd) (bg)
                 [Entry date 06/01/99]


6/4/99   89      MEMORANDUM of PA by plaintiffs in opposition to motion to
                 transfer venue [68-1] (el) [Entry date 06/08/99]


6/4/99   90      APPENDIX of cases in suppt of opp by plaintiffs to motion
                 to transfer venue [68-1], [65-1], [41-1], [39-1] (el)
                 [Entry date 06/08/99]


6/4/99   91      DECLARATION of Timothy H Skinner in suppt of by plaintiffs
                 re motion to transfer venue [68-1], motion to transfer
                 [65-1], motion to transfer case [41-1], motion to transfer
                 venue [39-1] VOLUME 2 OF 2 (el) [Entry date 06/08/99]
                 [Edit date 06/08/99]


6/4/99   92      DECLARATION of Timothy H Skinner in suppt of by plaintiff
                 re motion to transfer venue [68-1], motion to transfer
                 [65-1], motion to transfer case [41-1], motion to transfer
                 venue [39-1] VOLUME 1 of 2 (el) [Entry date 06/08/99]


6/4/99   93      DECLARATION of Kevin P Roddy in suppt of opp by plaintiffs
                 re motion to transfer venue [68-1], motion to transfer
                 [65-1], motion to transfer case [41-1], motion to transfer
                 venue [39-1]  with EXHIBITS (el) [Entry date 06/08/99]


6/4/99   94      DECLARATION of Marc Van Der Hout in suppt of opp by
                 plaintiffs re motion to transfer venue [68-1], motion to
                 transfer [65-1], motion to transfer case [41-1], motion to
                 transfer venue [39-1] (el) [Entry date 06/08/99]


6/4/99   96      ATTORNEY SUBSTITUTION: terminating attorney Casey for
                 Oshkosh B'Gosh Inc by defendant Oshkosh B'Gosh Inc and
                 substituting attorney Stephen H Dye by Judge Christina A.
                 Snyder (el) [Entry date 06/16/99]


6/8/99   95       ERRATA by plaintiffs Memo of P/A in opp to dfts motion to
                 transfer venue [68-1] (yc) [Entry date 06/09/99]


6/14/99  97      NOTICE OF MOTION AND MOTION by defendant Gap Inc to strike
                 decl of Marc Van Der Hout in opp to mtn to transf ; motion
                 hearing set for 10:00 6/21/99 (el) [Entry date 06/17/99]


6/14/99  98      REPLY in suppt by customer defendant to motion to transfer
                 case [65-1] (el) [Entry date 06/17/99]


6/14/99  99      REPLY DECLARATION of David Kussin in suppt by defendant re
                 motion to transfer case [65-1] (el) [Entry date 06/17/99]


6/14/99  100     REPLY BRIEF by defendant Jones Apparel Group in suppt to
```

motion to transfer venue [68-1]; Decl of Deven R Desai (el) [Entry date 06/17/99]

6/14/99 101   REPLY by defendant United Intl Corp to opp to motion to transfer venue [68-1] (el) [Entry date 06/17/99]

6/14/99 102   DECLARATION of Olin M Lewin in suppt by defendant United Intl Corp re reply to plf's opp to motion to transfer venue [68-1] (el) [Entry date 06/17/99]

6/14/99 103   Appendix of certain cited auth in suppt by defendant United Intl Corp to reply toplfs' opp to motion to transfer venue [68-1] (el) [Entry date 06/17/99]

6/14/99 108   JOINDER by defendant Sears Roebuck & Co, rply brief in supt of motions to transfer venue [68-1], [65-1], [41-1], [39-1] (yc) [Entry date 06/21/99]

6/15/99 107   PROOF OF SERVICE by defendant Gap Inc on 6/14/99 of mot to transfer, & mot to strike. (yc) [Entry date 06/21/99]

6/16/99 104   MINUTES: resetting hearing on motion to strike decl of Marc Van Der Hout in opp to mtn to transf [97-1] 10:00 7/12/99; attys for dft The Gap Inc shl give ntc to all interested ptys by Judge Christina A. Snyder  CR: Not reported (el) [Entry date 06/17/99]

6/18/99 105   DECLARATION of Patrick W Daniels by plaintiffs, in suppt of plfs opp to dfts motion to dismiss [77-1] (yc) [Entry date 06/21/99]

6/18/99 106   MEMO OF P/A IN OPPOSITION by plaintiffs to dfts motion to dismiss [77-1] (yc) [Entry date 06/21/99]

6/28/99 109   OPPOSITION by plaintiffs to motion to strike decl of Marc Van Der Hout in opp to mtn to transf [97-1] (el) [Entry date 06/29/99]

6/30/99 110   STIPULATION and ORDER  by Judge A. H. Matz that the Retailer/Customer dfts' Rule 12 reply brief shl be fld/srvd by overnight del NLT 7/16/99 and the hrg on the Retailer/Customer dfts' Rule 12 mtn shl be set by the crt at a ti/date convenient tothe Crt, but in any event, for a date NET 2 weeks after the ruling on the mtn to transf venue (el) [Entry date 07/06/99]

7/6/99 111   NOTICE OF CHANGE Of Address filed by atty Antonio R Sarabia II for defendant Gymboree Corp (el) [Entry date 07/07/99]

7/6/99 112   ATTORNEY SUBSTITUTION: terminating attorney Howard A Kroll for Global Mfg Inc, attorney Stanley M Gorinson for Global Mfg Inc, attorney Howard A Kroll for Concorde Garment Mfg, attorney Stanley M Gorinson for Concorde Garment Mfg  by defendant Global Mfg Inc, defendant Concorde Garment Mfg and substituting attorney Edward Patrick Swan Jr  by Judge Christina A. Snyder (el) [Entry date 07/08/99]

7/8/99    113    APPLICATION AND ORDER of Non-Resident Attorney to Appear in
                 a Specific Case  filed for defendant Jones Apparel Group by
                 Douglas D Broadwater. Designating Dominic Surprenant as
                 local counsel. Approved by Judge Christina A. Snyder .
                 (Fee pd) (el) [Entry date 07/09/99]

7/9/99    114    MINUTES: In chambers: a telephonic stat conf hld; plf cnsl
                 stated they were close to negotiating settlmts w/cert pty
                 defts who wish to remain confidential at this time; plf
                 oral req to cont hrg on mot for chg of venue opposed by
                 certain pty defts; Crt ORD cont hearing on motion to
                 transfer venue [68-1] 10:00 8/9/99 by Judge Christina A.
                 Snyder CR: Walter Ledge (lc) [Entry date 07/12/99]

7/16/99   115    REPLY by defendant Gap Inc in suppt to motion to dismiss
                 [77-1] (el) [Entry date 07/19/99]

7/16/99   143    REPLY by defendant Warnaco Group Inc to plf's opp to motion
                 to dismiss [77-1] (el) [Entry date 10/12/99]

7/19/99   116    PROOF OF SERVICE by defendant Gap Inc on 7/16/99 of Amended
                 prf of svc re Customer Dfts; reply in suppt of mtn to dism,
                 srvd on (see svc list) by mail (el) [Entry date 07/20/99]

8/3/99    --     LODGED applphv submitted by Robert K O'Connor for dfts
                 American Pac Textile, Hansae (Saipan) Inc, Marianas Garment
                 Mfg, Mirage (Saipan) Inc, Fashion Corp (FWD TO CRD) (fee
                 pd) (el) [Entry date 08/05/99]

8/4/99    117    APPLICATION AND ORDER of Non-Resident Attorney to Appear in
                 a Specific Case  filed for defendant American Pac Textile,
                 defendant Hansae (Saipan) Inc, defendant Marianas Garment
                 Mfg, defendant Mirage (Saipan) Inc, defendant Top Fashion
                 Corp by Robert J O'Connor Jr. Designating himself as local
                 counsel. Approved by Judge Christina A. Snyder . (Fee pd)
                 (el) [Entry date 08/06/99]

8/5/99    118    REQUEST by plaintiffs for judicial notice in suppt of plfs'
                 oppo re motion to dfts' transfer  venue [68-1] (el)
                 [Entry date 08/06/99]

8/5/99    119    OPPOSITION by defendant Gap Inc to plfs' req for judicial
                 ntc re transfer case [118-1] (el) [Entry date 08/06/99]

8/6/99    120    JOINDER by defendant J C Penney Co Inc joining motion
                 opposition by Gap Inc to req for judic ntc [119-1] (el)
                 [Entry date 08/09/99]

8/10/99   121    RECEIPT OF TRANSCRIPT of proceedings for the following
                 date(s): 8/9/99   CR: Carmelita E. Lee (dl)
                 [Entry date 08/12/99]

8/10/99   --     TRANSCRIPT filed  for proceedings held on 8/9/99 (dl)
                 [Entry date 08/12/99]

8/11/99   --    LODGED Appl PHV by Steven P Pixley submitted by Global Mfg
                Inc  (FWD TO CRD) (el) [Entry date 08/12/99]

8/12/99  122    APPLICATION AND ORDER of Non-Resident Attorney to Appear in
                a Specific Case  filed for defendant Concorde Garment Mfg,
                defendant Global Mfg Inc by Steven P Pixley. Designating
                Edward Patrick Swan Jr as local counsel. Approved by Judge
                Christina A. Snyder . (Fee pd) (el) [Entry date 08/13/99]

8/16/99  123    SUPPL BRIEF by plaintiffs in opp to motion to transfer
                venue [68-1], motion to transfer case [65-1], motion to
                transfer case [41-1], motion to transfer venue [39-1] (jag)
                [Entry date 08/17/99]

8/16/99  124    SUPPL BRIEF by defendant Gap Inc, defendant United Intl
                Corp in suppt of motion to transfer  venue [68-1], motion
                to transfer case [65-1], motion to transfer case [41-1],
                motion to transfer venue [39-1] (jag) [Entry date 08/17/99]

8/16/99  125    DECLARATION  of HILARY E WARE by defendant Gap Inc,
                defendant United Intl Corp in suppt of suppl br in suppt of
                motion to transfer venue [68-1], motion to transfer case
                [65-1], motion to transfer case [41-1], motion to transfer
                venue [39-1] (jag) [Entry date 08/17/99]

8/16/99  126    PROOF OF SERVICE by defendant Gap Inc, defendant United
                Intl Corp of suppl br in suppt of mot to transfer; served
                upon attached svc list on 8/16/99 by mail & personal svc
                (jag) [Entry date 08/17/99]

8/17/99  127    PROOF OF SERVICE by defendant Gap Inc, defendant United
                Intl Corp of suppl br in suppt of mot to transfer venue,
                decl of Hilary E Ware in suppt; served upon attached svc
                list on 8/16/99 by mail (jag) [Entry date 08/20/99]

8/23/99  128    RECEIPT OF TRANSCRIPT of proceedings for the following
                date(s): 7/9/99   CR: Walter Ledge (dl)
                [Entry date 08/24/99]

8/23/99   --    TRANSCRIPT filed  for proceedings held on 7/9/99 (dl)
                [Entry date 08/24/99]

9/10/99  129    NOTICE OF MOTION AND MOTION by dfts Limited Inc, Lane
                Bryant Inc to stay pending decisions on mtns to tranf/dism
                 & the ent of a case mgt order; motion hearing set for
                10:00 10/4/99 Lodged Prop ord. (el) [Entry date 09/13/99]

9/10/99  130    MEMORANDUM of P/A by dfts Limited Inc, Lane Bryant Inc  in
                support of motion to stay pending decisions on mtns to
                tranf/dism [129-1] (el) [Entry date 09/13/99]

9/10/99  131    PROOF OF SERVICE by Limited Inc, Lane Bryant Inc on 9/10/99
                of Mtn by cust dfts for a stay pending decisions on dfts'
                mtns to transf/dism & entr of a case mgnt order; supptg
                docs (el) [Entry date 09/13/99]

9/13/99   132     JOINDER by defendant United Intl Corp  joining motion to
                  stay pending decisions on mtns to tranf/dism [129-1] and
                  the entry of a case management order (el)
                  [Entry date 09/14/99]

9/15/99   133     PROOF OF SERVICE by defendant United Intl Corp on 9/13/99
                  of Joinder in mtn by Customer dfts to stay actn pending
                  decisions of dfts' mtn to transf/dismservd on (sesvc list)
                  by mail (el) [Entry date 09/20/99]

9/17/99   134     NOTICE of recent development bearing on dfts' mtn to
                  transfer venue pur to 28 U.S.C. sec 1404(a) by plaintiffs
                  (el) [Entry date 09/20/99] [Edit date 09/20/99]

9/20/99   135     OPPOSITION by plaintiffs to motion to stay pending
                  decisions on mtns to tranf/dism [129-1] (el)
                  [Entry date 09/21/99]

9/24/99   136     STIPULATION and ORDER  by Judge Christina A. Snyder that
                  the Retailer/customer dfts' & manufacturere dfts' ti to req
                  a meet-and-confer conf on all pending discov is ext to/incl
                  10/6/99; plfs' tito ans to a req for a meet-and-confer conf
                  is ext to/incl 10/6/99; the dates of any depos will be
                  reschedules by the ptys after 10/6/99 (el)
                  [Entry date 09/27/99]

9/27/99   137     REPLY by defendant Limited Inc, defendant Lane Bryant Inc
                  to oppo to motion to stay pending decisions on mtns to
                  tranf/dism [129-1] (el) [Entry date 09/29/99]

9/27/99   138     DECLARATION of James N Penrod in suppt by defendant Limited
                  Inc, defendant Lane Bryant Inc re reply to plfs' oppo to
                  motion to stay pending decisions on mtns to tranf/dism
                  [129-1] (el) [Entry date 09/29/99]

9/27/99   139     PROOF OF SERVICE by defendant Limited Inc, defendant Lane
                  Bryant Inc on 9/27/99 of Reply to plf's oppo to mtn for a
                  stay pending decisions of dfts' mtns to trnsf/dism and rel
                  docs srvd on (see svc list) by mail & by personal svc (el)
                  [Entry date 09/29/99]

9/27/99   140     JOINDER by defendant United Intl Corp  joining motion reply
                  [137-1] by customer dfts (el) [Entry date 09/29/99]

9/28/99   141     PROOF OF SERVICE by defendant United Intl Corp on 9/27/99
                  of Joinder in reply of customer dfts to plfs' oppo to stay
                  actn srvd on (see svc list) bymail (el)
                  [Entry date 09/29/99]

9/29/99   142     MINUTES: In chambers: ORDER that the motion of Marc Van Der
                  Hout in opp to mtn to transf [97-1] is DENIED; the motion
                  to transfer venue [68-1] is GRANTED, but determines that
                  for the reasons set forth (see doc for details), transfer
                  shd be to the District of Hawaii, not to the USDC for the
                  Northern Mariana Is; and STAYS these prcdgs for a period of
                  45 days after this order has been fld, without prej. to

```
                    dfts seeking a further stay frm the transferee court, at
                    the conclusion of said 45 day period. Case transferred to
                    Dist of: Hawaii by Judge Christina A. Snyder CR: None
                    Present (ENT 10/1/99) mld cpys (scanned) (el)
                    [Entry date 10/01/99]


10/12/99 --        TRANSMITTAL of documents: Mailed all original documents in
                    case file, except original transfer order which is retained
                    and a certified copy of the civil docket sheet to the USDC,
                    Hawaii (Honolulu) cc ptys (scanned) (el)
                    [Entry date 10/12/99]


10/14/99 144       NOTICE OF CHANGE Of Address filed by atty Claudia Maria
                    Palencia for defendant Top Fashion Corp, Robert K Wrede for
                    defendant Top Fashion Corp (el) [Entry date 10/15/99]


;   DISTRICT OF HAWAII (99-00717DAE-LEK)

10/15/99 143       TRANSFER-IN of civil case from USDC, Central District of
                    California case no 99-329 (ac) [Entry date 10/19/99]


10/15/99 144       ORDER by Judge David A. Ezra rule 16 conference set for
                    9:00 1/24/00 before Mag Judge Barry M. Kurren (ac)
                    [Entry date 10/20/99]


10/15/99 --        Docket Modification (Utility Event) adding attorney
                    William S. Lerach, Kevin P. Roddy, Fred H. Altshuler,
                    Stanley S. Mallison, counsel for plaintiff Doe I (ac)
                    [Entry date 10/28/99]


10/15/99 --        Docket Modification (Utility Event) adding attorney
                    William S. Lerach, Kevin P. Roddy, adding attorney Fred
                    H. Altshuler, Stanley S. Mallison (ac) [Entry date 11/02/99]


10/15/99 --        Docket Modification (Utility Event) adding attorney
                    William S. Lerach, Alan M. Mansfield, James A. Caputo,
                    Patrick W. Daniels, Kevin P. Roddy, Fred H. Altshuler,
                    Michael Rubin, Stanley S. Mallison (ac)
                    [Entry date 11/19/99]


10/15/99 --        Docket Modification (Utility Event) adding attorney J.
                    David Oswalt, adding attorney Michael J. Canter (ac)
                    [Entry date 12/08/99]


10/19/99 145       ORDER of recusal - by Judge Helen Gillmor Case reassigned
                    to Judge David A. Ezra (cc:  all counsel; crds) (eps)
                    [Entry date 10/20/99] [Edit date 10/20/99]


10/21/99 146       ORDER of Recusal - by Mag Judge Barry M. Kurren - case
                    re-assigned to Mag Judge Leslie E. Kobayashi (cc: all
                    counsel) (ac) [Entry date 10/22/99]


