AMENDED certificate of service for copies of entry of appearance; ex parte motion under local rules 7.1.h.3(b) and 7.1.h.5 for an order shortening time, exhibits A and B to ex parte motion served by facsimile and U.S. mail on 6/14/01; motion for recusal; plaintiff's memorandum of points and authorities in support of motion for recusal; and declaration of Lawrence J. Teker in support of plaintiff's motion for recusal served upon parties of case . Further certified that on 6/14/01, copies of the Court's order granting motion to shorten time, setting briefin schedule, and setting hearing date on plaintiff's motion for recusal filed 6/13/01 was served via hand delivery on Saipan counsel on service list. Further certified that on 6/14/01, copies of the Court's amended order granting motion to shorten time, setting briefing schedule, and setting hearing date on plaintiff's motion for recusal filed on 6/14/01 were also served upon parties of this case;
Filed by: PTF Doe I, PTF Doe Ii, PTF Doe Iii, PTF [MCM EOD 06/21/2001]