MINUTE ENTRY   PROCEEDINGS: Motion to Dismiss; Motion for Leave to Proceed Under Pseudonyms

Plaintiffs were represented by Attorneys Michael Rubin, Albert H. Meyerhoff, and G. Patrick Civille.  Defendants were represented by Attorneys Richard Pierce, Rexford Kosack, Daralyn Durie, Michael Canter, Gregory P. Joseph, Randolf J. Rice and Angela Padilla.

Attorney Gregory P. Joseph argued as to the RICO claims.

Court recessed at 10:00 a.m. and reconvened at 10:30 a.m.

Attorney Michael Rubin argued on behalf of the Plaintiffs.  Attorney Joseph responded to the Plaintiff's argument.

Attorney Daralyn Durie argued the non-RICO claims.

Court recessed for lunch at 11:45 a.m. and reconvened at 1:40 p.m.

Attorney Rubin responded to Attorney Durie's argument.

Attorney Durie further argued Counts III, IV and V.  Attorney Richard Pierce argued the motion to dismiss. Attorney Angela Padilla argued the issue of misjoinder.

Attorney Rubin argued against dismissal of action.

Attorney Rice argued the class certification status.  Attorney Rubin on behalf of the Plaintiffs to proceed anonymously.

Court, after hearing all arguments, took the matters under advisement and stated that a written order would be forthcoming.
;    [LV EOD 08/10/1997]