MINUTE ENTRY  PROCEEDINGS: MOTION TO CONSOLIDATE FOR CLASS CERTIFICATION/ MOTION FOR AN ORDER CONSOLIDATING HEARING DATES/ MOTION FOR AN ORDER APPROVING PROTECTIVE ORDER AND EXTENDING LIMITS ON NUMBER OF INTERROGATORIES

Plaintiffs were represented by Attorneys Michael Rubin (via telephone, Pamela Parker, and Pamela Brown.  Defendants were represented by Attorneys Stephen Nutting, Sean Frink, Daralyn Durie, Robert Goldberg, Robert Torres, Thomas Clifford, Stephen Pixley, Vicente Salas, Mark Williams, Joseph Horey, Dave McDowell, John Osborn, Patrick Swan(via phone), Robert Kuenzel (via phone), Harry Shulman (via phone), Brian McMahon, Jay Sorensen, Glenn Jewell (via phone) and Perry Inos.

Attorney Pamela Parker argued on behalf of the Plaintiffs.  Attorney Osborn argued the consolidation motion on behalf of the defendants.

Attorney Daralyn Durie argued the motion on Class Certification.  Attorney Parker argued on behalf of the Plaintiffs.

Attorney Parker argued to consolidate hearing dates.  Attorney Durie argued on behalf of the Defendants.

Court, after hearing all arguments, ruled to consolidate the hearings and hear them both on February 14, 2002.

;   [KLL EOD 10/15/2001]