PROOF of Service (Defendant Neo Fashion, Inc.'s Responses to Plaintiffs' Second Set of Special Interrogatories; Defendant Neo Fashion Inc.'s Responses to Plaintiffs' Third Request for Production of Documents; Defendant Neo Fashion Inc.'s Highly Confidential Addendum to Its Responses to Plaintiffs' Second Set of Special Interrorgatories; Defendant Uno Moda Corporation's Responses to Plantiffs' Second Set of Special Interrogatories; Defendant Uno Moda Corporation's Responses to Plaintiffs' Third Request for Production of Documents, Defendant Uno Moda Corporation's Responses to Plaintiffs' First Set of Interrogatories, Defendant Uno Moda Corporation's Response tp Plaintiffs' Second Set of Special Interrogatories; Defendant Winners Corporation's Response to Plaintiffs' First Set of Interrogatories; Defendant Winners Corporatio's Responses to Plaintiffs' Third Request for Production of Documents; Defendant Winners Corporation's Highly Confidential Addendum to Its Responses to Plaintiffs' Second Set of Special Interrogatories; [LV EOD 12/14/2001]