MINUTE ENTRY PROCEEDINGS: Motion to Compel Discovery of Third-Party Verite, Inc.; Motion to Compel; Motion for Increased Time and Motion to Quash

Plaintiffs were represented by Attorney Patrick Civille and Joyce Tang. Defendants were represented by Attorneys Thomas Clifford, Robert Goldberg, Robert O'Connor, Jed Horey, Robert Torres, Richard Pierce, Perry Inos, Matthew Smith, Robert Dunlap, William Fitzgerald, Mark Williams, Colin Thompson, Wesley Bogdan, and Paul Alston. Appearing by phone for Defendants, Samuel Pryor, James Janowitz and David Rose.

Attorney Paul Alston appeared and stated that due to the fact that counsel had just reached a stipulated agreement moments ago, there was a motion to take the matter off calendar. Court so ordered.

Attorney Goldberg argued the Limited's Motion to Compel documents relating to the class certification. Attorney Tang addressed the Court to clarify certain matters. Attorney Civille argued on behalf of the Plaintiffs. Court ordered that the parties meet and confer and return to the Court at 1:30 p.m. to continue the hearing.

Attorney Goldberg argued the Motion for Extension of Time (a one week extension). Attorney Civille argued on behalf of Plaintiffs. Attorney Clifford argued on behalf of Defendants. Court granted Attorney Civille's motion to continue the matter until 1:30 p.m.

Attorney Clifford argued Levi's Strauss motion to Compel discovery. Attorney Civille argued on behalf of the Plaintiff. Court ordered that Doe 14 appear for deposition on Monday at 9:00 a.m. at Teker, Civille Law Offices. Court further ordered the Clerk's Office to issue a subpoena.

Attorney Tang argued the motion to Quash. Attorney Paul Alston argued the motion on behalf of The Gap. Court granted the motion to Quash.

At 10:30 a.m. Court ordered that this hearing be continued to 1:30 p.m. this afternoon.

At 1:55 p.m. Court reconvened in this matter. Attorney Michael Rubin and Attorney Daralyn Durie appeared by telephone. Attorneys Robert Torres, Colin Thompson, William Fitzgerald, Steve Pixley, Wesley Bogdan, Robert O'Connor, Paul Alston, Robert Goldberg, Mark Williams, Matthew Smith, Thomas Clifford and Jed Horey were present in the Courtroom on behalf of Defendants. Also present for Plaintiffs were Attorney Joyce Tang and Patrick Civille.

Attorneys argued their motions. Court made the ruling and stated that a written order would be forthcoming.

Adjourned at 2:35 p.m.
; [KLL EOD 01/03/2002]