MINUTE ENTRY  Motion to quash subpoena, motion for protective order, motion to compel production of documents.  Plaintiffs were represented by attorneys Michael Rubin, Brent Garren and Pamela Brown.  Stuart Gerson and Robert Torres appearing for Talbots.  Defendants were represented by attorneys Colin Thompson, Robert Goldberg, Lillian Tenorio, Steve Pixley, William Fitzgerald, John Osborn and Robert O'Connor.  Mr Rubin began and argued his motion to quash subpoena, for protective order and to compel production of documents.  Stuart Gerson preliminarily stated that Mr. Robert Torres will argue the motion, but he is available to respond if the court requires.  Robert argued.  Mr. Rubin replied.  Deposition is scheduled for 4pm January 17, 2002.  Mr. Robert Torres responded.  Mr. Rubin also responded.  Court ordered plaintiff to produce Mr. Levinson and if he is not available then Mr. Rainier will be deposed.  Defendants may use deposition for opposition arguments.  Mr. Rubin asked that if Mr. Levinson is not available, that someone more knowledgeable be deposed rather than Mr. Rainier.  Court denied the request.  Mr. Rubin to prepare order and routed to Mr. Torres for approval as to form, then to the court for signature.;   [MCM EOD 01/17/2002]