MINUTE ENTRY   PROCEEDINGS: PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs were represented by Attorneys Keith Park, Michael Rubin, Akiko Kikuchi, Joyce Tang and Albert Meyerhoff.   Defendants were represented by Attorneys Patrick Swan (via telephone), John D. Osborn, Robert Goldberg, Richard Pierce, Sean Frink, Michael Canter, Joseph Horey, Mark K. Williams, Eric S. Smith, Jay Sorensen, Perry Inos, Danilo Aguilar, Matthew Smith, and Reynaldo Yana.

Attorney Rubin reported to the Court that they were pleased to announce a near global settlement and reviewed the aspects of the settlement with the Court and moved that the motion for preliminary settlement be granted.  Attorney Michael Canter spoke on behalf of defendants Lane Bryant and supported  the motion for preliminary approval of the settlement.  Attorney Pierce supported the motion for preliminary approval of the settlement.

At this point in the hearing, Court inquired of Attorney Bellas what had transpired in the discussion with Attorney Butler regarding Advance Textile Corporation.  Court requested that Attorney Butler be included in this hearing by phone and he was joined in via telephone conference.  Discussions were held regarding whether to proceed with the preliminary settlement or put everything on hold until the bankruptcy issue is resolved.

Court granted preliminary settlement agreement; "conditionally".

;   [KLL EOD 10/31/2002]