MINUTE ENTRY                9:15


 DOES I, et al -v- THE GAP, et al

PRESENT: Hon., Alex R. Munson, Chief Judge Presiding
  Sanae Shmull, Court Reporter
  Gilbert Birnbrich, Law Clerk
  K. Lynn Lemieux, Courtroom Deputy
  Joyce Tang, Attorney for Plaintiffs
  Richard Pierce, Attorney for Defendants
  Joseph Horey, Attorney for Defendant
  Robert O'Connor, Attorney for Defendant
  John Osborn, Attorney for Defendant
  Steven Pixley, Attorney for Defendant
  Glenn Jewell, Attorney for Defendants
  F. Matthew Smith, Attorney for Defendants
  Mark Williams, Attorney for Defendants
  Keith Park, Attorney for Defendants
  Michael Rubin, Attorney for Plaintiffs
  Gregory Gilchrist, Attorney for Defendants
  Guy Halgreen, Attorney for Defendants


 PROCEEDINGS: HEARING ON MOTIONS FOR REFUND/MOTION FOR APPROVAL AND APPLICATION FOR
REIMBURSEMENT OF EXPENSES

 Attorney Joyce Tang was present on behalf of the Plaintiffs.  Attorneys Richard
Pierce, Joseph Horey, Bob O'Connor, John Osborn, Thomas Clifford, Glenn Jewell,
Steven Pixley, F. Matthew Smith and Mark Williams appeared in Court for Defendants.
Appearing by phone were Attorneys Keith Park and Michael Rubin on behalf of
Plaintiffs; Attorneys Gregory Gilchrist, Guy Halgreen, Joel Sternman, Stephen
Hasegawa, Antonio R. Sarabia, and Ellen R. Nadler for Defendants.

 Attorney Keith Park argued on behalf of the Plaintiffs.  Attorneys Pierce, Halgreen,
 Sterman, Sarabia, Nadler all reported to the Court their concerns.  Court took the
matter under advisement. Plaintiffs agreed that they will deposit the refund money
into the Court's registry at the soonest possible time.

 Court requested that the Defense will report to the Court on January 15, 2004.


      Adjourned at 10:00 a.m.

;   [TTP EOD 12/18/2003]