CERTIFICATE of service of:

REPORT of defendant The Dress Barn Inc. in response to the court's order of January 21, 2004

REPORT of defendants Brylane L.P., Donna Karan International, Inc., Polo Ralph Lauren Corp., Phillips-Van Heusen Corp., Brooks Brothers, Inc. and Calvin Klein, Inc. in response to the courts order of January 21, 2004

REPORT of defendant The May Department Stores Co. in reponse to the court's order of January 21, 2004

REPORT of defendant Liz Claiborne Inc. in reponse to the court's order of January 21, 2004

REPORT of defendant Oshkosh B'Gosh, Inc. in reponse to the court's order of January 21, 2004

REPORT of defendant Jones Apparel Group Inc. in reponse to the court's order of January 21, 2004

REPORT of Sears Reobuck & Company in reponse to the court's order of January 21, 2004

REPORT of defendant The Gymboree Corporation, J. Crew Group, Inc., Nordstrom, Inc., and Cutter & Buck, Inc. in reponse to the court's order of January 21, 2004

REPORT of Tommy Hilfiger USA, Inc. in reponse to the court's order of January 21, 2004;
Filed by: DFT Cutter & Buck, Inc., DFT The Gymbore [MGM EOD 02/13/2004]