F I L E D
Clerk
District Court

SEP 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  **CIVILLE & TANG**
   G. PATRICK CIVILLE
2  JOYCE C.H. TANG
   PMB 86, P.O. Box 10003
3  Saipan, MP  96950-8903
   Telephone: 670/235-1725
4
   **LERACH COUGHLIN STOIA GELLER**
5     **RUDMAN & ROBBINS LLP**
   KEITH F. PARK
6  PAMELA M. PARKER
   655 West Broadway, Suite 1900
7  San Diego, CA  92101
   Telephone: 619/231-1058
8      – and –
   ALBERT H. MEYERHOFF
9  9601 Wilshire Blvd., Suite 510
   Los Angeles, CA  90210
10 Telephone: 310/859-3100
   310/278-2148 (fax)
11
   *Attorneys for Plaintiffs*
12

**ALTSHULER, BERZON, NUSSBAUM,**
   **RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone: 415/421-7151

13 UNITED STATES DISTRICT COURT

14 NORTHERN MARIANA ISLANDS

15 | DOES I, et al., On Behalf of Themselves and All | ) | Case No. CV-01-0031 |
   Others Similarly Situated,

16                       )  <u>CLASS ACTION</u>

17               Plaintiffs,  )  NOTICE OF CHANGE OF FIRM ADDRESS

18    vs.                 )  JUDGE:  Alex R. Munson

19 THE GAP, INC., et al.,         )

20               Defendants.  )
                              )

21

22

23

24

25

26

1  TO:     THE CLERK OF COURT AND ALL PARTIES

2          PLEASE TAKE NOTICE that, effective September 26, 2005, Lerach Coughlin Stoia Geller Rudman

3  & Robbins LLP will have relocated its San Diego office as shown below:

4                          LERACH COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP
5                            655 West Broadway, Suite 1900
                                  San Diego, CA  92101
6                           Telephone:  619/231-1058
                                  619/231-7423 (fax)

7

8  DATED:  September 22, 2005                    Respectfully submitted,

9                                                CIVILLE & TANG
                                                 G. PATRICK CIVILLE
10                                               JOYCE C.H. TANG
                                                 PMB 86, P.O. Box 10003
11                                               Saipan, MP  96950-8903
                                                 Telephone:  670/235-1725

12
                                                 LERACH COUGHLIN STOIA GELLER
13                                                  RUDMAN & ROBBINS LLP
                                                 KEITH F. PARK
14                                               PAMELA M. PARKER

15
                                                 By:  _____
16                                                        PAMELA M. PARKER

17                                               655 West Broadway, Suite 1900
                                                 San Diego, CA  92101
18                                               Telephone:  619/231-1058

19                                               LERACH COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
20                                               ALBERT H. MEYERHOFF
                                                 9601 Wilshire Blvd., Suite 510
21                                               Los Angeles, CA  90210
                                                 Telephone:  310/859-3100
22                                               310/278-2148 (fax)

23

24

25

26

                                        - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  415/421-7151

*Attorneys for Plaintiffs*

Q:\Migration\Notice of Address Change SD\Mariana_RICO.doc

1

<u>DECLARATION OF SERVICE BY MAIL</u>

2

I, the undersigned, declare:

3      1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a

4 resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the

5 within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California

6 92101.

7      2.      That on September 22, 2005, declarant served the NOTICE OF CHANGE OF FIRM

8 ADDRESS by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed

9 envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

10      3.      That there is a regular communication by mail between the place of mailing and the places so

11 addressed.

