F I L E D
Clerk
District Court

MAR 2 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

# NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) | Case No. CV-01-0031 |
| | ) | |
| Plaintiffs, | ) | CLASS ACTION |
| | ) | |
| vs. | ) | |
| | ) | |
| THE GAP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER FOR STATUS CONFERENCE |
| | ) | |
| vs. | ) | |
| | ) | |
| BRYLANE, L.P., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE DRESS BARN, INC. | ) | |
| | ) | |
| Defendants. | ) | |

There are several matters in the above entitled litigation which, in the opinion of the

Court, are appropriate subjects for a status conference. Those matters include, but are not

1

limited to:

The status of distributions made to the Settlement Class Members (SCM) in accordance with Paragraph 12 of the Settlement Agreement (SA). Therefore, it would be appropriate for a representative of Gilradi & Co. LLC (the Claims Administrator) to apprize the Court of the status of any distribution(s) to SCMs and if no distributions have yet to be made, the reason for such failure or delay.

It is also appropriate for a representative of counsel for the Class Action Plaintiffs, to provide an accounting of all funds in the Milberg Trust. Specifically, the Court would like to determine if all expenditures from the Trust are in accordance with this Court's prior Order(s).

The Court would also like to determine the status of any funds which have been withheld under the provision of the SA dealing with the Most Favored Nation Rights of Previously –Settling Retailers.

The Court is aware that the garment Oversight Board (OB) has been in existence since 2003 and that its term is set to expire on or about mid, 2007. The OB has several responsibilities under the SA, one of which is the Repatriation Fund. The Court would like some current report as to the status of that Fund from the OB.

It also appears that there is also some responsibility placed on the OB to disperse any residual funds in the "Distribution Fund" and/or "Net Settlement Fund" under the provisions of Paragraphs 12 & 14 of the SA.

In view of these several concerns, the Court finds it reasonable and appropriate that this matter be calendared for a status conference,

2

Now Therefore,

IT IS HEREBY ORDERED that, any and all parties or their representatives, who have information pertinent to the Court's, herein described, inquiries shall appear for a Status Conference before this Court on the ____24th____ day of ____May____, 2006 at the time of _10:00 a.m._    This Order shall, at a minimum, be applicable to a representative of Plaintiffs' counsel, the Claims Administrator and the OB.

Dated this ____29th____ day of March, 2006.

_____
ALEX R. MUNSON, Chief Judge

3