FILED
Clerk
District Court

MAY 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| 1 | **CIVILLE & TANG** |
|   | G. PATRICK CIVILLE |
| 2 | JOYCE C.H. TANG |
|   | PMB 86, P.O. Box 10003 |
| 3 | Saipan, MP 96950-8903 |
|   | Telephone: 670/235-1725 |
| 4 | |
| 5 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) | Case No. CV-01-0031 |
| | ) | |
| Plaintiffs, | ) | **CLASS ACTION** |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER RE:** |
| THE GAP, INC., et al., | ) | **CONTINUANCE OF STATUS** |
| | ) | **CONFERENCE** |
| Defendants. | ) | |
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) | Case No. CV-01-0036 |
| | ) | |
| Plaintiffs, | ) | **CLASS ACTION** |
| | ) | |
| vs. | ) | |
| BRYLANE, L.P., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) | Case No. CV-01-0037 |
| | ) | |
| Plaintiffs, | ) | **CLASS ACTION** |
| | ) | |
| vs. | ) | |
| THE DRESS BARN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

1 | Plaintiffs and Factory and Retailer Defendants, have agreed to the following:

2 | Due to conflicts in Plaintiff counsel's schedule, the Status Conference scheduled to be heard on May 24, 2006 at 10:00 a.m. shall be continued to _JUNE 6_, 2006 at _4:30_ a.m./p.m.

5 | SO STIPULATED this _23RD_ day of May, 2006.

**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE TANG

By: _____
　　JOYCE C.H. TANG

**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
PAMELA M. PARKER
MICHELLE M. CICCARELLI
ELIZABETH J. ARLEO
BENNY C. GOODMAN
655 W. Broadway, Suite 1900
San Diego, CA 92101-3301
619/231-1058
619/231-7423
　- and -
ALBERT H. MEYERHOFF
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-9007

**ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151

*Attorneys for Plaintiffs*

**O'CONNOR BERMAN DOTTS & BANES**

By: _____
　　ROBERT J. O'CONNOR
　　*On behalf of Factory Defendants*

**CALVO & CLARK**

By: _____(PENDING)_____.
　　RODNEY JACOB
　　*Co-Liaison Counsel for Retailer Defendants*

**OVERSIGHT BOARD**

By: _____
　　TIMOTHY BELLAS

- 1 -

## ORDER

IT IS SO ORDERED this 23rd of May, 2006.

_____
HONORABLE ALEX R. MUNSON
District Court for the NMI