```
                                                          F I L E D
                                                            Clerk
                                                         District Court

1  | **CIVILLE & TANG**
   | G. PATRICK CIVILLE                                   JUN - 1 2006
2  | JOYCE C.H. TANG
   | PMB 86, P.O. Box 10003                           For The Northern Mariana Islands
3  | Saipan, MP 96950-8903                            By_____
   | Telephone: 670/235-1725                                 (Deputy Clerk)
4  |
   | [Additional counsel appear on signature page.]
5  |
6  |            UNITED STATES DISTRICT COURT
7  |              NORTHERN MARIANA ISLANDS
8  |
   | DOES I, et al., On Behalf of Themselves and   ) Case No. CV-01-0031
9  | All Others Similarly Situated,                )
   |                                               ) CLASS ACTION
10 |                     Plaintiffs,               )
   |                                               )
11 |     vs.                                       )
   |                                               ) NOTICE OF TELEPHONIC HEARING
12 | THE GAP, INC., et al.,                        )
   |                                               )
13 |                     Defendants.               ) DATE:  June 6, 2006
   |                                               ) TIME:  9:30 a.m.
14 | DOES I, et al., On Behalf of Themselves and   ) JUDGE: Hon. Alex R. Munson
   | All Others Similarly Situated,                )
15 |                                               )
   |                     Plaintiffs,               )
16 |                                               )
   |     vs.                                       )
17 |                                               )
   | BRYLANE, L.P., et al.,                        )
18 |                                               )
   |                     Defendants.               )
19 |                                               )
   | DOES I, et al., On Behalf of Themselves and   )
20 | All Others Similarly Situated,                )
   |                                               )
21 |                     Plaintiffs,               )
   |                                               )
22 |     vs.                                       )
   |                                               )
23 | THE DRESS BARN, INC.,                         )
   |                                               )
24 |                     Defendant.                )
   |                                               )
25 | [Caption continued on following page.]
26 |
```

**ORIGINAL**

1 | DOES I, et al., On Behalf of Themselves and   )
  | All Others Similarly Situated,                )
2 |                                               )
  |                         Plaintiffs,           )
3 |   vs.                                         )
  |                                               )
4 | ADVANCE TEXTILE CORP., et al.,                )
  |                                               )
5 |                         Defendants.           )
  | _____)

Plaintiffs hereby give notice to the Court that the following off-island counsel for Plaintiffs will participate via telephone at the Status Conference scheduled for June 6, 2006 at 9:30 a.m..

    a.    **Pamela M. Parker, Esq.**    Telephone:    (877) 322-9654

                                                       Participant Code:    800406

    b.    **Keith Park, Esq.**    Telephone:    (877) 322-9654

                                                       Participant Code:    800406

    c.    **Michael Rubin, Esq.**    Telephone:    (877) 322-9654

                                                       Participant Code:    800406

//

//

DATED: May 26, 2006

Respectfully submitted,

**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG

By: _____
JOYCE C.H. TANG

PMB 86, P.O. Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725

**LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
PAMELA M. PARKER
MICHELLE M. CICCARELLI
ELIZABETH J. ARLEO
BENNY C. GOODMAN
655 W. Broadway, Suite 1900
San Diego, CA 92101-3301
619/231-1058
619/231-7423

- and -
ALBERT H. MEYERHOFF
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-9007

**ALTSHULER, BERZON, NUSSBAUM,
  RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151

*Attorneys for Plaintiffs*

M:\COMMON\Saipan Garment Workers\CV01-0031-RICO\Notice of Telephone Hearing re 6-6-06.wpd

- 2 -