F I L E D
Clerk
District Court

JUN - 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>THE GAP, INC., et al.,<br><br>                Defendants. | Case No. CV-01-0031<br><br>CLASS ACTION<br><br>**AMENDED NOTICE OF STATUS CONFERENCE** |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>BRYLANE, L.P., et al.,<br><br>                Defendants. | |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>THE DRESS BARN, INC.<br><br>                Defendant. | |

1  The Status Conference previously scheduled for June 6, 2006 at ~~4:00~~ 9:30 p.m. is now being heard on
2  **June 6, 2006 at 9:30 a.m.**.
3  IT IS SO ORDERED.
4  DATED this 1st day of ~~May~~ June, 2006.

                                                /s/ Alex R. Munson
                                                Alex R. Munson
                                                United States District Court