```
                                                        F I L E D
                                                           Clerk
                                                       District Court

                                                       JUN - 5 2006

                                                 For The Northern Mariana Islands
                                                 By_____
                                                         (Deputy Clerk)
```

| | |
|---|---|
| 1 | **CIVILLE & TANG** |
|  | G. PATRICK CIVILLE |
| 2 | JOYCE C.H. TANG |
|  | PMB 86, P.O. Box 10003 |
| 3 | Saipan, MP 96950-8903 |
|  | Telephone: 670/235-1725 |
| 4 | |
|  | [Additional counsel appear on signature page.] |
| 5 | |

6   UNITED STATES DISTRICT COURT

7   NORTHERN MARIANA ISLANDS

```
 8
    DOES I, et al., On Behalf of Themselves and  )  Case No. CV-01-0031
 9  All Others Similarly Situated,                )
                                                  )
10               Plaintiffs,                      )  CLASS ACTION
                                                  )
11       vs.                                      )
                                                  )  AMENDED NOTICE OF
12  THE GAP, INC., et al.,                        )  TELEPHONIC HEARING
                                                  )
13               Defendants.                      )
    _____)  DATE:  June 6, 2006
14  DOES I, et al., On Behalf of Themselves and   )  TIME:  9:30 a.m.
    All Others Similarly Situated,                )  JUDGE: Hon. Alex R. Munson
15                                                )
                 Plaintiffs,                      )
16                                                )
         vs.                                      )
17                                                )
    BRYLANE, L.P., et al.,                        )
18                                                )
                 Defendants.                      )
19  _____)
    DOES I, et al., On Behalf of Themselves and   )
20  All Others Similarly Situated,                )
                                                  )
21               Plaintiffs,                      )
                                                  )
22       vs.                                      )
                                                  )
23  THE DRESS BARN, INC.,                         )
                                                  )
24               Defendant.                       )
    _____)
25
    [Caption continued on following page.]
26
```

| | | |
|---|---|---|
| 1 | DOES I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) ) |
| 2 | | ) |
| 3 | Plaintiffs, vs. | ) ) ) |
| 4 | ADVANCE TEXTILE CORP., et al., | ) ) |
| 5 | Defendants. | ) ) |

Plaintiffs hereby give notice to the Court that the following off-island counsel for Plaintiffs will participate via telephone at the Status Conference scheduled for June 6, 2006 at 9:30 a.m..

a. **Pamela M. Parker, Esq.**   Telephone:   (877) 322-9654
   **Participant Code:**   800406

b. **Keith Park, Esq.**   Telephone:   (877) 322-9654
   **Participant Code:**   800406

c. **Michael Rubin, Esq.**   Telephone:   (877) 322-9654
   **Participant Code:**   800406

c. **Lisa Poncia**   Telephone:   (877) 322-9654
   **GILARDI & CO., LLC**   **Participant Code:**   800406

//
//

DATED: June 5, 2006

Respectfully submitted,

**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG

By: *[signature]*
    JOYCE C.H. TANG

PMB 86, P.O. Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725

**LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP**
PAMELA M. PARKER
MICHELLE M. CICCARELLI
ELIZABETH J. ARLEO
BENNY C. GOODMAN
655 W. Broadway, Suite 1900
San Diego, CA 92101-3301
619/231-1058
619/231-7423

- and -

ALBERT H. MEYERHOFF
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-9007

**ALTSHULER, BERZON, NUSSBAUM,
 RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151

*Attorneys for Plaintiffs*

M:\COMMON\Saipan Garment Workers\CV01-0031-RICO\Notice of Telephone Hearing re 6-6-06 revised.wpd

-2-