MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUN -6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CV-01-0031                                June 6, 2006
                                          9:35 a.m.

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Pamela M. Parker, Attorney for Plaintiffs (via telephone)
            Keith Park, Attorney for Plaintiffs (via telephone)
            Michael Rubin, Attorney for Plaintiffs (via telephone)
            Lisa Poncia, Attorney for Plaintiffs (via telephone)
            Joyce Tang, Attorney for Plaintiffs (via telephone)
            Traylor Mercer, Attorney for Plaintiffs
            Eric S. Smith, Attorney for Defendants
            Jed Horey, Attorney for Defendants
            Timothy Bellas, Attorney for Defendants

PROCEEDINGS:   OVERSIGHT HEARINGS

Plaintiffs were represented in court by Attorney Traylor Mercer. Attorneys Timothy Bellas, Eric S. Smith, Joseph Horey, Richard Pierce, Steve Pixley were present on behalf of Defendants.

Court inquired about the status of the reimbursement payments. Attorney Parker responded as to the process that is in place now and reported that the disbursement of checks should take about three weeks. If the exact dollar amount was available today that the process would be completed by the end of the month.

Attorney Bellas offered a written report, which had been distributed among all counsel in the Courtroom, and inquired of the Plaintiffs about the plan for distribution of the checks.

Adjourned 10:30 a.m.

*K. Lynn Lemieux, Courtroom Deputy* (signature)