F I L E D
Clerk
District Court

JUN 1 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG
PMB 86, P.O. Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725

**LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
KEITH F. PARK
PAMELA M. PARKER
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
    – and –
ALBERT H. MEYERHOFF
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

**ALTSHULER, BERZON, NUSSBAUM,
  RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>THE GAP, INC., et al.,<br><br>          Defendants. | Case No. CV-01-0031<br><br><u>CLASS ACTION</u><br><br>ARM<br>[PROPOSED] ORDER RELATING TO WITHHELD MFN FUNDS<br><br>JUDGE:   Alex R. Munson |

THIS MATTER came before the Court on June 6, 2006 for a status conference held pursuant to the Court's order dated March 29, 2006. Appearing in person were Timothy Bellas of the Garment Oversight Board ("OB"), established pursuant to the Settlement Agreement in this action; Traylor T. Mercer of Civille & Tang, and various other counsel representing defendants, none of whom actively participated at the hearing. Appearing by telephone were Michael Rubin of Altshuler, Berzon, Nussbaum, Rubin & Demain; Pamela M. Parker and Keith Park of Lerach Coughlin Stoia Geller Rudman & Robbins LLP; Joyce C.H. Tang of Civille & Tang; and Lisa Poncia of Gilardi & Co., the court-appointed Claims Administrator.

In its March 29, 2006 order, the Court asked for an update from the parties and the OB on the following matters:

1. the status of distributions to the Settlement Class Members;
2. an accounting of funds in the settlement trust account;
3. the status of any funds withheld pursuant to the Most Favored Nations provisions of the Settlement Agreement;
4. the status of the Repatriation Fund established pursuant to the Settlement Agreement; and
5. plans for any residual funds left after distribution of the Settlement Funds.

**A.   Background and Preliminary Comments**

Shortly after Levi Strauss & Co. was dismissed from this action in November 2003, certain previously-settling retailers informally asserted a right to a refund of all their payments under the Most Favored Nation provisions of the Settlement Agreement ("MFN provisions"). After these retailers made initial contacts with plaintiffs' counsel regarding this claim, plaintiffs' counsel set aside a reserve consisting of the claimed refund amount (the "withheld MFN funds"), pending resolution of the matter. The creation of the reserve was confirmed by the Accounting provided to the Court by plaintiffs' counsel prior to the status conference.

Thereafter, however, these retailers did not pursue the issue. Most recently, the OB's letter dated December 23, 2005, which was served on all parties, specifically raised the issue of the withheld MFN funds. This Court's March 29, 2006 order, which indicated that the withheld MFN funds would be a subject

of the status conference, also was served on all parties. Nevertheless, the previously-settling retailers have not followed up on their claim and did not participate in the status conference.

It therefore appears that although the previously-settling retailers have had sufficient time and opportunity to pursue their asserted claim to the withheld MFN funds, they have chosen not to do so. Furthermore, it is the Court's view that the retailers' stated basis for asserting the claim – that Levi Strauss's dismissal constitutes a "settlement" within the meaning of the MFN provisions – seems doubtful. A definitive resolution of the matter is now necessary, both to ensure that distribution of settlement funds to the Settlement Class Members is not unnecessarily delayed, and to resolve uncertainty regarding the monies available to fund the OB's efforts.

**B.     Disposition of Withheld MFN Funds**

For the foregoing reasons, IT IS HEREBY ORDERED as follows:

1.     The withheld MFN funds intended for distribution to Settlement Class Members shall be immediately restored to the Settlement Distribution Fund.

2.     The withheld MFN funds that had been designated for payment into the Repatriation Fund maintained and disbursed by the OB shall be restored to that Fund. Within 15 days of the entry of this order, plaintiffs' counsel shall deliver to the OB, by check or wire transfer, that portion of the withheld MFN monies designated for the Repatriation Fund.

3.     The withheld MFN funds that have been designated for funding of the OB's operations shall be delivered by check or wire transfer to the OB within 15 days of the entry of this order.

1   4. All remaining withheld MFN funds shall be restored and hereafter used for the
2   purposes originally intended by the Settlement Agreement (including, without limitation, Administrative
3   Costs).

4                                       * * *

5                                     **ORDER**

6       IT IS SO ORDERED.

7

8   DATED: June 9, 2006                    _____
                                            THE HONORABLE ALEX R. MUNSON
9                                           CHIEF JUDGE

10  Submitted by:

11  **CIVILLE & TANG**
    G. PATRICK CIVILLE
12  JOYCE C.H. TANG

13

14  By:_____
            JOYCE C.H. TANG
15
    PMB 86, P.O. Box 10003
16  Saipan, MP 96950-8903
    Telephone: 670/235-1725
17
    **LERACH COUGHLIN STOIA GELLER**
18      **RUDMAN & ROBBINS LLP**
    KEITH F. PARK
19  PAMELA M. PARKER
    655 West Broadway, Suite 1900
20  San Diego, CA 92101
    Telephone: 619/231-1058
21
    **LERACH COUGHLIN STOIA GELLER**
22      **RUDMAN & ROBBINS LLP**
    ALBERT H. MEYERHOFF
23  9601 Wilshire Blvd., Suite 510
    Los Angeles, CA 90210
24  Telephone: 310/859-3100
    310/278-2148 (fax)
25

26

- 3 -

**RECEIVED**

JUN 1 2 2006

Clerk
District Court
The Northern Mariana Islands

1  **ALTSHULER, BERZON, NUSSBAUM,**
2    **RUBIN & DEMAIN**
   MICHAEL RUBIN
3  177 Post Street, Suite 300
   San Francisco, CA  94108
4  Telephone:  415/421-7151

5  *Attorneys for Plaintiffs*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  C:\DOCUME~1\terree\LOCALS~1\Temp\MetaSave\ORD 00031643.doc

- 4 -