F I L E D
Clerk
District Court

AUG 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES I, *et al.*, ) | Civil Action No. 01-0031 |
| ) | <u>CLASS ACTION</u> |
| Plaintiffs ) | |
| ) | ORDER GRANTING |
| v. ) | PLAINTIFFS' REQUEST FOR |
| ) | APPROVAL OF RESERVE FUND, |
| THE GAP, INC., *et al.*, ) | PURSUANT TO ORDER OF |
| ) | SEPTEMBER 9, 2004 |
| Defendants ) | |
| ) | |
| _____ ) | |

There having been no objection to Plaintiffs' request that the court approve a Reserve Fund amount of $100,00.00, and the court having concluded that that sum, together with any unclaimed distributions, should be sufficient to protect the rights of any late claimants under the Settlement and, further, that approving the sum will expedite payments to Opt-In Plaintiffs and Class Members, NOW, THEREFORE,

IT IS ORDERED that Plaintiffs shall set aside $100,000.00 in a Reserve Fund to provide compensation for late claimants under the Settlement.

DATED this 11th day of August, 2006.

_____
ALEX R. MUNSON
Judge