MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-01-0031                                                August 30, 2006
                                                          9:15 a.m.


PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                Michelle C. Macaranas, Courtroom Deputy
                Pamela M. Parker, Attorney for Plaintiffs (via telephone)
                Timothy Bellas, Attorney for Defendants


PROCEEDINGS:   STATUS CONFERENCE

    Plaintiffs were represented via telephone by Attorney Pamela Parker . Attorney Timothy Bellas was present on behalf of defendants. Attorneys Richard Pierce and Steve Pixley were also present in the galley on behalf of Defendants. Also present in the galley were some employees from various garment factories.

    Court inquired about the status of payments. Attorney Parker responded as to the process that is in place now and reported that the disbursement of checks should take place within one to two weeks. Attorney Parker apprised the Court that the printing of checks process takes some time and would be completed by mid month of September.

    Attorney Bellas offered labor documentations to assist Attorney Parker with the list of names for payments. Court ordered that another status conference be held on **Friday, September 29, 2006 at 9:00 a.m. Saipan time**. Court further ordered Attorney Parker to prepare a pleading with the status of the payments. Attorney Bellas will prepare and serve the order after today's status conference.


                                        Adjourned 9:25  a.m.

                                        /s/ Michelle C. Macaranas, Courtroom Deputy