```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   SEP - 1 2006

                                              For The Northern Mariana Islands
                                              By_____
                                                          (Deputy Clerk)
```

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>THE GAP, INC., et al.,  )<br>)<br>Defendants.  )<br>_____) | Case No. CV-01-0031<br><br>**CLASS ACTION** |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>BRYLANE, L.P., et al.,  )<br>)<br>Defendants.  )<br>_____) | **ORDER CONTINUING STATUS CONFERENCE** |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>THE DRESS BARN, INC.  )<br>Defendants.  )<br>_____) | |

1

This matter came before the Court on August 30th, 2006, at 9:00 a.m. for a Status Conference. The parties who formally entered an appearance were Timothy H. Bellas, representing the garment Oversight Board (OB) and Ms. Pamela Parker, on behalf of the Plaintiffs. There were two attorneys representing Defendants in the courtroom and Seventeen persons who represented that they were settlement class members in this action.

The Court was advised by Ms. Parker that the settlement checks have not yet been dispursed. That the problem causing further delay is now resolved and that the checks will be issued commencing mid September 2006.

Now Therefore,

IT IS HEREBY ORDERED that the status conference in this matter is continued to September 29th, 2006 at 9:00 a.m. (September 28th at 4:00 p.m. in California) and at a minimum, the Court will expect Ms. Parker and Ms. Lisa Poncia or some other representative of Gilradi & Co. LLC (the Claims Administrator) to appear for the status conference telephonically.

Dated this 1st day of September, 2006.

ALEX R. MUNSON, Chief Judge

2