UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>THE GAP, INC., et al.,<br><br>                    Defendants. | Case No. CV-01-0031<br><br>CLASS ACTION<br><br>REPORT ON STATUS OF DISTRIBUTION OF SETTLEMENT PAYMENTS<br><br>DATE:    August 30, 2006<br>TIME:    4:00 p.m.<br>JUDGE:   Alex R. Munson |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>BRYLANE, L.P., et al.,<br><br>                    Defendants. | |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>THE DRESS BARN, INC.<br><br>                    Defendant. | |

[Caption continued on following page.]

- 1 -

| | |
|---|---|
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ADVANCED TEXTILE CORP., | ) ) |
| Defendant. | ) ) |

The Court held a status conference on August 30, 2006 regarding the distribution of payments to Class Members and Opt-In Plaintiffs pursuant to the Settlement in this action. The Court requested plaintiffs' counsel, Pamela M. Parker, to prepare a pleading summarizing the current status of the distribution of the funds, as related by counsel during the conference. Plaintiffs' counsel therefore respectfully submits the following report.

Ms. Parker reported that since the status conference held on June 5, 2006, the Claims Administrator, Gilardi & Co., has received hundreds of updated addresses from individuals claiming to be eligible to receive payments pursuant to the Settlement. The Claims Administrator has been inputting this information, and has discovered that many of the individuals do not appear on the current database. Counsel explained that this could be the result of incomplete factory employment records. Alternatively, it could indicate that a number of individuals who are not eligible for payments are attempting to participate in the distribution. Ms. Parker added that attempting to verify the eligibility of all these individuals would result in considerable additional delay and prejudice to those who have already been identified as eligible to receive a payment under the Settlement. Ms. Parker also noted that the Court's recent approval of the Reserve Fund provides a means for addressing the claims of previously unknown but potentially eligible individuals who come forward late.

Ms. Parker suggested that the Claims Administrator not attempt to verify the eligibility of these individuals at this time, but rather, proceed to prepare and distribute checks to those currently in the database. Counsel indicated this could be accomplished by the middle of September if the Claims

1  Administrator immediately begins the process of cutting checks for the eligible workers on the database.
2  The eligibility of those who are now coming forward and submitting updated address information to the
3  Claims Administrator may be determined once the initial distribution has been accomplished.
4      The Court indicated that this would be an appropriate way to proceed, and has set a follow-up status
5  conference for September 29, 2006 at 9:00 a.m.

6  DATED: September 8, 2006          Respectfully submitted,

**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG

_____
JOYCE C.H. TANG

2-F Cabrera Center, PMB 86
Saipan, MP 96950
Telephone: 670/235-1725

**LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
KEITH F. PARK
PAMELA M. PARKER
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

**LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
ALBERT H. MEYERHOFF
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

**ALTSHULER, BERZON, NUSSBAUM,
  RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151

*Attorneys for Plaintiffs*

26  S:\CasesSD\Marianas\MIS 00034525.doc