```
 1  CIVILLE & TANG
    G. PATRICK CIVILLE
 2  JOYCE C.H. TANG
    PMB 86, P.O. Box 10003
 3  Saipan, MP  96950-8903
    Telephone:  670/235-1725
 4
    [Additional counsel appear on signature page.]
 5
 6                      UNITED STATES DISTRICT COURT
 7                         NORTHERN MARIANA ISLANDS
 8
 9  DOES I, et al., On Behalf of Themselves and   )  Case No. CV-01-0031
    All Others Similarly Situated,                )
10                                                )  CLASS ACTION
                              Plaintiffs,         )
11                                                )
         vs.                                      )
12                                                )  NOTICE OF TELEPHONIC HEARING
    THE GAP, INC., et al.,                        )
13                                                )  DATE:   September 29, 2006
                              Defendants.         )  TIME:   9:00 a.m.
14  DOES I, et al., On Behalf of Themselves and   )  JUDGE:  Hon. Alex R. Munson
    All Others Similarly Situated,                )
15                                                )
                              Plaintiffs,         )
16                                                )
         vs.                                      )
17                                                )
    BRYLANE, L.P., et al.,                        )
18                                                )
                              Defendants.         )
19  ─────────────────────────────────────────     )
    DOES I, et al., On Behalf of Themselves and   )
20  All Others Similarly Situated,                )
                                                  )
21                            Plaintiffs,         )
                                                  )
22       vs.                                      )
                                                  )
23  THE DRESS BARN, INC.,                         )
                                                  )
24                            Defendant.          )
    ─────────────────────────────────────────     )
25
    [Caption continued on following page.]
26
```

| | | |
|---|---|---|
| 1 | DOES I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) |
| 2 | | ) |
| | Plaintiffs, | ) |
| 3 | vs. | ) ) |
| 4 | ADVANCE TEXTILE CORP., et al., | ) ) |
| 5 | Defendants. | ) ) |

Plaintiffs hereby give notice to the Court that the following off-island counsel for Plaintiffs will participate via telephone at the Status Conference scheduled for September 29, 2006 at 9:00 a.m..

    a.    Pamela M. Parker, Esq.    Telephone:    (877) 214-0402

                                                  Host Code:    789908

    b.    Keith Park, Esq.    Telephone:    (877) 214-0402

                                                  Participant Code:    936773

    c.    Michael Rubin, Esq.    Telephone:    (877) 214-0402

                                                  Participant Code:    936773

    c.    Lisa Poncia    Telephone:    (877) 214-0402

            GILARDI & CO., LLC    Participant Code:    936773

The Court and other interested parties who wish to call in may call the following number:

    **Telephone:**    (877) 214-0402
    **Participant Code:**    936773

DATED: September 28, 2006

Respectfully submitted,

**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG

By: _____
JOYCE C.H. TANG

PMB 86, P.O. Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725

**LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP**
PAMELA M. PARKER
MICHELLE M. CICCARELLI
ELIZABETH J. ARLEO
BENNY C. GOODMAN
655 W. Broadway, Suite 1900
San Diego, CA 92101-3301
619/231-1058
619/231-7423

- and -
ALBERT H. MEYERHOFF
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-9007

**ALTSHULER, BERZON, NUSSBAUM,
 RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151

*Attorneys for Plaintiffs*

M:\COMMON\Saipan Garment Workers\CV01-0031-RICO\Notice of Telephone Hearing re 9-29-06.wpd