F I L E D
Clerk
District Court

SEP 28 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE GAP, INC., et al.,<br><br>                Defendants. | Case No. CV-01-0031<br><br>CLASS ACTION |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>BRYLANE, L.P., et al.,<br><br>                Defendants. | **PROOF OF SERVICE** |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE DRESS BARN, INC.<br><br>                Defendants. | |

        I, the undersigned declare under penalty of perjury that the following statement are true and correct:

    1.    I am a person over the age of 18;

    2.    I am not a party in the case in which I am filing this proof of service;

3. I served a copy of the following pleading:

**"ORDER CONTINUING STATUS CONFERENCE"**

which pleading was faxed on September 1, 2006 and was mailed on September 5, 2006, via U.S. Regular Mail, with postage and deposited at US Postal Service in Chalan Kanoa, Saipan to the following names, addresses and fax numbers:

**Ms. Pamela Parker**
*Lerach Coughlin Stoia Gellar Rudman & Robbins*
655 W. Broadway, suite 1900
San Diego, CA 92101-3301
Fax: (619)231-7423

**Ms. Pamela Parker**
*Lerach Coughlin Stoia Gellar Rudman & Robbins*
655 W. Broadway, suite 1900
San Diego, CA 92101-3301
Fax: (619)231-7423

**Ms. Lisa Poncia**
*Gilradi & Co. LLC*
3301 Kerner Boulevard
San Rafael, CA 94901
Fax: (415)461-0412

**Michael Rubin, Esq.**
*Altshuler, Berzon, Nussbaum, Rubin and Demain*
177 Post Street, Suite 300
San Francisco, CA 94108
Fax: (415)362-8064

This declaration was executed on the 28th day of September, 2006, Saipan, CNMI.

CAROLINE B. ERMITANIO