# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-01-0031                                                    September 29, 2006
                                                              9:15 a.m.


PRESENT:       Hon. Alex R. Munson, Chief Judge Presiding
               Sanae Shmull, Court Reporter
               K. Lynn Lemieux, Courtroom Deputy
               Pamela M. Parker, Attorney for Plaintiffs (via telephone)
               Keith Park, Attorney for Plaintiffs (via telephone)
               Bruce Cozzi, Attorney for Plaintiffs (via telephone)
               Eric S. Smith, Attorney for Defendants
               Timothy Bellas, Attorney for Defendants


PROCEEDINGS:   OVERSIGHT HEARINGS

     Plaintiffs were represented by Attorneys Pamela Parker, Keith Park and Bruce Cozzi . Attorneys Timothy Bellas, Eric S. Smith, and Steve Pixley were present on behalf of Defendants.

     Court inquired about the status of the reimbursement payments. Attorney Parker responded that the checks , over 29,000 of them, were in the mail.

     Attorney Bellas asked that they needed to be notified when the 120 days expired so that they could monitor the matter.

     Court requested that Attorney Bellas put a summary together of today's hearing and submit it to the Court for the record.

                                                       Adjourned 9:25 a.m.


                                           By: _____/s/_____
                                           K. Lynn Lemieux, Courtroom Deputy