1  Richard W. Pierce Law Office, LLC
   Richard W. Pierce
2  P.O. Box 503514 CK
   Saipan, MP 96950-3514
3  Telephone: (670) 235-3425
   Facsimile: (670) 235-3427
4  Attorney for United International Corp.; Rifu Apparel
   Corp.
5
                UNITED STATES DISTRICT COURT
6
                  NORTHERN MARIANA ISLANDS
7

8
   | DOE I, et al., on behalf of themselves and all others similarly situated, | Case No. CV-01-0031 |
   |---|---|
   | Plaintiffs, | **REQUEST FOR GUIDANCE ON LETTERS RECEIVED** |
   | v. | |
   | THE GAP, INC., et al., | DATE: _____ |
   | | TIME: _____ |
   | Defendants. | DEPT: Judge Munson |
   | DOE I, et al., on behalf of themselves and all others similarly situated, | |
   | Plaintiffs, | |
   | v. | |
   | BRYLANE, L.P., et al., | |
   | Defendants. | |
   | DOE I, et al., on behalf of themselves and all others similarly situated, | |
   | Plaintiffs, | |
   | v. | |
   | THE DRESS BARN, INC. | |
   | Defendant. | [Caption continued on following page.] |
   | DOE I, et al., on behalf of themselves and all others similarly situated, | |
   | Plaintiffs, | |
   | v. | |

1

ADVANCE TEXTILE CORP.,

               Defendant.

    Manufacturers United International Corporation and Rifu Apparel Corporation have received letters addressed to member of the plaintiffs' class. The letters are in the form attached as Exhibit A. These letters, approximately 1500 in number, are addressed to *former* employees of the manufacturers, who previously used the company's mailing address as their own. Undoubtedly, other manufacturers have received such letters for former employees.

    The manufacturers seek guidance from the Court has to what should be done with the letters and the checks enclosed with the letters considering the 120-day time limitation.

    Possible procedures:

1. For a portion of the letters, have a current friend/relative on Saipan obtain written authorization from the payee in China to cash the check with a remittance company who will then transmit the money to China;

2. Return the letters to Plaintiffs; or

3. Provide the letters to the Monitoring Oversight Board.

Dated: October 24, 2006.

By: _____
    Richard W. Pierce

2

Saipan Garment Workers Settlement
Doe I, et al. v. The Gap, Inc., No. CV-01-0031, etc.
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060

September 28, 2006

Dear

We are pleased to enclose your check in the amount of $72.27, as payment in full of your claim[s] in the Saipan garment worker litigations (including *Does I et al. v. The Gap, Inc.*, No. CV-01-0031; *Does I et al. v. Brylane L.P. et al.*, No. CV-01-0036; *Does I et al. v. The Dress Barn, Inc.*, No. CV 01-0037; and *Does I et al. v. Advanced Textile Corp., et al.* No. CV-99-0002).

Please cash this check no later than 120 days from date of this letter. After that date, the check will be void and you will not be able to cash it. Thank you.

Sincerely,

Claims Administration Center

## Claim Information

Name:
Tax Identification No.:

Claim Calculation:

| | |
|---|---|
| Wage Award Amount: | $94.66 |
| NMTIT Withholding: | $15.15 |
| Social Security / Medicare Withholding: | $7.24 |
| Net Check Amount: | $72.27 |

Ex. A