FILED
Clerk
District Court

OCT 25 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES I, *et al.*, ) | Civil Action No. 01-0031 |
| ) | |
| Plaintiffs ) | |
| ) | ORDER SETTING HEARING |
| v. ) | ON REQUEST FOR GUIDANCE |
| ) | ON LETTERS RECEIVED |
| THE GAP, INC., *et al.*, ) | |
| ) | |
| Defendants ) | |

The court has received from United International Corporation and Rifu Apparel Corporation a request for guidance on how best to handle approximately 1,500 letters with checks enclosed that they have received from the Saipan Garment Workers Settlement fund addressed to former employees.

The two manufacturers suggest three approaches. First, to allow addressees with friends or relatives remaining in the Commonwealth to give written authorization to allow the checks to be cashed locally and the proceeds remitted to the addressees at their current address.

Second, to simply return the letters to plaintiffs. And, third, to deliver the letters to the Garment Oversight Board.[1]

The court first notes that under the settlement agreement it is the task of plaintiffs to see that the letters are delivered. However, if the two manufacturers have current mailing addresses for former employees for whom they have received these letters, the court believes they are duty-bound to apprise plaintiffs of those addresses and return the letters to plaintiffs, so that plaintiffs may then again mail out the letters and checks. The court is also willing to entertain any other suggested disposition. Accordingly,

IT IS ORDERED that this matter be and hereby is set for hearing on Friday, November 3, 2006, at 8:30 a.m. (Saipan date and time) to resolve this matter. Off-island counsel may appear by telephone, with 24-hour advance notice to the Clerk of Court.

DATED this 25th day of October, 2006.

_____
ALEX R. MUNSON
Judge

---

[1] Inadvertently referred to by the manufacturers as the Monitoring Oversight Board.