| | |
|---|---|
| 1 | **ROBERT J. O'CONNOR** |
| | **O'CONNOR BERMAN DOTTS & BANES** |
| 2 | 2nd Floor, Nauru Building, Susupe |
| | P.O. Box 501969, Saipan, MP 96950-1969 |
| 3 | Telephone: (670) 234-5684 |
| | Telefax: (670) 234-5683 |
| 4 | |
| | *Attorneys for Commonwealth Garment Manufacturing, Inc.,* |
| 5 | *Hansae (Saipan), Inc., Marianas Garment Manufacturing, Inc.,* |
| | *Michigan, Inc., Mirage (Saipan), Inc.* |
| 6 | *Onwel Manufacturing Saipan, Inc. and Top Fashion Corporation* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| DOE I, et al. On Behalf of Themselves and All Others Similarly Situated, | ) CLASS ACTION |
| | ) |
| Plaintiffs, | ) CIVIL CASE NO.: CV01-0031 |
| | ) |
| v. | ) |
| | ) **JOINDER IN REQUEST** |
| THE GAP, INC, et al., | ) **FOR GUIDANCE ON** |
| | ) **LETTERS RECEIVED** |
| Defendants. | ) |
| _____ | ) |
| DOE I, et al. On Behalf of Themselves and All Others Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BRYLANE, L.P., et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| DOE I, et al. On Behalf of Themselves and All Others Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE DRESS BARN, INC., | ) |
| | ) |
| Defendant. | ) [Caption continued on following page.] |
| _____ | ) |
| DOE I, et al. On Behalf of Themselves and All Others Similarly Situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |

1  **ADVANCE TEXTILE CORP., et al.,**       )
                                            )
2                          **Defendants.**  )
                                            )
3  _____

4     The following Manufacturers join in the request made by United International
5  Corporation and Rifu Apparel Corporation for guidance from this Court in how they should
6  handle settlement letters delivered to them and addressed to former workers who have since
7  been repatriated.

8

9     Many settlement letters/checks are addressed to former employees c/o the manufacturer,
10 but these employees have left their employment either to repatriate or for another job on Saipan
11 without giving the Manufacturer a forwarding address. In at least one incident there are two
12 former employees with the identical name, and one of the two still residing on Saipan, has asked
13 the check be given to her.

14

15     ● Commonwealth Garment Manufacturing, Inc.,
16     ● Hansae (Saipan), Inc.,
17     ● Marianas Garment Manufacturing, Inc.,
18     ● Michigan, Inc.,
19     ● Mirage (Saipan), Inc.,
20     ● Onwel Manufacturing Saipan, Inc. and
21     ● Top Fashion Corporation.

22

23     Dated this 26th day of October, 2006

24

25     /s/_____
       Robert J. O'Connor
       O'Connor Berman Dotts & Banes
26     ***Attorneys for Defendants***
       ***Commonwealth Garment Manufacturing, Inc.,***
27     ***Hansae (Saipan), Inc.,***
       ***Marianas Garment Manufacturing, Inc.,***
28     ***Michigan, Inc., Mirage (Saipan), Inc.,***
       ***Onwel Manufacturing Saipan, Inc. and***
       ***Top Fashion Corporation***

1000-03-CA-061025-PL-Joinder

-2-