| | |
|---|---|
| 1 | **CIVILLE & TANG** |
|  | G. PATRICK CIVILLE |
| 2 | JOYCE C.H. TANG |
|  | PMB 86, P.O. Box 10003 |
| 3 | Saipan, MP 96950-8903 |
|  | Telephone: 670/235-1725 |
| 4 | |
|  | [Additional counsel appear on signature page.] |
| 5 | |

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) | Case No. CV-01-0031 |
| | ) | |
| Plaintiffs, | ) | <u>CLASS ACTION</u> |
| | ) | |
| vs. | ) | **NOTICE OF TELEPHONIC HEARING** |
| THE GAP, INC., et al., | ) | |
| | ) | DATE: November 3, 2006 |
| Defendants. | ) | TIME: 8:30 a.m. |
| | ) | JUDGE: Hon. Alex R. Munson |
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| BRYLANE, L.P., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| THE DRESS BARN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

[Caption continued on following page.]

| | |
|---|---|
| 1 | DOES I, et al., On Behalf of Themselves and All Others Similarly Situated, ) |
| 2 | ) |
| 3 |                              Plaintiffs, ) vs. ) |
| 4 | ADVANCE TEXTILE CORP., et al., ) |
| 5 |                              Defendants. ) |

Plaintiffs hereby give notice to the Court that the following off-island counsel for Plaintiffs will participate via telephone at the hearing on Request for Guidance on Letters Received scheduled for November 3, 2006 at 8:30 a.m..

    a.    **Pamela M. Parker, Esq.**    Telephone:    (888) 422-7124

                                                            Host Code:       267080

    b.    **Joyce C.H. Tang, Esq.**    Telephone:    (888) 422-7124

                                                             Participant Code:    457634

    c.    **Keith Park, Esq.**    Telephone:    (888) 422-7124

                                                             Participant Code:    457634

    d.    **Michael Rubin, Esq.**    Telephone:    (888) 422-7124

                                                         Participant Code:    457634

    e.    **Lisa Poncia**    Telephone:    (888) 422-7124

            **GILARDI & CO.**    Participant Code:    457634

The Court and other interested parties who wish to call in may call the following number:

    **Telephone:**    **(888) 422-7124**
    **Participant Code:**    **457634**

| | | |
|---|---|---|
| 1 | DATED:  November 1, 2006 | Respectfully submitted, |
| 2 | | |
| 3 | | **CIVILLE & TANG**<br>G. PATRICK CIVILLE<br>JOYCE C.H. TANG |
| 4 | | |
| 5 | | |
| 6 | | By: _____<br>JOYCE C.H. TANG |
| 7 | | |
| 8 | | PMB 86, P.O. Box 10003<br>Saipan, MP  96950-8903 |
| 9 | | Telephone:  670/235-1725 |
| 10 | | **LERACH COUGHLIN STOIA GELLER<br> RUDMAN & ROBBINS LLP** |
| 11 | | PAMELA M. PARKER<br>MICHELLE M. CICCARELLI |
| 12 | | ELIZABETH J. ARLEO<br>BENNY C. GOODMAN |
| 13 | | 655 W. Broadway, Suite 1900 |
| 14 | | San Diego, CA  92101-3301<br>619/231-1058 |
| 15 | | 619/231-7423 |
| 16 | | - and - |
| 17 | | ALBERT H. MEYERHOFF<br>355 South Grand Avenue, Suite 4170 |
| 18 | | Los Angeles, CA  90071<br>Telephone:  213/617-9007 |
| 19 | | **ALTSHULER, BERZON, NUSSBAUM,** |
| 20 | | **  RUBIN & DEMAIN**<br>MICHAEL RUBIN |
| 21 | | 177 Post Street, Suite 300 |
| 22 | | San Francisco, CA  94108<br>Telephone:  415/421-7151 |
| 23 | | *Attorneys for Plaintiffs* |
| 24 | M:\COMMON\Saipan Garment Workers\CV01-0031-RICO\Notice of Telephone Hearing re 11-3-06.wpd | |
| 25 | | |
| 26 | | |