# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-01-0031                                                                November 3, 2006
                                                                          10:35 a.m.


PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Pamela M. Parker, Attorney for Plaintiffs (via telephone)
                Keith Park, Attorney for Plaintiffs (via telephone)
                Joyce C.H. Tang, Attorney for Plaintiffs (via telephone)
                Timothy Bellas, Attorney for Defendants
                Lisa Poncia, Attorney for Plaintiffs
                Michael Rubin, Attorney for Plaintiffs
                Steve Pixley, Attorney for Defendants
                Richard Pierce, Attorney for Defendants
                Joseph Horey, Attorney for Defendants


PROCEEDINGS:    REQUEST FOR GUIDANCE ON LETTERS RECEIVED

     Plaintiffs were represented by Attorneys Pamela Parker, Keith Park, Joyce Tang, Michael Rubin and Lisa Poncia . Attorneys Timothy Bellas, Steve Pixley, Richard Pierce and Joseph Horey were present on behalf of Defendants.

     Attorney Pamela Parker addressed the Court and explained the on-going process of getting the checks distributed.

     Attorney Timothy Bellas reported that his office his processing as many as 60 persons in a day and they are trying their best to get current addresses.

     Attorney Pierce reported that they have received about 1500 returned letters and checks and are doing their best to find current addresses.

     Court, after hearing all testimony, ordered that the checks be returned to the Plaintiff' counsel in care of Gilardi & Co. to ultimately distribute the checks.


                                            Adjourned 11:20 a.m.


                                            By: _____/s/_____
                                            K. Lynn Lemieux, Courtroom Deputy