```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                    JUN - 8 2007

                                              For The Northern Mariana Islands
                                              By_____
                                                       (Deputy Clerk)
```

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>THE GAP, INC., et al.,<br><br>        Defendants. | Case No. CV-01-0031<br><br>CLASS ACTION |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BRYLANE, L.P., et al.,<br><br>        Defendants. | **PROOF OF SERVICE** |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>THE DRESS BARN, INC.<br><br>        Defendants. | |

      I, the undersigned declare under penalty of perjury that the following statement are true and correct:

1       1.      I am a person over the age of 18;

2       2.      I am not a party in the case in which I am filing this proof of service;

3       3.      I served a copy of the following pleading:

4               **"ORDER FOR STATUS CONFERENCE"**

5       which pleading was faxed and sent by e-mail on May 23, 2007, to the following names,

6       e-mail addresses and fax numbers:

7       **Ms. Pamela Parker**
        Email: PamP@lerachlaw.com
8       Fax: (619)231-7423

9       **Mr. Keith Parks**
        Email: KEITHP@lerachlaw.com
10      Fax: (619)231-7423

11      **Michael Rubin, Esq.**
        Email: mrubin@altshulerberzon.com
12      Fax: (415)362-8064

13      **Robert J. O'Connor**
        Email: attorneys@saipan.com
14      Fax: (670)234-5683

15      **Richard W. Pierce, Esq.**
        Email: rwpierce@pticom.com
16      Fax: (670)235-3427

17      **Colin Thompson, Esq.**
        Email: colin.thompson@saipan.com
18      Fax: (670)233-0776

19      **Glenn Jewell, Esq.**
        Email: gjewell@saipan.com
20      Fax: (670)322-780

21      **Joyce C.H. Tang, Esq.**
        Email: jtang@guamattorneys.com
22      Fax: (671)477-2511

23
        This declaration was executed on the _7th_ day of June, 2007, Saipan, CNMI.
24

25

26      _____
        CAROLINE B. ERMITANIO
27

- 2 -