**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG
PMB 86, P.O. Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>THE GAP, INC., et al.,<br><br>     Defendants.<br>DOES I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>BRYLANE, L.P., et al.,<br><br>     Defendants.<br>DOES I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>THE DRESS BARN, INC.,<br><br>     Defendant. | Case No. CV-01-0031<br><br>**CLASS ACTION**<br><br><br>**NOTICE OF TELEPHONIC HEARING**<br><br>DATE:  June 12, 2007<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Alex R. Munson |

[Caption continued on following page.]

| | | |
|---|---|---|
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ADVANCE TEXTILE CORP., et al., | ) ) | |
| Defendants. | | |

Plaintiffs hereby give notice to the Court that the following off-island counsel for Plaintiffs will participate via telephone at the Status Conference scheduled for June 12, 2007 at 9:00 a.m..

| | | | |
|---|---|---|---|
| a. | Pamela M. Parker, Esq. | Telephone: | (800) 504-8071 |
| | | Access Code: | 3384516 |
| b. | Joyce C.H. Tang, Esq. | Telephone: | (800) 504-8071 |
| | | Access Code: | 3384516 |
| c. | Keith Park, Esq. | Telephone: | (800) 504-8071 |
| | | Access Code: | 3384516 |
| d. | Michael Rubin, Esq. | Telephone: | (800) 504-8071 |
| | | Access Code: | 3384516 |
| e. | Ryanne Fitzgerald | Telephone: | (800) 504-8071 |
| | Gilardi & Co. | Access Code: | 3384516 |

The Court and other interested parties who wish to call in may call the following number:

Telephone:   (800) 504-8071

Access Code:   3384516

DATED: June 11, 2007

Respectfully submitted,

**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG

By: /s/ Joyce C.H. Tang
        JOYCE C.H. TANG

**LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP**
PAMELA M. PARKER
MICHELLE M. CICCARELLI
ELIZABETH J. ARLEO
BENNY C. GOODMAN
655 W. Broadway, Suite 1900
San Diego, CA 92101-3301
619/231-1058
619/231-7423

- and -

ALBERT H. MEYERHOFF
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-9007

**ALTSHULER, BERZON, NUSSBAUM,
 RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151

*Attorneys for Plaintiffs*