MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-01-0031  June 12, 2007
9:05 a.m.


PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
Pamela M. Parker, Attorney for Plaintiffs (via telephone)
Keith Park, Attorney for Plaintiffs (via telephone)
Timothy Bellas, Attorney for Defendants
Michael Rubin, Attorney for Plaintiffs (via telephone)
Ryanne Fitzgerald, Attorney for Plaintiffs (via telephone)
Justice Cruz Reynoso, Oversight Board Member
Justice Richard Gui, Oversight Board Member


PROCEEDINGS:  STATUS HEARING

Plaintiffs were represented by Attorneys Pamela Parker, Keith Park, Joyce Tang, Michael Rubin and Ryanne Fitzgerald. Attorneys Timothy Bellas, Eric Smith, Brian McMahon, Colin Thompson, and Joseph Horey were present in the Courtroom.

Attorney Pamela Parker addressed the Court and explained the on-going process.

Justice Cruz Reynoso, Member of the Oversight Board, addressed the Court and gave an update on the checks that had been distributed and the amount of the checks that had been cashed.

Attorney Bellas, Oversight Board, addressed the Court on the status of the work done by the Oversight Board.

Court recessed at 9:50 a.m requesting that the Oversight Board Members determine what the interest is of the 75 or so people that have gathered in the Courtroom. Court reconvened at 10:05 a.m. Attorney Bellas reported to the Court what he had ascertained from the people present in the Courtroom.

      Court, after hearing all testimony, ordered that the Plaintiff transfer the money, that is not encumbered, to the Oversight Board within thirty days.  Further, that the existence of the Garment Oversight Board be continued to December 31, 2007 and that after receipt of the money from the Plaintiffs that the Oversight Board havae 120 days in whihc to submit a plan to the Court.  Further, that Gilardi & Co. Submit a more detailed accounting to the Court to justify their additional request for compensation.

      Adjourned 10:15 a.m.

By: _____/s/_____
K. Lynn Lemieux, Courtroom Deputy