FILED
Clerk
District Court

-3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES 1, et a., | Civil Action No. 01-0031 |
| Plaintiffs. | |
| vs. | Order Setting Status Hearing |
| THE GAP, INC., et al., | |
| Defendants. | |

A STATUS HEARING regarding undistributed funds is set for Friday, July 6, 2007, at 10:00 a.m., Saipan Time.

Prior to the hearing, counsel shall meet and confer regarding interpleader pursuant to Federal Rule of Civil Procedure 22 and Title 18, USC §1335.

IT IS SO ORDERED.

DATED this 3rd day of July, 2007.

*Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)