**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG
PMB 86, P.O. Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>THE GAP, INC., et al.,<br><br>            Defendants. | Case No. CV-01-0031<br><br>CLASS ACTION<br><br><br>**NOTICE OF TELEPHONIC HEARING**<br><br>DATE:   July 6, 2007<br>TIME:    10:00 a.m.<br>JUDGE:  Hon. Alex R. Munson |

    Plaintiffs hereby give notice to the Court that the following off-island counsel for Plaintiffs will participate via telephone at the Status Conference scheduled for July 6, 2007 at 10:00 a.m..

| | | |
|---|---|---|
| Pamela M. Parker, Esq.<br>Keith Park, Esq.<br>Michael Rubin, Esq.<br>Ryanne Fitzgerald (Gilardi & Co.) | Telephone:<br>Access Code: | (877) 322-9648<br>634964 |
| Joyce C.H. Tang, Esq. | Telephone:<br>Access Code: | (877) 322-9648<br>700694 |

    The Court and other interested parties who wish to call in may call the following number:

| | |
|---|---|
| **Telephone:** | (877) 322-9648 |
| **Access Code:** | 634964 |

DATED: July 5, 2007

Respectfully submitted,

**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG

By: _____
          JOYCE C.H. TANG

**LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP**
PAMELA M. PARKER
MICHELLE M. CICCARELLI
ELIZABETH J. ARLEO
BENNY C. GOODMAN
655 W. Broadway, Suite 1900
San Diego, CA  92101-3301
619/231-1058
619/231-7423

       - and -
ALBERT H. MEYERHOFF
355 South Grand Avenue, Suite 4170
Los Angeles, CA  90071
Telephone: 213/617-9007

**ALTSHULER, BERZON, NUSSBAUM,
 RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone: 415/421-7151

*Attorneys for Plaintiffs*