CIVILLE & TANG
G. PATRICK CIVILLE
JOYCE C.H. TANG
PMB 86, P.O. Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
PAMELA M. PARKER
MICHELLE M. CICCARELLI
ELIZABETH J. ARLEO
BENNY C. GOODMAN
655 W. Broadway, Suite 1900
San Diego, CA 92101-3301
619/231-1058
619/231-7423
   - and -
ALBERT H. MEYERHOFF
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-9007

ALTSHULER, BERZON, NUSSBAUM,
 RUBIN & DEMAIN
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>vs.<br><br>THE GAP, INC., et al.,<br><br>             Defendants. | Case No. CV-01-0031<br><br>CLASS ACTION<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>DATE:   September 14, 2007<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Alex R. Munson |

Pursuant to the *Order Setting Status Hearing* filed July 3, 2007, and by agreement of the parties, the Status Conference originally set for July 6, 2007 at 10:00 a.m. is hereby vacated and the next Status Conference will be on September 14, 2007 at 10:00 a.m..

SO STIPULATED this 6th day of July, 2007.

| CIVILLE & TANG | GARMENT OVERSIGHT BOARD |
|---|---|
| G. PATRICK CIVILLE | |
| JOYCE C.H. TANG | |
| By: _____ | By: _____ |
| JOYCE C.H. TANG | TIMOTHY H. BELLAS |

### ORDER

IT IS SO ORDERED this 6th day of July, 2007.

_____
**HONORABLE ALEX R. MUNSON**
**District Court Judge for the NMI**