**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG
PMB 86, P.O. Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725

**LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP**
PAMELA M. PARKER
MICHELLE M. CICCARELLI
ELIZABETH J. ARLEO
BENNY C. GOODMAN
655 W. Broadway, Suite 1900
San Diego, CA 92101-3301
619/231-1058
619/231-7423
        - and -
ALBERT H. MEYERHOFF
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-9007

**ALTSHULER, BERZON, NUSSBAUM,
 RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE GAP, INC., et al.,<br><br>　　　　　　Defendants. | Case No. CV-01-0031<br><br>CLASS ACTION<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　　September 21, 2007<br>TIME:　　10:00 a.m.<br>JUDGE:　　Hon. Alex R. Munson |

Mr. Timothy H. Bellas has requested additional time to confer with the other Oversight Board members regarding certain tax issues. The parties are requesting a continuance of the September 14, 2007 hearing for at least one week's time. Mr. Bellas has consented to this stipulation to continue the September 14, 2007 hearing.

The parties request that the Status Conference set for September 14, 2007 at 10:00 a.m. be continued for at least one week.

SO STIPULATED this 13th day of September, 2007.

**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG

By: _____
    JOYCE C.H. TANG