FILED
Clerk
District Court

SEP 14 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES 1, et al.,<br><br>  Plaintiffs.<br><br>  vs.<br><br>THE GAP, INC., et al.,<br><br>  Defendants. | Civil Action No. 01-0031<br><br>Order Rescheduling Setting<br>Status Hearing |

Pursuant to the request of the parties, the Status Hearing scheduled for Friday, September 14, 2007, is rescheduled to Thursday, September 27, 2007, at 9:00 a.m.

IT IS SO ORDERED.

DATED this 14th day of September, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)