**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG
PMB 86, P.O. Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725

**COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP**
KEITH F. PARK
PAMELA M. PARKER
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
     – and –
ALBERT H. MEYERHOFF
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

**ALTSHULER BERZON LLP**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>THE GAP, INC., et al.,<br><br>                    Defendants. | Case No. CV-01-0031<br><br><u>CLASS ACTION</u><br><br>NOTICE OF FIRM NAME CHANGE |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: September 17, 2007

Respectfully submitted,

**CIVILLE & TANG**
G. PATRICK CIVILLE
JOYCE C.H. TANG

By: _____
       JOYCE C.H. TANG

PMB 86, P.O. Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725

**COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP**
KEITH F. PARK
PAMELA M. PARKER
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058

**COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP**
ALBERT H. MEYERHOFF
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

**ALTSHULER BERZON LLP**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151

*Attorneys for Plaintiffs*

S:\Notice Information\Mariana_RICO.doc