MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS


CV-01-0031                                                                September 27, 2007
                                                                          9:00 a.m.


PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Timothy Bellas, Garment Oversight Board


PROCEEDINGS:   GARMENT OVERSIGHT HEARING

   Attorney Timothy Bellas was present representing the Garment Oversight Board.

   It came to the Court's attention that a document had just been filed in this case. Court recessed briefly in order to review the document. A copy of the filed document was given to Attorney Bellas for review.

   After reviewing the document, Attorney Bellas reported to the Court that he had a problem with it and requested time to discuss this with Ms. Parker and Ms. Tang.

   Court continued this hearing to October 4, 2007 at 9:00 a.m.


                                    Adjourned 9:15 a.m.


                                    By: _____/s/_____
                                    K. Lynn Lemieux, Courtroom Deputy