FILED
Clerk
District Court

SEP 27 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES I, *et al.*, ) | Civil Action No. 01-0031 |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | ORDER AFTER |
| ) | STATUS CONFERENCE |
| THE GAP, INC., *et al.*, ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____ ) | |

A status conference was scheduled in this matter for 9:00 a.m. today. At that time, Mr. Bellas, representing the Garment Oversight Board, was present in the courtroom. No other party or attorney appeared on the record. A few minutes after the hearing began, a member of the Clerk of Court's staff brought into the courtroom a filing and proposed order that had been electronically filed by attorney Joyce C.H. Tang, on behalf of all plaintiffs' counsel, at 8:57 a.m.

AO 72
(Rev. 08/82)

Obviously, Mr. Bellas also had not received a copy of the late filing. This filing violated both federal and local rules in several respects. In addition, the timing of the filing displayed a cavalier disregard for the court and its docket, and for Mr. Bellas. Finally, and most troublesome to the court, Mr. Bellas represented that the filing did not accurately reflect the agreement that had been reached between the parties and which was to be presented to the court for its consideration and signature.

The court granted Mr. Bellas' oral motion for yet another continuance, this one to enable him to contact plaintiffs' attorneys to obtain a written stipulation and proposed order that accurately reflects the agreement between counsel. The court expects that counsel will treat each other and the court with civility and utmost candor, and to extend professional courtesies as a matter of course.

The continued status conference is set for October 4, 2007, at 9:00 a.m. Failure of any counsel to observe the federal and local rules, or to fail to appear at the hearing, may result in sanctions being imposed. If the parties have reached agreement and a proposed order is submitted to, and signed by, the court prior to October 4, 2007,

the hearing will automatically come off-calendar without further order of the court.

IT IS SO ORDERED.

DATED this 27th day of September, 2007.

ALEX R. MUNSON
Judge