

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

Pamela M. Parker
PParker@csgrr.com

September 27, 2007

Via Facsimile: 1.670.236.2910
Original Via Overnight Mail

The Honorable Alex R. Munson
United States District Court
For the Northern Mariana Islands
Second Floor, Horiguchi Building, Garapan
Post Office Box 500687
Saipan, MP 96950 USA

FILED
Clerk
District Court

SEP 27 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Re:   *Does 1 v. The Gap, Inc.*
      Civil Action No. 01-0031

Dear Judge Munson:

I am writing with respect to the unfortunate events that occurred yesterday in the Court, in connection with a status conference scheduled in this case. We have received the Court's faxed order regarding that conference, and when I arrived in the office this morning, an email was waiting for me from Mr. Timothy Bellas of the Oversight Board. On behalf of plaintiffs' counsel, I want to offer our profound apologies to the Court and the Oversight Board for our lack of appearance at the status conference, and for the mix-up with the proposed order regarding the tax reserve. I want to assure the Court, however, that this apparently resulted from a serious, but undoubtedly inadvertent, failure of communication, and not from any disregard or disrespect for the Court or the Oversight Board.

In short, plaintiffs' counsel here on the mainland had no idea that a status conference had been scheduled for September 27, 2007. The last word we had was that the conference originally scheduled for September 14, 2007 had been postponed to September 21, 2007. This was our understanding based on the stipulation filed on September 14, 2007, and it was confirmed in an email exchange I had with Mr. Bellas last week. We had been negotiating language for a proposed revised order regarding the tax reserve question. On September 19, 2007 (September 20 in Saipan), Mr. Bellas and I agreed on that language, and in a confirming email, on which Ms. Joyce Tang was copied, Mr. Bellas indicated that Ms. Tang could sign for him "due to the short amount of time remaining before the hearing tomorrow." In reply, I thanked Mr. Bellas and instructed Ms. Tang to file the proposed Order with the Court immediately.

In an earlier email, I had let both Mr. Bellas and Ms. Tang know that I personally would not be available for a conference on September 21 due to a conflicting court appearance.

655 West Broadway, Suite 1900 · San Diego, California 92101-8498 · 619.231.1058 · Fax 619.231.7423 · www.csgrr.com



**COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

The Honorable Alex R. Munson
September 27, 2007
Page 2

Consequently, I asked Ms. Tang to notify Mr. Keith Park if the conference was not postponed, or if there were any other developments.

We heard nothing more from Ms. Tang or Mr. Bellas, and I assumed that the proposed order had been submitted to the Court for its signature, and that the September 21 status conference had been cancelled. However, we never received any notice of a new conference set for this week. In fact, when I did not hear back from Ms. Tang's office regarding the proposed order, I sent another email requesting a status report, and in particular, asking whether the proposed order had been signed. Again, I received no immediate response. Then, this morning, we received both Mr. Bellas' email and the faxed order from the Court regarding yesterday's events.

Frankly, mainland counsel are completely mystified as to why the correct version of the proposed order, with the language agreed to by the Oversight Board, was not filed with the Court last week, why the wrong version was filed only just before yesterday's hearing, and why mainland counsel were not informed that the status conference had been rescheduled for September 27, 2007. As of this writing, we have not been able to reach Ms. Tang or her assistant, and have not independently heard from that office. We are currently taking steps to ensure that the correct version of the proposed order is filed promptly with the Court.

Again, we wish to extend our deepest apologies for the inconvenience to the Court and to the Oversight Board stemming from yesterday's events. Please be assured, however, that our non-appearance was entirely inadvertent, and we will ensure it does not happen again.

Respectfully,

Pamela M. Parker

PMP:tdv
cc: Joyce C.H. Tang (via facsimile: 1.671.477.2511)
Timothy H. Bellas (via facsimile: 1.670.322.9891)
S:\Cases\SD\Marianas\Corres\LTR Judge Munson 001.doc