14. Furthermore, because the amount each person received depended in large part on how many other persons were eligible to receive payment, it was absolutely necessary to ensure that payments were not calculated until the parties were satisfied that the master database was as complete and accurate as possible. To that end, by late summer 2006, Gilardi began its final review of the database, to eliminate any duplicative, ineligible or questionable claims that might remain. Gilardi also performed a number of audits to ensure accurate and complete claim calculations, and to verify the funds available for distribution. Gilardi had earlier recommended that a small reserve be set aside from which payments could be made if, notwithstanding all the efforts to ensure accuracy and completeness, errors were later detected, or eligible claims had been overlooked. Gilardi was responsible for maintaining and accounting for that reserve. All in all, calculating the payments was, in itself, a time- and labor-intensive process, requiring multiple checks to ensure accuracy, and sometimes custom modification to account for additional or updated information received on particular workers.

15. In conjunction with the calculation of class member and Opt-In Plaintiff payments, Gilardi spent substantial amounts of time on tax reporting. This process included determining proper Marianas and U.S. federal tax withholding requirements on payments, calculating individual tax withholdings from approved claim amounts, making timely deposits for payment of Marianas and U.S. tax liabilities, and filing required quarterly and annual Marianas and U.S. tax reports. Gilardi determined whether claims were to be declared uncashed and/or defective in order to file amended tax returns or request refunds of tax liabilities deposited at the time of the initial distribution. Additionally, Gilardi coordinated and caused the printing and mailing of Forms W-2 and the filing of same for the relevant agencies of the United States and comparable Marianas entities. All of these activities were coordinated with the tax accountants, Damasco & Associates, and plaintiffs' counsel as necessary. Finally, certain settlement monies had been withheld to cover possible future tax penalties arising from the lack of tax identification numbers for numerous claimants. Gilardi was responsible for maintaining and accounting for that reserve. It worked with plaintiffs' counsel and Damasco to ascertain the need for and proper extent of those reserves. When the time came to reduce those reserves and pay the residual sums to the Garment Oversight Board (the "Board") for

distribution or other uses allowed by the settlement, Gilardi worked with representatives of the Board to ensure a smooth and prompt transfer of those funds.

16. Eventually, Gilardi distributed almost 30,000 checks to class members. The amount of funds totaled almost $4,000,000 (after tax withholdings, and accounting for reserves withheld). A true and correct copy of a post-distribution check report as of October 31, 2007 is attached as Exhibit A.

17. Gilardi's role, however, was far from concluded. Gilardi performed several auditing tasks throughout the distribution process. It reviewed preliminary distribution totals and performed random audits of the actual checks against the original distribution data. Additionally, during the period following the initial check distribution, plaintiffs' counsel, the factories, the Board and Gilardi received a flood of communications from individuals who claimed to be eligible for payment under the settlement but had not received one, or who expressed concern about the check amount. Hundreds of these individuals appeared no where on the existing database. Gilardi spent a substantial amount of time and effort sorting through these communications, overseeing translations where needed, and communicating with class members by way of phone calls, written correspondence and e-mail. This included explanations about the amounts of the checks, the intake and updating of address changes to either resend or reissue a new check, and addressing questions as to why a check had not been sent. This process also involved additional research and follow-up contact with class members, often to determine whether a new claimant was in fact eligible to receive a payment, and if so, whether they had been inadvertently overlooked or their check had been sent to the wrong address. Hundreds of checks were re-issued during this period. *See* Exhibit A.

18. Gilardi also prepared periodic reports for plaintiffs' counsel and the Court upon request. These reports contained information regarding the status of the administration, the Consent Forms that were filed, and the status of the checks that were issued (*i.e.*, cashed or outstanding).

