# EXHIBIT C

May 17, 2002

Keith F. Park, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101

Re: **Advance Textile Corporation Litigation** - Billing #1

Professional services, out-of-pocket expenses and advances through May 2, 2002 in connection with the printing and mailing of the Notice of U.S. Fair Labor Standards Act Overtime Lawsuit for the **Advance Textile Corporation Litigation**.

```
Summary:   Professional and Clerical Staff        $ 11,760
           Out-of-pocket Expenses and Advances    $ 57,268
                                                  ------

AMOUNT DUE                                        $ 69,028
                                                  ======
```

```
cc: Pam Parker, Esq.
Advance Textile Corporation Litigation
Detail to Billing #1
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 2.00 | $150 | $300 |
| Manager | 6.00 | 95 | 570 |
| Supervisor | 136.50 | 70 | 9,555 |
| Staff | 22.25 | 60 | 1,335 |
|  |  |  | ------ |
|  |  |  | $ 11,760 |
|  |  |  | ====== |

OUT-OF-POCKET AND ADVANCES

| | | |
|---|---|---|
| Postage and delivery | | $  3,420.00 |
| Reproduction and supplies | | 619.00 |
| Goode Printing | - printing | 39,098.77 |
| | - postage | 14,129.78 |
| | | --------- |
| | | $ 57,267.55 |
| | | ========= |

June 27, 2002
Revised July 3, 2002

Keith F. Park, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101

Re:  **Advance Textile Corporation Litigation** - Billing #2

Professional services and out-of-pocket expenses from May 3, 2002 through June 13, 2002 in connection with the printing and mailing of the Notice of U.S. Fair Labor Standards Act Overtime Lawsuit for the **Advance Textile Corporation Litigation**.

| | | |
|---|---|---|
| Summary: | Professional and Clerical Staff | $ 4,988 |
| | Out-of-pocket Expenses | 6,378 |
| AMOUNT DUE | | $ 11,366 |

```
cc: Pam Parker, Esq.
Advance Textile Corporation Litigation
Detail to Billing #2
Page 2


STAFF                      HOURS       RATE           TOTAL

Principal                   4.00       $150            $600
Manager                     7.50         95             713
Supervisor                 30.00         70           2,100
Staff                      26.25         60           1,575
                                                      -----
                                                  $   4,988
                                                      =====


OUT-OF-POCKET

Postage and delivery                              $   5,923
Reproduction and supplies                               455
                                                      -----
                                                  $   6,378
                                                      =====
```

January 24, 2003

Keith F. Park, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101-5050

Re: **Saipan Rico Litigation** - Billing #1

Professional services, out-of-pocket expenses and advances through January 9, 2003 in connection with the printing and mailing of the Notice Booklets and Consent to Sue Forms for the **Saipan Rico Litigation**.

```
Summary:   Professional and Clerical Staff      $ 18,946
           Out-of-pocket Expenses                     40
           Advances                              73,669
                                                 ------

AMOUNT DUE                                      $ 92,655
                                                 ======
```

```
Saipan Rico Litigation
Detail to Billing #1
Page 2

STAFF                          HOURS       RATE           TOTAL

Principal                       18.50      $150      $  2,775
Manager                         12.50        95         1,188
Supervisor                     133.25        70         9,328
Staff                           94.25        60         5,655
                                                     -------
                                                     $ 18,946
                                                     =======


OUT-OF-POCKET EXPENSES

Postage and delivery                                 $     40
                                                         --
                                                     $     40
                                                         ==


ADVANCES

Goode Printing      - printing                       $ 45,505.71
                    - postage                          27,520.25
Global-Z            - address standardization             642.60
                                                     ---------
                                                     $ 73,668.56
                                                     =========
```

February 21, 2003


Keith F. Park, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101


Re: **Saipan Rico Litigation** - Billing #2


Professional services and out-of-pocket expenses from
January 10, 2003 through February 6, 2003 in connection with
the printing and mailing of the Notice Booklets and Consent
to Sue Forms for the **Saipan Rico Litigation**.

