May 30, 2003

Keith F. Park, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101


Re: **Saipan Rico Litigation** - Billing #6


Professional services and out-of-pocket expenses from
April 4, 2003 through May 15, 2003 in connection with
claims administration for the **Saipan Rico Litigation**.

```
Summary:   Professional and Clerical Staff      $ 11,793.00
           Out-of-pocket Expenses                  3,636.00
                                                 ---------

THIS INVOICE                                      15,429.00

Less Overpayment                                  (7,092.51)
                                                 --------

AMOUNT DUE                                       $ 8,336.49
                                                 ========
```

```
Saipan Rico Litigation
Detail to Billing #6
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 2.00 | $150 | $    300 |
| Manager | 1.50 | 95 | 143 |
| Supervisor | 37.00 | 70 | 2,590 |
| Staff | 146.00 | 60 | 8,760 |
|  |  |  | $ 11,793 |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $    150 |
| Telephone | 373 |
| Postage and delivery | 1,900 |
| Reproduction and supplies | 280 |
| Computer processing | 933 |
|  | $  3,636 |

June 13, 2003

Keith F. Park, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101

Re: **Saipan Rico Litigation** - Billing #7

Professional services and out-of-pocket expenses from May 16, 2003 through May 29, 2003 in connection with claims administration for the **Saipan Rico Litigation**.

| Summary: | Professional and Clerical Staff | $ 8,000 |
|---|---|---|
| | Out-of-pocket Expenses | 1,170 |
| AMOUNT DUE | | $ 9,170 |

```
Saipan Rico Litigation
Detail to Billing #7
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal  | 1.00   | $150 | $   150 |
| Manager    | 4.00   | 95   |     380 |
| Supervisor | 13.50  | 70   |     945 |
| Staff      | 108.75 | 60   |   6,525 |
|            |        |      | $ 8,000 |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $    50 |
| Telephone | 255 |
| Postage and delivery | 38 |
| Reproduction and supplies | 191 |
| Computer processing | 636 |
| | $ 1,170 |

July 25, 2003

Keith F. Park, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101

Re: **Saipan Rico Litigation** - Billing #8

Professional services and out-of-pocket expenses from May 30, 2003 through July 10, 2003 in connection with claims administration for the **Saipan Rico Litigation**.

| | | |
|---|---|---|
| Summary: | Professional and Clerical Staff | $ 7,748 |
| | Out-of-pocket Expenses | 1,303 |
| | | ----- |
| AMOUNT DUE | | $ 9,051 |
| | | ===== |

```
Saipan Rico Litigation
Detail to Billing #8
Page 2
```

| STAFF      | HOURS | RATE  | TOTAL    |
|------------|-------|-------|----------|
| Principal  | 1.00  | $150  | $   150  |
| Manager    | 17.50 | 95    | 1,663    |
| Supervisor | 31.00 | 70    | 2,170    |
| Staff      | 62.75 | 60    | 3,765    |
|            |       |       | $ 7,748  |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $   150 |
| Telephone | 225 |
| Postage and delivery | 199 |
| Reproduction and supplies | 168 |
| Computer processing | 561 |
| | $ 1,303 |

March 5, 2004

Keith F. Park, Esq.
Milberg Weiss Bershad
   Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA 92101

