```
Saipan Rico Litigation
Detail to Billing #13
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 89.50 | $150 | $ 13,425 |
| Manager | 38.00 | 95 | 3,610 |
| Supervisor | 3.50 | 70 | 245 |
| Staff | 5.00 | 60 | 300 |
| | | | ------ |
| | | | $ 17,580 |
| | | | ====== |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $     250 |
| Telephone | 272 |
| Postage and delivery | 1 |
| Reproduction and supplies | 204 |
| Computer processing | 816 |
| | ----- |
| | $  1,543 |
| | ===== |

                                                                                       June 13, 2006
                                                                 Revised June 4, 2007

Keith F. Park, Esq.
Lerach Couglin Stoia Geller
   Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Re:  **Saipan Rico Litigation** - Billing #14R

Professional services, out-of-pocket expenses and advances from May 13, 2005 through June 5, 2006 in connection with claims administration for the **Saipan Rico Litigation**.

**Case Processing**
| | | |
|---|---:|---:|
| Incurred Since Last Billing | $ 4,890 | |
| Out-of-pocket Expenses | 1,889 | |
| Distribution | | |
|   Incurred | 9,210 | |
| | ------ | |
|   Subtotal Case Processing | | $ 15,989 |

**Special Project**
| | | |
|---|---:|---:|
| Staff Time | $126,763 | |
| Out-of-pocket Expenses | 16,978 | |
| | ------- | |
|   Subtotal Special Project | | 143,741 |
| Less 25% Discount | | < 35,935> |
| | | ------- |
| AMOUNT DUE | | $123,795 |
| | | ======= |

```
Saipan Rico Litigation
Detail to Billing #14
Page 2
```

| STAFF | HOURS | RATE | TOTAL |
|---|---|---|---|
| Principal | 188.00 | $185 | $ 34,780 |
| Manager | 14.75 | 105 | 1,549 |
| Supervisor | 277.75 | 85 | 23,609 |
| Staff | 1,348.75 | 60 | 80,925 |
| | | | $140,863 |

OUT-OF-POCKET EXPENSES

| | |
|---|---|
| Storage | $ 1,390 |
| Telephone | 3,659 |
| Postage and delivery | 99 |
| Reproduction and supplies | 2,744 |
| Computer processing | 10,976 |
| | $ 18,867 |



**Gilardi & Co LLC**

3301 Kerner Blvd.
San Rafael, CA 94901
P: (415) 461-0410
F: (415) 461-0412

June 6, 2007
Revised October 11, 2007

Pamela Parker, Esq.
Couglin Stoia Geller
   Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Re: **Saipan Rico Litigation** - Billing #15R

Professional services, out-of-pocket expenses and advances from June 6, 2006 through May 21, 2007 in connection with Processing Setup/Audit & Software Customization, Claims Processing, Telephone Support, Planning with Counsel, Distribution Setup & Audit Approved Claims, Check Issuance, Wage Case Tax Coordination, and Follow-up Questions & Correspondence for the **Saipan Rico Litigation**.

**Processing**

| | | |
|---|---:|---:|
| Processing Setup/Audits & Software Customization | $ 8,315.00 | |
| Claims Processing | 2,500.00 | |
| Address Updates | 2,555.00 | |
| Telephone Support | | |
|   Line Charges/Fees/Taxes | 1,223.52 | |
|   Staff Time | 1,800.00 | |
| Subtotal Processing | | $ 16,393.52 |

**Distribution**

| | | |
|---|---:|---:|
| Planning with Counsel | $ 7,931.25 | |
| Distribution Setup & Audit Approved Claims | 24,103.75 | |
| Translation | 3,930.00 | |
| Check Issuance - 29,771 @ $2.50 | 74,427.50 * | |
| Wage Case Tax Coordination | 11,407.50 | |
| RUM Processing | 4,591.25 | |
| Follow-up Questions & Correspondence | 42,117.50 | |
| Postage | 1,056.67 | |
| Subtotal Distribution | | 169,565.42 |

continued

```
Saipan Rico Litigation
Billing #15R
Page 2
```

| | |
|---|---:|
| **Reporting** | 555.00 |
| SUBTOTAL | 186,513.94 |
| **Less Discount** | |
| * Check Issuance - 29,771 @ $0.50 | < 14,885.50> |
| THIS INVOICE | 171,628.44 |
| OUTSTANDING INVOICE | |
| Billing #14    Revised June 4, 2007 | 123,795.00 |
| AMOUNT DUE | $295,423.44 |

# EXHIBIT D

## Advance Textile Corporation Litigation

| | | Expenses | | | Personnel Time & Material | Discount | | | % of total bill | Total Billed | Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Printing | Postage | Other | Distribution | | Expenses | Discount | T&M | | | |
| Billing 1  5/17/2002 | $39,099.00 | $17,550.00 | $619.00 | | $11,760.00 | | | | | $69,028.00 | N |
| Billing 2  7/3/2002 - revised | | $5,923.00 | $455.00 | | $4,988.00 | | | | | $11,366.00 | N |
| Total | $39,099.00 | $23,473.00 | $1,074.00 | | $16,748.00 | | | | | $80,394.00 | |

## Saipan Rico Litigation

| | | Expenses | | | Personnel Time & Material | Discount | | | % of total bill | Total Billed | Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Printing | Postage | Other | Distribution | | Expenses | Discount | T&M | | | |
| Billing 1  1/24/2003 | $45,506.00 | $27,560.00 | $643.00 | | $18,946.00 | | | | | $92,655.00 | N |
| Billing 2  2/21/2003 | | $1,962.00 | | | $28,388.00 | | | | | $30,350.00 | N |
| Billing 3  3/7/2003 | | $58.00 | $1,530.00 | | $11,135.00 | | | | | $12,723.00 | N |
| Billing 4  3/21/2003 | | $170.00 | $1,259.00 | | $10,305.00 | | | | | $11,734.00 | N |
| Billing 5  4/18/2003 | | $62.00 | $1,309.00 | | $9,093.00 | | | | | $10,464.00 | N |
| Billing 6  5/30/2003 | | $1,900.00 | $1,736.00 | | $11,793.00 | | | | | $15,429.00 | N |
| Billing 7  6/13/2003 | | $38.00 | $1,132.00 | | $8,000.00 | | | | | $9,170.00 | N |
| Billing 8  7/25/2003 | | $199.00 | $1,104.00 | | $7,748.00 | | | | | $9,051.00 | N |
| Billing 9  3/5/2004 | | $34.00 | $2,670.00 | | $16,259.00 | | | | | $18,963.00 | N |
| Billing 10  10/18/2004 | | $20.00 | $2,037.00 | | $13,785.00 | | | | | $15,842.00 | N |