10/27/99 147       APPEARANCE of counsel for defendant The Gap, Inc. - by and
                    for Paul Alston, Louise K.Y. Ing and Alston Hunt Floyd &
                    Ing, Attorneys at Law enter appearance as counsel of record
                    (ac) [Entry date 10/27/99]
```

10/27/99 148    Notice of APPEARANCE as counsel for defendant Limited,
                Inc., defendant Lane Bryant, Inc. - by Phillip A. Li (tbf)
                [Entry date 10/28/99]

10/29/99 149    EO : rule 16 conference set for 9:00 1/24/00  before Mag
                Judge Leslie E. Kobayashi        ( Ct Rptr : )
                JUDGE  Mag Judge Leslie E. Kobayashi (byy)
                [Entry date 11/01/99]

11/3/99  150    ATTORNEY APPEARANCE for defendant Concorde Garment Man,
                defendant Global Manufacturing  by Carolyn E. Hayashi;
                certificate of service (wn) [Entry date 11/04/99]

11/15/99 151    APPLICATION for admission pro hac vice of Steven P. Pixley;
                consent of co-counsel; Order - by Mag Judge Leslie E.
                Kobayashi - by defendant Concorde Garment Man, defendant
                Global Manufacturing for attorney Steven P. Pixley to
                appear pro hac vice; certificate of service (byy)
                [Entry date 11/17/99] [Edit date 11/23/99]

11/15/99 152    APPLICATION for admission pro hac vice of Edward Patrick
                Swan, Jr.; Order - by Mag Judge Leslie E. Kobayashi - by
                defendant Concorde Garment Man, defendant Global
                Manufacturing for attorney Edward Patrick Swan, Jr. to
                appear pro hac vice; certificate of service (byy)
                [Entry date 11/17/99] [Edit date 11/23/99]

11/18/99 153    EX PARTE APPLICATION by defendant Gap, Inc. for attorney
                Daralyn J. Durie, John W. Keker to appear pro hac vice;
                declaration of Daralyn J. Durie; declaration of John W.
                Keker; declaration of Louise K.Y. Ing; ORDER by Mag Judge
                Leslie E. Kobayashi granting application (wn)
                [Entry date 11/24/99]

11/19/99 154    NOTICE of ATTORNEY APPEARANCE for defendant United
                International by Gregory W. Kugle, Anna H. Oshiro, Diane D.
                Hastert; certificate of service (wn) [Entry date 11/24/99]

11/19/99 155    CERTIFICATE of service (wn) [Entry date 11/24/99]

11/19/99 156    ATTORNEY APPEARANCE for defendant American Pacific Tex,
                defendant Hansae (Saipan), defendant Marianas Garment Man,
                defendant Mirage (Saipan), defendant Top Fashion Corp.  by
                Richard C. Sutton Jr., Frank P. Richardson (wn)
                [Entry date 11/24/99]

11/22/99 157    CERTIFICATE of service (wn) [Entry date 11/24/99]

11/22/99 158    CERTIFICATE of service (wn) [Entry date 11/24/99]

11/22/99 159    NOTICE OF MOTION and motion by defendant Gap, Inc. to stay
                proceedings or, in the alternative, to stay discovery;
                memorandum in support of motion; declaration of Louise K.Y.
                Ing; exhibits a-f; certificate of service - set for 10:30
                12/29/99 before Mag Judge Leslie E. Kobayashi (wn)

[Entry date 11/24/99]

11/22/99 160    APPLICATION by defendant Limited, Inc., defendant Lane
Bryant, Inc. for attorney Michael J. Canter and Elizabeth
T. Smith to appear pro hac vice; declaration of Phillip A.
Li; declaration of Michael J. Canter; declaration of
Elizabeth T. Smith; ORDER by Mag Judge Leslie E. Kobayashi
granting application; certificate of service (wn)
[Entry date 11/24/99] [Edit date 11/24/99]

11/24/99 161    EX PARTE motion to stay its obligation to answer or
otherwise plead;  memorandum in support;  declaration of
Anna H. Oshiro;  proposed order;  certificate of service -
by defendant United International (tbf)
[Entry date 11/29/99]

11/24/99 162    ORDER granting defendant United International Corp.'s ex
parte motion to stay its obligation to answer or otherwise
plead by Mag Judge Leslie E. Kobayashi  [161-1] (eps)
[Entry date 12/02/99]

11/30/99 163    JOINDER by defendant Limited, Inc., defendant Lane Bryant,
Inc. in motion to stay proceedings or, in the alternative,
to stay discovery [159-1] filed by defendant The Gap, Inc.
on November 22, 1999;  certificate of service (lg)
[Entry date 12/02/99]

11/30/99 164    CERTIFICATE of service (lg) [Entry date 12/02/99]

12/6/99  165    APPEARANCE of counsel for defendant J.C. Penney Company,
Inc.; certificate of service - by Lisa W. Munger, John R.
Lacy/Goodsill Anderson Quinn & Stifel (ac)
[Entry date 12/08/99]

12/8/99  166    EX PARTE MOTION by defendants American Pacific Textile,
Inc., Hansae (Saipan), Inc., Marianas Garment
Manufacturing, Inc., Mirage (Saipan), Inc. and Top Fashion
Corp. for association of attorney Robert J. O'Connor as
co-counsel pro hac vice; affidavit of Robert J. O'Connor;
affidavit of Richard C. Sutton, Jr.; ORDER - by Mag Judge
Leslie E. Kobayashi - on behalf of defts (ac)
[Entry date 12/10/99]

12/9/99  167    EX PARTE APPLICATION by defendant Gap, Inc. for attorney
James N. Penrod to appear pro hac vice; declaration of
James N. Penrod; declaration of Louise K.Y. Ing; order - by
Mag Judge Leslie E. Kobayashi - on behalf of deft The Gap,
Inc. (ac) [Entry date 12/10/99]

12/9/99  168    NOTICE OF APPEARANCE of counsel for defendants Nordstom,
Inc., Cutter & Buck, Inc. and The Gymboree Corp;
certificate of service - attorney Thomas R. Sylvester of
Carlsmith Ball enters appearance as counsel (ac)
[Entry date 12/10/99]

12/9/99  169    CERTIFICATE of service (ac) [Entry date 12/10/99]

12/14/99 170     CERTIFICATE of service (ac) [Entry date 12/16/99]

12/14/99 171     EO: deft's motion to stay proceedings and the various
                 joinders currently set for 12/29/99 at 10:30 a.m. is hereby
                 continued to 01/21/00 at 9:30 a.m. before Magistrate Judge
                 Leslie E. Kobayashi; Louise Ing to file an amended notice
                 of hearing [159-1] () JUDGE Mag Judge Leslie E. Kobayashi
                 (ac) [Entry date 12/16/99]

12/16/99 172     APPLICATION for admission pro hac vice of William T. Earley;
                 consent of co-counsel; order; certificate of service -
                 by Mag Judge Leslie E. Kobayashi - by defendant Concorde
                 Garment Man, defendant Global Manufacturing for attorney
                 William T. Earley to appear pro hac vice; Char Sakamoto
                 to act as co-counsel (tbf) [Entry date 12/17/99]

12/16/99 173     APPLICATION - on behalf of defts Concorde Garment
                 Manufacturing Corp. and Global Manufacturing, Inc. for
                 admission Pro Hac Vice of Colin M. Thompson; consent of
                 co-counsel; order - by Mag Judge Leslie E. Kobayashi;
                 certificate of service (ac) [Entry date 12/20/99]

12/16/99 174     EX PARTE APPLICATION by defendant J.C. Penney Company to
                 appear pro hac vice of Reginald D. Steer, Robert C. Phelps,
                 Suzanne R. Scheiner, Kent B. Goss, Ian R. Barrett, and
                 Anthony J. Stanley; declarations of Reginald D. Steer,
                 Robert C. Phelps, Suzanne R. Scheiner, Kent B. Goss, Ian R.
                 Barrett and Anthony J. Stanley; designation and consent of
                 associate counsel; ORDER granting ex parte application - by
                 Mag Judge Leslie E. Kobayashi; certificate of service (ac)
                 [Entry date 12/20/99]

12/16/99 --      Docket Modification (Utility Event) re [174-1] adding
                 attorney Kent B. Goss (ac) [Entry date 12/22/99]

12/17/99 175     FIRST AMENDED NOTICE by defendant Gap, Inc. of hearing AND
                 AMENDED MOTION; amended motion to stay proceedings or, in
                 the alternative, to stay discovery [159-1]; certificate of
                 service - hearing previously set for 12/29/99 is cont to
                 01/21/00 at 9:30 a.m. before Mag Judge Leslie E. Kobayashi
                 (ac) [Entry date 12/21/99]

12/17/99 176     NOTICE OF APPEARANCE OF COUNSEL for defendant May
                 Department Stores Company; certificate of service - by
                 Crystal K. Rose, Edward Joseph Corwin/Bays,Deaver, Hiatt,
                 Lung & Rose enter appearnace (ac) [Entry date 12/21/99]

12/20/99 177     EO: since the hearing on deft The Gap, Inc.'s motion to
                 stay proceedings and deft The Limited, Inc. and Lan Bryant,
                 Inc.'s Joinder has been moved to 01/21/00 at 9:30 a.m.
                 before Magistrate Judge Leslie E. Kobayashi, the following
                 deadlines will apply: MEMO IN OPPOSITION to motion due
                 01/10/00; REPLY MEMO will be due 01/18/00 (cc: all counsel
                 of record)[159-1] () JUDGE Mag Judge Leslie E. Kobayashi (ac)
                 [Entry date 12/21/99]

12/21/99 178     APPEARANCE of counsel for defendant Tommy Hilfiger USA - by

attorneys Paul F. Donsbach, Renton L.K. Nip of Verner
Liipfert Bernhard McPherson and Hand (ac)
[Entry date 12/22/99]

12/27/99 179    EO: rule 16 conference currently set for 01/24/00 at 9:00
                a.m. is hereby continued to 9:00 2/15/00 before Mag Judge
                Leslie E. Kobayashi; Donna of Louise Ing's office to
                notify all parties () JUDGE Mag Leslie E. Kobayashi (ac)
                [Entry date 12/27/99]

12/28/99 180    EX PARTE MOTION and Order  by Mag Judge Leslie E. Kobayashi
                by defendant American Pacific Tex, defendant Hansae
                (Saipan), defendant Marianas Garment Man, defendant Mirage
                (Saipan), defendant Top Fashion Corp. for association of
                Robert K. Wrede as co-counsel pro hac vice ; affidavit of
                Richard C. Sutton, Jr.; certificate of service (ac)
                [Entry date 12/28/99]

12/28/99 181    EX PARTE APPLICATION to appear PRO HAC VICE; declaration of
                Ruday A. Englund in support of application, declaration of
                Guy N. Halgren in support of application; declaration of
                Antonio R. Sarabia II in support of application;
                declaration of Thomas R. Sylvester; ORDER - by Mag Judge
                Leslie E. Kobayashi - attorney Rudy A. Englund, and
                attorney Guy N. Halgren appear pro hac vice as counsel for
                Nordstrom, Inc., Cutter & Buck, Inc. and The Gymboree Corp;
                attorney Antonio R. Sarabia II appearing pro hac vice for
                The Gymboree Corp. - submitted by Thomas R.
                Sylvester/Carlsmith Ball, co-counsel for defts Nordstrom,
                inc., Cutter & Buck, Inc. and The Gymboree Corp. (ac)
                [Entry date 12/28/99]

12/29/99 182    CERTIFICATE of service (ac) [Entry date 12/29/99]

1/7/00   183    JOINDER by defendant American Pacific Tex, defendant Hansae
                (Saipan), defendant Marianas Garment Man, defendant Mirage
                (Saipan), defendant Top Fashion Corp. in AMENDED MOTION to
                stay proceedings or, in the alternative, to stay discovery
                filed by deft The Gap Inc. on December 17, 1999;
                certificate of service [159-1] (ac) [Entry date 01/10/00]

1/7/00   184    CERTIFICATE of service (ac) [Entry date 01/10/00]

1/10/00  185    STATEMENT by defendant Cutter & Buck, Inc., defendant
                Nordstrom Inc., defendant Gymboree Corp.  of partial
                opposition to motion to stay proceedings or, in the
                alternative, to stay discovery [159-1] filed 11/22/99;
                certificate of service (tbf) [Entry date 01/11/00]

1/10/00  186    MEMORANDUM of points and authorities by plaintiff in
                opposition to motion to stay proceedings or, in the
                alternative, to stay discovery [159-1] (ac)
                [Entry date 01/11/00]

1/11/00  187    NOTICE OF APPEARANCE OF COUNSEL - by and for defendants
                Diorva Saipan, Ltd. and Micronesian Garment Manufactures,

Inc. - by Michael F Nauyokas, entering his appearance as counsel (ac) [Entry date 01/12/00]

1/11/00   188   AMENDED JOINDER by defendant Diorva Saipan Ltd., defendant Micronesian Garment to deft The Gap Inc's Motion to stay proceedngs or, in the alternative, to stay discovery [159-1]; certificate of service (ac) [Entry date 01/12/00]

1/11/00   189   APPLICATION by defendant United International Corporationfor admission pro hac vice of (1) Stephen V. Bomse, (2) Adam M. Cole, (3) Renata M. Sos, and (4) Hilary E. Ware; ORDER granting application for admission pro hac vice - by Mag Judge Leslie E. Kobayashi; certificate of service (ac) [Entry date 01/12/00]

1/11/00   190   DECLARATION of Diane D. Hastert in support of application for admission pro hac vice of Stephen V. Bomse, Adam M. Cole, Renata M. Sos, and Hilary E. Ware, lodged November 24, 1999; supplemental declaration of Renata M. Sos; supplemental declaration of Hilary E. Ware, certificate of service - by defendant United International re [189-1], re [189-2], re [189-3] (ac) [Entry date 01/12/00]

1/12/00   191   APPEARNCE OF COUNSEL; and certificate of service - by and for plaintiffs - Mark S. Davis, Michael K. Livingston, Thomas R. Grande of Davis Levin Livingston Grande; and Warren Price III, Sharon R. Himeno, Robert Kohn of Price Okamoto Himeno & Lum enter teir appearance as counsel for plaintiffs (ac) [Entry date 01/12/00]

1/12/00   192   APPLICATION by defendant United International for admission pro hac vice of Richard W. Pierce; written consent of Diane D. Hastert; declaration of Richard W. Pierce; ORDER - by Mag Judge Leslie E. Kobayashi; certificate of service (ac) [Entry date 01/12/00]

1/12/00   193   APPEARANCE OF COUNSEL for defendant The Warnaco Group, Inc.; certificate of service - J. Douglas Ing, John Komeiji and Jeffrey N. Watanabe of Watanabe, Ing & Kawashima enter appearance of counsel (ac) [Entry date 01/13/00]

1/12/00   193   NOTICE OF CHANGE OF ADDRESS; certificate of service - by defendant Warnaco Group, Inc. - change of address for attorney Henry P. Wasserstein, of counsel for party Warnaco (ac) [Entry date 01/13/00]

1/13/00   194   JOINDER by defendant Warnaco Group, Inc. in defendant The Gap, Inc.'s AMENDED MOTION to stay proceedings or, in the alternative, to stay discovery filed December 17, 1999 [159-1] (ac) [Entry date 01/13/00]

1/13/00   195   EX PARTE APPLICATION by defendant Oshkosh B'Gosh, Inc. for attorney John A. Casey to appear pro hac vice; declaration of John A. Casey; declaration of Thomas R. Sylvester; ORDER - by Mag Judge Leslie E. Kobayashi (ac) [Entry date 01/19/00]

1/14/00   196      REPLY by defendant Gap, Inc. to plaintiffs' memorandum of
                   points and authorities in opposition to certain defendants'
                   amended motion to stay proceedings or, in the alternative,
                   to stay discovery, filed on 12/17/99; declaration of Louise
                   K.Y. Ing; exhibit a; certificate of service [159-1] (ac)
                   [Entry date 01/19/00]

1/14/00   197      CERTIFICATE of service (ac) [Entry date 01/19/00]

1/18/00   198      AMENDED REPLY by defendant Gap, Inc. to plaintiff's
                   memorandum of points and authorities in opposition to
                   certain defendants' amended motion to stay proceedings, or,
                   in the alternative, to stay discovery, filed on 12/17/99;
                   amended declaration of Louise K.Y. Ing; exhibits a-d;
                   certificate of service [196-1], [159-1] (ac)
                   [Entry date 01/19/00]

1/18/00   199      NOTICE OF APPEARANCE by and for defendant J. Crew Inc;
                   certificate of service - attorney Thomas R. Sylvester of
                   Carlsmith Ball enters his appearance as counsel (ac)
                   [Entry date 01/19/00]

1/18/00   200      JOINDER by defendant J. Crew Group, Inc. in defendants
                   Cutter & Buck, Inc., Nordstrom, Inc. and The Gymboree
                   Corp's statement of partial opposition to deft The Gap,
                   Inc.'s motion to stay proceedings or, in the alternative,
                   to stay discovery [159-1]; certificate of service (ac)
                   [Entry date 01/19/00]

1/19/00   201      EX PARTE MOTION by plaintiffs to associate counsel pro hac
                   vice; declaration of Mark S. Davis in support of motion;
                   declaration of William S. Lerach; declaration of Pamela M.
                   Parker; declaration of Patrick W. Daniels; declaration of
                   Michelle M. Ciccarelli; and declaration of Elizabeth J.
                   Arleo; ORDER granting ex parte motion - by Mag Judge
                   Leslie E. Kobayashi - attorneys William S. Lerach, Pamela
                   m. Parker, Patrick W. Daniels, Michelle M. Ciccarelli, and
                   Elizabeth J. Arleo enter appearance as co-counsel with the
                   law offices of Davis Levin Livingston Grande and Price
                   Okamoto Himeno & Lum for plaintiffs Doe I thru Doe X (ac)
                   [Entry date 01/21/00]

1/19/00   202      EX PARTE APPLICATION by defendant Sears Roebuck and C for
                   attorney John F. Savarese to appear pro hac vice;
                   declaration of John F. Savarese in support of applicaiton;
                   declaration of Thomas R. Sylvester; ORDER granting Pro Hac
                   Vice - by Mag Judge Leslie E. Kobayashi (ac)
                   [Entry date 01/21/00]

1/19/00   203      Notice of SUBMISSION OF EXHIBIT A to AMENDED REPLY to
                   plaintiffs' memorandum of points and authorities in
                   opposition to certain defendants' amended motion to stay
                   proceedings, or, in the alternative, to stay discovery,
                   filed on 12/17/99; exhibit a; certificate of service - on
                   behalf of defendant Gap, Inc. [196-1], [175-1] (ac)

[Entry date 01/21/00]

1/19/00 -- Docket Modification (Utility Event) re [201-1], re [201-2] adding attorney Pamela M. Parker, Michelle M. Ciccarelli, Elizabeth J. Arleo (ac) [Entry date 01/30/00]

1/20/00 204 CERTIFICATE of service (ac) [Entry date 01/24/00]

1/20/00 205 SUPPLEMENTAL submission concerning status of settlements; exhibit a; and certificate of service - by plaintiffs [159-1] (ac) [Entry date 01/24/00]

1/21/00 206 APPLICATION by defendant Diorva Saipan Ltd., defendant Micronesian Garment Manufactureres, Inc. of David Wiseman for admission pro hac vice; declaration of Michael F. Nauyokas; ORDER - by Mag Judge Leslie E. Kobayashi; certificate of service (ac) [Entry date 01/24/00]

1/21/00 207 EX PARTE MOTION by plaintiffs to associate attorney Albert H. Meyerhoff as counsel pro hac vice; declaration of Mark S. Davis; declaration of Albert H. Meyerhoff; and ORDER - by Mag Judge Leslie E. Kobayashi (ac) [Entry date 01/24/00]

1/21/00 208 EP: defendant The Gap, Inc's motion to stay proceedings; deft The Limited, INc. and Lane Bryant, Inc.'s Joinder in Motion to Stay; defendant Diorva Saipan, Ltd. and Micronesian Garment Manufacturers Inc., amended joinder in motion to stay: arguments heard: Court will issue a written ruling no later than next week Friday, 01/28/00; depending on the Court's ruling, re-scheduling or continuance of the Rule 16 pretrial conference set for 9:00 02/15/00 will be decided then [159-1] (Ct Rptr : ESR/no operator-C335) JUDGE Mag Leslie E. Kobayashi (ac) [Entry date 01/24/00]

1/28/00 209 EX PARTE APPLICATION by defendant J. Crew Group, Inc. for attorney David A. Schwarz and attorney Kenneth R. Heitz to appear pro hac vice; declaration of Kenneth R. Heitz in support of application; declaration of Thomas R. Sylvester (Carlsmith Ball); ORDER GRANTING PRO HAC VICE application - by Mag Judge Leslie E. Kobayashi (ac) [Entry date 01/30/00]

1/31/00 210 CERTIFICATE of service (lg) [Entry date 02/01/00]

1/31/00 211 ORDER by Mag Judge Leslie E. Kobayashi denying motion to stay proceedings or, in the alternative, to stay discovery [159-1] (cc: all counsel) (lg) [Entry date 02/01/00]

1/31/00 212 APPEARANCE OF COUNSEL for defendant US CNMI Development by Richard C. Sutton Jr., Frank P. Richardson; certificate of service (lg) [Entry date 02/01/00]

2/3/00 213 ATTORNEY APPEARANCE for defendant Wal-Mart Stores Inc. by James H. Hershey; certificate of service - on behalf of deft (lg) [Entry date 02/06/00]

2/8/00 214 Rule 16 SCHEDULING CONFERENCE STATEMENT; certificate of

service - by plaintiff Doe I,, plaintiff Doe II,, plaintiff Doe III,, plaintiff Doe IV,, plaintiff Doe V, plaintiff Doe VI, plaintiff Doe VII, plaintiff Doe VIII, plaintiff Doe IX, plaintiff Doe X (seal) [Entry date 02/10/00]

2/8/00   215   NOTICE OF MOTION and motion by defendant Diorva Saipan Ltd., defendant Micronesian Garment for withdrawal as counsel ; declaration of Michael F. Nauyokas; certificate of service - set for 9:00 2/15/00  before Mag Judge Leslie E. Kobayashi (eps) [Entry date 02/10/00]

2/8/00   216   Joinder by defendant Diorva Saipan Ltd., defendant Micronesian Garment in defendant The Gap, Inc's certain customer defendants' joint SCHEDULING CONFERENCE STATEMENT; certificate of service (eps) [Entry date 02/10/00]

2/8/00   217   SCHEDULING CONFERENCE STATEMENT; certificate of service by defendant Jones Apparel Group, (eps) [Entry date 02/10/00]

2/8/00   218   SCHEDULING CONFERENCE STATEMENT; certificate of service - by defendant Cutter & Buck, Inc., defendant Gymboree Corp., defendant J. Crew Group, Inc., defendant Nordstrom Inc., defendant Oshkosh B'Gosh, Inc. (eps) [Entry date 02/10/00]

2/8/00   219   SCHEDULING CONFERENCE STATEMENT; certificate of service - by defendant Sears Roebuck and C (eps) [Entry date 02/10/00]

2/8/00   220   Defendant Warnaco Group, Inc. joinder in SCHEDULILNG CONFERENCE STATEMENT filed by defendants Cutter & Buck, Inc., The Gymboree Corp., J. Crew Group, Inc., Nordstrom, Inc. and Oshkosh B'Gosh, Inc on 2/8/2000; certificate of service (eps) [Entry date 02/10/00]

2/8/00   221   SCHEDULING CONFERENCE STATEMENT; certificate of service  by defendant Wal-Mart Stores Inc. (eps) [Entry date 02/10/00]

2/8/00   222   Certain customer defendants' joint SCHEDULING CONFERENCE STATEMENT; exhibits a-b; certificate of service - by defendant Gap, Inc. (eps) [Entry date 02/10/00]

2/8/00   223   SCHEDULING CONFERENCE STATEMENT; certificate of service - by defendant Limited, Inc., defendant Lane Bryant, Inc. (eps) [Entry date 02/10/00]

2/8/00   224   Fed.R.Civ.P 26(f)  REPORT OF PARTIES PLANNING MEETING; certificate of service - by defendant Limited, Inc., defendant Lane Bryant, Inc. (eps) [Entry date 02/10/00]

2/8/00   225   The May Department Stores' Company's joinder in defendants' Cutter & Buck, Inc., THe Gymboree Corp., J. Crew Grou, Inc., Nordstrom, Inc., and Oshkosh B'Gosh, Inc. SCHEDULING CONFERENCE STATEMENT filed 2/8/00; certificate of service by defendant May Department Store (eps) [Entry date 02/10/00]

2/8/00   229   Manufacturers' joint SCHEDULING CONFERENCE STATEMENT;

certificate of service - filed by defendant United
International, on behalf of defendant Concorde Garment Man,
defendant Global Manufacturing, defendant Micronesian
Garment, defendant Marianas Garment Man, defendant Top
Fashion defendant American Pacific Tex, defendant Diorva
Saipan (eps) [Entry date 02/10/00]

2/9/00   226   SCHEDULING CONFERENCE STATEMENT; certificate of service -