12      I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of

13 September, 2005, at San Diego, California.

14

15 _____

SHARON E. FORD

16

17

18

19

20

21

22

23

24

25

26

Marianas (RICO-LONG LIST)
Service List - 9/11/2005    (99-009-2)
Page 1 of 6

### Counsel For Defendant(s)

Paul Alston
Louise K.Y. Ing
Alston Hunt Floyd & Ing
1001 Bishop Street
Pacific Tower, Suite 1800
Honolulu, HI 96813
  808/524-1800
  808/524-4591 (Fax)

John J. Quinn
J. David Oswalt
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017-2844
  213/243-4000
  213/243-4199 (Fax)

James N. Penrod
Brobeck, Phleger & Harrison LLP
One Market Plaza, Spear Street Tower
San Francisco, CA 94105
  415/442-1198
  415/442-1001 (Fax)

Rodney J. Jacob
Robert Goldberg
Calvo And Clark, LLP
HSBC Building, PMB 951 Box 10001
Saipan, MP 96950
  670/323-2045
  670/323-2776 (Fax)

John O. Osborn
Carlsmith Ball
Capital Hill, P.O. Box 521 CHRB
Saipan, MP 96950
  670/322-3455
  670/322-3368 (Fax)

John D. Osborn
Thomas R. Sylvester
Carlsmith Ball
1001 Bishop Street
Pacific Tower, Suite 2200
Honolulu, HI 96813-0656
  808/523-2500
  808/523-0842 (Fax)

Diane D. Hastert
Anna H. Oshiro
Gregory W. Kugle
Damon Key Leong Kupchak Hastert
1600 Pauahi Tower, 1001 Bishop Street
Honolulu, HI 96813
  808/531-8031
  808/533-2242 (Fax)

Douglas R. Young
Claudia A. Lewis
Grace K. Won
Farella Braun & Martel LLP
235 Montgomery Street
Russ Building, 30th Flr.
San Francisco, CA 94104
  415/954-4400
  415/954-4480 (Fax)

Marianas (RICO-LONG LIST)
Service List - 9/11/2005    (99-009-2)
Page 2 of 6

Gregory P. Joseph
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
  212/859-8000
  212/859-4000 (Fax)


Robert K. Hood
Mary G. Tacher
General Counsel
J.C. Penney Company, Inc.
6501 Legacy Drive MS 1113
Plano, TX 75024-3698
  972/431-1000
  972/431-1133 (Fax)


John W. Keker
Daralyn J. Durie
G. Whitney Leigh
Keker & Van Nest, L.L.P.
710 Sansome Street
San Francisco, CA 94111-1704
  415/391-5400
  415/397-7188 (Fax)


Brian W. McMahon
Law Offices of Brian W. McMahon
P.O. Box 1267
Saipan, MP 96950
  670/234-9314
  670/234-9316 (Fax)


Lindalee K. Farm
John R. Lacy
Lisa W. Munger
Goodsill Anderson Quinn & Stifel
1099 Alakea Street, Suite 1800
Honolulu, HI 96813
  808/547-5600
  808/547-5880 (Fax)


Joel W. Sternman
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
  212/940-8800
  212/940-6728 (Fax)


Brien Sers Nicholas
Law Office of Brien Sers Nicholas
1st Floor UIU Bldg., P.O. Box 502876 CK
Saipan, MP 96950
  670/235-7190
  670/235-7192 (Fax)


Jay H. Sorensen
Law Offices of Jay H. Sorensen
2nd Floor, J's Bldg., Middle Rd.
P.O. Box 501184
Saipan, MP 96950
  670/234-1414
  670/234-1417 (Fax)

Marianas (RICO-LONG LIST)
Service List - 9/11/2005    (99-009-2)
Page 3 of 6

Paul A. Lawlor
Law Offices of Paul A. Lawlor
1st Floor, Macaranas Bldg.
PMB 741, P.O. Box 10001
Sain, MP  96950
    670/234-7680
    670/234-7530 (Fax)


Rex  Kosack
Sean E. Frink
Law Offices of Rexford C. Kosack
Bank of Hawaii Bldg., 3rd Floor
P.O. Box 410
Saipan, MP  96950
    670/322-8800
    670/322-7800 (Fax)


Reynaldo O. Yana
Law Offices of Reynaldo O. Yana
P.O. Box 500052
Saipan, MP  96950
    670/234-6529
    670/234-8969 (Fax)


William M. Fitzgerald
Law Offices of William M. Fitzgerald
Macaranas Building, 1st Floor
Garapan Beach Road
Saipan, MP  96950
    670/234-7421
    670/234-9537 (Fax)