19. During its administration of the settlement in this matter, Gilardi has endeavored to perform its designated tasks as efficiently and cost-effectively as possible. This unique case – given its size, the extent and international nature of the class members and Opt-In Plaintiffs, and the numerous problems arising therefrom – posed particularly challenging issues for the administration process. Indeed, Gilardi's

involvement in the administration of this settlement has lasted more than five years. As one might reasonably expect over such an extensive period, Gilardi has experienced some turnover in personnel. We attempted to minimize the impact of the loss of experienced personnel on this case, but some delays were inevitable as new personnel familiarized themselves with the complexities of the case. The specific individuals who worked on this matter, their titles, general responsibilities and hourly billing rates, are summarized in Exhibit B hereto. The expenses incurred, in summary, are also included in Exhibit B.

20. Over the past several years, Gilardi has submitted to plaintiffs' counsel 17 "Billing Statements" relating to its claims administration work. A true and correct copy of each of those invoices is attached as a group in Exhibit C. The bills were primarily broken down into two categories: (a) professional and clerical staff time; and (b) out-of-pocket expenses. We have synthesized those billings in an Excel spreadsheet attached hereto as Exhibit D. Gilardi has also prepared a comprehensive spreadsheet providing further detail on the time incurred by Gilardi personnel in connection with the administration of this matter over the last five years. A true and correct copy of that spreadsheet is attached as Exhibit E.

21. Gilardi's initial billing statements were prepared in May and July of 2002. The amounts billed totaled $80,394.00. These invoices covered the time and expense involved with setting up and revising the initial FLSA database (which formed the basis for the master database used in connection with the global settlement), and the creation and mailing of the notices.

22. Gilardi's third billing statement was prepared on January 24, 2003. The total invoice was $92,655.00. Of the total costs, $73,709.00 represented out-of-pocket expenses, the bulk of which consisted of postage and printing costs associated with the mailing of the global settlement notices. Gilardi's personnel fees amounted to approximately $18,946.00. This sum was largely attributable to case management, database work and the formatting of documents.

23. Gilardi's fourth billing statement was prepared on February 21, 2003. The total invoice was $30,350.00. Of the total costs, $1,962.00 represented out-of-pocket postage costs. Gilardi's service fees amounted to approximately $28,388.00, representing time spent processing Consent Forms, the intake of undeliverable mail, re-mailing notice and Consent Forms, and updating addresses in the relevant databases.

24. The next several billing statements, issued between March and July 2003, totaled $10,497.00 in out-of-pocket expenses (including continued printing, mailing and postage costs), and $58,074.00 in professional and clerical staff fees, attributable largely to the processing of Consent Forms, including sorting them by language, Bates stamping, copying and forwarding the same to counsel, and sorting and organizing other documents and communications from claimants.

25. Gilardi issued a number of invoices to plaintiffs' counsel in 2004 and 2005, totaling $82,297.00. Of that amount, $9,129.00 represented continuing printing and mailing costs. Gilardi's service fees amounted to approximately $73,168.00. During this period, Gilardi was engaged principally in the following tasks: data analysis; creating a custom software program for the calculation of payments; and the continued processing of information received from claimants.

26. Gilardi's sixteenth billing statement was issued initially on June 13, 2006. This billing statement included personnel time incurred up to that date, as well as an estimate to complete administration-related tasks. That original invoice totaled $270,520.00. That invoice had not yet been paid as of a year later, when numerous additional fees and expenses had been incurred, and the parties and Court began considering transfer of certain settlement administrative functions to the Board. Consequently, the June 13, 2006 invoice was revised on June 4, 2007 to exclude the estimated ongoing administration costs and include only those fees and expenses incurred between May 13, 2005 and June 5, 2006. The revised invoice totaled $123,795.00. Almost all of this sum is attributable to personnel time, which during this billing period included finalizing the database, running audits on the same, testing the payment calculation software, calculating the payments, handling tax issues, and updating claimant information. In that billing cycle, Gilardi discounted its fees by approximately 23%, or almost $36,000.00, which is reflected on page 32 of Exhibit C and on Exhibit D.