```
Summary:   Professional and Clerical Staff        $ 28,388
           Out-of-pocket Expenses                    1,962
                                                   ------

AMOUNT DUE                                        $ 30,350
                                                   ======
```

Saipan Rico Litigation  
Detail to Billing #2  
Page 2

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 5.00 | $150 | $    750 |
| Manager | 9.50 | 95 | 903 |
| Supervisor | 60.50 | 70 | 4,235 |
| Staff | 375.00 | 60 | 22,500 |
|  |  |  | ------ |
|  |  |  | $ 28,388 |
|  |  |  | ====== |

OUT-OF-POCKET EXPENSES

| Postage and delivery |  |  | $ 1,962 |
|---|---|---|---|
|  |  |  | ----- |
|  |  |  | $ 1,962 |
|  |  |  | ===== |

March 7, 2003

Keith F. Park, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101


Re: **Saipan Rico Litigation** - Billing #3


Professional services and out-of-pocket expenses from
February 7, 2003 through February 20, 2003 in connection
with claims administration for the **Saipan Rico Litigation**.

| | | |
|---|---|---|
| Summary: | Professional and Clerical Staff | $ 11,135 |
| | Out-of-pocket Expenses | 1,588 |
| | | ------ |
| AMOUNT DUE | | $ 12,723 |
| | | ====== |

```
Saipan Rico Litigation
Detail to Billing #3
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 1.00 | $150 | $   150 |
| Manager | 2.00 | 95 | 190 |
| Supervisor | 35.50 | 70 | 2,485 |
| Staff | 138.50 | 60 | 8,310 |
| | | | ------ |
| | | | $ 11,135 |
| | | | ====== |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $     25 |
| Telephone | 354 |
| Postage and delivery | 58 |
| Reproduction and supplies | 266 |
| Computer processing | 885 |
| | ----- |
| | $  1,588 |
| | ===== |

March 21, 2003

Keith F. Park, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101

Re: **Saipan Rico Litigation** - Billing #4

Professional services and out-of-pocket expenses from February 21, 2003 through March 6, 2003 in connection with claims administration for the **Saipan Rico Litigation**.

| Summary: | Professional and Clerical Staff | $ 10,305 |
| | Out-of-pocket Expenses | 1,429 |
| | | ------ |
| THIS INVOICE | | 11,734 |
| Less Overpayment Received March 20, 2003 | | <4,641.49> |
| | | -------- |
| AMOUNT DUE | | $ 7,092.51 |
| | | ======== |

```
Saipan Rico Litigation
Detail to Billing #4
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 1.00 | $150 | $    150 |
| Manager | 41.00 | 95 | 3,895 |
| Supervisor | 24.50 | 70 | 1,715 |
| Staff | 75.75 | 60 | 4,545 |
| | | | $ 10,305 |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $     50 |
| Telephone | 285 |
| Postage and delivery | 170 |
| Reproduction and supplies | 213 |
| Computer processing | 711 |
| | $  1,429 |

April 18, 2003

Keith F. Park, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101

Re: **Saipan Rico Litigation** - Billing #5

Professional services and out-of-pocket expenses from
March 7, 2003 through April 3, 2003 in connection
with claims administration for the **Saipan Rico Litigation**.

| | | |
|---|---|---|
| Summary: | Professional and Clerical Staff | $ 9,093 |
| | Out-of-pocket Expenses | 1,371 |
| | | ------ |
| AMOUNT DUE | | $ 10,464 |
| | | ====== |

```
Saipan Rico Litigation
Detail to Billing #5
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 0.50 | $150 | $     75 |
| Manager | 5.50 | 95 | 523 |
| Supervisor | 32.00 | 70 | 2,240 |
| Staff | 104.25 | 60 | 6,255 |
|  |  |  | $  9,093 |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $    100 |
| Telephone | 285 |
| Postage and delivery | 62 |
| Reproduction and supplies | 213 |
| Computer processing | 711 |
|  | $  1,371 |