Re: **Saipan Rico Litigation** - Billing #9

Professional services and out-of-pocket expenses from July 11, 2003 through February 19, 2004 in connection with claims administration for the **Saipan Rico Litigation**.

```
Summary:   Professional and Clerical Staff      $ 16,259
           Out-of-pocket Expenses                  2,704
                                                  ------

AMOUNT DUE                                      $ 18,963
                                                  ======
```


```
Saipan Rico Litigation
Detail to Billing #9
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 23.50 | $150 | $ 3,525 |
| Manager | 17.25 | 95 | 1,639 |
| Supervisor | 34.00 | 70 | 2,380 |
| Staff | 145.25 | 60 | 8,715 |
| | | | $ 16,259 |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $   800 |
| Telephone | 440 |
| Postage and delivery | 34 |
| Reproduction and supplies | 330 |
| Computer processing | 1,100 |
| | $ 2,704 |

October 15, 2004


Keith F. Park, Esq.
Lerach Couglin Stoia Geller
   Rudman & Robbins, LLP
401 B Street, Suite 1700
San Diego, CA 92101


Re: **Saipan Rico Litigation** - Billing #10


Professional services and out-of-pocket expenses from February 20, 2004 through September 30, 2004 in connection with claims administration for the **Saipan Rico Litigation**.

| | | |
|---|---|---:|
| Summary: | Professional and Clerical Staff | $ 13,785 |
| | Out-of-pocket Expenses | 2,057 |
| | | ------ |
| AMOUNT DUE | | $ 15,842 |
| | | ====== |

```
Saipan Rico Litigation
Detail to Billing #10
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 17.00 | $150 | $ 2,550 |
| Manager | 96.00 | 95 | 9,120 |
| Supervisor | 16.50 | 70 | 1,155 |
| Staff | 16.00 | 60 | 960 |
| | | | $ 13,785 |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $   800 |
| Telephone | 291 |
| Postage and delivery | 20 |
| Reproduction and supplies | 218 |
| Computer processing | 728 |
| | $ 2,057 |

January 11, 2005


Keith F. Park, Esq.
Lerach Couglin Stoia Geller
   Rudman & Robbins, LLP
401 B Street, Suite 1700
San Diego, CA 92101


Re: **Saipan Rico Litigation** - Billing #11


Professional services and out-of-pocket expenses from
October 1, 2004 through December 23, 2004 in connection
with claims administration for the **Saipan Rico Litigation**.

| | | |
|---|---|---|
| Summary: | Professional and Clerical Staff | $ 14,538 |
| | Out-of-pocket Expenses | 1,584 |
| | | ------ |
| AMOUNT DUE | | $ 16,122 |
| | | ====== |

```
Saipan Rico Litigation
Detail to Billing #11
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 14.00 | $150 | $ 2,100 |
| Manager | 119.50 | 95 | 11,353 |
| Supervisor | 3.50 | 70 | 245 |
| Staff | 14.00 | 60 | 840 |
| | | | $ 14,538 |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $   300 |
| Telephone | 302 |
| Reproduction and supplies | 227 |
| Computer processing | 755 |
| | $ 1,584 |

March 8, 2005

Keith F. Park, Esq.
Lerach Couglin Stoia Geller
   Rudman & Robbins, LLP
401 B Street, Suite 1700
San Diego, CA 92101

Re: **Saipan Rico Litigation** - Billing #12

Professional services and out-of-pocket expenses from December 24, 2004 through March 3, 2005 in connection with claims administration for the **Saipan Rico Litigation**.

```
Summary:   Professional and Clerical Staff        $ 11,006
           Out-of-pocket Expenses                    1,241
                                                   ------
AMOUNT DUE                                         $ 12,247
                                                   ======
```

```
Saipan Rico Litigation
Detail to Billing #12
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 22.00 | $150 | $ 3,300 |
| Manager | 78.50 | 95 | 7,458 |
| Supervisor | 2.25 | 70 | 158 |
| Staff | 1.50 | 60 | 90 |
| | | | ------ |
| | | | $ 11,006 |
| | | | ====== |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $   250 |
| Telephone | 209 |
| Reproduction and supplies | 156 |
| Computer processing | 626 |
| | ----- |
| | $ 1,241 |
| | ===== |

May 27, 2005

Keith F. Park, Esq.
Lerach Couglin Stoia Geller
   Rudman & Robbins, LLP
401 B Street, Suite 1600
San Diego, CA 92101

Re: **Saipan Rico Litigation** - Billing #13

Professional services and out-of-pocket expenses from March 4, 2005 through May 12, 2005 in connection with claims administration for the **Saipan Rico Litigation**.

| Summary: | Professional and Clerical Staff | $ 17,580 |
| | Out-of-pocket Expenses | 1,543 |
| AMOUNT DUE | | $ 19,123 |