| Billing 11  1/11/2005 | | | $1,584.00 | | $14,538.00 | | | | | $16,122.00 | N |
| Billing 12  3/8/2005 | | $156.00 | $1,085.00 | | $11,006.00 | | | | | $12,247.00 | N |
| Billing 13  5/27/2005 | | $1.00 | $1,542.00 | | $17,580.00 | | | | | $19,123.00 | N |
| Billing 14  6/4/07 - revised | | $99.00 | $18,768.00 | | $140,863.00 | | | -$35,935.00 | 25.51% | $123,795.00 | Y |
| Billing 15  6/6/2007 | | $1,056.67 | $5,153.52 | $74,427.50 | $105,876.25 | -$14,885.50 | | | 14.06% | $171,628.44 | Y |
| Total | $45,506.00 | $33,315.67 | $41,552.52 | $74,427.50 | $425,315.25 | -$14,885.50 | | -$35,935.00 | | $569,296.44 | |

### Summary of Invoices

| | |
|---|---|
| Total Fees & Costs Incurred | $700,510.94 |
| Total Discounts Applied | -$50,820.50 |
| Total Billed | $649,690.44 |
| Total Paid | $354,267.00 |
| Total Outstanding | $295,423.44 |

# EXHIBIT E

**Billing 1 & 2 Advanced Textile - Saipan Sweatshop**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 1001 Gilardi | Case management - Notification Setup | 05/02/02 | 2 | 300 |
| Staff 1001 Gilardi | Case management - Notification Setup | 06/13/02 | 4 | 600 |
|  |  |  | 6 | 900 |
| Staff 3009 Cozzi | Case management - Notification Setup | 04/16/02 | 1.50 | 142.50 |
| Staff 3009 Cozzi | Case management - Notification Setup | 04/17/02 | 1.00 | 95.00 |
| Staff 3009 Cozzi | Case management - Notification Setup | 05/02/02 | 0.50 | 47.50 |
| Staff 3009 Cozzi | Case management - Notification Setup | 06/06/02 | 1.50 | 142.50 |
| Staff 3009 Cozzi | Case management - Notification Setup | 06/11/02 | 0.50 | 47.50 |
| Staff 3009 Cozzi | Case management - Notification Setup | 06/13/02 | 2.50 | 237.50 |
|  |  |  | 7.50 | 712.50 |
| Staff 3011 Goldman | Case management - Notification Setup | 01/21/02 | 3.00 | 210.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 02/08/02 | 3.00 | 210.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 02/11/02 | 4.00 | 280.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 03/22/02 | 4.50 | 315.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 03/25/02 | 5.50 | 385.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 03/26/02 | 5.00 | 350.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 03/27/02 | 3.00 | 210.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 03/28/02 | 3.50 | 245.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 04/01/02 | 4.00 | 280.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 04/02/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 04/03/02 | 5.50 | 385.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 04/04/02 | 3.00 | 210.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 04/05/02 | 2.25 | 157.50 |
| Staff 3011 Goldman | Case management - Notification Setup | 04/08/02 | 3.50 | 245.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 04/10/02 | 2.50 | 175.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 04/11/02 | 2.50 | 175.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 04/12/02 | 4.50 | 315.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 04/17/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 04/19/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 05/01/02 | 1.50 | 105.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 05/02/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 05/28/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 05/29/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 06/03/02 | 1.00 | 70.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 06/10/02 | 4.50 | 315.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 06/12/02 | 5.00 | 350.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 06/13/02 | 3.00 | 210.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/11/02 | 3.00 | 210.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/15/02 | 6.00 | 420.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/16/02 | 4.00 | 280.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/17/02 | 4.00 | 280.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/18/02 | 1.50 | 105.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/25/02 | 2.50 | 175.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/28/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/29/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/30/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/31/02 | 3.00 | 210.00 |

**Billing 1 & 2 Advanced Textile - Saipan Sweatshop**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 3011 Goldman | Case Set-up - Notification Set up | 02/04/02 | 4.00 | 280.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 02/06/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 02/07/02 | 1.00 | 70.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 02/13/02 | 1.50 | 105.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 03/08/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 03/11/02 | 2.50 | 175.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 03/12/02 | 2.50 | 175.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 03/13/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 03/14/02 | 1.50 | 105.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 03/15/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 03/18/02 | 4.50 | 315.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 03/19/02 | 2.75 | 192.50 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 03/20/02 | 2.50 | 175.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 03/21/02 | 3.50 | 245.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 03/07/02 | 1.00 | 70.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/22/02 | 3.00 | 210.00 |
| Staff 3011 Goldman | Case Set-up - Notification Set up | 01/24/02 | 4.00 | 280.00 |