               by defendant Tommy Hilfiger USA (eps) [Entry date 02/10/00]

2/9/00   227   ANSWER by defendant United International to complaint for
               damages and injunctive releif, filed 1/13/1999 in the
               United States District Court for the Central District of
               California, Western Division; [143-1]; certificate of
               service (eps) [Entry date 02/10/00]

2/9/00   228   Substantive JOINDER by defendant United International in
               "Motion by defendants the Associated Merchandising Corp.,
               Cutter & Buck, Inc., Dayton Hudson Corp., The Gap, Inc.,
               J.C. Penney Company, Inc., Jones Apparel Group, Inc., Lane
               Bryant, Inc., The Limited, Inc., The May Department Stores
               Company, Nordstrom., Inc., Oshkosh B'Gosh, Inc., Sears
               Roebuck & Co., Tommy Hilfilnger USA, Inc., and Walmart
               Stores, Inc. to dismiss complaint pursuant to rules 12(b)(6)
               and 41(b)," filed 4/12/1999; certificate of service - no
               hrng date set (eps) [Entry date 02/10/00]
               [Edit date 02/10/00]

2/10/00  232   Amended ANSWER  by defendant United International to
               [143-1] to complaint for damages and injunctive relief,
               filed 1/13/1999 in the United States District Court for the
               Central District of California, Western Division;
               certificate of service (eps) [Entry date 02/15/00]

2/10/00  231   REMARK - (no document) (eps) [Entry date 02/23/00]

2/11/00  230   EX PARTE APPLICATION  for attorney Douglas D. Broadwater
               to appear pro hac vice;  declaration of Douglas D.
               Broadwater in support of ex parte application to appear pro
               hac vice;  declaration of Thomas R. Sylvester;  ORDER - by
               Mag Judge Leslie E. Kobayashi - granting ex parte
               application to apear pro hac vice - by deft Jones Apparel
               Group, Inc. (lg) [Entry date 02/15/00]

2/11/00  233   CERTIFICATE of service (eps) [Entry date 02/15/00]

2/11/00  234   Fed.R.Civ.P.26(f) REPORT OF PARTIES PLANNING MEETING;
               certificate of service - by defendant Concorde Garment Man,
               defendant Global Manufacturing (eps) [Entry date 02/15/00]

2/11/00  235   Supplemental Red.R.Civ.P. 26(f) REPORT OF PLANNING MEETING;
               certificate of service - by defendant Gap, Inc. (eps)
               [Entry date 02/15/00]

2/11/00  236   Joinder in "Certain customer defendants' joint supplemental
               Fed.R.Civ.P. 26(f) REPORT OF PARTIES PLANNING MEETING;
               certificate of service by defendant United International

(eps) [Entry date 02/15/00]

2/11/00  237    Joinder in defendant the Gap, Inc.'s certain customer
                defendants'joint SCHEDULING CONFERENCE STATEMENT;
                certificate of service - by defendant American Pacific Tex,
                defendant Hansae (Saipan), defendant Marianas Garment Man,
                defendant Mirage (Saipan), defendant Top Fashion Corp.,
                defendant US CNMI Development (eps) [Entry date 02/15/00]

2/11/00  238    NOTICE OF SPECIAL APPEARANCE of counsel for defendants the
                Associated Merchandising Corporation and Dayton Hudson
                Corporation; certificate of service - [counsel appearance
                by Carrie K. Okinaga, Nadine Y. Ando, William C.
                McCorriston of the law firm McCorriston Miho Miller Mukai]
                (lg) [Entry date 02/15/00]

2/11/00  239    EX PARTE APPLICATION  for Harold McElhinny and David
                McDowell to appear pro hac vice;  declaration of Harold
                McElhinny;  declaration of David F. McDowell;  declaration
                of Nadine Y. Ando;  ORDER - by Mag Judge Leslie E. Kobayashi
                - granting ex parte application to apear pro hac vice;
                certificate of service - by defts The Associated
                Merchandising Corp and Dayton Hudson Corp (lg)
                [Entry date 02/17/00] [Edit date 02/17/00]

2/14/00  240    Plaintiffs' RICO CASE STATEMENT - [class action] (lg)
                [Entry date 02/15/00] [Edit date 02/17/00]

2/14/00  241    STATEMENT of no position by defendant J.C. Penney Company,
                Inc.'s regarding motion for withdrawal as counsel for
                defendants Diorva Saipan, Ltd. and Micronesian Garment
                Manufacturers, Inc.[215-1];  certificate of service (lg)
                [Entry date 02/17/00] [Edit date 02/17/00]

2/15/00  242    EP : Defendants Micronesian Garment and Diovra Saipan,
                Ltd.'s Motion to Withdraw as Counsel - Motion Granted. Order
                to Show Cause set for 9:00 3/16/00, LEK. Rule 16 Pretrial
                Conference held. Extensive discussion and arguments heard
                re: motions to amend complaint, for settlement approval,
                class certification, to dismiss, settlement fund, discovery.
                Stipulation to Amend Complaint to be submitted for Court
                approval, amended complaint to be filed. Motions to Dismiss
                to be scheduled with Judge Ezra. Re: Renewed motions to
                dismiss and supplemental briefing, counsel will check with
                Judge Ezra's courtroom deputy. Motion for Class
                Certification is due 3 weeks after hearing on motions to
                dismiss. Motions to Dismiss to be filed by 4/17/00. 1. Jury
                trial on February 27, 2001 at 9:00.a.m. before DAE 2. Final
                Pretrial Conference on January 16, 2001 at 9:00 before LEK
                3. Final Pretrial Conference before District Judge N/A 4.
                Final Pretrial Statement by January 9, 2001 5. File motions
                to Join/Add Parties/Amend Pleadings by July 28, 2000 6. File
                other Non-Dispositive Motions by November 29, 2000 7. File
                Dispositive Motions by September 27, 2000 8a. File Motions
                in Limine by February 6, 2001 8b. File opposition memo to a
                Motion in Limine by February 13, 2001 10. Exchange Initial

Disclosures by June 28, 2000 11a. Plaintiff's Expert Witness
Disclosures by August 28, 2000 11b. Defendant's Expert
Witness Disclosures by September 27, 2000 12. Discovery
deadline December 29, 2000 13. Settlement Conference set for
7/14/00 at 2:00 before FIY 14. Settlement Conference
statements by 7/7/00 20. Submit Voir Dire Questions, Special
Verdict Form, Concise Statement of Case and Jury
Instructions by February 13, 2001 21. File Final witness
list by February 6, 2001 24. Exchange Exhibit and
Demonstrative aids by January 30, 2001 25. File Stipulations
re: Authenticity/Admissibility of Proposed Exhibits by
February 6, 2001 26. File objections to the Exhibits by
February 13, 2001 28a. File Deposition Excerpt Designations
by February 6, 2001 28b. File Deposition Counter
Designations and Objections by February 13, 2001 29. File
Trial Brief by February 13, 2001 30. File Findings of Fact &
Conclusions of Law by N/A Other Matters: A copy of the Rule
16 Scheduling Order will be mailed to all parties. LR 56.1
Memorandum mailed to all parties. Status Conference set for
9:00 5/16/00 before Magistrate Judge Leslie E. Kobayashi
Jury Trial set for 9:00 2/27/01 before Judge David A. Ezra
final pretrial conference set for 9:00 1/16/01 before Mag
Judge Leslie E. Kobayashi; Motion filing ddl set for
9/27/00; Discovery ddl set for 12/29/00;  settlement
conference set for 2:00 7/14/00 before Mag Judge Francis I.
Yamashita ( Ct Rptr : ESR-(tape)-(Crtrm 5)) JUDGE Mag Judge
Leslie E. Kobayashi (wn) [Entry date 02/23/00]
[Edit date 02/23/00]

2/16/00   243    ORDER  granting motion to withdraw as counsel -  by Mag
                 Judge Leslie E. Kobayashi - [court GRANTS atty Michael F.
                 Nauyokas (hereby "petitioner"), atty of record for defts
                 Diorva Saipan, Lt., and Micronesian Garment Manufacturer,
                 Inc., court grants petitioner's motion to withdraw;
                 petitioner to give written notice to defts that a hearing is
                 set before the Honorable Leslie E. Kobayashi, Untied States
                 Magistrate Judge, on March 16, 2000 at 9:00 a.m., whereby
                 defts are ordered to show good cause, if any why default
                 should not be entered against it for its failure to be
                 represented by counsel, or in the alternative to appear with
                 new replacement counsel; petitioner's withdrawal is,
                 however, contingent on the order to show cause, and as such,
                 petitioner's withdrawal will not go into effect until that
                 date; court grants petitioner's motion to withdraw, subject
                 to this condition] [215-1] (cc: all counsel) (lg)
                 [Entry date 02/17/00] [Edit date 02/23/00]

2/16/00   244    Rule 16 SCHEDULING ORDER by Mag Judge Leslie E. Kobayashi
                 (cc: all counsel) (wn) [Entry date 02/23/00]
                 [Edit date 02/23/00]

2/25/00   245    NOTICE by defendant Gap, Inc., defendant Associated
                 Merchandi, defendant Cutter & Buck, Inc., defendant
                 Gymboree Corp., defendant J.C. Penney Company, defendant J.
                 Crew Group, Inc., defendant Jones Apparel Group,, defendant
                 Lane Bryant, Inc., defendant Limited, Inc., defendant May

Department Store, defendant Nordstrom Inc., defendant
Oshkosh B'Gosh, Inc., defendant Sears Roebuck and C,
defendant Tommy Hilfiger USA, defendant Wal-Mart Stores
Inc. of hearing to dismiss complaint pursuant to Rules
12(b)(6) and 41(b); certificate of service (eps)
[Entry date 03/01/00]

3/3/00   246   ATTORNEY WITHDRAWAL and SUBSTITUTION: terminating attorney
              Kent B. Goss for J.C. Penney Company, attorney Ian R.
              Barrett for J.C. Company, attorney Suzanne R. Scheiner for
              J.C. Penney Company, attorney Anthony J. Stanley for J.C.
              Penney Company [ALL of Pilsbury Madison and Sutro, LLP];
              attorney Robert C. Phelps for J.C. Penney Company, attorney
              Reginald D. Steer for J.C. Penney Company formerly of
              Pilsbury Madison & Sutro, LLP, NOW WITH Skerven, Morrill,
              MacPherson, Franklin & Friel, LLP remain as counsel; ORDER
              by Magistrate Judge Leslie E. Kobayashi - on behalf of J.C
              Penney Company, Inc. (wn) [Entry date 03/08/00]

3/3/00   247   ORDER directing filing of pro hac vice applications by Mag
              Judge Leslie E. Kobayashi - [re: counsel for J.C. Penney
              Company, Inc.: Reginald D. Steer and Robert C. Phelps of
              Skjerven, Morrill, MacPherson, Franklin and Friel, LLP are
              directed to file the proper pro hac vice applications) (cc:
              all counsel) (wn) [Entry date 03/08/00]

3/7/00   248   CERTIFICATE of service (lg) [Entry date 03/08/00]

3/7/00   249   ATTORNEY APPEARANCE for defendants Diorva Saipan Ltd., and
               Micronesian Garment  by Frank P. Richardson, Richard C.
              Sutton Jr. - on behalf of defts (lg) [Entry date 03/10/00]

3/9/00   250   CERTIFICATE of service (eps) [Entry date 03/13/00]

3/16/00  251   REQUEST by defendant The Garp, Inc. to amend scheduling
              conference order [244-1] (lg) [Entry date 03/21/00]

3/16/00  252   EP :Order to show cause re: counsel for defts Micronesian
              Garment and Diovra Saipan, Ltd.;  court will issue an Order
              indicating that Mr. Nauyokas is out as counsel for the
              defts and that Mr. Richardson and Mr. Sutton are in as of
              this date [243-1];  parties still need to execute a
              withdawal and substitution of counsel for the court's
              approval, due 4/6/00;  Mr. Richardson is to notify by
              letter, plaintiffs' counsel and all other counsel that they
              are the new counsel for the defts ( Ct Rptr : ESR tape)
              JUDGE Mag Judge Leslie E. Kobayashi (lg)
              [Entry date 03/23/00]

3/17/00  253   ORDER granting withdrawal of counsel - by Mag Judge Leslie
              E. Kobayashi - [attys Dick Sutton and Frank Richardson will
              be, from the date of this order, the attys of record for
              said defts; within 3 weeks after entry of this order, by
              4/6/00, the parties will execute and file a withdrawal and
              substitution of counsel] [243-1] (cc: all counsel) (lg)
              [Entry date 03/23/00]

3/21/00  254    RESPONSE  to request to amend scheduling order - on behalf
                of defendant Warnaco Group, Inc. [251-1] (ac)
                [Entry date 03/24/00]

3/21/00  255    RESPONSE to reuest to amend scheduling order - on behalf of
                defendant Cutter & Buck, Inc., defendant Gymboree Corp.,
                defendant J. Crew Group, Inc., defendant Nordstrom Inc.,
                defendant Oshkosh B'Gosh, Inc., defendant Sears Roebuck and
                Co [251-1] (ac) [Entry date 03/24/00]

3/21/00  256    EX PARTE APPLICATION and Order by Mag Judge Leslie E.
                Kobayashi by defendant J.C. Penney Company for attorney
                Reginald D. Steer and Robert C. Phelps to appear pro hac
                vice; declarations of Reginald D. Steer and Robert C.
                Phelps; desination and consent of associate counsel;
                certificate of service (ac) [Entry date 03/24/00]

3/28/00  257    DECLARATION by plaintiffs of Thomas R. Grande in support of
                memorandum of points and authorities in support of
                plaintiffs' motion for preliminary approval of settlements;
                exhibits a-q (lg) [Entry date 03/28/00]

3/28/00  258    CERTIFICATE of service (lg) [Entry date 03/28/00]

3/28/00  259    NOTICE OF MOTION and motion by plaintiffs' for an order
                requiring contractor defendants to post notices of proposed
                settlements - set for 9:00 4/25/00 before Judge David A.
                Ezra (lg) [Entry date 03/28/00]

3/28/00  260    NOTICE OF MOTION and motion by plaintiffs' for preliminary
                approval of settlement - set for 9:00 4/25/00 before Judge
                David A. Ezra (lg) [Entry date 03/28/00]

3/28/00  261    DECLARATION  of Albert H. Meyerhoff in support of
                plaintiffs' motion for preliminary approval of settlements
                [260-1] - by plaintiffs (lg) [Entry date 03/28/00]

3/28/00  262    DECLARATION  of Michael Rubin in support of plaintiffs'
                motion for preliminary approval of settlements [260-1] - by
                plaintiffs (lg) [Entry date 03/28/00]

3/28/00  263    MEMORANDUM of points and authorities in support of
                plaintiffs motion for an order requiring contractor
                defendants to post notices of proposed settlements [259-1]
                - by plaintiffs (lg) [Entry date 03/28/00]

3/28/00  264    MEMORANDUM of points and authorities in support of
                plaintiffs' motion for preliminary approval of settlement
                [260-1] - by plaintiffs (lg) [Entry date 03/28/00]
                [Edit date 03/29/00]

3/28/00  265    EX PARTE APPLICATION for leave to file under seal various
                materials in support of plaintiffs' motion to proceed under
                fictitious names;  declaration of Mark S. Davis;  exhibits
                a-c; and ORDER - by Mag Judge Leslie E. Kobayashi - granting

ex parte application to file various materials under seal -
by plaintiffs (lg) [Entry date 03/29/00]
[Edit date 03/29/00]

3/29/00  266   SUPPLEMENTAL Memorandum of points and authorities by
               plaintiffs' in support of motion to proceed under
               fictitious names [265-1] (SEALED) (lg) [Entry date 03/30/00]

3/29/00  267   CONFIDENTIAL APPENDIX filed under seal  by plaintiffs' in
               support of motion for leave to proceed under fictitious
               names [265-1] (SEALED) (lg) [Entry date 03/30/00]

3/29/00  268   NON-CONFIDENTIAL APPENDIX filed by plaintiffs' in further
               support of motion for leave to proceed under fictitious
               names [265-1] (SEALED) (lg) [Entry date 03/30/00]

3/29/00  269   WITHDRAWAL AND SUBSITIUTION of counsel for defendants
               Diorva Saipan Ltd. and Micronesian Garment Manufacturing,
               Inc.;  ORDER - by Mag Judge Leslie E. Kobayashi;
               certificate of service - [terminating attorney Michael F
               Nauyokas for Micronesian Garment and for Diorva Saipan Ltd.
               and substituting attorney(s) Richard C. Sutton, Jr. and
               Frank P. Richardson for Micronesian Garment and for Diorva
               Saipan Ltd.] (lg) [Entry date 03/30/00]

3/29/00  270   NOTICE OF HEARING  on plaintiffs' motion to proceed under
               fictitious names filed on February 5, 1999; and
               certificate of service - set for 10:30 4/26/00 before Mag
               Judge Leslie E. Kobayashi (lg) [Entry date 03/31/00]

3/29/00  271   APPLICATION for admission pro hac vice of Gregory P. Joseph;
               declaration of Phillip A. Li;    declaration of Gregory
               P. Joseph; Order - by Mag Judge Leslie E. Kobayashi -
               granting application  for admission pro hac vice of
               Gregory P. Joseph;  cerfificate of service - by defts (lg)
               [Entry date 03/31/00]

3/31/00  272   ERRATA re: plaintiffs  notice of motion and motion for an
               order requiring contractor defendants to post notices of
               proposed settlement filed on March 28, 2000 [259-1] - by
               pltfs (lg) [Entry date 04/03/00]

3/31/00  273   ERRATA re: plaintiffs' notice of motion and motion for
               preliminary approval of settlements filed on March 28, 2000
               [270-1] - by pltfs (lg) [Entry date 04/03/00]

3/31/00  274   Amended CERTIFICATE of service (lg) [Entry date 04/03/00]
               [Edit date 05/12/00]

3/31/00  275   NOTICE OF MOTION and motion by plaintiff for protective
               order pursuant to rule 26(c) f.r.c.p.;  memorandum in
               support;  declaration of Thomas R. Grande;  declaration of
               Pamela M. Parker;  exhibits a-b;  and certificate of
               service - set for 10:30 4/7/00 before Mag Judge Leslie E.
               Kobayashi (tbf) [Entry date 04/04/00]

4/3/00    276    MEMORANDUM by defendant Gap, Inc.'s  in opposition to
                 motion for protective order dated March 31, 2000;
                 declaration of Paul Alston;  declaration of Angela Padilla;
                  exhibits a-b;  certificate of service (lg)
                 [Entry date 04/04/00]

4/4/00    277    EX PARTE MOTION to rule upon plaintiffs' motion  for leave
                 to amend complaint without hearing or in the alternative to
                 shorten time within which plaintiff's motion to leave to
                 amend complaint may be heard;  and ORDER granting ex parte
                 motion to rule upon plaintiffs' motion for leave to amend
                 complaint without hearing or in the alternative to shorten
                 time within which plaintiffs' motion for leave to amend
                 complaint may be heard - by plaintiffs (lg)
                 [Entry date 04/07/00]

4/4/00    278    NOTICE OF MOTION by plaintiffs' for leave to to file
                 amended complaint;  memorandum in support of motion;
                 declaration of Thomas R. Grande;  exhibit a;  and
                 certificate of service - referred to  Mag Judge Leslie E.
                 Kobayashi (lg) [Entry date 04/07/00]

4/4/00    279    ORDER granting ex parte motion to rule upon plaintiffs'
                 motion for leave to amend complaint without hearing or in
                 the alternative to shorten time within which plaintiff's
                 motion to leave to amend complaint may be heard - by Mag
                 Judge Leslie E. Kobayashi - [granting order [277-1] and
                 [277-2]; motion taken under advisement [278-1];  defts
                 opposing memoranda should be filed no later that 04/14/00]
                 (cc: all counsel) (lg) [Entry date 04/07/00]

4/4/00    280    NOTICE OF MOTION; The Gap, Inc.,'s motion to extend to
                 extend time for briefing and hearing of plaintiffs' motions
                 for  (1) provisional class certification and preliminary
                 approval of partial settlements for the benefit of the class
                 (filed March 28, 2000), (2) an order requiring non-settling
                 defendants to post notice of the proposed settlements (filed
                 March 28, 2000), and (3) to proceed under fictitious names
                 (filed February 5, 1999); memorandum in support of motion;
                 certificate of service - set for 10:30 4/7/00 before Mag
                 Judge Leslie E. Kobayashi (lg) [Entry date 04/07/00]
                 [Edit date 04/07/00]

4/4/00    281    EX PARTE MOTION to shorten time for hearing on The Gap,
                 Inc.'s motion to extend time for briefing and hearing on
                 plaintiffs' motions for (1) provisional class certificate
                 and preliminary approval of partial settlements for the
                 benefit of the class (filed March 28, 2000), (2) an order
                 requiring non-settling defendants to post notice of the
                 proposed settlements (filed March 28, 2000), and (3) to
                 proceed under fictitious names (filed February 5, 1999);
                 declaration of Louise K.Y. Ing;  ORDER shortening time for
                 hearing on The Gap, Inc.'s motion to extend time for
                 briefing and hearing on plaintiffs' motions for (1)
                 provisional class certification and preliminary approval of
                 partial settlements for the benefit of the class (filed

March 28, 2000), (2) an order requiring non-settling
defendants to post notice of the proposed settlements
(filed March 28, 2000), and (3) to proceed under ficitious
names (filed February 5, 1999) [280-1] - by defendant (lg)
[Entry date 04/07/00]

4/4/00   282   EX PARTE APPLICATION for Lori C. Kinkade to appear pro hac
vice; memorandum in support of application; consent to
designation as associate counsel; declarationof Lori C.
Kinkade; ORDER - by Mag Judge Leslie E. Kobayashi -
granting ex parte application for Lori C. Kinkade to appar
pro hac vice; certificate of service - by deft (lg)
[Entry date 04/07/00]

4/4/00   283   EX PARTE APPLICATION for Stephen J. Horace to appear pro
hac vice; memorandum in support of application; consent
to designation as associate counsel; declaration of Stephen
J. Horace; ORDER - by Mag Judge Leslie E. Kobayashi -
granting ex parte application for Stephen J. Horace to
appear pro hac vice; certificate of service - by deft (lg)
[Entry date 04/07/00]

4/4/00   284   EX PARTE APPLICATION to appear pro hac vice; declaration
of Robert V. Kuenzel in support of ex parte application to
appear pro hac vice; declaration of Thomas R. Sylvester;
ORDER - by Mag Judge Leslie E. Kobayashi - granting ex
parte application to appear pro hac vice - for attorney