Perry B. Inos
Law Offices of Perry B. Inos
Suite 2, Sablon Bldg., P.O. Box 502017
Saipan, MP  96950
    670/234-9006
    670/235-9007 (Fax)


Glenn A. Jewell
Law Offices of Rexford C. Kosack
6539 Sagamore Road
Shawnee Mission, KS  66208
    913/403-0089
    913/403-0215 (Fax)


Vicente T. Salas
Law Offices of Vicente T. Salas
P.O. Box 1309
Saipan, MP  96950
    670/234-7455
    670/234-7256 (Fax)


Harry  Shulman
Peter H. Goldsmith
Robert J. Vizas
Legal Strategies Group
A Law Corporation, 5905 Christie Avenue
Emeryville, CA  94608
    510/450-9600
    510/450-9601 (Fax)

Marianas (RICO-LONG LIST)
Service List - 9/11/2005    (99-009-2)
Page 4 of 6

Edward Patrick Swan, Jr.
William T. Earley
Luce, Forward, Hamilton & Scripps, LLP
600 West Broadway, Suite 2600
San Diego, CA  92101-3391
  619/236-1414
  619/232-8311 (Fax)

David  McDowell
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA  90013-1024
  213/892-5200
  213/892-5454 (Fax)

Dominic  Surprenant
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017-2543
  213/624-7707
  213/624-0643 (Fax)

Reginald D. Steer
Robert C. Phelps
Skjerven Morrill MacPherson LLP
3 Embarcadero Center, 28th Floor
San Francisco, CA  94111
  415/217-6000
  415/434-0646 (Fax)

Harold J. McElhinny
Angela L. Padilla
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
  415/268-7000
  415/268-7522 (Fax)

Robert J. O'Connor
David George Banes
Michael W. Dotts
O'Connor Berman Dotts & Banes
2nd Floor, Nauru Bldg., Susupe
P.O. Box 501969
Saipan, MP  96950-1969
  670/234-5684
  670/234-5683 (Fax)

Robert K. Wrede
Russ August Kabat & Kent, LLP
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA  90025
  310/826-7474
  310/826-6991 (Fax)

Eric S. Smith
Smith & Williams
4th Floor, Horiguchi Building
P.O. Box 5133
Saipan, MP  96950
  670/233-3334
  670/233-3336 (Fax)

Marianas (RICO-LONG LIST)

Service List - 9/11/2005    (99-009-2)

Page 5 of 6

Carter J. Leuty
Corporate Counsel
Target Stores
33 S. 6th Street
Minneapolis, MN 55402-1392
  612/304-6073
  612/304-8309 (Fax)

Samuel Fried
The Limited, Inc.
Three Limited Parkway, P.O. Box 16000
Columbus, OH 43230-1467
  614/415-7000
  614/415-7188 (Fax)

Michael J. Canter
Elizebeth T. Smith
Vorys, Sater, Seymour & Pease
52 East Gay Street
Columbus, OH 43216-1008
  614/464-6400
  614/464-6350 (Fax)

Lauri M. Shanahan
General Counsel
The Gap, Inc.
One Harrison Street
San Francisco, CA 94105-1602
  650/952-4400
  415/427-6982 (Fax)

Thomas E. Clifford
Thomas E. Clifford Attorney At Law
2nd Floor, Rita's Bldg., Garapan
P.O. Box 5188 CHRB
Saipan, MP 96950
  670/233-8843
  670/233-8844 (Fax)

**Counsel For Plaintiff(s)**

Michael Rubin
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108
  415/421-7151
  415/362-8064 (Fax)

Thomas L. Galloway
Galloway And Associates
1801 13th Street, Suite 202
Boulder, CO 80302
  303/938-0445
  303/938-0446 (Fax)

Marianas (RICO-LONG LIST)

Service List - 9/11/2005   (99-009-2)

Page 6 of 6

Albert H. Meyerhoff
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
    310/859-3100
    310/278-2148 (Fax)

Pamela M. Parker
Steven W. Pepich
Andrew J. Brown
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
    619/231-1058
    619/231-7423 (Fax)