27. Gilardi's most recent billing statement was finalized as of October 11, 2007, and covers the period from June 6, 2006 through May 21, 2007. The total invoice was $171,628.44. The cost of processing and mailing the checks alone exceeded $80,000.00. Gilardi discounted almost $15,000.00 in check processing fees during this billing cycle, which is reflected on page 35 of Exhibit C, and on Exhibit D.

Gilardi's staff time during this period principally was devoted to processing and distributing checks, dealing with the thousands of new or follow-up contacts from claimants with questions or seeking payment, additional claims processing, re-issuing checks and tax issues.

28.   To date, 15 of Gilardi's 17 billing statements have been paid. Gilardi has billed $649,690.44 for the administration of this matter – including the discounts allowed, which totaled $36,740.00 in personnel time and $15,119.00 in expenses. *See* Exhibit D. Of the total sums billed, $295,423.44 remains unpaid (representing the last two invoices), and Gilardi respectfully seeks payment of that sum out of the remaining, undistributed settlement funds. Gilardi understands that, for the reasons stated in the accompanying Declaration of Keith Park in Support of Request for Payment of Claims Administrator's Remaining Outstanding Invoices for Settlement-Related Fees and Expenses, the amount initially allocated in the settlement for notice and claims administration has long since been depleted by many other reasonable and necessary expenses associated with the settlement's administration, including translation costs and costly publication of notices in multiple foreign newspapers. As the foregoing discussion illustrates, the administration of this settlement entailed uniquely complex and challenging problems that neither the parties nor Gilardi could have foreseen at the outset. Gilardi has diligently and in good faith made every effort to operate efficiently and cost-effectively, but at all times sought to achieve accuracy and thoroughness. Consequently, all reasonable and deliberate efforts were undertaken to ensure that the class members and Opt-In Plaintiffs received the payments to which they were entitled.

29.   For the foregoing reasons, Gilardi respectfully requests payment of the remaining outstanding balance of $295,423.44 in out-of-pocket expenses and personnel time associated with the administration of this complex settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this sixteenth day of November, 2007, at San Diego, California.

_____
DENNIS A. GILARDI

S:\CasesSD\Marianas\DEC 00046598.doc

- 10 -

# EXHIBIT A

*CONFIDENTIAL*

## Funds Analysis
for the purpose of current status
As of October 31, 2007

**Mariana Settlement**

**Source of Funds**

| | | | |
|---|---|---|---|
| Escrow account funding received September 2006 | | | $5,806,719.35 |
| Interest earned through September 30, 2007 | | | 103,647.12 |
| Total Source of Funds | | | 5,910,366.47 |

**Use of Funds**

| | | | |
|---|---|---|---|
| Net Settlement Checks Issued 9/28/06 | | ($3,977,674.68) | |
| Add'l check issued (corrections, replacements) | | (1,648.90) | |
| Amounts deducted from reissues for special handling | | 30.00 | |
| Stale dated checks void issues sent | | 1,664,462.05 | |
| Stop/void checks not reissued | | 0.00 | |
| Outstanding reissued checks stale dated | | 25,781.51 | |
| Settlement Checks paid to date | 13,742 | | ($2,289,050.02) |
| US Fed FICA tax liability deposited | | (797,108.11) | |
| Deposited tax refunded due to uncashed/unreported checks | | 335,527.77 | |
| Net US tax liablity paid | | | (461,580.34) |
| Mariana "employee" tax liability deposited | | (833,653.65) | |
| Deposited tax refunded due to uncashed/unreported checks | | 0.00 | |
| Net Mariana tax liability paid (note 1) | | | (833,653.65) |
| Tax Compliance fees paid to date | | | (9,763.75) |
| Transfer of funds to Oversight Board per Order | 08/16/07 | | (2,028,435.00) |
| Transfer of funds to Oversight Board per Order | 10/1/2007 | | (157,883.71) |
| Total Use of Funds | | | (5,780,366.47) |
| **NET FUND BALANCE at October 31, 2007 (See Note below)** | | | **$130,000.00** |