| Staff 3011 Goldman | Supervising claims processing | 03/06/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Supervising claims processing | 05/30/02 | 1.00 | 70.00 |
| Staff 3011 Goldman | Supervising claims processing | 06/04/02 | 3.00 | 210.00 |
| Staff 3011 Goldman | Supervising claims processing | 05/03/02 | 2.00 | 140.00 |
| | | | 166.50 | 11,655.00 |
| | | | | |
| Staff 3013 Washington | Formatiing mailing Document | 03/22/02 | 1.50 | 142.50 |
| Staff 3013 Washington | Formatiing mailing Document | 03/25/02 | 2.50 | 237.50 |
| Staff 3013 Washington | Formatiing mailing Document | 03/26/02 | 1.00 | 95.00 |
| Staff 3013 Washington | Review of new Documents | 01/18/02 | 0.50 | 47.50 |
| | | | 5.50 | 522.50 |
| | | | | |
| Staff 3016 Forrest | Case management - Notification Setup | 04/11/02 | 0.50 | 47.50 |
| | | | 0.50 | 47.50 |
| | | | | |
| Staff 4014 Reyes | Telephone-Pre and Process | 06/11/02 | 2.50 | 150.00 |
| | | | 2.50 | 150.00 |
| | | | | |
| Staff 4016 Whitaker | Print/Mail Notice & Claim Form | 02/07/02 | 8.00 | 480.00 |
| Staff 4016 Whitaker | Print/Mail Notice & Claim Form | 02/08/02 | 3.00 | 180.00 |
| Staff 4016 Whitaker | Print/Mail Notice & Claim Form | 03/15/02 | 1.75 | 105.00 |
| Staff 4016 Whitaker | Print/Mail Notice & Claim Form | 03/22/02 | 4.50 | 270.00 |
| Staff 4016 Whitaker | Print/Mail Notice & Claim Form | 03/25/02 | 3.50 | 210.00 |
| Staff 4016 Whitaker | Print/Mail Notice & Claim Form | 03/26/02 | 1.25 | 75.00 |
| | | | 22.00 | 1,320.00 |
| | | | | |
| Staff 4018 Markham | Telephone-Pre and Process | 06/06/02 | 1.00 | 60.00 |
| | | | 1.00 | 60.00 |

**Billing 1 & 2 Advanced Textile - Saipan Sweatshop**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| *Staff 4022 Arce* | Processing Mail/Claim Forms | 05/31/02 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Processing Mail/Claim Forms | 05/29/02 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Processing Mail/Claim Forms | 06/05/02 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Processing Mail/Claim Forms | 06/06/02 | 0.50 | 30.00 |
| *Staff 4022 Arce* | Sorting Mail | 05/21/02 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Sorting RUM | 05/09/02 | 0.50 | 30.00 |
| *Staff 4022 Arce* | Scanning RUM | 05/09/02 | 0.75 | 45.00 |
| *Staff 4022 Arce* | Scanning RUM | 05/30/02 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Scanning RUM | 06/06/02 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Supervising claims processing | 05/29/02 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Supervising claims processing | 06/06/02 | 0.25 | 15.00 |
| | | | 3.75 | 225.00 |
| *Staff 4037 Walker* | Case management - Notification Setup | 06/11/02 | 2.00 | 120.00 |
| | | | 2.00 | 120.00 |
| *Staff 4038 Chao* | Scanning Claim Form | 06/03/02 | 1.00 | 60.00 |
| *Staff 4038 Chao* | Sorting RUM | 06/03/02 | 0.50 | 30.00 |
| | | | 1.50 | 90.00 |
| *Staff 4039 Frias* | Proof Reading - Notices | 06/11/02 | 2.25 | 135.00 |
| *Staff 4039 Frias* | Proof Reading - Notices | 06/10/02 | 0.50 | 30.00 |
| *Staff 4039 Frias* | Scanning claims | 06/11/02 | 0.50 | 30.00 |
| | | | 3.25 | 195.00 |
| *Staff 4045 Cortez* | Opening Mail | 06/06/02 | 0.50 | 30.00 |
| *Staff 4045 Cortez* | Opening Mail | 06/11/02 | 0.50 | 30.00 |
| *Staff 4045 Cortez* | Scanning RUM | 05/23/02 | 2.00 | 120.00 |
| | | | 3.00 | 180.00 |
| *Staff 4046 Frias* | Opening Mail | 06/11/02 | 1.00 | 60.00 |
| *Staff 4046 Frias* | Scanning RUM | 05/09/02 | 1.00 | 60.00 |
| | | | 2.00 | 120.00 |
| *Staff 4048 Cahill* | Mailings - computer dept | 06/11/02 | 2.50 | 150.00 |
| | | | 2.50 | 150.00 |
| *Staff 5003 Roberts* | Post - Declaration of Affidavit | 06/05/02 | 0.25 | 15.00 |
| *Staff 5003 Roberts* | Opening Mail | 06/05/02 | 0.50 | 30.00 |
| *Staff 5003 Roberts* | Scanning RUM | 06/05/02 | 0.50 | 30.00 |
| | | | 1.25 | 75.00 |

**Billing 1 & 2 Advanced Textile - Saipan Sweatshop**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 5026 El Khadir | Scanning RUM | 05/24/02 | 1.75 | 105.00 |
| Staff 5026 El Khadir | Scanning RUM | 05/29/02 | 0.50 | 30.00 |
| Staff 5026 El Khadir | Scanning RUM | 06/03/02 | 0.75 | 45.00 |
| Staff 5026 El Khadir | Scanning RUM | 06/10/02 | 0.50 | 30.00 |
|  |  |  | 3.50 | 210.00 |
|  |  |  |  |  |
| Staff 5029 Hull | Invoicing | 03/13/02 | 0.25 | 15.00 |
|  |  |  | 0.25 | 15.00 |
|  |  |  | **234.50** | **$16,747.50** |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost | |
|---|---|---|---|---|---|
| Staff 1001 Gilardi | | | | | |
| Staff 1001 Gilardi | Case management - Notification Setup | 01/09/03 | 1.00 | 150.00 | 150 |
| Staff 1001 Gilardi | Case management - Notification Setup | 02/06/03 | 5.00 | 750.00 | 150 |
| Staff 1001 Gilardi | Case management - Notification Setup | 02/20/03 | 1.00 | 150.00 | 150 |
| Staff 1001 Gilardi | Case management - Notification Setup | 03/06/03 | 1.00 | 150.00 | 150 |
| Staff 1001 Gilardi | Case management - Notification Setup | 04/03/03 | 0.50 | 75.00 | 150 |
| Staff 1001 Gilardi | Case management - Notification Setup | 05/15/03 | 2.00 | 300.00 | 150 |
| Staff 1001 Gilardi | Case management - Notification Setup | 05/29/03 | 1.00 | 150.00 | 150 |
| Staff 1001 Gilardi | Case management - Notification Setup | 07/10/03 | 1.00 | 150.00 | 150 |