Robert V. Kuenzel to appear pro hac vice - on behalf of
deft The Dress Barn, Inc. (lg) [Entry date 04/07/00]

4/5/00   285   CERTIFICATE of service (lg) [Entry date 04/07/00]

4/5/00   286   JOINDER by defendants Concorde Garment Manufacturing Corp.
and Global Manufacturing , Inc.'s in defendant The Gap,
Inc.'s memorandumin opposition to motion for protective
order, dated March 31, 2000; certificate of service
[275-1] (lg) [Entry date 04/07/00]

4/5/00   287   Amended EXHIBIT D to the declaration of Thomas R. Grande in
support of memorandum of points and authorities in support
of plaintiffs' motion for preliminary approval of
settlements filed on March 28, 2000; exhibit D; and
certificate of service [275-1] - by plaintiffs (lg)
[Entry date 04/07/00]

4/5/00   288   Amended EXHIBIT A to plaintiffs' motion for leave to filed
amended complaint file of April 4, 2000; exhibit a' and
certificate of service [278-1] - by plaintiffs (lg)
[Entry date 04/07/00]

4/5/00   289   NOTICE OF MOTION; specially appearing defendants Target
Corporation and Associated Merchandinsing Corporation's
motion to dismiss complaint for lack of jurisdiction;
memorandum in support of motion; declaration of Kari
Mayer' exhibits a-c; declaration of David F. McDowell;
exhibit a; certificate of service - set for 10:30 5/22/00

4/6/00   290   SPECIALLY APPEARING defendants Target Corporation and The
               Associated Merchandising Corporation's (1) opposition to
               plaintiff's motion for protective order, filed March 31,
               2000; (2) joinder in The Gap Inc.'s memorandum in
               opposition to motion for protective order, dated March 31,
               2000 (filed April 3, 2000);  and (3) joinder in The Gap,
               Inc.'s motion to extend time for briefing and hearing on
               plaintiffs' motions for approval of partial settlements,
               posting of settlement notices, and to proceed under
               fictitiuos names (filed April 4, 2000);  declaration of
               Nadine Y. Ando;  exhibit "1";  certificate of service
               [289-1] (lg) [Entry date 04/07/00]

4/6/00   291   LETTER TO Mag Judge Leslie E. Kobayashi from attorney
               Warren Price, III of the law firm, Price, Okamoto, Himeno &
               Lum re "respond to the letter dated March 29, 2000 from
               Nadin Y. Ando" (lg) [Entry date 04/07/00]

4/6/00   292   MEMORANDUM by plaintiffs in opposition to The Gap's April 4,
               2000 motion to extend time for briefing and hearing of
               plaintiffs' motions for (1) provisional class certification
               and preliminary of partial settlements for the benefit of
               the class (filed March 28, 2000), (2) an order requiring
               non-settling defendants to post notice of the proposed
               settlements March 28, 2000);  declaration of Thomas R.
               Grande;  declaration of Michael Rubin;  exhibit a;  and
               certificate of service [280-1] (lg) [Entry date 04/07/00]
               [Edit date 04/07/00]

4/6/00   293   JOINDER by defendants Limited, Inc., and Lane Bryant, Inc.
               in "The Gap's motion to extend time for briefing and
               hearing of plaintiffs' motions for (1) provisional class
               and preliminary approval of partial settlements for the
               benefit of the class (filed March 28, 2000), (2) an order
               requiring non-settling defendants to post notice of the
               proposed settlements (filed March 28, 2000), and (3) to
               proceed under fictitious names (filed February 5, 1999)"
               filed April 4, 2000 [280-1] (lg) [Entry date 04/07/00]

4/6/00   294   Certain settling Defendants' MEMORANDUM in support of
               plaintiffs' (1) preliminary approval settlements (filed
               March 28, 2000), and (2) motion for an order requiring
               defendants to post notice of the proposed settlements;
               certificate of service  [280-1] (lg) [Entry date 04/07/00]

4/6/00   295   CERTAIN SETTLING defendants' MEMORANDUM IN OPPOSITION to
               The Gap, Inc.'s motion to extend time for briefing and
               hearing of plaintiffs' motions for (1) provisional class
               certification and preliminary of partial settlements for
               the benefit of the class (filed March 28, 2000), (2) an
               order requiring non-settling defendants to post notice of
               the proposed settlements March 28, 2000), and (3) to
               proceed under fictitious names (filed February 5, 1999)
               dated April 4, 2000; certificate of service  [280-1] (lg)

4/7/00   296   LETTER by Attorney Phillip A. Li addressed to Mag Judge
               Leslie E. Kobayashi  - [re withdrawing the request that Mr.
               Li made to the court that either amend its order or
               alternatively, that the court issue a separate order
               directing plaintiffs' counsel to provide a relined
               complaint to all defense counsel] (lg) [Entry date 04/10/00]

4/7/00   297   JOINDER by defendants Concorde Garment Manufacturing Corp.
               and Global Manufacturing  in defendant The Gap, Inc.'s
               motion to extend time for briefing and hearing of
               plaintiffs' motions for (1) provisional class certification
               and preliminary approval of partial settlements for the
               benefit of the class (filed March 28, 2000), (2) an order
               requiring non-settling defendants to post notice of the
               proposed settlements (filed March 28, 2000), and (3) to
               proceed under fictitious names (filed February 5, 1999)
               [280-1];  certificate of service (lg) [Entry date 04/10/00]

4/7/00   298   EP : (1) Plaintiffs' Motion for Protective Order pursuant
               to Rule 26(c), FRCP; (2) Defendant The Gap, Inc.'s Motion
               to Extend Time for Briefing and Hearing of Plaintiffs'
               Motions for (1) Provisional Class Certification and
               Preliminary Approval of Partial Settlements for the Benefit
               of the Class (filed 3/28/00), (2) An Order Requiring
               Non-Settling Defendants to Post Notice of the Proposed
               Settlements (filed 3/28/00), and (3) To Proceed Under
               Ficticious Names (filed 2/5/00); (3) Specially Appearing
               Defendant Target Corporation and The Associated
               Merchandising Corporation's Joinder in #2 -  ARGUMENTS
               HEARD.  Motion to Extend Time Granted.  Motion for
               Preliminary Approval of Settlement, etc. set for 9:00
               4/25/00 is continued to 9:45 6/19/00 before Judge David
               Alan Ezra.  Motion for Leave to File Under Pseudonyms set
               for 10:30 4/26/00 is continued to 10:30 5/30/00 before
               Magistrate Judge Leslie E. Kobayashi  Motion for Protective
               Order Denied as Moot.  Parties have two weeks to work out
               discovery details, letter briefs re deposition disputes and
               plans are due 4/20/00 at 4:00 p.m.  Amended Complaint is
               due 4/28/00.  Motion for Class Certification to be filed by
               6/5/00. Court to produce Order. [280-1]; [260-1]; [270-1];
               [275-1]; [278-1] ( Ct Rptr : Tape) JUDGE Mag Judge Leslie
               E. Kobayashi (eps) [Entry date 04/11/00]

4/10/00  299   EX PARTE APPLICATION to appear pro hac vice:  declaration
               of Henry Wasserstein;  declaration of Carl A. Roth;
               declaration of J. Douglas Ing;  ORDER - by Mag Judge Leslie
               E. Kobayashi - granting exparte application to appear pro
               hac vice - for attorneys Henry Wasserstein and Carl A.
               Roth to appear pro hac vice - by defendant Warnaco Group,
               Inc. (lg) [Entry date 04/11/00]

4/10/00  300   CERTIFICATE of service (lg) [Entry date 04/11/00]

4/11/00  301   CERTIFICATE of service (lg) [Entry date 04/11/00]

4/11/00  302    CERTIFICATE of service (lg) [Entry date 04/11/00]

4/11/00  303    CERTIFICATE of service (lg) [Entry date 04/12/00]

4/11/00  305    STATEMENT of  no opposition by specially appearing
                defendants Target Corporation and Associated Merchandising
                Corporation's motion for leave to file amended complaint
                [278-1] filed on April 4, 2000;  certificate of service (lg)
                [Entry date 04/14/00]

4/12/00  304    SUPPLEMENTAL SCHEDULING ORDER  by Mag Judge Leslie E.
                Kobayashi - [pltfs shall file their amended complaint by
                04/28/00 [278-1]; pltfs shall file their motion for class
                certification by 06/05/00 [280-1]]  (cc: all counsel) (lg)
                [Entry date 04/14/00]

4/14/00  306    CERTIFICATE of service (lg) [Entry date 04/17/00]
4/14/00  307    STATEMENT of no opposition by defendant Gap, Inc.'s to
                plaintiff's motion for leave to file amended complaint
                filed 4/4/2000 [278-1];  certificate of service (lg)
                [Entry date 04/18/00]

4/14/00  308    NO POSITION by defendant Wal-Mart Stores Inc.,'s to
                plaintiffs' motion for leave  to file amended complaint
                filed April 4, 2000 [278-1];  certificate of service (lg)
                [Entry date 04/18/00]

4/14/00  309    STATEMENT of no position by defendant J.C. Penney Company,
                Inc.'s to plaintiffs' motion for leave to to file amended
                complaint [278-1];  certificate of service (lg)
                [Entry date 04/18/00]

4/14/00  310    STATEMENT of no position by defendant United International
                Corporation's to motion for leave to to file amended
                complaint filed on April 4, 2000 [278-1];  certificate of
                service (lg) [Entry date 04/18/00]
4/14/00  311    NOTICE OF VOLUNTARY  DISMISSAL  of defendant Wal-Mart
                Stores, Inc., pursuant to Fed.R.Civ.P. 41(a)(1)(i) - [as to
                party Wal-Mart Stores Inc.] - on behalf of plaintiffs (lg)
                [Entry date 04/18/00]

4/16/00  --     Docket Modification (Utility Event) re [209-1], re [209-2]
                adding attorney David A. Schwarz, Kenneth R. Heitz pro
                hac vice counsel for deft J. Crew Group, Inc. (ac)
                [Entry date 04/16/00]

4/17/00  312    ORDER denying plaintiffs' motion for protective order and
                granting defendant the Gap, Inc.'s motion to extend time
                for briefing and hearing of plaintiff's motions for (1)
                provisional class certification and preliminary approval of
                partial settlements for the benefit of the class (filed
                March 28, 2000), (2) an order requiring non-settling
                defendants to post notice of the proposed settlements
                (filed March 28 2000), and (3) to proceed under fictitious
                names (filed February 5, 1999) - [pltfs motion for

protective order is denied [275-1]; defts' motion to extend time for briefing and hearing of pltfs' motion is granted [280-1] 9:45 6/19/00 before the Honorable David A. Ezra; setting hearing on motion to proceed under fictitious names filed on February 5, 1999 [270-1] 10:30 5/30/00 before Mag Judge Leslie E. Kobayashi; setting hearing on motion for an order requiring contractor defendants to post notices of proposed settlements [259-1] 9:45 6/19/00 before the Honorable David A. Ezra) (cc: all counsel) (lg) [Entry date 04/20/00]

4/17/00   313   EX PARTE APPLICATION to appear pro hac vice for attorney Marshall B. Grossman;  declaration of Matthew C. Elstein; designation and consent of associate counsel; ORDER - by Magistrate Judge Leslie E. Kobayashi - granting ex parte application to appear pro hac vice;  certificate of service - on behalf of deft Tommy Hilfiger U.S.A., Inc. (lg) [Entry date 04/21/00]

4/17/00   314   EX PARTE APPLICATION to appear pro hac vice for attorney Samuel R. Pryor;  declaration of Samuel R. Pryor; designation and consent of associate counsel;  ORDER - by Magistrate Judge Leslie E. Kobayashi - granting ex parte application to appear pro hac vice;  certificate of service - on behalf of deft Tommy Hilfiger U.S.A., Inc. (lg) [Entry date 04/21/00]

4/17/00   315   AMENDMENT to correct caption page of ex parte application to appear pro hac vice;  declaration of Marshall B. Grossman;  designation and consent of associate counsel; order granting ex parte application to apear pro hac vice [313-1], [313-2];  certificate of service (lg) [Entry date 04/21/00]

4/18/00   316   STATEMENT of no opposition by defendants Limited, Inc. and Lane Bryant, Inc.,'s to plaintiffs' motion for leave to to file amended complaint [278-1];  certificate of service (lg) [Entry date 04/21/00]

4/18/00   317   CERTIFICATE of service (lg) [Entry date 04/21/00]

4/20/00   318   Certain Defts and settling parties' SUBMISSION re deposition discovery scheduling; certificate of service (tbf) [Entry date 04/24/00] [Edit date 04/28/00]

4/20/00   319   REPORT to the Court on the parties' meet and confer efforts re the scheduling of pltfs' depositions;  appendix a; and certificate of service - by plaintiff (tbf) [Entry date 04/24/00]

4/24/00   320   NOTICE OF MOTION and motion by defendants American Pacific Tex, Hansae (Saipan), Marianas Garment Man, and Top Fashion Corp.'s  to dismiss or transfer; memorandum in support to dismiss or transfer;  declaration of Carmen C. Gaskins; declaration of Felix S. Hofschneider; declaration of Wang Bin; declaration of Margarita DLG Santos;  declaration of Hong Yong Hwa; certificate of service - set for 10:30

5/22/00 before Judge David A. Ezra (lg)
                    [Entry date 04/25/00]

4/24/00   321      SUBSTANTIVE JOINDER by defendants Concorde Garment Man, and
                   Global Manufacturing, Inc.'s in motion by defendants The
                   Associated Merchandising Corp., Cutter & Buck, Inc.,
                   Dayton-Hudson Corp., The Gap, Inc., J.C. Penney Company,
                   Inc., Jones Apparel Group, Inc., Lane Bryant, Inc., The
                   Limited, Inc., The Map Department Stores Company,
                   Nordstrom, Inc., Oshkosh B'Gosh, Inc., Sears Roebuck and
                   Co., Tommy Hilfiger USA, Inc., and Wal-Mart Stores, Inc. to
                   dismiss  complaint pursuant to rules 12 (b) (6) and 41(b),
                   filed on April 12, 1999;  certificate of service  [289-1]
                   (lg) [Entry date 04/26/00]

4/25/00   322      ORDER  by Mag Judge Leslie E. Kobayashi  granting pltfs'
                   motion for leave to file amended complaint [278-1] - to be
                   filed by 4/28/00 (cc: all counsel) (tbf)
                   [Entry date 04/26/00] [Edit date 04/26/00]
4/25/00   323      Amended CERTIFICATE of service (tbf) [Entry date 04/26/00]
                   [Edit date 04/28/00]

4/26/00   324      RESPONSE  by plaintiff to defendant's submissions regarding
                   conduct of DOE plaintiffs' depositions (byy)
                   [Entry date 04/27/00] [Edit date 04/28/00]

4/27/00   325      CERTIFICATE of service (tbf) [Entry date 04/28/00]
                   [Edit date 04/28/00]

4/27/00   324      EX PARTE APPLICATION for Angela Padilla to appear pro hac
                   vice;  declaration of Angela padilla;  declaration of
                   Carrie K.S. Okinaga;  ORDER - by Mag Judge Leslie E.
                   Kobayashi - granting ex parte application to appear pro hac
                   vice;  certificate of service - by defendants (lg)
                   [Entry date 04/28/00] [Edit date 04/28/00]

4/28/00   327      AMENDED COMPLAINT [143-1];  summons (issued) -  by
                   plaintiffs' (lg) [Entry date 04/28/00]
                   [Edit date 04/28/00]
4/28/00   328      EP :  Discovery Conference Re: Depositions held. Deposition
                   schedule set by the Court.  Hours, scope, amount of
                   attorneys questioning, objections, amount of plaintiffs
                   deposed, etc. set forth.  Ruling reserved  as to
                   consequences of not appearing.  Court to produce Order by
                   Tuesday, 5/2/00. ( Ct Rptr : No Record) JUDGE Mag Judge
                   Leslie E. Kobayashi (seal) [Entry date 05/03/00]

5/1/00    329      ERRATA; exhibit "a"; certificate of service -  by defendant
                   American Pacific Tex, defendant Hansae (Saipan), defendant
                   Marianas Garment Man, defendant Micronesian Garment,
                   defendant Mirage (Saipan), defendant Top Fashion Corp. to
                   [320-1] (eps) [Entry date 05/03/00]

5/2/00    330      NOTICE OF MOTION and motion by plaintiffs to continue
                   hearings on defendants' motions to dismiss and to extend
                   time for briefing; memorandum in support of motion;

declaration of Thomas R. Grande; certificate of service –
set for 10:00 5/4/00 before Mag Judge Leslie E. Kobayashi
(wn) [Entry date 05/03/00]

5/2/00    331    EX PARTE MOTION by plaintiffs to shorten time for hearing
on plaintiffs' motion to continue hearing on defendants'
motions to dismiss and to extend time for briefing;
declaration of Thomas R. Grande; ORDER by Mag Judge Leslie
E. Kobayashi granting ex parte motion to shorten time;
certificate of service (wn) [Entry date 05/03/00]

5/2/00    332    STATEMENT/certification of counsel by plaintiffs;
certificate of service (wn) [Entry date 05/03/00]

5/2/00    333    STATEMENT/certification of counsel by plaintiffs;
certificate of service (wn) [Entry date 05/03/00]

5/2/00    334    EX PARTE MOTION by defendant Gap, Inc. for leave to file
supplemental memoranda re: motion by defendants Associated
Merchandising Corp., et al. to dimiss complaint pursuant to
rules 12(b)(6) and 41(b), filed on 4/12/00; declaration of
Louise K.Y. Ing; (proposed) Order; certificate of service
(wn) [Entry date 05/03/00]

5/2/00    335    NOTICE by defendant Gap, Inc. of hearing setting hearing on
ex parte motion for leave to file supplemental memoranda
re: motion by defendants Associated Merchandising Corp., et
al. to dimiss complaint pursuant to rules 12(b)(6) and
41(b), on 4/12/00 [334-1] – set for 10:00 5/4/00 before Mag
Judge Leslie E. Kobayashi; certificate of service (wn)
[Entry date 05/03/00]

5/2/00    336    MEMORANDUM by plaintiffs RE: The Gap, Inc.'s motion for
leave to file supplemental memoranda re: motion by
defendants Associated Merchandising Corp., et al. to dimiss
complaint pursuant to rules 12(b)(6) and 41(b), filed on
4/12/00 [334-1] and certificate of service (wn)
[Entry date 05/03/00]

5/2/00    337    DISCOVERY ORDER by Mag Judge Leslie E. Kobayashi – [re:
scheduling and logistics of the Saipan Depositions] (cc:
all counsel) (wn) [Entry date 05/03/00]

5/3/00    338    MEMORANDUM by defendant Gap, Inc.  in opposition to motion
to continue hearings on defendants' motions to dismiss and
to extend time for briefing [330-1]; declaration of Louise
K.Y. Ing; exhibits a and b; certificate of service (wn)
[Entry date 05/04/00]

5/3/00    339    (1) MEMORANDUM by specially appearing defendant Target
Corporation and defendant Associated Merchandi in
opposition to motion to continue hearings on defendants'
motions to dismiss and to extend time for briefing [330-1]
and (2) JOINDER in defendant The Gap, Inc.'s memorandum in
opposition to motion to continue hearing on defendants'
motion to dismiss and to extend time for briefing, filed

5/2/00; declaration of Nadine Y. Ando; exhibit "1";
certificate of service (wn) [Entry date 05/04/00]

5/3/00   340    JOINDER by defendant Limited, Inc., defendant Lane Bryant,
Inc. in defendant the Gap, Inc.'s memorandum in opposition
to motion to continue hearing on defendants' motion to
dismiss and to extend time for briefing, filed 5/2/00,
filed 5/3/00 [338-1]; certificate of service (wn)
[Entry date 05/04/00]

5/3/00   341    JOINDER by defendant US CNMI Development in defendants
American Pacific Textile, Inc., Hansae (Saipan), Inc.,
Marianas Garment Manufacturing, Inc., Mirage (Saipan), Inc.
and Top Fashion Corp.'s motion to dismiss or transfer
[320-1]; declaration of Frank P. Richardson; exhibit "a";
certificate of service (wn) [Entry date 05/04/00]

5/4/00   342    EX PARTE MOTION for leave to file a memorandum in excess of
thirty pages; declaration of Thomas R. Grande; Order -
by Judge Susan O. Mollway for Judge David A. Ezra - for
leave to file a memorandum in excess of thirty pages;
certificate of service - by plaintiffs (lg)
[Entry date 05/08/00]

5/4/00   343    EP :Plaintiffs' motion to continue hearing on defendants'
motion to dismiss and to extend time for briefing;
defendant The Gap, Inc.'s ex parte motion for leave to file
supplemental memoranda re: motion by defendants Associated
Merchandinsing Corp., et al.'s motion to dismiss -
arguments heard; granting motion to continue hearings on
defendants' motions to dismiss and to extend time for
briefing [330-1], setting hearing on motion to dismiss or
transfer [320-1] 9:45 6/19/00, setting hearing on motion to
dismiss for lack of jurisdiction [289-1] 9:45 6/19/00,
setting hearing on motion to extend time for briefing and
hearing plaintiffs' motions for (1) provisional class and
preliminary approval of partial settlements for the benefit
of the class (filed March 28, 2000), (2) an order requiring
non-settling defendants to post notice of the proposed
settlements (filed March 28, 2000), and (3) to proceed
under fictitious names (filed February 5, 1999) [280-1]
9:00 7/3/00 ; status conference set for 10:00 5/11/00
before Mag Judge Leslie E. Kobayashi; EP: Plaintiffs'
Motion to Continue Hearing on Defendants' Motion to Dismiss
and To Extend Time For Briefing; Defendant The Gap, Inc.'s
Ex Parte Motion for Leave to File Supplemental Memoranda
Re: Motion by Defendants Associated Merchandising Corp., et
al.'s Motion to Dismiss - Arguments heard. Plaintiffs'
Motion to Continue - Granted. Defendant The Gap, Inc.'s Ex
Parte Motion - Granted. Various Motions to Dismiss set for
10:30 5/22/00 are continued to 9:45 6/19/00 before Judge
David Alan Ezra Plaintiffs' Motion for Class Certification
and Preliminary Approval of Partial Settlements, etc. set
for 9:45 6/19/00 is continued to 9:00 7/3/00 before Judge
David Alan Ezra Motion for Leave to File Under a Pseudonym
set for 10:30 5/30/00 is continued to 10:00 6/27/00 before

Magistrate Judge Leslie E. Kobayashi Thomas Grande to prepare Order. DISCOVERY CONFERENCE Re: Proper Contact with DOE Plaintiffs held off the record. Parties are directed to work out their differences. Matter is under advisement, Court will issue an Order in one week. Status Conference set for 9:00 5/16/00 is moved up to 10:00 5/11/00 before Magistrate Judge Leslie E. Kobayashi. ( Ct Rptr : Tape)     JUDGE  Mag Judge Leslie E. Kobayashi (lg) [Entry date 05/08/00]

5/5/00  344     Supplemental DECLARATION of Frank P. Richardson in support of deft US-CNMI Development Corporation's substantive joinder in defts American Pacific Textile, Inc., Hansae (Saipan), Inc., Marianas Garmet Manufacturing, Inc., Mirage (Saipan), Inc. and Top Fashion Corp.'s motion to dismiss or transfer filed 4/24/00 (filed 5/3/00);  certificate of service - by defendant US CNMI Development re [320-1] (tbf) [Entry date 05/09/00]