**Analysis of NET FUND BALANCE**

| | | |
|---|---|---|
| Uncashed Checks | | $1,690,243.56 |
| US Fed FICA tax returned for uncashed checks | | 335,527.77 |
| Reserve for corrected claims | $100,000.00 | |
| Less corrected/replaced checks | (1,648.90) | |
| Remaining Reserve for corrected claims | | 98,351.10 |
| Reserve for tax penalties | 100,000.00 | |
| Less rounding difference from calculation | (1,668.48) | |
| Remaining Reserve for tax penalties | | 98,331.52 |
| Interest earned | | 103,647.12 |
| Tax compliance fees paid to date | | (9,763.75) |
| Difference US Fed FICA between calculated and actual | | (48.61) |
| Amounts deducted from reissues for special handling | | 30.00 |
| Funds transferred to OB | | (2,186,318.71) |
| **NET FUND BALANCE at October 31, 2007 (See Note below)** | | **$130,000.00** |

**Note:**
Fund Balance at October 31 is comprised of $100,000 reserve for potential Federal tax penalty and $30,000 reserve for tax compliance costs.

Prepared by Gilardi & Co. LLC
11/9/2007

# EXHIBIT B

Case 1:01-cv-00031    Document 1213-2    Filed 11/29/2007    Page 8 of 15

Advanced Textile hours by employee with rate

| Name | Department | Main Tasks | Hours | Rate | Total |
|---|---|---|---|---|---|
| Dennis Gilardi | Owner | Owner | 6.00 | 150 | $900.00 |
| Rob Forrest | Management | CEO | 0.50 | 95 | $47.50 |
| Paula Cozzi | Management | Oversaw all aspects of Administration | 7.50 | 95 | $712.50 |
| Cheryl Washington | Management | Formated the Documents for Mailing | 5.50 | 95 | $522.50 |
| Bob Goldman | Management | Oversaw all aspects of Administration | 166.50 | 70 | $11,655.00 |
| Alicia Arce | Consumer | Processing/Claimant Correspondence | 3.75 | 60 | $225.00 |
| Amina El Khadir | Consumer | Processing/Claimant Correspondence | 3.50 | 60 | $210.00 |
| Gloria Cortez | Consumer | Processing/Claimant Correspondence | 3.00 | 60 | $180.00 |
| Maria Reyes - Gutierrez | Consumer | Processing/Claimant Correspondence | 2.50 | 60 | $150.00 |
| Melania Whitaker | Consumer | Processing/Claimant Correspondence | 22.00 | 60 | $1,320.00 |
| Catherine Chao | Consumer | Processing/Claimant Correspondence | 1.50 | 60 | $90.00 |
| Silvia Frias | Consumer | Processing/Claimant Correspondence | 3.25 | 60 | $195.00 |
| Jason Cahill | Consumer | Processing/Claimant Correspondence | 2.50 | 60 | $150.00 |
| Michele Markham | Consumer | Processing/Claimant Correspondence | 1.00 | 60 | $60.00 |
| Marsha Walker | Consumer | Processing/Claimant Correspondence | 2.00 | 60 | $120.00 |
| Marco Frias | Consumer | Processing/Claimant Correspondence | 2.00 | 60 | $120.00 |
| Temp - Roberts | Consumer | Processing/Claimant Correspondence | 1.25 | 60 | $75.00 |
| Temp - Hull | Accounting | Invoicing | 0.25 | 60 | $15.00 |
| | | | | | $16,747.50 |
| | | Rounding Adjustments | | | $0.50 |
| | | | 234.50 | | **$16,748.00** |

| Expenses Incurred | |
|---|---|
| Initial Mailing of Notice Packets | $53,229.00 |
| Postage | $9,343.00 |
| Reprinting of Notices | $1,074.00 |
| | $63,646.00 |