| Staff 1001 Gilardi | Case management - Notification Setup | 02/19/04 | 30.00 | 2,070.00 | 69 |
| | | | 42.50 | 3,945.00 | |
| Staff 1003 Cozzi | | | | | |
| Staff 1003 Cozzi | Case management - Notification Setup | 08/15/02 | 1.50 | 225.00 | 150 |
| | | | 1.50 | 225.00 | |
| Staff 1004 Sidun | | | | | |
| Staff 1004 Sidun | Case management - Notification Setup | 11/18/02 | 8.00 | 1,200.00 | 150 |
| Staff 1004 Sidun | Case management - Notification Setup | 11/25/02 | 8.00 | 1,200.00 | 150 |
| Staff 1004 Sidun | Case management - Notification Setup | 01/26/04 | 8.00 | 1,200.00 | 150 |
| | | | 24.00 | 3,600.00 | |
| Staff 3004 Wagner | | | | | |
| Staff 3004 Wagner | Data management-computer dept. | 09/11/03 | 0.50 | 75.00 | 150 |
| Staff 3004 Wagner | Data management-computer dept. | 04/01/03 | 2.00 | 300.00 | 150 |
| Staff 3004 Wagner | Data management-computer dept. | 09/09/03 | 2.00 | 300.00 | 150 |
| Staff 3004 Wagner | Data management-computer dept. | 01/29/04 | 2.00 | 190.00 | 95 |
| Staff 3004 Wagner | Pre - Attorney Conference | 01/26/04 | 8.00 | 1,200.00 | 150 |
| | | | 14.50 | 2,065.00 | |
| Staff 3006 Sylvester | | | | | |
| Staff 3006 Sylvester | Data management-computer dept. | 08/28/03 | 1.50 | 142.50 | 95 |
| | | | 1.50 | 142.50 | |
| Staff 3009 Cozzi | | | | | |
| Staff 3009 Cozzi | Case management - Notification Setup | 06/13/02 | 2.50 | 237.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 08/15/02 | 1.00 | 95.00 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 11/18/02 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 11/19/02 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 11/25/02 | 1.50 | 142.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 12/02/02 | 1.50 | 142.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 11/26/02 | 1.00 | 95.00 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 12/04/02 | 2.00 | 190.00 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 12/05/02 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 01/20/03 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 01/27/03 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 01/28/03 | 3.00 | 285.00 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 01/29/03 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 02/03/03 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 02/04/03 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 02/05/03 | 1.00 | 95.00 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 02/13/03 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 02/25/03 | 1.50 | 142.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 02/26/03 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 02/27/03 | 1.50 | 142.50 | 95 |
| Staff 3009 Cozzi | Case management - Notification Setup | 05/22/03 | 1.00 | 95.00 | 95 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost | |
|---|---|---|---|---|---|
| Staff 3009 Cozzi | Case management - Notification Setup | 06/23/03 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Declaration | 02/11/03 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Review of New Documents | 10/31/02 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Review of New Documents | 12/04/02 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Review of New Documents | 02/24/03 | 2.50 | 237.50 | 95 |
| Staff 3009 Cozzi | Review of New Documents | 02/25/03 | 1.50 | 142.50 | 95 |
| Staff 3009 Cozzi | Pre - Time Line | 12/04/02 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Pre - Time Line | 02/25/03 | 1.00 | 95.00 | 95 |
| Staff 3009 Cozzi | Tracking Time Line | 01/22/03 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Tracking Time Line | 05/01/03 | 0.50 | 47.50 | 95 |
| Staff 3009 Cozzi | Tracking Time Line | 05/14/03 | 1.00 | 95.00 | 95 |
|  |  |  | 32.00 | 3,040.00 |  |
| Staff 3010 Ford |  |  |  |  |  |
| Staff 3010 Ford | Case management - Notification Setup | 12/23/02 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/17/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/20/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/21/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/22/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/27/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/28/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/29/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 02/03/03 | 4.00 | 280.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 02/04/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 02/05/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 02/06/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 02/12/03 | 6.50 | 455.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 02/20/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 02/21/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 02/24/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 02/26/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 02/28/03 | 6.50 | 455.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/03/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/04/03 | 5.00 | 350.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/05/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/06/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/10/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/11/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/12/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/13/03 | 4.00 | 280.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/14/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/17/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/19/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/20/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/21/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/24/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/28/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 03/31/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 04/01/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 04/02/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 04/03/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 04/04/03 | 2.00 | 140.00 | 70 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost | |
|---|---|---|---|---|---|
| Staff 3010 Ford | Case management - Processing | 04/10/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 04/14/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 04/17/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 04/18/03 | 4.00 | 280.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 04/23/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 04/28/03 | 5.00 | 350.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 04/30/03 | 4.00 | 280.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 05/02/03 | 4.00 | 280.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 05/08/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 05/12/03 | 4.00 | 280.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 05/15/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 05/20/03 | 4.00 | 280.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 05/21/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 05/23/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 05/27/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 05/28/03 | 1.50 | 105.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 06/03/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 06/05/03 | 5.00 | 350.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 06/09/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 06/11/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 06/12/03 | 1.50 | 105.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 06/23/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 06/25/03 | 1.50 | 105.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 06/26/03 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 06/27/03 | 1.50 | 105.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 06/30/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 07/01/03 | 5.50 | 385.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 07/02/03 | 1.50 | 105.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 07/09/03 | 1.50 | 105.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 07/16/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 07/21/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 08/01/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 08/04/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 08/07/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 08/08/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 08/14/03 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 09/02/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 09/04/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 09/24/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 09/26/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 11/03/03 | 1.00 | 70.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/14/04 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/20/04 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/22/04 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/27/04 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/29/04 | 3.00 | 210.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 01/30/04 | 2.00 | 140.00 | 70 |
| Staff 3010 Ford | Case management - Processing | 02/03/04 | 3.00 | 210.00 | 70 |
| | | | 209.50 | 14,665.00 | |
| Staff 3011 Goldman | | | | | |
| Staff 3011 Goldman | Case management - Notification Setup | 06/14/02 | 4.50 | 315.00 | |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 3011 Goldman | Case management - Notification Setup | 06/17/02 | 3.50 | 245.00 |
| Staff 3011 Goldman | Case management - Notification Setup | 06/18/02 | 4.75 | 332.50 |
| Staff 3011 Goldman | Case management - Notification Setup | 07/01/02 | 1.75 | 122.50 |
| Staff 3011 Goldman | Case management - Notification Setup | 07/03/02 | 1.25 | 87.50 |
| Staff 3011 Goldman | Case management - Notification Setup | 07/29/02 | 1.25 | 87.50 |
| Staff 3011 Goldman | Case management - Processing | 01/09/03 | 1.50 | 105.00 |
| Staff 3011 Goldman | Case management - Processing | 01/10/03 | 1.00 | 70.00 |
| Staff 3011 Goldman | Case management - Processing | 01/21/03 | 1.75 | 122.50 |
| Staff 3011 Goldman | Case management - Processing | 01/22/03 | 3.50 | 245.00 |
| Staff 3011 Goldman | Case management - Processing | 01/27/03 | 3.50 | 245.00 |
| Staff 3011 Goldman | Case management - Processing | 01/28/03 | 5.00 | 350.00 |
| Staff 3011 Goldman | Case management - Processing | 01/29/03 | 3.50 | 245.00 |
| Staff 3011 Goldman | Case management - Processing | 01/30/03 | 3.00 | 210.00 |
| Staff 3011 Goldman | Case management - Processing | 01/31/03 | 1.50 | 105.00 |
| Staff 3011 Goldman | Case management - Processing | 02/04/03 | 3.50 | 245.00 |