5/5/00  346     EX PARTE MOTION to associate counsel pro hac vice and Order by Mag Judge Leslie E. Kobayashi by plaintiff for attorney Andrew J. Brown to appear pro hac vice, for attorney Frank J. Janecek, Jr. to appear pro hac vice ; declaration of Thomas R. Grande in support of plaintiffs; ex parte motion to associate counsel pro hac vice (seal) [Entry date 05/10/00]

5/8/00  345     Substantive JOINDER by defendant Diorva Saipan Ltd., defendant Micronesian Garment in defts American Pacific Textile, Inc., Hansae (Saipan), Inc., Marianas Garment Manufacturing, Inc., Mirage (Saipan), Inc. and Top Fashion Corp's motion to dismiss or transfer [320-1] filed 4/24/00; declaration of Frank P. Richardson;  exhibits "a" and "b"; certificate of service (tbf) [Entry date 05/09/00]

5/8/00  347     AMENDED  MOTION  by defendants Associated Merchandi, Target Corporation, Gap, Inc., J.C. Penney Company, Lane Bryant, Inc., and Limited, Inc. to dismiss first amended complaint pursuant to rules 12(b)(6) and 41(b);  certificate of service - set for 9:45 6/19/00  before Judge David A. Ezra (lg) [Entry date 05/12/00]

5/10/00 348     ERRATA to amended motion  by defendants Associated Merchandi, Target Corporation, Gap, Inc., J.C. Penney Company,  Lane Bryant, Inc., and Limited, Inc. to dismiss first amended complaint pursuant to rules 12(b)(6) and 41(b) [347-1];  certificate of service (lg) [Entry date 05/12/00]

5/10/00 349     SUBMISSION OF ORIGINAL DECLARATION of Angela Padilla in support of specially appearing defendants Target Corporation and The Associated Merchandising Corporation's (1) opposition to plaintiffs' motion for protective order, filed March 31, 2000 [275-1]; joinder in The Gap Inc.'s memorandum in opposition to motion for protective order, dated March 31, 2000 (filed April 3, 2000) [276-1]; and (3)

joiner in The Gap, Inc.'s motion to extend time for briefing and hearing on plaintiffs' motion for approval of partial settlements, posting of settlement notices, and to proceed under fictitious names (filed April 4, 2000), filed on April 6, 2000 [280-1]; exhibits "a"-"e"; certificate of service - by specially appearing defendants (lg) [Entry date 05/12/00]

5/10/00   350   SUBMISSION OF ORIGINAL DECLARATION of Angela Padilla in support of specially appearing defendants Target Corporation and Associated Merchandising Corporation's (1) memorandum in opposition to plaintiffs' motion to continue hearing on defendants' motion to dismiss and to extend time for briefing, filed on May 2, 2000, [330-1], and (2) joinder in defendant The Gap, Inc.'s memorandum in opposition to motion to continue hearing on defendants' motion to dismiss and to extend time for briefing, filed 5/2/2000 (filed on May 3, 2000) [338-1] - by specially appearing defendants (lg) [Entry date 05/12/00]

5/11/00   351   CERTIFICATE of service (lg) [Entry date 05/14/00]

5/11/00   352   CERTIFICATE of service (lg) [Entry date 05/14/00]

5/11/00   353   EP : ;Status/discovery conference held; various items re: depositions discussed; oral request to continue deadline for filing of memorandums DENIED; length of memorandum discussed and agreed upon;  draft of proposed protective order discussed; court to prepare order ( Ct Rptr : No reocrd) JUDGE Mag Judge Leslie E. Kobayashi (lg) [Entry date 05/14/00]

5/11/00   354   Plaintiffs'  EX PARTE MOTION to associate counsel pro hac vice; declaration of Mark S. Davis in support of plaintiffs ex parte motion to associate counsel pro hac vice; declaration of Timothy H. Skinner; and Order - by Mag Judge Leslie E. Kobayashi - granting plaintiffs' ex parte motion to associate counsel pro hac vice - for attorney Timothy H. Skinner to appear pro hac vice (lg) [Entry date 05/19/00] [Edit date 05/23/00]

5/11/00   355   Plaintiffs' EX PARTE MOTION to associate counsel pro hac vice;  declaration of Marks S. Davis in support of plaintiffs' ex parte motion to associate counsel pro hac vice;  declaration of Eugene Mikolajczyk;  and Order - by Mag Judge Leslie E. Kobayashi - for attorney Eugene Mikolajczyk to appear pro hac vice (lg) [Entry date 05/19/00]

5/12/00   356   SUPPLEMENTAL DECLARATION of Frank P. Richardson in support of defendants Diorva Saipan Ltd., and Micronesian Garment Manufacturing, Inc.'s substantive joinder ins defendants American Pacific Textile, Inc., Hansae (Saipan), Inc., Marianas Garment Manufacturing, Inc., Mirage (Saipan), Inc. and Top Fashion Corp.'s  motion to dismiss or transfer, filed April 24, 2000 [320-1] (filed May 8, 2000); exhibits

"a" and "b"; certificate of service (lg)
[Entry date 05/19/00] [Edit date 05/19/00]

5/12/00  357    AMENDED NOTICE OF MOTION and motion by defendants American
                Pacific Tex, Hansae (Saipan),  Marianas Garment Man, Mirage
                (Saipan), and Top Fashion Corp.'s motion to dismiss or
                transfer;  certificate of service - set for 9:45 6/19/00
                before Judge David A. Ezra (lg) [Entry date 05/19/00]
                [Edit date 05/22/00]

5/16/00  358    JOINDER by defendants Concorde Garment Man, Global
                Manufacturing  and Trans-Asia Garment Forte Corporation's
                substantive in  motion by defendants American Pacific
                Textile, Inc., Hansae (Saipan), Inc., Marianas Garment
                Manufacturing, Inc., Mirage (Saipan), Inc. and Top Fashion
                Corp.'s motion to dismiss or transfer [320-1], filed 24,
                2000;  affidavit of Glicerio Arago;  affidavit of Eloy S.
                Inos;  affidavit of Joaquin S. Torres;  certificate of
                service (lg) [Entry date 05/19/00]

5/16/00  359    DISCOVERY ORDER  by Mag Judge Leslie E. Kobayashi - [re
                discovery conference held on 5/11/00]  (cc: all counsel) (lg)
                [Entry date 05/19/00]

5/17/00  360    CERTIFICATE of service (lg) [Entry date 05/19/00]

5/17/00  361    EX PARTE MOTION by defendants American Pacific Tex,
                Commonwealth Garment Manufacturing Corp., Hansae (Saipan),
                Marianas Garment Man, Mirage (Saipan), Onwel Manufacturing
                Saipan, Inc. and Top Fashion Corp.'s ex parte motion for
                association of  Michael Wilfred Dotts as counsel  pro hac
                vice;  affidavit of Michael Wilfred Dotts;  affidavit of
                Richard C. Sutton, Jr., ORDER - by Magistrate Judge Leslie
                E. Kobayashi - granting ex parte motion for association of
                counsel pro hac vice (lg) [Entry date 05/19/00]

5/17/00  362    EX PARTE MOTION by defendants American Pacific Tex,
                Commonwealth Manufacturing Corp., Hansae (Saipan), Marianas
                Garment Man, Mirage (Saipan), Onwel Manufacturing Saipan,
                Inc. and Top Fashion Corp.'s for association of Joseph
                Edward Horey as co-counsel pro hac vice;  affidavit of
                Joseph Edward Horey;  affidavit of Richard C. Sutton, Jr.;
                ORDER - by Magistrate Judge Leslie E. Kobayashi - granting
                ex parte motion for association of counsel pro hac vice -
                for attorney Joseph Edward Horey to appear pro hac vice (lg)
                [Entry date 05/19/00]

5/17/00  363    EX PARTE MOTION by defendants American Pacific Tex,
                Commonwealth Garment Manufacturing Corp., Hansae (Saipan),
                Marianas Garment Man,  Mirage (Saipan),Onwel Manufacturing
                Saipan, Inc. and Top Fashion Corp.'s  for association of
                David George Banes as co-counsel pro hac vice;  affidavit
                of Richard C. Sutton, Jr., ORDER - by Magistrate Judge
                Leslie E. Kobayashi - granting ex parte motion for
                association of counsel pro hac vice - for attorney David
                George Banes to appear pro hac vice (lg)
                [Entry date 05/19/00]

5/18/00 364 EX PARTE MOTION by plaintiffs' to associate counsel pro hac
vice; declaration of Mark S. Davis; declaration of Mark
S. Davis in support of plaintiffs' ex parte motion to
associate counsel pro hac vice; declaration of Roger M.
Adelman; declaration of G. Paul Howes; and ORDER - by
Magistrate Judge Leslie E. Kobayashi - granting plaintiffs'
ex parte motion to associate counsel pro hac vice - for
attorney Roger M. Adelman to appear pro hac vice and for
attorney G. Paul Howes to appear pro hac vice (lg)
[Entry date 05/19/00]

5/18/00 365 NOTICE OF HEARING MOTION; plaintiffs' motion to extend
time for filing motion for class certification and to set
appropriate discovery, briefing and hearing schedule ;
memorandum in support of motion; declaration of Andrew
Brown; exhibits a-h; and certificate of service - set for
2:30 5/31/00 before Mag Judge Leslie E. Kobayashi (lg)
[Entry date 05/19/00] [Edit date 05/22/00]

5/18/00 366 EX PARTE MOTION to shorten time for hearing on plaintiffs'
motion to extend time for filing motion for class
certification and to set appropriate discovery, briefing
and hearing schedule; declaration of Thomas R. Grande;
Order - by Mag Judge Leslie E. Kobayashi - granting ex
parte motion to shorten time for hearing on plaintiffs'
motion to extend time for filing motion for class
certification and to set appropriate discovery, briefing
and hearing schedule; certificate of service [365-1] (lg)
[Entry date 05/19/00]

5/19/00 367 CERTIFICATE of service (lg) [Entry date 05/19/00]

5/19/00 368 SUBSTANTIVE JOINDER by defendant United International
Corporation's in (1) "defendants American Pacific Textile,
Inc., Hansae (Saipan), Inc., Marianas Garment Manufacturing,
Inc., Mirage (Saipan), Inc. and Top Fashion Corp.'s motion
to dismiss or transfer, filed April 24, 2000 [320-1]; and
(2) "amended motion by defendants the Associated
Merchandising Corp., Targe Corp., The Gap, Inc., J.C. Penny
Company, Inc., Lany Bryant, Inc., [357-1] and the Limited,
Inc., to dismiss first amended complaint pursuant to rules
12(b)(6) and 41(b)," filed May 8, 2000 [347-1]; declaration
of Gregory W. Kugle; exhibit "a"; certificate of service
(lg) [Entry date 05/19/00] [Edit date 05/19/00]

5/19/00 369 SUBSTANTIVE JOINDER by defendants Concorde Garment Man, and
Global Manufacturing and Trans-Asia Garment Forte
Corporation's in the amended motion by defendants
Associated Merchandising Corp., Target Corp., The Garp,
Inc., J.C. Penney Company, Inc. Lane Bryant, Inc., and the
Limited, Inc. to dismiss first amended complaint pursuant
to rules 12(b)(6) and 41(b), filed May 8, 2000 [347-1];
certificate of service (lg) [Entry date 05/22/00]

5/19/00 370 SUPPLEMENTAL MEMORANDUM by defendants Limited, Inc., and
Lane Bryant, Inc.'s of points and authorities submitted on

behalf of customer defendants The Associated Merchandising
Corp., et al. to to dismiss complaint pursuant to rules
12(b)(6) and 41(b) filed on April 12, 1999; declaration of
Phillip A. Li; exhibits "a" and "b"; certificate of
service [347-1] (lg) [Entry date 05/22/00]
[Edit date 05/22/00]

5/19/00  371    APPENDIX OF AUTHORITIES decided after June 1, 1999 in
                support of defendants Limited, Inc., and Lane Bryant, Inc.
                supplemental memorandum of points and authorities
                submitted on behalf of customer defendants in support of
                motion by defendants The Associated Merchandising Corp., et
                al. to dismiss pursuant to rules 12(b)(6) and 41(b) filed
                on April 12, 1999; certificate of service [347-1] (lg)
                [Entry date 05/22/00]

5/22/00  372    NOTICE OF HEARING ON MOTION and motion by defendants Pang
                Jin Sang Sa, Net Apparel Company, Advance Textile Corp,
                Express Manufacturin, Sako Corporation's to dismiss for
                lack of personal jurisdiction; memorandum in support of
                motion; declaration of Hsia-Ling H. Lin; declaration in
                Taek Choi; declaration of Paul Zak; declaration of
                Richard W. Pierce; exhibits "a"-"b"; declaration of Gregory
                W. Kugle; exhibits "c"-"e"; certificate of service for 9:45
                6/19/00 before Judge David A. Ezra (lg)
                [Entry date 05/24/00]

5/22/00  373    ATTORNEY APPEARANCE for defendant United International,
                defendant Pang Jin Sang Sa, defendant Net Apparel Company,
                defendant Advance Textile Corp, defendant Express
                Manufacturin, defendant Sako Corporation  by law office,
                Damon key Leong Kupchak Hastert and attorney Richard W.
                Pierce of law office: White Pierce Mailman & Nutting (lg)
                [Entry date 05/24/00]

5/22/00  374    STIPULATION and ORDER  by Mag Judge Leslie E. Kobayashi -
                re settling defendants' time to respond (by answer or
                motion) to the FAC or any subsequent amended complaint
                shall be extended until 45 days after any final judicial
                disposition of the of that selling defendant's settlement,
                in the event a response is then still required  - by
                plaintiffs (lg) [Entry date 05/24/00]

5/22/00  375    NOTICE OF MOTION;  specially appearing defendants Neo
                Fashion Inc.,  Uno Moda Corp.,  Winners Corp.'s motion to
                dismiss complaint for lack of personal jurisdiction;
                memorandum in support of motion; declaration of Dal-Eon
                Chung;  declaration of Won Gun Bak; declaration of Kwang
                Soo Kim;  exhibits "1-7";  certificate of service - set for
                9:45 6/19/00 before Judge David A. Ezra  - by
                specially-appearing defts (lg) [Entry date 05/24/00]

5/22/00  376    NOTICE OF MOTION; specially appearing by defendants Neo
                Fashion Inc.,  Uno Moda Corp., and Winners Corp.'s motion
                to dismiss pursuant to FRCP 12(b)(6) and 12(b)(3);
                memorandum in support of motion;  certificate of service -

set for 9:45 6/19/00 before Judge David A. Ezra - by
specially defts (lg) [Entry date 05/24/00]
[Edit date 05/24/00]

5/22/00 377    DECLARATION of Rexford C. Kosack in support of motion for
               permission to appear pro hac vice in proceedings - by
               defendants (lg) [Entry date 05/24/00]

5/22/00 378    DECLARATIONf of Sean E. Frink in support of motion for
               permission to appear pro hac vice in proceedings - by
               defendants (lg) [Entry date 05/24/00]

5/22/00 379    DECLARATION of Glenn A. Jewell in support of motion for
               permission to appear pro hace vice in proceedings - by
               defendants (lg) [Entry date 05/24/00]

5/22/00 380    NOTICE OF MOTION; by defendants Commonwealth Garment,
               Marianas Fashions, Inc., Michigan, Inc., and Onwel
               Manufacturing Saipan, Inc.'s motion to dismiss or transfer
               ; declaration of Wang Bin; declaration of Annie C. Cepeda;
               declaration of Hong Wan Hoo; declaration of Mayce Cheng;
               certificate of service - set for 9:45 6/19/00 before Judge
               David A. Ezra (lg) [Entry date 05/24/00]

5/23/00 381    AMENDED CERTIFICATE of service by defendants (lg)
               [Entry date 05/24/00]

5/24/00 382    DISCOVERY ORDER  by Mag Judge Leslie E. Kobayashi -
               [discovery conference held by telephone conf call on
               05/16/00 at 6:15 p.m.] (cc: all counsel) (lg)
               [Entry date 05/26/00]

5/24/00 383    DISCOVERY ORDER  by Mag Judge Leslie E. Kobayashi -
               [discovery conference held by telephone conf call on
               05/14/00 at 7:45 p.m., it is hereby ordered that 1) defts'
               request to have this court order the deponent to state her
               current residence address is hereby DENIED; 2) defts'
               request for the fee agreement is GRANTED and pltfs are
               ordered to provide copies of the agreements with the DOE
               plaintiffs; 3) defts' request is GRANTED and the
               client-deponents may be questioned about what they were
               told about the proposed settlement terms (see doc.#383 for
               further explanation)] ] (cc: all counsel) (lg)
               [Entry date 05/26/00]

5/24/00 384    NOTICE OF HEARING MOTION; by defendant Levi Strauss &
               Company's motion to dismiss plaintiff's first amended
               complaint, filed April 28, 2000, and joinder in motion by
               defendants The Associated Merchandising Corp., Cutter &
               Buck, Inc., Dayton-Hudson Corp., The Gap, INc., The
               Gymboree Corp., J.C. Penney Company, Inc., Jones Apparel
               Group, Inc., Lane Bryant, Inc., The Limited, Inc., The May
               Department Stores Company, Nordstrom, Inc., Oshkosh B'
               Gosh, Inc., Sears Roebuck and Co., Tommy Hilfiger USA, Inc.
               and Wal-Mart Stores, Inc.'s to dismiss complaint pursuant
               to rules 12(b)(6) and 41(b), filed April 12, 1999, and

amended motion by defendants The Associated Merchandising
Corp., Target Corp., The Gap, INc., J.C. Penney Company,
Inc., Lane Bryant, Inc. and The Limited, Inc. to dismiss
first amended complaint pursuant to rules 12(b)(6) and
41(b); certificate of service -  set for 9:45 6/19/00
before Judge David A. Ezra (lg) [Entry date 05/26/00]

5/24/00  385   MEMORANDUM by specially appearing defendants Target
               Corporation and Associated Merchandi in opposition to
               plaintiffs' motion to extend time for filing motion for
               class certification and to set appropriate discovery,
               briefing hearing schedule, filed May 18, 2000 [365-1];
               declaration of Nadine Y. Ando;  exhibits 1-5;  certificate
               of service (lg) [Entry date 05/26/00]

5/24/00  386   Submission of original DECLARATION of Dal-eon Chung by
               defendants  [375-1],  [376-1] (lg) [Entry date 05/26/00]

5/24/00  387   Submission of original DECLARATION of won Gun Bak by
               defendants  [375-1],  [376-1] (lg) [Entry date 05/26/00]

5/24/00  388   Submission of original DECLARATION of Kwang Soo Kim by
               defendants  [375-1],  [376-1] (lg) [Entry date 05/26/00]

5/24/00  389   JOINDER by defendants Limited, Inc.,and Lane Bryant, Inc.'s
               in "specially apparing defendants Target Corporation and
               Associated Merchandising Corporation's memorandum in
               opposition to plaintiffs motion to extend time for filing
               motion for class certification and to set appropriate
               discovery, briefing hearing schedule, filed May 18, 2000"
               [365-1];  declaration of Phillip A. Li;  exhibit a;
               certificate of service (lg) [Entry date 05/26/00]

5/25/00  390   SUBMITTAL OF ORIGINAL DECLARATIONS of (1) Brian W. McMahon,
               (2) Park Ick Seo, and (3) Natividad Sablan (exhibits c, d
               and e to defendants Net Apparel Company, defendant Pang Jin
               Sang Sa Corp., Advance Textile Corporation, Express
               Manufacturing, Inc., and Sako Corporation's motion to
               dismiss for lack of personal jurisdiction, filed May 22,
               2000);  declarations;  certificate of service  [372-1] (lg)
               [Entry date 05/31/00]

5/25/00  391   SUBMITTAL OF ORIGNIAL DECLARATION of James C. Lin (exhibit
               "A" to defendant United International Corporation's
               substantive joinder in (1) "defendants American Pacific
               Textile, Inc., Hansae (Saipan), Inc., Marianas Garment
               Manufacturing, Inc., Mirage (Saipan), Inc. and Top Fashion
               Corp.'s motion to dismiss or transfer," filed April 24,
               2000," and (2) "amended motion by defendants The Associated
               Merchandising Corp., Target Corp., The Gap, Inc., J.C.
               Penney Company, Inc., Lane Bryant, Inc., and The Limited,
               Inc., to dismiss first amended complaint pursuant to rules
               12(b)(6) and 41(b)," filed May 8, 2000;  filed May 19,
               2000);  declaration of James c. Lin;  certificate of
               service [320-1] [347-1] (lg) [Entry date 05/31/00]

5/25/00   392   ERRATA to defendants Limited, Inc., and Lane Bryant, Inc.'s
                joinder in "specially appearing defendants Target
                Corporation and Associated Merchandising Corporation's
                memorandumm in opposition to plaintiffs' motion to extend
                time for filing of motion for class certification and to
                set appropriate discovery, briefing and hearing schedule,
                filed May 18, 2000";  certificate of service  [365-1] (lg)
                [Entry date 05/31/00]

5/25/00   393   ORDER  by Mag Judge Leslie E. Kobayashi  granting
                plaintiffs' motion to continue hearings on defendants'
                motions to dismiss and granting defendant The Gap's ex
                parte motion for supplemental briefing - on behalf of
                plaintiffs [330-1] [365-1] [366-1] (lg)
                [Entry date 05/31/00]

5/25/00   394   JOINDER by defendant Abercrombie & Fitch's in 'specially
                appearing defendants Target Corporation and Associated
                Merchandising Corporation's memorandum in opposition to
                plaintiffs' motion to extend time for filing motion for
                class certification and to set appropriate discovery,
                briefing and hearing schedule, filed May 18, 2000";
                certificate of service [365-] (lg) [Entry date 05/31/00]

5/25/00   395   SUBMISSION OF ORIGINAL DECLARATION by defendants Limited,
                Inc., and Lane Bryant, Inc.'s of Yafeng Sun; exhibit A;
                certificate of service (lg) [Entry date 05/31/00]

5/25/00   396   JOINDER by defendants Abercrombie & Fitch's in the customer
                defendants' motion to dismiss; certificate of service
                [347-1] (lg) [Entry date 05/31/00]

5/25/00   397   JOINDER by defendant J.C. Penney Company, Inc.'s in
                specially appearing defendants Target Corporation and
                Associated Merchandising Corporation's memorandum in
                opposition to plaintiffs' mtoion (sic) to extend time for
                filing motion for class certification and to set
                appropriate discovery, briefing and hearing schedule, filed
                May 18, 2000 (filed May 24, 2000);  certificate of service
                [365-1] (lg) [Entry date 05/31/00]

5/25/00   398   Supplemental DECLARATION of Rexford C. Kosack (re: motion
                or permission to appear pro hac vice in proceedins) - by
                defendants Neo Fashion, Inc., Uno Moda Corp., and Winners
                Corp. (lg) [Entry date 05/31/00]

5/25/00   399   Supplemental DECLARATION of Sean E. Frink (re: motion for
                permission to appear pro hac vice in proceedings) - by
                defendants Neo Fashion, Inc., Uno Moda Corp., and Winners
                Corp. (lg) [Entry date 05/31/00]

5/26/00   400   JOINDER by defendant Gap, Inc.'s in specially appearing
                defendants Target Corporation and Associated Merchandising
                Corporation's memorandum in opposition to plaintiffs'
                motion to extend time for filing motion for class
                certification and to set discovery, briefing and hearing