Saipan Rico hours by employee with rate

**PRINCIPAL**

Employee's billing at the Principal rate are upper management and oversaw the Set up and Administration of the case.

| Name | Department | Main Tasks | Hours | Rate | Total |
|---|---|---|---|---|---|
| Dennis Gilardi | Owner | Owner | 20.50 | 150 | $3,075.00 |
| allocation - cover travel to hrs | | | 30.00 | 69 | $2,070.00 |
| | | | 50.50 | | $5,145.00 |
| Bruce Cozzi | Management | Tax work and Fund Controller | 1.50 | 150 | $225.00 |
| Bruce Cozzi | | | 86.00 | 185 | $15,910.00 |
| | | | 87.50 | | $16,135.00 |
| Tom Sidun | Management | Oversaw all aspects of Administration | 24.00 | 150 | $3,600.00 |
| Kim Wagner | IT | IT Department Manager | 2.00 | 95 | $190.00 |
| Kim Wagner | | | 78.50 | 150 | $11,775.00 |
| Kim Wagner | | | 30.25 | 185 | $5,596.25 |
| | | | 110.75 | | $17,561.25 |
| Lisa Poncia | Management | Consumer manager | 176.25 | 185 | $32,606.25 |
| Meg Guyder | Accounting | Billing | 3.00 | 185 | $555.00 |
| Rob Forrest | Management | CEO | 3.00 | 150 | $450.00 |
| Rob Forrest | | | 2.00 | 185 | $370.00 |
| | | | 5.00 | | $820.00 |
| David Wong | IT | Calculation of Payments / Maintaining master database | 65.50 | 150 | $9,825.00 |
| David Wong | | | 113.00 | 185 | $20,905.00 |
| | | | 178.50 | | $30,730.00 |
| **Total personnel time for Principal** | | | | | **$107,152.50** |

**MANAGER**

Employee's billing at the Management rate handled special projects, communications with attorney's and outside vendors, database set ups, performed and audited the calculations of settlement awards, and the printing, mailing and auditing of the checks.

| Name | Department | Main Tasks | Hours | Rate | Total |
|---|---|---|---|---|---|
| Carole Sylvester | Management | Oversaw all aspects of Administration | 1.50 | 95 | $142.50 |
| Paula Cozzi | Management | Oversaw all aspects of Administration | 32.00 | 95 | $3,040.00 |
| Al Russcol | IT | Creating/Maintaining master database | 2.00 | 60 | $120.00 |
| Al Russcol | IT | | 157.50 | 95 | $14,962.50 |
| Al Russcol | IT | | 10.25 | 105 | $1,076.25 |
| | | | 169.75 | | $16,158.75 |
| Chris Andreis | Accounting | Fund Management and tax work | 36.25 | 105 | $3,806.25 |
| Courtney Dickson | Management | Oversaw all aspects of Administration | 0.50 | 95 | $47.50 |
| Tony Selyem | IT | Creating/Maintaining master database | 117.50 | 95 | $11,162.50 |
| Jason Cahill | IT | Creating/Maintaining master database | 86.00 | 60 | $5,160.00 |
| | | | 1.50 | 95 | $142.50 |
| | | | 5.50 | 105 | $577.50 |
| | | | 93.00 | | $5,880.00 |
| Ron Heard | Management | Consumer manager | 85.00 | 95 | $8,075.00 |
| Janet Button | Accounting | Billing/Invoicing | 5.00 | 60 | $300.00 |
| | | | 1.00 | 70 | $70.00 |
| | | | 3.00 | 95 | $285.00 |
| | | | 4.00 | 105 | $420.00 |
| | | | 13.00 | | $1,075.00 |
| Gus Scherer | IT | Creating/Maintaining master database | 8.00 | 60 | $480.00 |
| | | | 1.50 | 95 | $142.50 |
| | | | 9.50 | | $622.50 |
| Eric Duan | IT | Calculation of Payments | 15.00 | 105 | $1,575.00 |
| Jeffrey Greene | Accounting | Audit of Calculations / Distribution of Settlement checks | 32.25 | 105 | $3,386.25 |
| Eric Gray | Accounting | Audit of Calculations / Distribution of Settlement checks | 19.75 | 85 | $1,678.75 |
| | | | 28.25 | 105 | $2,966.25 |
| | | | 48.00 | | $4,645.00 |
| John Rose | Mail Room | Oversaw mailing of Notice Packets / Checks | 2.50 | 105 | $262.50 |
| | | **Total personnel time for Manager** | | | **$59,878.75** |