| Staff 3011 Goldman | Case management - Processing | 02/05/03 | 3.75 | 262.50 |
| Staff 3011 Goldman | Case management - Processing | 02/06/03 | 1.50 | 105.00 |
| Staff 3011 Goldman | Case management - Processing | 02/11/03 | 2.50 | 175.00 |
| Staff 3011 Goldman | Case management - Processing | 02/12/03 | 2.75 | 192.50 |
| Staff 3011 Goldman | Case management - Processing | 02/14/03 | 3.50 | 245.00 |
| Staff 3011 Goldman | Case management - Processing | 02/18/03 | 6.50 | 455.00 |
| Staff 3011 Goldman | Case management - Processing | 02/19/03 | 5.00 | 350.00 |
| Staff 3011 Goldman | Case management - Processing | 02/20/03 | 5.00 | 350.00 |
| Staff 3011 Goldman | Case management - Processing | 02/21/03 | 5.50 | 522.50 |
| Staff 3011 Goldman | Case management - Processing | 02/28/03 | 5.00 | 475.00 |
| Staff 3011 Goldman | Case management - Processing | 03/03/03 | 7.00 | 665.00 |
| Staff 3011 Goldman | Case management - Processing | 03/04/03 | 4.75 | 451.25 |
| Staff 3011 Goldman | Case management - Processing | 03/05/03 | 2.25 | 213.75 |
| Staff 3011 Goldman | Case management - Processing | 03/06/03 | 4.00 | 380.00 |
| Staff 3011 Goldman | Case management - Processing | 03/07/03 | 1.50 | 142.50 |
| Staff 3011 Goldman | Case management - Processing | 06/05/03 | 1.50 | 142.50 |
| Staff 3011 Goldman | Case management - Processing | 07/03/03 | 1.50 | 142.50 |
| Staff 3011 Goldman | Case Set-up - Processing | 01/10/02 | 8.00 | 560.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 08/16/02 | 1.50 | 105.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 08/20/02 | 1.00 | 70.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 11/07/02 | 2.50 | 175.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 11/08/02 | 3.50 | 245.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 11/12/02 | 2.50 | 175.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 11/13/02 | 1.50 | 105.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 11/14/02 | 2.75 | 192.50 |
| Staff 3011 Goldman | Case Set-up - Processing | 11/15/02 | 4.50 | 315.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 11/18/02 | 5.00 | 350.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 11/19/02 | 6.00 | 420.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 11/20/02 | 5.75 | 402.50 |
| Staff 3011 Goldman | Case Set-up - Processing | 11/21/02 | 2.50 | 175.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 11/25/02 | 2.50 | 175.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 12/02/02 | 6.00 | 420.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 12/03/02 | 7.00 | 490.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 12/04/02 | 7.50 | 525.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 12/05/02 | 4.50 | 315.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 12/06/02 | 8.00 | 560.00 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 3011 Goldman | Case Set-up - Processing | 12/09/02 | 4.50 | 315.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 12/10/02 | 3.00 | 210.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 12/11/02 | 3.25 | 227.50 |
| Staff 3011 Goldman | Case Set-up - Processing | 12/12/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 12/13/02 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 12/16/02 | 1.00 | 70.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 01/24/03 | 2.00 | 140.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 01/02/03 | 1.00 | 70.00 |
| Staff 3011 Goldman | Declaration | 02/28/03 | 4.00 | 380.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 01/14/02 | 8.00 | 560.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 06/19/02 | 3.50 | 245.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 08/16/02 | 1.00 | 70.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 08/28/02 | 1.00 | 70.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 02/10/03 | 1.75 | 122.50 |
| Staff 3011 Goldman | Case Set-up - Processing | 06/17/03 | 1.00 | 95.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 01/14/04 | 1.00 | 95.00 |
| Staff 3011 Goldman | Case Set-up - Processing | 01/27/04 | 1.25 | 118.75 |
| | | | 232.00 | 17,246.25 |
| Staff 3015 Heard | | | | |
| Staff 3015 Heard | Ron general supervision of case | 01/27/03 | 1.50 | 142.50 |
| Staff 3015 Heard | Ron general supervision of case | 02/05/03 | 1.00 | 95.00 |
| Staff 3015 Heard | Ron general supervision of case | 02/19/03 | 1.00 | 95.00 |
| Staff 3015 Heard | Ron general supervision of case | 03/10/03 | 1.00 | 95.00 |
| Staff 3015 Heard | Ron general supervision of case | 03/12/03 | 1.00 | 95.00 |
| Staff 3015 Heard | Ron general supervision of case | 05/21/03 | 3.00 | 285.00 |
| Staff 3015 Heard | Ron general supervision of case | 06/18/03 | 2.00 | 190.00 |
| Staff 3015 Heard | Ron general supervision of case | 06/24/03 | 3.00 | 285.00 |
| Staff 3015 Heard | Ron general supervision of case | 06/27/03 | 4.00 | 380.00 |
| Staff 3015 Heard | Ron general supervision of case | 07/02/03 | 4.00 | 380.00 |
| Staff 3015 Heard | Ron general supervision of case | 08/28/03 | 1.00 | 95.00 |
| Staff 3015 Heard | Ron general supervision of case | 11/14/03 | 1.00 | 95.00 |
| Staff 3015 Heard | Ron general supervision of case | 01/05/04 | 1.00 | 95.00 |
| Staff 3015 Heard | Ron general supervision of case | 01/20/04 | 1.00 | 95.00 |
| Staff 3015 Heard | Ron general supervision of case | 01/22/04 | 1.50 | 142.50 |
| Staff 3015 Heard | Ron general supervision of case | 01/26/04 | 6.00 | 570.00 |