```
                schedule, filed May 18, 2000 (filed May 24, 2000);
                certificate of service  [365-1] (lg) [Entry date 05/31/00]

5/26/00  401    SUBSTANTIVE JOINDER by defendants American Pacific Tex,
                Hansae (Saipan), Marianas Garment Man,  Mirage (Saipan),
                Top Fashion Corp., Commonwealth Garment, Mariana Fashions,
                Inc., Michigan, Inc., and Onwel Manufacturing in motion by
                defendants The Associated Merchandising Corp., et al. to
                dismiss first amended complaint pursuant to rules 12(b)(6)
                and 41(b), filed April 12, 1999, and in amended motion by
                defendants The Associated Merchandising Corp., et al. to
                dismiss first amended complaint pursuant to rules 12(b)(6)
                and 41(b), filed May 8, 2000;  certificate of service
                [347-1] (lg) [Entry date 05/31/00]

5/26/00  402    SUBMISSION OF ORIGINAL DECLARATION of Angela Padilla and
                original certification of counsel in support of specially
                appearing defendants Target Corporation and Associated
                Merchandising Corporation's memorandum in opposition to
                plaintiffs' motion to extend time for filing of motion for
                class certification and to set appropriate discovery,
                briefing and hearing schedule, filed May 18, 2000 [filed
                May 24, 2000]; certificate of service - by defendants
                [365-1] (lg) [Entry date 05/31/00]