**SUPERVISOR**

Employee's billing at the Supervisor rate handled special projects, communications with attorney's and outside vendors, database set ups, performed and audited the calculations of settlement awards, and the printing, mailing and auditing of the checks.

| Name | Department | Main Tasks | Hours | Rate | Total |
|---|---|---|---|---|---|
| Kristy Ford | Consumer | Case supervisor | 209.50 | 70 | $14,665.00 |
| Bob Goldman | Management | Oversaw all aspects of Administration | 191.75 | 70 | $13,422.50 |
|  |  |  | 40.75 | 95 | $3,871.25 |
|  |  |  | 232.50 |  | $17,293.75 |
| Ana Salazar | Consumer | Case supervisor | 192.50 | 60 | $11,550.00 |
|  |  |  | 24.75 | 70 | $1,732.50 |
|  |  |  | 5.50 | 85 | $467.50 |
|  |  |  | 222.75 |  | $13,750.00 |
| Meseret Habtesus | Accounting | Billing/Invoicing | 8.50 | 60 | $510.00 |
|  |  |  | 26.50 | 85 | $2,252.50 |
|  |  |  | 35.00 |  | $2,762.50 |
| Ryanne Fitzgerald | Consumer | Case supervisor | 405.00 | 85 | $34,425.00 |
| Colleen Acio | Accounting | Settlement Fund Work/Calculation Audits | 5.00 | 85 | $425.00 |
| Karen Schuhriemen | Accounting | Settlement Fund Work/Calculation Audits | 3.50 | 85 | $297.50 |
| Matthew Markham | Mail Room | Oversaw mailing of Notice Packets / Checks | 0.50 | 60 | $30.00 |
| Tim Rose | IT | Creating/Maintaining master database | 3.00 | 85 | $255.00 |
|  |  | **Total personnel time for Supervisor** |  |  | **$83,903.75** |

## STAFF

Employee's billing at the Staff rate duties included all the processing of the FLSA consent forms, which includes the opening, sorting, and numbering of returned consent forms, the copying/PDF'ing of the returned consent forms for translation, address changes received from counsel and the OB, and all correspondence with the class members.