| Staff 3015 Heard | Ron general supervision of case | 02/10/04 | 2.00 | 190.00 |
| | | | 35.00 | 3,325.00 |
| Staff 4003 Button | | | | |
| Staff 4003 Button | Invoicing | 06/20/02 | 1.00 | 60.00 |
| Staff 4003 Button | Invoicing | 02/24/03 | 1.00 | 60.00 |
| Staff 4003 Button | Invoicing | 05/08/03 | 1.00 | 60.00 |
| Staff 4003 Button | Invoicing | 05/30/03 | 1.00 | 60.00 |
| Staff 4003 Button | Invoicing | 08/05/03 | 1.00 | 60.00 |
| | | | 5.00 | 300.00 |
| Staff 4008 Habtesus | | | | |
| Staff 4008 Habtesus | Invoicing | 02/07/03 | 0.50 | 30.00 |
| Staff 4008 Habtesus | Invoicing | 02/12/03 | 0.50 | 30.00 |
| Staff 4008 Habtesus | Invoicing | 02/13/03 | 0.50 | 30.00 |
| Staff 4008 Habtesus | Invoicing | 02/14/03 | 0.50 | 30.00 |
| Staff 4008 Habtesus | Invoicing | 03/10/03 | 0.50 | 30.00 |
| Staff 4008 Habtesus | Invoicing | 03/11/03 | 0.50 | 30.00 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| *Staff 4008 Habtesus* | Invoicing | 03/14/03 | 0.50 | 30.00 |
| *Staff 4008 Habtesus* | Invoicing | 03/24/03 | 0.50 | 30.00 |
| *Staff 4008 Habtesus* | Invoicing | 04/14/03 | 0.50 | 30.00 |
| *Staff 4008 Habtesus* | Invoicing | 04/15/03 | 0.50 | 30.00 |
| *Staff 4008 Habtesus* | Invoicing | 04/21/03 | 0.50 | 30.00 |
| *Staff 4008 Habtesus* | Invoicing | 06/04/03 | 0.50 | 30.00 |
| *Staff 4008 Habtesus* | Invoicing | 06/05/03 | 0.50 | 30.00 |
| *Staff 4008 Habtesus* | Invoicing | 06/11/03 | 0.50 | 30.00 |
| *Staff 4008 Habtesus* | Invoicing | 07/14/03 | 0.50 | 30.00 |
| *Staff 4008 Habtesus* | Invoicing | 01/30/04 | 0.50 | 30.00 |
| | | | 8.00 | 480.00 |
| *Staff 4014 Reyes* | | | | |
| *Staff 4014 Reyes* | Telephone-Pre and Processing | 09/19/03 | 0.50 | 30.00 |
| | | | 0.50 | 30.00 |
| *Staff 4016 Whitaker* | | | | |
| *Staff 4016 Whitaker* | Print/Mail Notice & Claim Form | 11/15/02 | 0.75 | 45.00 |
| | | | 0.75 | 45.00 |
| *Staff 4022 Arce* | | | | |
| *Staff 4022 Arce* | Numbering (Labeling) | 01/07/03 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 01/08/03 | 0.50 | 30.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 01/27/03 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 01/30/03 | 0.50 | 30.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 02/12/03 | 0.50 | 30.00 |
| *Staff 4022 Arce* | Photo Copying | 01/28/03 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Photo Copying | 01/30/03 | 0.50 | 30.00 |
| *Staff 4022 Arce* | Photo Copying | 02/11/03 | 3.50 | 210.00 |
| *Staff 4022 Arce* | Photo Copying | 02/03/03 | 3.75 | 225.00 |
| *Staff 4022 Arce* | Photo Copying | 02/04/03 | 4.50 | 270.00 |
| *Staff 4022 Arce* | Photo Copying | 02/05/03 | 5.50 | 330.00 |
| *Staff 4022 Arce* | Photo Copying | 12/03/03 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 02/18/03 | 2.00 | 120.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 02/19/03 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 02/25/03 | 0.50 | 30.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 02/26/03 | 3.50 | 210.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 02/27/03 | 2.00 | 120.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 05/09/03 | 4.50 | 270.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 05/13/03 | 3.75 | 225.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 05/14/03 | 7.25 | 435.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 05/15/03 | 6.50 | 390.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 05/16/03 | 1.75 | 105.00 |
| *Staff 4022 Arce* | Numbering (Labeling) | 05/21/03 | 2.25 | 135.00 |
| *Staff 4022 Arce* | Opening Mail | 01/07/03 | 2.00 | 120.00 |
| *Staff 4022 Arce* | Opening Mail | 01/08/03 | 0.50 | 30.00 |
| *Staff 4022 Arce* | Opening Mail | 01/13/03 | 1.00 | 60.00 |
| *Staff 4022 Arce* | Opening Mail | 01/17/03 | 1.50 | 90.00 |
| *Staff 4022 Arce* | Opening Mail | 01/24/03 | 0.75 | 45.00 |
| *Staff 4022 Arce* | Opening Mail | 01/27/03 | 1.00 | 60.00 |
| *Staff 4022 Arce* | Opening Mail | 01/28/03 | 0.50 | 30.00 |
| *Staff 4022 Arce* | Opening Mail | 01/29/03 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Opening Mail | 01/30/03 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Opening Mail | 02/12/03 | 0.50 | 30.00 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| *Staff 4022 Arce* | Phone Calls | 01/30/03 | 4.25 | 255.00 |
| *Staff 4022 Arce* | Phone Calls | 01/31/03 | 4.00 | 240.00 |
| *Staff 4022 Arce* | Phone Calls | 05/12/03 | 4.50 | 270.00 |
| *Staff 4022 Arce* | Processing Mail/Claim Forms | 06/28/02 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Processing Mail/Claim Forms | 07/18/02 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Processing Mail/Claim Forms | 01/29/03 | 0.75 | 45.00 |
| *Staff 4022 Arce* | Sorting Mail | 06/14/02 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Scanning RUM | 06/28/02 | 0.25 | 15.00 |
| *Staff 4022 Arce* | Scanning RUM | 08/15/02 | 0.25 | 15.00 |
|  |  |  | 77.50 | 4,650.00 |
| *Staff 4023 Balestra* |  |  |  |  |
| *Staff 4023 Balestra* | Scanning RUM | 06/19/02 | 0.25 | 15.00 |
|  |  |  | 0.25 | 15.00 |
| *Staff 4027 Gilardi Jr.* |  |  |  |  |
| *Staff 4027 Gilardi Jr.* | Supervision | 06/16/03 | 0.50 | 30.00 |
|  |  |  | 0.50 | 30.00 |
| *Staff 4028 Gutierrez* |  |  |  |  |
| *Staff 4028 Gutierrez* | Scanning RUM | 06/20/02 | 2.00 | 120.00 |
| *Staff 4028 Gutierrez* | Scanning RUM | 07/03/02 | 1.00 | 60.00 |
| *Staff 4028 Gutierrez* | Scanning RUM | 07/08/02 | 0.50 | 30.00 |
| *Staff 4028 Gutierrez* | Scanning RUM | 08/13/02 | 0.50 | 30.00 |