5/26/00  403    Supplemental DECLARATION of Glenn A. Jewell (re motion for
                permission to appear pro hac vice in proceeding) - by
                defendants Neo Fashion, Inc., Uno Moda Corp., and Winners
                Corp. (lg) [Entry date 05/31/00] [Edit date 05/31/00]

5/26/00  404    NOTICE OF MOTION for permission  by defendants to appear
                pro hac vice of attorney Rexford c. Kosack;  and ORDER
                thereon by - Judge Leslie E. Kobayashi (lg)
                [Entry date 05/31/00]

5/26/00  405    NOTICE OF MOTION for permission by defendants to appear
                pro hac vice by attorney Sean E. Frink;  and ORDER thereon
                by - Mag Judge Leslie E. Kobayashi (lg)
```

```
INTERNAL USE ONLY: Proceedings include all events.        TERMED
1:99cv717 Doe  I, et al v. Gap, Inc., et al                        LEK
                                                          TRANSF BMKREC
                [Entry date 05/31/00]

5/26/00  406    NOTICE OF MOTION for permission by defendants to appear
                pro hac vice for attorney Gleen A. Jewell;  and ORDER
                thereon - by Mag Judge Leslie E. Kobayashi (lg)
                [Entry date 05/31/00]
```

5/26/00  407     REPLY MEMORANDUM by plaintiffs' in support of motion to
                 extend time for filing of motion for class certification
                 and to set approprate discovery, briefing and hearing
                 schedule [365-1] (lg) [Entry date 05/31/00]

5/30/00  408     JOINDER by specially appearing defendant Grace
                 International, Inc. in Neo Fashion Inc., Uno Moda Corp., and
                 Winners Corp.'s motion to dismiss pursuant to FRCP 12(b)(6)
                 and 12(b)(3) and for lack of personal jurisdiction;
                 declaration of Jeffrey R. Buchli;  exhibit 1;  certificate
                 of service [376-1] (lg) [Entry date 05/31/00]
                 [Edit date 06/12/00]

5/30/00  420     NOTICE OF MOTION and motion by defendant Talbots, Inc., The
                 to dismiss for lack of personal jurisdiction; memorandum
                 in support of motion; declaraton of Andrew L. Pepper;
                 exhibit a; declaration of John L. Forio; certificate of
                 service - set for 9:00 8/28/00 before Judge David A. Ezra
                 (eps) [Entry date 06/13/00]

5/31/00  409     MEMORANDUM of points and authorities by plaintiffs' in
                 opposition to defendants' motions to dismiss;  delcaration
                 of Thomas H. Skinner;  declaration of Stella M. Pereira;
                 declaration of Thomas R. Grande; exhibits 1-112;
                 declaration of Elizabeth Arleo;  exhibits a; and
                 certificate of service  [384-1], [375-1], [372-1], [347-1],
                 [320-1], [289-1] (lg) [Entry date 06/01/00]

5/31/00  410     Plaintiffs' EXHIBITS 1 pages 1-299 in support of their
                 memorandum of points of authorities in  opposition to
                 defendants' motion to dismiss [409-1] (lg)
                 [Entry date 06/01/00]

5/31/00  411     Plaintiffs' EXHIBITS 2-112 in support of their memorandum
                 of points of authorities in opposition to defendants'
                 motion to dismiss [409-1] (lg) [Entry date 06/01/00]

5/31/00  412     Plaintiffs' EXHIBITS  1 pages 300-925 in support of their
                 memorandum of points of authorities in opposition to
                 defendants' motion to dismiss [409-1] (lg)
                 [Entry date 06/01/00]

5/31/00  417     EP :Plaintiffs' Motion to Extend Time For Filing Motion For
                 Class Certification and to Set Appropriate Discovery,
                 Briefing and Hearing Schedule - Extensive arguments heard.
                 Court's Ruling - Motion Granted.  The deadline to file the
                 Motion For Class Certification is 8/3/00.  Opposition and
                 reply in accordance with local rules.  Regarding discovery,
                 counsel ordered to meet and confer and determine whether an
                 interim protective order can be agreed upon.  Other
                 discovery areas regarding commonality and predominance,
                 parties to meet and confer.  Parties to resolve the
                 production of reports within 1 week.  Thomas Grande to
                 prepare Order. Status Conference set for 10:30 6/23/00, LEK.
                  Brief Status Conference Statements are due 6/20/00. status

conference set for 10:30 6/23/00 before Mag Judge Leslie E.
Kobayashi     ( Ct Rptr : Tape) JUDGE  Mag Judge Leslie
E. Kobayashi (seal) [Entry date 06/09/00]
[Edit date 06/13/00]

6/2/00   413   CERTIFICATE of service (lg) [Entry date 06/05/00]

6/5/00   414   CERTIFICATE of service (lg) [Entry date 06/05/00]

6/5/00   421   EP : discovery conference re deposition held; all parties
               by phone; court to produce order ( Ct Rptr : No Record)
               JUDGE Mag Judge Leslie E. Kobayashi (eps)
               [Entry date 06/13/00]

6/5/00   422   APPLICATION for admission pro hac vice to represent
               Abercrombie & Fitch and Order by Mag Judge Leslie E.
               Kobayashi by defendant Abercrombie & Fitch for attorney
               Michael J. Canter to appear pro hac vice, for attorney
               Elizabeth T. Smith to appear pro hac vice, for attorney
               Gregory P. Joseph to appear pro hac vice; declaration of
               Phillip A. Li; declaration of Michael J. Canter;
               declaration of Elizabeth T. Smith; declaration of Gregory
               P. Joseph; certificate of service (eps)
               [Entry date 06/13/00]

6/5/00   423   STIPULATION and Protective ORDER governing depositions of
               DOE plaintiffs, and information disclosed in connection
               therewith by Mag Judge Leslie E. Kobayashi : for
               protective order (eps) [Entry date 06/13/00]

6/5/00   424   NOTICE OF MOTION and motion by defendant Brooks Brothers,
               Inc to dismiss first amended complaint filed April 28,
               2000; certificate of service - set for 9:00 8/28/00 before
               Judge David A. Ezra (eps) [Entry date 06/13/00]

6/6/00   415   CERTIFICATE of service (lg) [Entry date 06/07/00]

6/6/00   416   DISCOVERY ORDER  by Mag Judge Leslie E. Kobayashi (cc:  all
               counsel) (lg) [Entry date 06/09/00]

6/6/00   418   EO :The hearing date for plaintiff's motion for provisional
               class certification and preliminary approval of partial
               settlements for the benefit of the class and an order
               requiring non-settling defendants to post notice of the
               proposed settlements in the above-entitled matter are
               continued from 07/03/00 to 07/06/00 at 9:00 a.m.;  parties
               notified  [280-1], re [260-1] ( Ct Rptr : ) JUDGE  Judge
               David A. Ezra (lg) [Entry date 06/12/00]

6/7/00   419   DECLARATION of Chen Zhong - by defendant  [408-1] (lg)
               [Entry date 06/12/00]

6/8/00   425   REPLY MEMORANDUM by defendant Net Apparel Company,
               defendant Pang Jin Sang Sa, defendant Advance Textile Corp,
               defendant Express Manufacturin, defendant Sako Corporation
               in support of motion to dismiss for lack of personal

jurisdiction [372-1] filed May 22, 2000; declaration of
Gregory W. Kugle; exhibits a-b; certificate of service (eps)
[Entry date 06/13/00]

6/8/00  426  REPLY MEMORANDUM by defendant United International  in
support of its substantive joinder in (1) defendants'
American Pacific Textiles, Inc., Hansae (Saipan), Inc.,
Marianas Garment Manufacturing, Inc., Mirage (Saipan),
Inc., and Top Fashion Corp.'s motion to dismiss or transfer
[320-1],filed April 24, 2000 and (2) amended motion by
defendants Associated Merchandising Corp., Target Corp.,
The Gap, Inc., JC Penney Co, Inc, Lane Bryant, Inc. and th
eLimided, Inc to dismiss first amended complaint pursuant
to rules 12(b)(6) and 41(b) [347-1] filed May 8, 2000,
filed May 19, 2000; declaration of Gregory W. Kugle;
exhibit a; certificate of service (eps)
[Entry date 06/13/00]

6/8/00  427  Joinder in reply MEMORANDUM by defendant Target
Corporation, defendant Associated Merchandi  in support of
the amended motion by defendants The Associated
Merchandising Corp.; Target Corp, The Gap, Inc., JC Penney
Co, Inc, Lane Bryant, Inc., and The Limited, Inc to dismiss
first amended complaint pursuant to rules 12(b)(6) and
41(b) [347-1]; certificate of service (eps)
[Entry date 06/13/00]

6/8/00  428  REPLY Brief by defendant Limited, Inc., defendant Lane
Bryant, Inc., defendant Abercrombie & Fitch to plaintiffs'
memorandum of points and authorities in opposition to
defendants' motions to dismiss filed on May 31, 2000;
certificate of service (eps) [Entry date 06/13/00]

6/8/00  429  Declaration of Phillip A. Li by defendant Limited, Inc.,
defendant Lane Bryant, Inc., defendant Abercrombie & Fitch
in support of reply brief to plaintiff's memorandum of
points and authorities in opposition to defendants' motions
to dismiss  [428-1] filed on May 31, 2000; exhibits 1-6;
certificate of service (eps) [Entry date 06/13/00]

6/8/00  430  Reply MEMORANDUM by defendant Target Corporation, defendant
Associated Merchandi  in support of motion to dismiss
complaint for lack of jurisdiction [289-1] filed on April
5, 2000 (eps) [Entry date 06/13/00]

6/8/00  431  Reply to plaintiffs' MEMORANDUM of points and authorities
by defendant American Pacific Tex, defendant Hansae
(Saipan), defendant Marianas Garment Man, defendant Top
Fashion Corp.  in opposition to defendants' motions to
dismiss filed on May 31, 2000; declaration of Joseph E.
Horey; exhibits a-d; certificate of service (eps)
[Entry date 06/13/00]

6/8/00  433  REPLY MEMORANDUM by defendant Neo Fashion Inc., defendant
Uno Moda Corp., defendant Winners Corp.  in support of
motion to dismiss complaint for lack of personal

jurisdiction [375-1]; appendix 1-5; declaration of Michael
A. Lilly; certificate of service (eps) [Entry date 06/14/00]

6/9/00   432   ERRATA by defendant Limited, Inc., defendant Lane Bryant,
               Inc., defendant Abercrombie & Fitch to plaintiffs'
               memorandum of points and authorities in opposition to
               defendants' motions to dismiss filed on May 31, 2000, filed
               on June 8, 2000 [428-1]; certificate of service (eps)
               [Entry date 06/13/00]

6/9/00   434   JOINDER in defendant The Gap, Inc.'s OPPOSITION MEMORANDUM
               by defendant Target Corporation, Associated Merchandi to
               plaintiffs' motion to proceed under fictitious names filed
               in California on February 5, 1999 [270-1]; certificate of
               service (eps) [Entry date 06/14/00]

6/9/00   435   JOINDER by specially appearing defendant Net Apparel
               Company, Pang Jin Sang Sa, Advance Textile Corp, Express
               Manufacturin, Sako Corporation, United International  in
               defendant The Gap, Inc.'s memorandum in opposition to
               motion to proceed anonymously [270-1]; certificate of
               service (eps) [Entry date 06/14/00]

6/9/00   436   Joinder by defendant J.C. Penney Company in defendant The
               Gap, Inc.'s memorandum in opposition to motion to proceed
               under fictitious names filed on February 5, 1999 [270-1]
               (filed June 9, 2000); certificate of service (eps)
               [Entry date 06/14/00]

6/9/00   437   MEMORANDUM by defendant Gap, Inc.  in opposition to
               plaintiffs' motion to proceed under fictitious names filed
               on February 5, 1999 [270-1]; declaration of Danilo T.
               Aguilar; declaration of Louise K.Y. Ing; exhibits 1-49;
               certificate of service (eps) [Entry date 06/14/00]

6/13/00  438   EO : status conference set for 10:00 6/27/00 before Mag
               Judge Leslie E. Kobayashi; brief status conference
               statements are due 6/22/00; Thomas Grande to notify all
               parties ( Ct Rptr : )     JUDGE  Mag Judge Leslie E.
               Kobayashi (eps) [Entry date 06/14/00]

6/13/00  439   Joinder by defendant J.C. Penney Company  in defendants The
               Limited, Inc., Lane Bryant, Inc. and Abercrombie & Fitch's
               reply brief to plaintiffs' memorandum of points and
               authorities in opposition to defendants' motions to dismiss
               filed on May 31, 2000 (filed June 8, 2000); certificate of
               service (eps) [Entry date 06/14/00]

6/13/00  440   NOTICE OF MOTION and motion by defendant Woolrich, Inc. to
               dismiss plaintiffs' first amended complaint filed April 28,
               2000; certificate of service - set for 9:00 8/28/00 before
               Judge David A. Ezra (eps) [Entry date 06/14/00]

6/13/00  441   Substantive Joinder by specially appearing defendants
               Concorde Garment Man, Global Manufacturing, defendant
               Trans-Asia Garment F in The Gap, Inc.'s memorandum in

opposition to motion to proceed under fictitious names
filed on February 5, 1999 [270-1], filed June 9, 2000;
certificate of service (eps) [Entry date 06/14/00]

6/13/00  442     CERTIFICATE of service (eps) [Entry date 06/14/00]

6/14/00  443     CERTIFICATE of service (eps) [Entry date 06/16/00]

6/14/00  444     DECLARATION of Wilfredo Tungol in support of application
                 for admission on pro hac vice of Reynaldo Yana by defendant
                 Joo Ang Apparel, Inc (eps) [Entry date 06/16/00]

6/14/00  445     Joinder by defendant Limited, Inc., defendant Lane Bryant,
                 Inc., defendant Abercrombie & Fitch  in The Gap, Inc
                 memorandum in opposition to plaintiffs' motion to proceed
                 under fictitious names filed on February 5, 1999 [270-1]
                 filed on June 9, 2000; certificate of service (eps)
                 [Entry date 06/16/00]

6/14/00  446     ERRATA by defendant Neo Fashion Inc., defendant Uno Moda
                 Corp., defendant Winners Corp. to reply memorandum in
                 support of motion to dismiss for lack of personal
                 jurisdiction, filed June 8, 2000 [433-1]; certificate of
                 service (eps) [Entry date 06/16/00]

6/15/00  447     Substantive joinder by defendant US CNMI Development in The
                 Gap, Inc.'s memorandum in  opposition to plaintiffs' motion
                 to proceed under fictitious names filed on February 5, 1999
                 [270-1], filed June 9, 2000; certificate of service (eps)
                 [Entry date 06/16/00]

6/15/00  448     Substantive joinder by defendant Diorva Saipan Ltd.,
                 defendant Micronesian Garment in The Gap, Inc.'s memorandum
                 in opposition to plaintiffs' motion to proceed under
                 fictitious names filed on February 5, 1999 [270-1] filed
                 June 9, 2000; certificate of service (eps)
                 [Entry date 06/16/00]

6/15/00  449     Substantive joinder by defendant American Pacific Tex,
                 defendant Hansae (Saipan), defendant Marianas Garment Man,
                 defendant Mirage (Saipan), defendant Top Fashion Corp.,
                 defendant Commonwealth Garment, defendant Mariana Fashions,
                 In, defendant Michigan, Inc., defendant Onwel Manufacturing
                  in The Gap, Inc.'s memorandum in opposition to plaintiffs'
                 motion to proceed under fictitious names filed on February
                 5, 1999 [270-1] filed June 9, 2000; certificate of service
                 (eps) [Entry date 06/16/00]

6/15/00  450     RETURN OF SERVICE executed upon defendant Mariana Fashions,
                 In on 5/8/00 thru Annie Cepeda (reg agent) (eps)
                 [Entry date 06/16/00]

6/15/00  451     RETURN OF SERVICE executed upon defendant Trans-Asia
                 Garment F on 5/4/00 thru Steven P. Pixley, Legal Dept, Tan
                 Holdings (eps) [Entry date 06/16/00]

6/15/00   452      RETURN OF SERVICE executed upon defendant Grace
                   International on 5/8/00 thru Ramon Crisostimo (reg agent)
                   (eps) [Entry date 06/16/00]

6/15/00   453      APPLICATION and Order  by Judge David A. Ezra by defendant
                   Joo Ang Apparel, Inc for attorney Reynaldo O. Yana for
                   permission to appear pro hac vice (eps)
                   [Entry date 06/16/00] [Edit date 06/16/00]

6/15/00   454      EX PARTE MOTION and Order  by Mag Judge Leslie E. Kobayashi
                   by plaintiff Doe I,, plaintiff Doe II,, plaintiff Doe III,,
                   plaintiff Doe IV,, plaintiff Doe V, plaintiff Doe VI,
                   plaintiff Doe VII, plaintiff Doe VIII, plaintiff Doe IX,
                   plaintiff Doe X for extension of page limit on plaintiffs'
                   reply memorandum in support of their motion for leave to
                   proceed under fictitious names; declaration of Thomas R.
                   Grande  re [270-1] - reply memorandum no longer than 25
                   pages (eps) [Entry date 06/16/00]

6/15/00   455      STIPULATION and ORDER  by Mag Judge Leslie E. Kobayashi :
                   extension of time to answer plaintffs' first amended
                   complaint - Joo Ang Apparel shall have until 6/28/00 to
                   file an answer (eps) [Entry date 06/16/00]

6/15/00   451      RETURN OF SERVICE executed upon defendant Neo Fashion Inc.,
                   defendant Uno Moda Corp., defendant Winners Corp. on 5/4/00
                   thru Rexford Kosack, Esq. (eps) [Entry date 06/19/00]

6/15/00   451      RETURN OF SERVICE executed upon defendant Joo Ang Apparel,
                   Inc on 5/9/00 thru Shin Chon Ho, president (eps)
                   [Entry date 06/19/00]

6/15/00   451      RETURN OF SERVICE executed upon defendant Pang Jin Sang Sa
                   on 5/10/00 thru Richard Pierce, Esq and 5/9/00 via
                   certified mail to Del P. Camacho (eps) [Entry date 06/19/00]

6/15/00   451      RETURN OF SERVICE executed upon defendant Michigan, Inc.,
                   defendant Commonwealth Garment, defendant Onwel
                   Manufacturing on 5/8/00 thru Robert O'Connor, Esq. (eps)
                   [Entry date 06/19/00] [Edit date 06/19/00]

6/15/00   451      RETURN OF SERVICE executed upon defendant Sako Corp.,
                   defendant Express Manufacturin on 5/9/00 thru Brian
                   McMahon, Esq. (eps) [Entry date 06/19/00]

6/15/00   451      RETURN OF SERVICE executed upon defendant N.E.T. Corp. on
                   5/10/00 thru Ta Bun Kuy (reg agent) (eps)
                   [Entry date 06/19/00]

6/15/00   451      RETURN OF SERVICE executed upon defendant Net Apparel
                   Company, defendant Advance Textile Corp on 5/8/00 thru
                   Richard Pierce, Esq. (eps) [Entry date 06/19/00]

6/16/00   456      CERTIFICATE of service (eps) [Entry date 06/19/00]

6/16/00   457      CERTIFICATE of service (eps) [Entry date 06/19/00]

6/16/00  458     CERTIFICATE of service (eps) [Entry date 06/19/00]

6/16/00  459     Amended submission of the original DECLARATION of Yafeng
                 Sun; exhibits a; certificate of service  by defendant
                 Limited, Inc., defendant Lane Bryant, Inc., defendant
                 Abercrombie & Fitch re [395-1] (eps) [Entry date 06/19/00]

6/16/00  460     Reply MEMORANDUM by plaintiffs in support of motion to
                 proceed under fictitious names filed on February 5, 1999
                 [270-1]; declaration of Stanley E. Levin; exhibits a-s;
                 declaration of Timothy H. Skinner; exhibits a-e; and
                 certificate of service - SEALED (eps) [Entry date 06/19/00]
                 [Edit date 06/19/00]

6/16/00  461     MEMORANDUM by specially appearing defendants Dayton-Hudson
                 Corp., nka Target Corporation,  Associated Merchandi  RE:
                 plaintiffs' motion for preliminary approval of settlement
                 [260-1]; filed on March 28, 2000; declaration of Nadie Y.
                 Ando; exhibis a,b,c1-c14; certificate of service - SEALED
                 (eps) [Entry date 06/19/00]

6/19/00  462     MEMORANDUM by defendant Limited, Inc., defendant Lane
                 Bryant, Inc., defendant Abercrombie & Fitch  in opposition
                 to motion for preliminary approval of settlement [260-1]
                 filed March 28, 2000; declaration of George L. Priest;
                 declaration of Zhou Liang Cai; declaration of Wei Shi Da;
                 declaration of Deng Qinmin; declaration of William Chong
                 Zheng Ren; declaration of Xu Si-Hong; declaration of Yafeng
                 Sun; declaration of Chen Zu-Long; declaration of Lindalee K.
                 Farm; exhibits 1-22; certificate of service - SEALED (seal)
                 [Entry date 06/19/00] [Edit date 06/19/00]

6/19/00  463     MEMORANDUM by defendant United International  in opposition
                 to motion for an order requiring contractor defendants to
                 post notice [259-1]; certificate of service (eps)
                 [Entry date 06/20/00]

6/19/00  464     MEMORANDUM of points and authorities  by specially
                 appearing defendants Concorde Garment Man, defendant Global
                 Manufacturing  in opposition to motion for an order
                 requiring contractor defendants to post notices of proposed
                 settlements [259-1]; certificate of service (eps)
                 [Entry date 06/20/00]

6/19/00  465     EX PARTE APPLICATION and Order  by Mag Judge Leslie E.
                 Kobayashi by defendant Brooks Brothers, Inc for attorney
                 Joel W. Sternman to appear pro hac vice; declaration of
                 Joel W. Sternman in support of exparte application;
                 declaration of Richard R. Clifton; certificate of service
                 (eps) [Entry date 06/20/00]

6/19/00  466     SUBSTANTIVE JOINDER by defendant Concorde Garment Man,
                 defendant Global Manufacturing in defendants The Gap, Inc.,
                 JC Penney Co, Inc, Lane Bryant, Inc., The Limited, Inc.,
                 Abercrombie & Fitch, and The May Department Stores Co's in

opposition to plaintiffs' motion for preliminary approval
of settlements [260-1] filed on March 28, 2000; filed on
June 19, 2000 (eps) [Entry date 06/20/00]

6/19/00  467    STATEMENT of positiion by defendant Levi Strauss & Co  on
                determination of plaintiffs' motion for preliminary
                approval of settlements [260-1] filed on March 28, 2000;
                certificate of service (eps) [Entry date 06/20/00]

6/19/00  468    MEMORANDUM by defendant United International, defendant Pang
                Jin Sang Sa, defendant Net Apparel Company, defendant
                Advance Textile Corp, defendant Express Manufacturin,
                defendant Sako Corp.  in opposition to plaintiffs' motion
                for preliminary approval of settlements [260-1]; filed March
                28, 2000, and substantive joinder in defendant The Gap, Inc.
                et al memorandum in opposition; declaration of Gary W. Kugle
                exhibits a-n; certificate of service - SEALED (eps)
                [Entry date 06/20/00] [Edit date 06/20/00]

6/19/00  469    EX PARTE MOTION and Order  by Mag Judge Leslie E. Kobayashi
                by defendant Gap, Inc. shorten time for hearing on its
                motion to compel testimony and the production of documents
                of non-party Verite, Inc.; declaration of Louise K.Y. Ing
                (eps) [Entry date 06/20/00]

6/19/00  470    NOTICE OF MOTION and motion by defendant Gap, Inc. to
                compel testimony and the production of documents of
                non-party Verite, Inc.; declaration of Louise K.Y. Ing;
                exhibits a-d; certificate of service - set for 10:00
                6/27/00 before Mag Judge Leslie E. Kobayashi (eps)
                [Entry date 06/20/00]

6/19/00  471    Amended CERTIFICATE of service (eps) [Entry date 06/20/00]

6/19/00  472    Original DECLARATION of Linn H. Asper in support of The
                Gap, Inc.'s memorandum in opposition to plaintiffs' motion
                to proceed under fictitious names filed 2/5/99  by
                defendant Gap, Inc.  [270-1] (eps) [Entry date 06/20/00]

6/19/00  473    MEMORANDUM of law by defendant Tommy Hilfiger USA  in
                opposition to motion to compel  [470-1] - [COPY] (eps)
                [Entry date 06/20/00]

6/19/00  474    DECLARATION of Michael A. Levine by defendant Tommy
                Hilfiger USA in opposition to motion to compel re [470-1] -
                [COPY] (eps) [Entry date 06/20/00]

6/19/00  475    MEMORANDUM of law by non-party Verite, Inc.  in opposition
                to defendant The Gap, Inc.'s motion to compel  [470-1] -
                [COPY] (eps) [Entry date 06/20/00] [Edit date 06/20/00]

6/19/00  476    DECLARATION of Heather White in opposition to motion to
                compel by non-party Verite, Inc. re [470-1] - [COPY] (eps)
                [Entry date 06/20/00] [Edit date 06/20/00]

6/19/00  477    EP : VARIOUS MOTIONS:  Motion for Pro Hoc Vice as to

G.Robert Blakey Granted.  1. Defendants' The Associated
Merchandising Corp, Cutter & Buck, Inc., Dayton Hudson
Corp., The Gap, Inc., The Gymboree Corp., J.C. Penney,
Jones Apparel Group, Inc., Lane Bryant, Inc., The Limited,
Inc., The May Dept Stores Co., Nordstrom, Inc., Oshkosh
B'Gosh, Inc., Sears Roebuck, Tommy Hilfiger USA Inc., and
Wal-Mart Stores, Inc., Motion to Dismiss are taken under
advisement.  2. Dayton Hudson & Assoc. Merchandising
Corp.'s Motion to Dismiss is taken under advisement.  3.
American Pacific Textiling's Motion to Dismiss is taken
under advisement.  4. US- CNMI Development Corp's Motion to
Dismiss is taken under advisement. 5. Deft Pang Jin Chun
and Net Appraisal Co.'s Motion to Dismiss is taken under
advisement. 6. Defendant's Neo Fashion's et al's Motion to
Dismiss is taken under advisement. 7. Defendants'
Commonwealth Garment Mfg corp., Mariana Fashions, Inc.,
Michigan, Inc., and Onwel Mfg Saipan, Inc's Motion to
Dismiss or Transfer are taken under advisement. 8.
Defendant Levi Strauss' Motion to Dismiss plaintiff's First
Amended Complaint and Joinder in No. 1 and Joinder in
Amended Motion by Defendants' The Associated Merchandising
Corp., Target Corp. The Gap, Inc., J.klC. Penney Co., Inc.,
Lane Bryant, Inc. and The Limited Inc to Dismiss First
Amended Complaint is taken under advisement [289-1],
[320-1], [347-1], [357-1], [372-1], [375-1], [376-1],
[380-1], [384-1],     ( Ct Rptr : Terrence Chun)
JUDGE  Judge David A. Ezra (eps) [Entry date 06/23/00]

6/19/00  478    Submission of ORIGINAL EXHIBITS on behalf of specially
appearing defendants Dayton-Hudson Corp., Target
Corporation,  Associated Merchandi  [260-1] memorandum
regarding plaintiffs' motion for preliminary approval of
settlements, filed on March 28, 2000 filed on June 16, 2000;
 declaration of Carrie K.S. Okinaga, exhibits a,b & c1-c14;
certificate of service - SEALED (eps) [Entry date 06/23/00]

6/19/00  479    Substantive JOINDER by defendant American Pacific Tex,
defendant Hansae (Saipan), defendant Marianas Garment Man,
defendant Mirage (Saipan), defendant Top Fashion Corp.,
defendant Commonwealth Garment, defendant Mariana Fashions,
In, defendant Michigan, Inc., defendant Onwel Manufacturing
in specially appearing defendants' Concorde Garment Man and
Global Man Inc's memorandum of points and authorities in
opposition to  motion for an order requiring contractor
defendants to post notices of proposed settlements [259-1]
filed June 19, 2000; certificate of service (eps)
[Entry date 06/23/00]

6/19/00  480    Substantive JOINDER by defendant US CNMI Development in
specially appearing defendants Concorde Garment Man Corp
and Global Man Inc's memorandum of points and authorities
in opposition to motion for an order requiring contractor
defendants to post notices of proposed settlements [259-1];
filed June 19, 2000; certificate of service (eps)
[Entry date 06/23/00]

6/19/00   481      Substantive JOINDER by defendant Diorva Saipan Ltd.,
                   defendant Micronesian Garment in specially appearing
                   defendants Concorde Garment Man Corp and Global Man Inc's
                   memorandum of points and authorities in opposition to
                   motion for an order requiring contractor defendants to post
                   notices of proposed settlements [259-1] filed on June 19,
                   2000; certificate of service (eps) [Entry date 06/23/00]

6/19/00   482      Sustantive JOINDER by defendant Diorva Saipan Ltd.,
                   defendant Marianas Garment Man in defendants' The Gap, Inc,
                   JC Penney Co, Inc, Lane Bryant, Inc, The Limited, Inc, and
                   Abercrombie & Fitch's memorandum in opposition to
                   plaintiffs' motion for preliminary approval of settlement
                   [260-1] filed on March 28, 2000; filed on June 19, 2000;
                   certificate of service (eps) [Entry date 06/23/00]

6/19/00   483      Substantive JOINDER by defendant US CNMI Development in
                   defendants' The Gap, Inc., JC Penney Co, Inc, Lane Bryant,
                   Inc, The Limited, Inc, and Abercrombie & Fitch's memorandum
                   in opposition to plaintiffs' motion for preliminary
                   approval of settlement [260-1] filed on March 28, 2000;
                   filed on June 19, 2000; certificate of service (eps)
                   [Entry date 06/23/00]

6/19/00   484      Substantive JOINDER by defendant American Pacific Tex,
                   defendant Hansae (Saipan), defendant Marianas Garment Man,
                   defendant Mirage (Saipan), defendant Top Fashion Corp.,
                   defendant Commonwealth Garment, defendant Mariana Fashions,
                   In, defendant Michigan, Inc., defendant Onwel Manufacturing
                   in, and ADDENDUM to, defendants The Gap, Inc, JC Penney,
                   Inc, Lane Bryant, Inc, The Limited, Inc, and Abercrombie &
                   Fitch's memorandum in opposition to plaintiffs' motion for
                   preliminary approval of settlement [260-1]; filed on March