| Name | Department | Main Tasks | Hours | Rate | Total |
|---|---|---|---|---|---|
| Alicia Arce | Consumer | Processing/Claimant Correspondence | 77.50 | 60 | $4,650.00 |
| Amina El Khadir | Consumer | Processing/Claimant Correspondence | 171.00 | 60 | $10,260.00 |
| Bernadette Marshal | Consumer | Processing/Claimant Correspondence | 0.50 | 60 | $30.00 |
| Blanca Thompson | Consumer | Processing/Claimant Correspondence | 271.50 | 60 | $16,290.00 |
| Brit Terkaly | Consumer | Processing/Claimant Correspondence | 8.00 | 60 | $480.00 |
| Cheryl Davis | Consumer | Processing/Claimant Correspondence | 21.00 | 60 | $1,260.00 |
| Dean Gilardi | Consumer | Processing/Claimant Correspondence | 0.50 | 60 | $30.00 |
| Dennis Balestra | Consumer | Processing/Claimant Correspondence | 0.25 | 60 | $15.00 |
| Gabriel Glendenning | Consumer | Processing/Claimant Correspondence | 1.00 | 60 | $60.00 |
| Gavin Riley | Consumer | Processing/Claimant Correspondence | 2.00 | 60 | $120.00 |
| Gloria Cortez | Consumer | Processing/Claimant Correspondence | 875.25 | 60 | $52,515.00 |
| Ian Greenough | Consumer | Processing/Claimant Correspondence | 3.00 | 60 | $180.00 |
| Jim Munro | Consumer | Processing/Claimant Correspondence | 28.50 | 60 | $1,710.00 |
| John Pfautz | Consumer | Processing/Claimant Correspondence | 3.75 | 60 | $225.00 |
| John Richards | Consumer | Processing/Claimant Correspondence | 110.50 | 60 | $6,630.00 |
| Jose Gutierrez | Consumer | Processing/Claimant Correspondence | 4.00 | 60 | $240.00 |
| Katherine Chao | Consumer | Processing/Claimant Correspondence | 105.50 | 60 | $6,330.00 |
| Katsiaryan BenSharrada | Consumer | Processing/Claimant Correspondence | 49.25 | 60 | $2,955.00 |
| Kianga Bullock | Consumer | Processing/Claimant Correspondence | 141.00 | 60 | $8,460.00 |
| Lynne Thrall | Consumer | Processing/Claimant Correspondence | 214.50 | 60 | $12,870.00 |
| Marco Frias | Consumer | Processing/Claimant Correspondence | 1.50 | 60 | $90.00 |
| Maria Reyes - Gutierrez | Consumer | Processing/Claimant Correspondence | 109.50 | 60 | $6,570.00 |
| Marie Johnson | Consumer | Processing/Claimant Correspondence | 52.25 | 60 | $3,135.00 |
| Marsha Walker | Consumer | Processing/Claimant Correspondence | 38.00 | 60 | $2,280.00 |
| Mary Holt | Consumer | Processing/Claimant Correspondence | 0.50 | 60 | $30.00 |
| Meagan McKinley | Consumer | Processing/Claimant Correspondence | 4.00 | 60 | $240.00 |
| Megan Young | Consumer | Processing/Claimant Correspondence | 47.25 | 60 | $2,835.00 |
| Melania Whitaker | Consumer | Processing/Claimant Correspondence | 0.75 | 60 | $45.00 |
| Quang-Thi Ho | Consumer | Processing/Claimant Correspondence | 24.00 | 60 | $1,440.00 |
| Rachel Roberts | Consumer | Processing/Claimant Correspondence | 90.50 | 60 | $5,430.00 |
| Rachel Christman | Consumer | Processing/Claimant Correspondence | 12.00 | 60 | $720.00 |
| Robert Cho | Consumer | Processing/Claimant Correspondence | 5.00 | 60 | $300.00 |
| Robert Sichon | Consumer | Processing/Claimant Correspondence | 49.50 | 60 | $2,970.00 |
| Sandra Molina | Consumer | Processing/Claimant Correspondence | 1.00 | 60 | $60.00 |
| Sarah Woolheater | Consumer | Processing/Claimant Correspondence | 10.00 | 60 | $600.00 |
| Shannon Anderson | Consumer | Processing/Claimant Correspondence | 1.00 | 60 | $60.00 |
| Sheldon Matthys | Consumer | Processing/Claimant Correspondence | 12.00 | 60 | $720.00 |
| Sheree Brown | Consumer | Processing/Claimant Correspondence | 4.75 | 60 | $285.00 |
| Silvia Frias | Consumer | Processing/Claimant Correspondence | 1.50 | 60 | $90.00 |
| Stanley Long | Consumer | Processing/Claimant Correspondence | 25.00 | 60 | $1,500.00 |
| Steve Burkhardt | Consumer | Processing/Claimant Correspondence | 88.00 | 60 | $5,280.00 |
| Victor Nicoll | Consumer | Processing/Claimant Correspondence | 0.50 | 60 | $30.00 |
| Temp - Alves | Consumer | Processing/Claimant Correspondence | 0.25 | 60 | $15.00 |
| Temp - Baker | Consumer | Processing/Claimant Correspondence | 0.25 | 60 | $15.00 |
| Temp - Borthwick | Consumer | Processing/Claimant Correspondence | 6.00 | 60 | $360.00 |
| Temp - S Brown | Consumer | Processing/Claimant Correspondence | 13.75 | 60 | $825.00 |
| Temp - L Caldwell | Consumer | Processing/Claimant Correspondence | 0.75 | 60 | $45.00 |