|  |  |  | 4.00 | 240.00 |
| *Staff 4029 Ho* |  |  |  |  |
| *Staff 4029 Ho* | Data management-computer dept. | 01/28/03 | 3.00 | 180.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 02/13/03 | 0.50 | 30.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 02/14/03 | 1.50 | 90.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 02/25/03 | 0.50 | 30.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 03/19/03 | 0.50 | 30.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 03/20/03 | 0.50 | 30.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 03/21/03 | 1.50 | 90.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 03/24/03 | 0.50 | 30.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 03/25/03 | 2.00 | 120.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 04/02/03 | 1.00 | 60.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 05/09/03 | 3.00 | 180.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 05/28/03 | 0.50 | 30.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 06/04/03 | 1.00 | 60.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 08/06/03 | 1.00 | 60.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 01/20/04 | 2.00 | 120.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 01/23/04 | 2.00 | 120.00 |
| *Staff 4029 Ho* | Data management-computer dept. | 01/26/04 | 1.00 | 60.00 |
|  |  |  | 22.00 | 1,320.00 |
| *Staff 4033 Scherer* |  |  |  |  |
| *Staff 4033 Scherer* | Data management-computer dept. | 03/18/03 | 2.00 | 120.00 |
| *Staff 4033 Scherer* | Data management-computer dept. | 06/12/03 | 4.00 | 240.00 |
| *Staff 4033 Scherer* | Data management-computer dept. | 09/04/03 | 2.00 | 120.00 |
|  |  |  | 8.00 | 480.00 |
| *Staff 4035 Terkaly* |  |  |  |  |
| *Staff 4035 Terkaly* | Sorting Mail | 03/10/03 | 0.25 | 15.00 |
| *Staff 4035 Terkaly* | Sorting Mail | 03/11/03 | 0.25 | 15.00 |
| *Staff 4035 Terkaly* | Sorting Mail | 03/17/03 | 0.25 | 15.00 |
|  |  |  | 0.75 | 45.00 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| *Staff 4037 Walker* | | | | |
| *Staff 4037 Walker* | Numbering (Labeling) | 06/14/02 | 1.50 | 90.00 |
| *Staff 4037 Walker* | Stuffing Envelopes | 08/21/03 | 0.50 | 30.00 |
| | | | 2.00 | 120.00 |
| *Staff 4038 Chao* | | | | |
| *Staff 4038 Chao* | Opening Mail | 01/24/03 | 1.00 | 60.00 |
| *Staff 4038 Chao* | Photo Copying | 02/05/03 | 2.00 | 120.00 |
| *Staff 4038 Chao* | Photo Copying | 04/07/03 | 4.25 | 255.00 |
| *Staff 4038 Chao* | Filing Claims | 05/23/03 | 0.50 | 30.00 |
| *Staff 4038 Chao* | Filing Claims | 07/22/03 | 0.25 | 15.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 04/14/03 | 1.00 | 60.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 04/18/03 | 1.00 | 60.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 04/28/03 | 2.00 | 120.00 |
| *Staff 4038 Chao* | Opening Mail | 06/02/03 | 1.25 | 75.00 |
| *Staff 4038 Chao* | Opening Mail | 06/24/03 | 0.25 | 15.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 01/27/03 | 1.00 | 60.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 01/31/03 | 7.00 | 420.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 02/03/03 | 5.25 | 315.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 02/05/03 | 2.00 | 120.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 02/12/03 | 4.00 | 240.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 02/14/03 | 5.50 | 330.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 02/19/03 | 3.00 | 180.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 03/19/03 | 3.00 | 180.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 04/04/03 | 0.25 | 15.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 05/05/03 | 0.50 | 30.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 05/09/03 | 2.00 | 120.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 05/12/03 | 4.00 | 240.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 05/16/03 | 6.00 | 360.00 |
| *Staff 4038 Chao* | Numbering (Labeling) | 06/03/03 | 0.50 | 30.00 |
| *Staff 4038 Chao* | Opening Mail | 01/10/03 | 3.00 | 180.00 |
| *Staff 4038 Chao* | Opening Mail | 01/13/03 | 5.50 | 330.00 |
| *Staff 4038 Chao* | Opening Mail | 01/14/03 | 5.25 | 315.00 |
| *Staff 4038 Chao* | Opening Mail | 01/15/03 | 1.25 | 75.00 |
| *Staff 4038 Chao* | Opening Mail | 01/17/03 | 3.00 | 180.00 |
| *Staff 4038 Chao* | Opening Mail | 01/24/03 | 2.50 | 150.00 |
| *Staff 4038 Chao* | Opening Mail | 01/27/03 | 1.50 | 90.00 |
| *Staff 4038 Chao* | Opening Mail | 01/29/03 | 1.00 | 60.00 |
| *Staff 4038 Chao* | Opening Mail | 02/14/03 | 1.25 | 75.00 |
| *Staff 4038 Chao* | Opening Mail | 02/19/03 | 2.00 | 120.00 |
| *Staff 4038 Chao* | Opening Mail | 03/19/03 | 2.00 | 120.00 |
| *Staff 4038 Chao* | Opening Mail | 03/21/03 | 0.50 | 30.00 |
| *Staff 4038 Chao* | Opening Mail | 03/26/03 | 2.00 | 120.00 |
| *Staff 4038 Chao* | Opening Mail | 03/31/03 | 0.25 | 15.00 |
| *Staff 4038 Chao* | Opening Mail | 04/09/03 | 0.50 | 30.00 |
| *Staff 4038 Chao* | Opening Mail | 05/28/03 | 0.50 | 30.00 |
| *Staff 4038 Chao* | Opening Mail | 06/03/03 | 1.00 | 60.00 |
| *Staff 4038 Chao* | Processing Mail/Claim Forms | 02/05/03 | 2.00 | 120.00 |
| *Staff 4038 Chao* | Processing Mail/Claim Forms | 02/07/03 | 1.00 | 60.00 |
| *Staff 4038 Chao* | Processing Mail/Claim Forms | 02/12/03 | 1.50 | 90.00 |
| *Staff 4038 Chao* | Processing Mail/Claim Forms | 07/17/03 | 1.00 | 60.00 |
| *Staff 4038 Chao* | Processing Mail/Claim Forms | 07/18/03 | 3.25 | 195.00 |

12 of 64