                   28, 2000, filed on June 19, 2000; certificate of service
                   (eps) [Entry date 06/23/00]

6/21/00   485      JOINDER by defendant Gap, Inc. in specially apparing
                   defendants Concorde Garment Man Corp and Global Man Inc.s
                   memorandum of points and authorities in opposition to
                   motion for an order requiring contractor defendants to post
                   notices of proposed settlements [259-1] filed 6/19/00 and
                   defendant United International Corp memorandum in
                   opposition to motion for order requiring posting of notice
                   filed 6/19/00 (eps) [Entry date 06/23/00]

6/21/00   486      Substantive JOINDER by defendant Diorva Saipan Ltd.,
                   defendant Marianas Garment Man in defendant United
                   International Corporation's memorandum in opposition to
                   plaintiffs' motion for preliminary approval of settlement
                   [260-1] filed March 28, 2000; filed June 19, 2000;
                   certificate of service (eps) [Entry date 06/23/00]

6/21/00   487      Substantive JOINDER by defendant US CNMI Development in
                   defendant United Internation Corp memorandum in opposition
                   to plaintiffs' motion for preliminary approval of
                   settlement [260-1] filed March 28, 2000, filed June 19,

2000; certificate of service (eps) [Entry date 06/23/00]

6/21/00  488   Substantive JOINDER by defendant American Pacific Tex,
               defendant Hansae (Saipan), defendant Marianas Garment Man,
               defendant Mirage (Saipan), defendant Top Fashion Corp.,
               defendant Commonwealth Garment, defendant Mariana Fashions,
               In, defendant Michigan, Inc., defendant Onwel Manufacturing
               re motion for preliminary approval of settlement [260-1];
               filed March 28, 2000, filed June 19, 2000; certificate of
               service (eps) [Entry date 06/23/00]

6/21/00  489   EX PARTE MOTION and Order  by Judge David A. Ezra by
               defendant United International, defendant Pang Jin Sang Sa,
               defendant Net Apparel Company, defendant Advance Textile
               Corp for nunc pro tunc approval to file memoranda in
               opposition to the motions set for hearing on July 6, 2000,
               on June 19, 2000; declaration of Gregory W. Kugle; exhibit
               a; certificate of service (eps) [Entry date 06/23/00]

6/21/00  490   Submission of amended DECLARATIONS by defendant Diorva
               Saipan Ltd., defendant Micronesian Garment in support of
               substantive joinder in defendants American Pacific Textile,
               Inc, Hansae Inc, Marianas Garment Man Inc, Mirage Inc and
               Top Fashion Corp Motion to dismiss or transfer (eps)
               [Entry date 06/23/00]

6/22/00  491   Supplemental SCHEDULING CONFERENCE STATEMENT and
               certificate of service by plaintiffs (eps)
               [Entry date 06/23/00]

6/22/00  492   JOINDER by plaintiff in Gap, Inc's motion to compel
               testimony and the production of documents of non-party
               Verite, Inc. [470-1]; and certificate of service (eps)
               [Entry date 06/23/00]

6/22/00  493   CERTIFICATE of service (eps) [Entry date 06/23/00]

6/22/00  494   NOTICE OF MOTION and motion by defendant Joo Ang Apparel,
               Inc to dismiss for lack of personal jurisdiction ; and
               joinder with Brook's Brothers, Inc.'s motion to dismiss;
               declaration of Emiliana Taitano; declaration of Rosalia
               Nave - set for 9:00 8/28/00  before Judge David A. Ezra (eps)
               [Entry date 06/23/00]

6/22/00  495   CERTIFICATE of service (eps) [Entry date 06/23/00]

6/22/00  496   EX PARTE MOTION and Order  by Mag Judge Leslie E. Kobayashi
               by defendant Gap, Inc. shorten time for hearing on The
               Gap, Inc, Lane Bryant, Inc, The Limited, Inc and
               Abercrombie & Fitch's motion to continue plaintiffs' 1)
               motion for preliminary approval of settlements filed March
               28, 2000 and 2) motion for an order requiring contractor
               defts to post notices of proposed settlements, filed March
               28, 2000; declartion of Louise KY Ing; certificate of
               service counsel) (eps) [Entry date 06/23/00]

6/22/00   497      NOTICE OF MOTION and motion by defendant Gap, Inc. to
                   continue plaintiffs' 1) motion for preliminary approval of
                   settlements, filed March 28, 2000 and 2) motion for an
                   order requiring contractor defts to post notices of
                   proposed settlements, filed March 28, 2000; declaration of
                   Louise KY Ing; certificate of service - set for 10:00
                   6/27/00 before Mag Judge Leslie E. Kobayashi (eps)
                   [Entry date 06/23/00]

6/23/00   498      ERRATA sheet by defendant United International, defendant
                   Pang Jin Sang Sa, defendant Net Apparel Company, defendant
                   Advance Textile Corp to memorandum in opposition to
                   plaintiffs' [468-1], motion for preliminary approval of
                   settlements filed March 28, 2000 [260-1] and substantive
                   joinder in defendant The Gap, Inc et al's memorandum in
                   opposition, filed under seal on June 19, 2000; certificate
                   of service (eps) [Entry date 06/26/00]

6/23/00   499      OPPOSITION by plaintiff to The Gap et al's motion to
                   continue hearing [497-1]; declaration of Mark S. Davis;
                   exhibits a to b; certificate of service (eps)
                   [Entry date 06/26/00]

6/23/00   500      CONTINGENT dismissal of newly added defendants pursuant to
                   Fed.R.Civ.Pro 41(a)(2)  by plaintiff - referred to Judge
                   Ezra (eps) [Entry date 06/26/00]

6/23/00   501      ORDER  by Judge David A. Ezra  granting in part and denying
                   in part defendants Commonwealth Garment Manufacturing Corp.;
                    Mariana Fashions, Inc., Michigan, Inc., and Onwel
                   Manufacturing Saipan, Inc.'s motion to dismiss or transfer
                   [380-1], granting in part and denying in part defendants
                   American Textile, Inc., Hansae (Saipan), Inc., Mariana
                   Garment Manufacturing, Inc., and Top Fashion Corp.'s motion
                   to dismiss or transfer [376-1], denying specially appearing
                   defendants Neo Fashion, Inc., Uno Mada Corp., and Winners
                   Corp.s  motion to dismiss complaint for lack of personal
                   jurisdiction [375-1], denying specially appearing
                   defendants Target Corp and Associated Merchandising Corp's
                   motion to dismiss for lack of personal jurisdiction
                   [372-1], [320-1], and denying defendants Net Apparel Co,
                   Pan Jin Sang SA Corp, Advance Testile Corp, Express
                   Manufacturing, Inc., and Sako Corporation's motion to
                   dismiss complaint for lack of jurisdiction [289-1] and
                   transfers the entire case to the district court for The
                   Northern Mariana Islands - Case transferred to Dist of:
                   The Northern Mariana Islands (cc: all counsel) (eps)
                   [Entry date 06/26/00]

6/26/00   502      EX PARTE MOTION and Order  by Mag Judge Leslie E. Kobayashi
                   by plaintiff for attorney G. Robert Blakey to appear pro
                   hac vice; declaration of Mark S. Davis; declaration of G.
                   Robert Blakey (eps) [Entry date 06/26/00]

6/26/00   503      CERTIFICATE of service (eps) [Entry date 06/26/00]

6/26/00  504  APPLICATION for admission pro hac vice and Order by Mag
              Judge Leslie E. Kobayashi by defendant Levi Strauss & Co
              for attorney Harry Shulman to appear pro hac vice, for
              attorney Peter Goldsmith to appear pro hac vice;
              delcaration of Lee T. Nakamura; declartion of Lauren K.
              Rauschenburg; declaration of Harry Shulman; declaration of
              Peter H. Goldsmith; certificate of service (eps)
              [Entry date 06/26/00]

6/27/00  505  EX PARTE MOTION and Order  by Mag Judge Leslie E. Kobayashi
              by defendant May Department Store for attorney Suzanne
              Woodard to appear pro hac vice; memorandum in support of
              application; consent to designation as associate counsel;
              declaration of Suzanne Woodard; certificate of service (eps)
              [Entry date 07/03/00]

6/27/00  506  CERTIFICATE of service (eps) [Entry date 07/03/00]

6/27/00  507  APPLICATION for admission and Order  by Mag Judge Leslie E.
              Kobayashi by defendant United International, Pang Jin Sang
              Sa, Net Apparel Company, Advance Textile Corp, Express
              Manufacturin, Sako Corp. for attorney Brian W. McMahon to
              appear pro hac vice; written consent of Diane D. Hastert;
              declaration of Brian W. McMahon; certificate of service (eps)
              [Entry date 07/03/00]

6/30/00  508  Substantive JOINDER by defendant N.E.T. Corp. in motion by
              defendants' the Associated Merchandising Corp et al to
              dismiss complaint [289-1] pursuant to Rules 12(b)(6) and
              41(b), filed April 12, 1999, and in amended motion by
              defendants The Associated Merchandising Corp etal to
              dismiss first amended complaint pursuant to Rules 12(b)(6)
              and 41(b), filed May 8, 2000; certificate of service (eps)
              [Entry date 07/03/00]

7/3/00   509  ORDER  by Mag Judge Francis I. Yamashita  granting
              plaintiffs' motion to extend time for filing of motion for
              class certification and to set appropriate discoery,
              briefing and hearing schedule - pltf's m/class
              certification shall be filed by 8/3/00; hrng shall be set
              before Judge Ezra in late September of early October,
              opposition & reply memo due pursuant to applicable local
              rules (eps) [Entry date 07/06/00]

7/7/00   510  NOTICE OF MOTION by plaintiffs to reconsider June 23, 2000
              transfer order, and for a stay - referred to Judge David
              A. Ezra (ac) [Entry date 07/11/00]

7/7/00   511  MEMORANDUM OF POINTS AND AUTHORITIES in support of motion
              for reconsideration of June 23, 2000 transfer order, and
              for a stay; declaration of Mark S. Davis; exhibits a-d;
              certificate of service - filed by plaintiffs [510-1] (ac)
              [Entry date 07/11/00]

7/7/00   512  CERTIFICATE of service (ac) [Entry date 07/11/00]

7/10/00   513   SUBSTANTIVE JOINDER by defendant Advance Textile Corp, defendant Net Apparel Company, defendant Pang Jin Sang Sa, defendant Express Manufacturin, defendant Sako Corp. re AMENDED MOTION to dismiss first amended complaint pursuant to rules 12(b)(6) and 41(b), filed May 8, 2000; certificate of service [347-1] (ac) [Entry date 07/12/00]

7/11/00   514   CERTIFICATE of service (ac) [Entry date 07/12/00]

7/12/00   --   Docket Modification (Utility Event) reinstating motion to dismiss first amended complaint pursuant to rules 12(b)(6) and 41(b) [347-1] (ac) [Entry date 07/12/00]

7/13/00   515   CERTIFICATE of service (ac) [Entry date 07/17/00]

7/13/00   516   STIPULATION and ORDER regarding plaintiffs' reply brief on motion for leave to proceed under fictitious names - by Mag Judge Leslie E. Kobayashi - pltfs' time to file and serve their reply memo in support of said motion is extended to 06/16/00 - by pltfs (ac) [Entry date 07/17/00]

7/17/00   517   CERTIFICATE of service (ac) [Entry date 07/17/00]

7/17/00   518   CERTIFICATE of service (ac) [Entry date 07/17/00]

7/17/00   519   CERTIFICATE of service (ac) [Entry date 07/17/00]

7/20/00   532   Certain Manufacturer Defendants' MEMORANDUM IN OPPOSITION to plaintiffs' motion for reconsideration of June 23, 2000 transfer order, and for a stay; certificate of service - by defendants United International Corporation; Pang Jin Sang Sa Corporation, Net Apparel Company; Advance Textile Corporation; Express Manufacturing, Inc.; and Sako Corporation [510-1] (ac) [Entry date 07/22/00]

7/21/00   520   MEMORANDUM by defendant Associated Merchandi, defendant Target Corporation in opposition to plaintiff's motion to reconsider June 23, 2000 transfer order, and for a stay [510-1]; declaration of David F. McDowell; exhibits 1 and 2; certificate of service (ac) [Entry date 07/21/00]

7/21/00   521   APPEARANCE OF COUNSEL for defendant N.E.T. Corp., dba Suntex Manufacturing; certificate of service - by Richard C. Sutton Jr./Rush Moore Craven Sutton Morry & Beh (ac) [Entry date 07/21/00]

7/21/00   522   Certain Manufacturer defendants' MEMORANDUM IN OPPOSITION to plaintiffs' motion for reconsideration of 06/23/00 transfer order, and for a stay; certificate of service - by defendant American Pacific Tex, defendant Hansae (Saipan), defendant Marianas Garment Man, defendant Mirage (Saipan), defendant Top Fashion Corp., defendant Commonwealth Garment, defendant Mariana Fashions, In, defendant Michigan, Inc., defendant N.E.T. Corp. [510-1] (ac) [Entry date 07/21/00]

7/21/00   523   JOINDER by defendant Diorva Saipan Ltd., defendant
                Micronesian Garment in certain manufacturer defendants'
                memorandum in opposition to plaintiffs' motion to
                reconsider June 23, 2000 transfer order, and for a stay;
                certificate of service [510-1],[522-1] (ac)
                [Entry date 07/21/00]

7/21/00   524   JOINDER by defendant Levi Strauss & Co in certain
                manufacturer defendants' memorandum in opposition to
                plaintiffs' motion to reconsider June 23, 2000 transfer
                order, and for a stay; certificate of service [510-1],
                [522-1] (ac) [Entry date 07/21/00]

7/21/00   525   JOINDER by defendant Concorde Garment Man, defendant Global
                Manufacturing, defendant Trans-Asia Garment F in defts
                Americna Pacific Textile, Inc., et al's opposition to
                plaintiffs' motion for reconsideration of June 23, 2000
                transfer order, and for a stay [510-1] [522-1] (ac)
                [Entry date 07/22/00]

7/21/00   526   JOINDER by defendant Gap, Inc. in certain manufacturer
                defendants' memorandum in opposition to plaintiffs' motion
                for reconsideration of June 23, 2000 transfer order, and
                for stay [510-1] [522-1] (ac) [Entry date 07/22/00]

7/21/00   527   JOINDER by defendant Lane Bryant, Inc., defendant Limited,
                Inc., defendant Abercrombie & Fitch in certain manufacturer
                defendants' memorandum in opposition to plaintiffs' motion
                to reconsider June 23, 2000 transfer order, and for a stay
                [510-1][522-1] (ac) [Entry date 07/22/00]

7/21/00   528   OPPOSITION by defendant Neo Fashion Inc., defendant Uno
                Moda Corp., defendant Winners Corp. to plaintiffs' motion
                to reconsider transfer; certificate of service [510-1] (ac)
                [Entry date 07/22/00]

7/21/00   529   AMENDED JOINDER by defendant Diorva Saipan Ltd., defendant
                Micronesian Garment in certain manufacturer defendants'
                memorandum in opposition to plaintiffs' motion to
                reconsider June 23, 2000 transfer order, and for a stay;
                certificate of service [510-1] [522-1] (ac)
                [Entry date 07/22/00]

7/21/00   530   JOINDER by defendant Grace International IN OPPOSITION of
                defendants Neo Fashion, Inc., Uno Moda Corp., and Winners
                Corp. to plaintiffs' motion to reconsider transfer;
                certificate of service [510-1] [528-1] (ac)
                [Entry date 07/22/00]

7/21/00   531   OPPOSITION by defendant Talbots, Inc., The to plaintiffs'
                motion for reconsideration of June 23, 2000 transfer order,
                and for stay; certificate of service [510-1] (ac)
                [Entry date 07/22/00]

7/25/00   533   JOINDER by defendant J.C. Penney Company in certain
                manufacturer defendants' memorandum in opposition to

|   |   |   |
|---|---|---|
|   |   | plaintiffs' motion for reconsideration of June 23, 2000 transfer order, and for a stay filed on July 7, 1999 (filed July 20, 2000); certificate of service [522-1] [510-1] (ac) [Entry date 07/26/00] |
| 7/27/00 | 534 | CERTIFICATE of service (ac) [Entry date 07/28/00] |
| 8/1/00 | 535 | REPLY MEMORANDUM of points and authorities in support of motion for reconsideration; and certificate of service - by plaintiffs [510-1] (ac) [Entry date 08/02/00] |
| 8/4/00 | 536 | NOTICE of unavailabilty - by attorneys Kuenzel & Associates/Robert V. Kuenzel for deft The Dress Barn, Inc. (ac) [Entry date 08/07/00] |
| 8/7/00 | -- | Docket Modification (Utility Event); per CRD: order of 6/23/00 terminates [347-1] motion to dismiss first amended complaint pursuant to rules 12(b)(6) and 41(b) (eps) [Entry date 08/07/00] |
| 8/10/00 | 537 | ORDER denying plaintiffs' motion for reconsideration - by Judge David A. Ezra [510-1] (cc: all counsel) (ac) [Entry date 08/11/00] |
| 8/10/00 | 538 | CERTIFICATE of service (ac) [Entry date 08/11/00] |
| 8/21/00 | -- | Original TRANSCRIPT of proceedings filed ( Ct Rptr Terrence Chun) taken on June 19, 2000 (ac) [Entry date 08/21/00] [Edit date 08/23/00] |
| 8/23/00 | -- | TRANSMITTAL of documents re appeal by plaintiffs directly to the 9CCA: received from pltfs atty Milberg Weiss Bershad, copy of: (1) "Plaintiffs' emergency motion under circuit rule 27-3 for stay of district court's June 23, 2000 order transferring case to the district for the Commonwealth of the Northern Mariana Islands"; (2) "Petition for Writ of Mandamus reversing order transferring action"; and (3) 4 volumes of "Appendix of record in support of peition for writ of mandamus reversing order..." [9CCA case number: 00-71068] (ac) [Entry date 08/23/00] [Edit date 08/30/00] |
| 9/8/00 | 539 | NOTICE of unavailability - by defendant Grace International by specially-appearing attorney Jeffrey Buchli - he will be unavailable 9/15/00 through 10/9/00 (byy) [Entry date 09/11/00] |
| 9/27/00 | -- | On 9/13/00, Anna Chang spoke to Phil Darke, law clerk to Judge Ezra who said that the files are to remain here pending further order of the court (eps) [Entry date 09/27/00] |
| 10/2/00 | 540 | JOINDER by defendant Limited, Inc., Lane Bryant, Inc., and Abercrombie & Fitch in defendant The Gap Inc.'s objections to translations of Doe plaintiffs' depositions (Doe Pltfs I,IV, VI, XXI, XVI, and XXIV); certificate of service (byy) |

10/4/00  541   JOINDER in Defendant the Gap, Inc.'s objections to
               translations of Doe pltfs' depositions (Doe pltfs I, IV, VI,
               XXI, XVI and XXIV); certificate of service - by specially
               appearing defendants Concorde Garment Manufacturing Corp.,
               Global Manufacturing, Inc. and Trans-Asia Garment Forte
               Corporation (byy) [Entry date 10/06/00]
               [Edit date 10/27/00]

10/5/00  542   SUPPLEMENTAL objections to translations of Doe Pltfs'
               depositions (Doe pltfs 16, 21, and 25) by defendant Gap,
               Inc. re [541-1]; certificate of service [THIS DOCUMENT
               WITHDRAWN pursuant to Stipulation & Order withdrawing filed
               on 11/14/00, docket no. 548] (byy) [Entry date 10/10/00]
               [Edit date 12/04/00]

10/10/00 543   JOINDER by defendant Lane Bryant, Inc., defendant Limited,
               Inc., defendant Abercrombie & Fitch re defendant The Gap,
               Inc.'s supplemental objections to translations of Doe
               pltfs' depositions (Doe pltfs 16, 21, and 25) [542-1];
               certificate of service (byy) [Entry date 10/10/00]

10/11/00 544   JOINDER by defendant J.C. Penney Company in defendant The
               Gap, Inc.'s objections to translations of Doe Plaintiffs'
               depositions (Doe Pltfs I, IV, VI, XXI, XVI, and XXIV) dated
               September 8, 2000 re [542-1] and supplemental objections to
               translations of Doe Plaintiffs' depositions (Doe Pltfs 16,
               21, and 25) filed October 5, 2000 re [541-1] (byy)
               [Entry date 10/11/00]

10/13/00 545   JOINDER by specially appearing defendants Concorde Garment
               Man, Global Manufacturing, Trans-Asia Garment F re the Gap,
               Inc.'s objections to translations of Doe Plaintiffs'
               depositions of Doe plaintiffs' deposition (Doe pltfs 16,
               21, and 25) [542-1] (byy) [Entry date 10/16/00]

10/26/00 546   JOINDER by defendant Levi Strauss & Co re deft The Gap,
               Inc.'s supplemental objections to translations of Doe
               pltf's depositions (Doe pltf's 16, 21, and 25) [542-1];
               certificate of service (byy) [Entry date 10/27/00]

10/26/00 547   JOINDER by defendant Levi Strauss & Co re The Gap, Inc.'s
               objections to translations of Doe pltf's depositions (Doe
               pltfs I, IV, VI, XXI, SVI, and XXIV) [541-1]; certificate
               of service (byy) [Entry date 10/27/00]

11/14/00 548   STIPULATION and ORDER  by Judge David A. Ezra - withdrawing
               defendant the Gap, Inc.'s supplemental objections to
               translations Doe plaintiffs' depositions (Doe plaintiffs
               16, 21, and 25), filed on October 5, 2000 [542-1] (lg)
               [Entry date 11/20/00]

11/29/00 549   ORDER by Judge David A. Ezra - denying plaintiffs' notice of
               motion; motion for an order restoring previously - pending
               motions to hearing calendar; plaintiffs' memorandum of

points and authorities in support of motion for an order
restoring previously pending motions to hearing calendar;
certificate of service - [THE  COURT WILL NOT SET ANY
MOTIONS UNTIL THE COURT OF APPEALS HAS RULE ON THE MATTER
NOW PENDING] motions until the Court of Appeals has ruled on
the matter now pending] - by plaintiffs (lg)
[Entry date 11/30/00] [Edit date 11/30/00]

1/19/01  --    LETTER of transmittal from USCA re 23 files, 16 volumes
               containing pleadings; 4 bulky docs.; 4 vol of appendix of
               record; 2 bound material; 7 sealed docs; 1 reporter's
               transcripts - received at USCA (lg) [Entry date 01/23/01]

2/12/01  550   JOINDER by defendant Limited, Inc., Abercrombie & Fitch in
               The Gap, Inc;s motion to affirm stay or, in the
               alternative, to stay actiong pending writ proceedings;
               certificate of service - referred to Judge Ezra (eps)
               [Entry date 02/12/01]

2/12/01  551   JOINDER by defendant J.C. Penney Company, in defendant The
               Gap, Inc.'s motion to affirm stay or, in the alternative,
               to stay action pending writ proceedings;  certificate of
               service - referred to Judge David A. Ezra (lg)
               [Entry date 02/13/01]

2/13/01  552   JOINDER by defendant Levi Strauss & Co in The Gap, Inc.'s
               motion to affirm stay or, in the alternative, to stay action
               pending writ proceedings;  certificate of service - referred
               to Judge David A. Ezra (lg) [Entry date 02/13/01]
               [Edit date 02/13/01]

2/13/01  553   ORDER by Judge David A. Ezra - granting plaintiffs' ex
               parte motion to take deposition of anonymous employee of
               defendant Global Manufacturing, Inc. - this order applies
               to this single deposition only and does not open general
               discovery in this case. (copies returned to plaintiffs'
               counsel) (lg) [Entry date 02/14/01]

2/13/01  554   EX PARTE MOTION to shorten time for hearing on plaintiffs'
               motion to take deposition of anonymous employee of
               defendant Global Manufacturing, Inc.; declaration of
               Warren Price, III; ORDER by Judge David A. Ezra - granting
               ex parte motion shortening time for hearing on plaintiffs'
               motion to take deposition of anonymous employee of
               defendant Global Maufacturing, Inc.; certificate of service
               [553-1] (lg) [Entry date 02/14/01]

2/13/01  555   JOINDER by specially appearing defendants Concorde Garment
               Man, Global Manufacturing, Trans-Asia Garment F in
               defendant The Gap, Inc ex parte motion to shorten time for
               hearing on The Gap, Inc's motion to affirm stay or in the
               alternative to stay action pending writ proceedings, dated
               February 12, 2001, and The Gap, Inc's motion to affirm stay
               or in the altenrative to stay actiong pending writ
               proceedings, dated February 12, 20001; certificate of
               service (eps) [Entry date 02/15/01]

2/14/01   556      NOTICE OF MOTION and motion by defendant Gap, Inc. to
                   affirm stay or in the alternative to stay actiong pending
                   writ proceedings; memorandum in support of motion;
                   exhibits 1 and 2 (filed under seal); certification;
                   certificate of service referred to Judge David A. Ezra (eps)
                   [Entry date 02/15/01]

2/14/01   557      EX PARTE MOTION to shorten time for hearing on The Gap,
                   Inc's motion to affirm stay or in the alternative to stay
                   action pending writ proceedings; declaration of Louise K.Y.
                   Ing; and Order by Judge David A. Ezra - MOOT, the court has
                   lifted stay to allow a single deposition only; no general
                   lifting of discovery  on behalf of deft (eps)
                   [Entry date 02/15/01]

2/14/01   558      EXHIBIT 2 to The Gap, Inc. motion to affirm stay or in the
                   alternative to stay action pending writ proceedings [556-1];
                   certificate of service - SEALED (eps) [Entry date 02/15/01]

2/23/01   559      EX PARTE MOTION by deft The Gap, Inc. to shorten time for
                   hearing on motion for protective order and reconsideration
                   of ex parte order entered on 2/13/01; declaration of Paul
                   Alston; order shortening time; certificate of service -
                   referred to Judge David A. Ezra (ac) [Entry date 02/23/01]

2/23/01   560      NOTICE OF MOTION and motion by defendant Gap, Inc. for
                   protective order, and for reconsideration of ex parte
                   order entered on February 13, 2001; memorandum in support
                   of motion; declaration of Paul Alston; exhibit 1
                   [declaration of Louise K.Y. Ing]; declaration of Phillip A.
                   Li; declaration of Lindalee K. Farm; exhibits a-e;
                   certification; certificate of service - set for 1:30
                   2/27/01  before Judge David A. Ezra (ac)
                   [Entry date 02/23/01]

2/23/01   561      ORDER GRANTING STAY OF DEPOSITION AND SETTING HEARING DATE
                   by Judge David A. Ezra  - court sets hearing on defts'
                   motion for protective order and reconsideration of ex parte
                   order entered 2/13/01; hearing set for 02/27/01 at 1:30. In
                   addition, court STAYS THE DEPOSITION of the former employee
                   of deft Global Manufacturing [560-1] [554-1] (cc: all
                   counsel) (ac) [Entry date 02/23/01]

2/23/01   562      MEMORANDUM by plaintiffs' of points and authorities in
                   opposition to defendants'  motion for protective order
                   [560-1] and motion and for reconsideration of ex parte
                   order entered on February 13, 2001 [560-2];  declaration of
                   Pamela M. Parker;  declaration of Elizabeth J. Arleo;
                   declaration of Warren Price, III;  certificate of service
                   (lg) [Entry date 02/26/01]

2/26/01   563      Original DECLARATION  of Louise K.Y. Ing in support of
                   motion for protective order and reconsideration of ex parte
                   order entered on February 13, 2001;  certificate of service
                   - by defendant Gap, Inc.  [560-1] [560-2] (lg)
                   [Entry date 02/26/01]

2/26/01  564    REPLY MEMORANDUM by plaintiffs in support of motion for
                protective order and reconsideration of ex parte order
                entered on February 13, 2001, filed 2/23/01; declaration of
                Louise K.Y. Ing; exhibits a-d; certificate of service
                [560-1] [560-2] (lg) [Entry date 02/27/01]

2/27/01  565    SECOND DECLARATION of Phillip A. Li; exhibit a; certificate
                of service - by defendant  [564-1] (lg)
                [Entry date 02/27/01]

2/27/01  566    EP :Defendants' motion for protective order and
                reconsideration of ex parte order entered on 2/13/01;
                defendants' motion for protective order (re: deposition in
                Saipan) is moot; the deponent has left the jurisdiction;
                finding the motion for protective order [560-1] moot.
                ( Ct Rptr : T.C.)        JUDGE  Judge David A. Ezra (lg)
                [Entry date 03/01/01]

2/28/01  567    Submission of original DECLARATIONS of Pamela M. Parker and
                Elizabeth J. Arleo; certificate of service - by plaintiffs
                [560-1], [560-2] (lg) [Entry date 03/02/01]

3/7/01   568    Original DECLARATION fo Robert J. O'Connor to reply
                memorandum in support of motion for protective order and
                reconsideration of ex parte order entered on February 13,
                2001, filed 2/32/01;  certificate of service - by defendant
                Gap, Inc. [560-1] [560-2] (lg) [Entry date 03/08/01]

3/23/01  569    SUBMISSION of order denying petition for writ of mandamus;
                exhibit a; certificate of service [556-1] - on behalf of
                defendant (lg) [Entry date 03/28/01]
                [Edit date 04/18/01]
;    [MCM EOD 06/04/2001]