**STAFF** (Continued)

Employee's billing at the Staff rate duties included all the processing of the FLSA consent forms, which includes the opening, sorting, and numbering of returned consent forms, the copying/PDF'ing of the returned consent forms for translation, address changes received from counsel and the OB, and all correspondence with the class members.

| | | | | | |
|---|---|---|---|---|---|
| Temp - Cho | Consumer | Processing/Claimant Correspondence | 3.00 | 60 | $180.00 |
| Temp - R Christman | Consumer | Processing/Claimant Correspondence | 7.25 | 60 | $435.00 |
| Temp - Davis | Consumer | Processing/Claimant Correspondence | 41.00 | 60 | $2,460.00 |
| Temp - R Gee | Consumer | Processing/Claimant Correspondence | 10.75 | 60 | $645.00 |
| Temp - R Green | Consumer | Processing/Claimant Correspondence | 0.75 | 60 | $45.00 |
| Temp - I Greenough | Consumer | Processing/Claimant Correspondence | 73.00 | 60 | $4,380.00 |
| Temp - Haxton | Consumer | Processing/Claimant Correspondence | 10.25 | 60 | $615.00 |
| Temp - Hernandez | Consumer | Processing/Claimant Correspondence | 8.00 | 60 | $480.00 |
| Temp - Lam | Consumer | Processing/Claimant Correspondence | 0.75 | 60 | $45.00 |
| Temp - D Lambert | Consumer | Processing/Claimant Correspondence | 12.75 | 60 | $765.00 |
| Temp - S Molina | Consumer | Processing/Claimant Correspondence | 17.00 | 60 | $1,020.00 |
| Temp - Otanes | Consumer | Processing/Claimant Correspondence | 3.25 | 60 | $195.00 |
| Temp - L Page | Consumer | Processing/Claimant Correspondence | 6.50 | 60 | $390.00 |
| Temp - Papovich | Consumer | Processing/Claimant Correspondence | 3.00 | 60 | $180.00 |
| Temp - M Riser | Consumer | Processing/Claimant Correspondence | 12.75 | 60 | $765.00 |
| Temp - Riviera | Consumer | Processing/Claimant Correspondence | 0.25 | 60 | $15.00 |
| Temp - M Sherwood | Consumer | Processing/Claimant Correspondence | 5.75 | 60 | $345.00 |
| Temp - C Thomas | Consumer | Processing/Claimant Correspondence | 2.25 | 60 | $135.00 |
| | | **Total personnel time for Staff** | 2906.25 | | **$174,375.00** |

| Personnel Time | |
|---|---:|
| Principal | $107,152.50 |
| Manager | $59,878.75 |
| Supervisor | $83,903.75 |
| Staff | $174,375.00 |
| Rounding adjustments | $5.25 |
| | **$425,315.25** |

| Expenses Incurred | |
|---|---:|
| Initial Mailing of Notice Packets | $73,065.96 |
| Postage | $5,755.11 |
| Reprinting of Notices | $5,680.00 |
| Storage | $4,315.00 |
| Addr Standardization | $642.60 |
| Telephone | $8,173.52 |
| Translation | $3,930.00 |
| Computer Processing | $18,812.00 |
| Distribution of Checks | $74,427.50 |
| | **$194,801.69** |