**Saipan Rico billing 1 through 9**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 4038 Chao | Reports | 03/24/03 | 1.50 | 90.00 |
| Staff 4038 Chao | Reports | 03/31/03 | 1.50 | 90.00 |
| Staff 4038 Chao | Reports | 04/14/03 | 0.75 | 45.00 |
| Staff 4038 Chao | Reports | 06/17/03 | 0.25 | 15.00 |
| Staff 4038 Chao | RUM | 12/23/02 | 0.25 | 15.00 |
| Staff 4038 Chao | RUM | 05/23/03 | 0.50 | 30.00 |
| Staff 4038 Chao | Sorting RUM | 02/10/03 | 0.50 | 30.00 |
| Staff 4038 Chao | Sorting RUM | 04/25/03 | 0.25 | 15.00 |
| Staff 4038 Chao | Training | 03/17/03 | 0.50 | 30.00 |
| Staff 4038 Chao | Training | 03/21/03 | 0.25 | 15.00 |
|  |  |  | 105.50 | 6,330.00 |
| Staff 4039 Frias |  |  |  |  |
| Staff 4039 Frias | Scanning claims | 06/10/02 | 1.00 | 60.00 |
| Staff 4039 Frias | Scanning claims | 06/19/02 | 0.50 | 30.00 |
|  |  |  | 1.50 | 90.00 |
| Staff 4040 Sharrada |  |  |  |  |
| Staff 4040 Sharrada | Sorting Mail | 01/28/03 | 0.75 | 45.00 |
| Staff 4040 Sharrada | Photo Copying | 01/23/03 | 3.00 | 180.00 |
| Staff 4040 Sharrada | Photo Copying | 01/28/03 | 2.50 | 150.00 |
| Staff 4040 Sharrada | Opening Mail | 01/21/03 | 3.00 | 180.00 |
| Staff 4040 Sharrada | Opening Mail | 01/22/03 | 6.25 | 375.00 |
| Staff 4040 Sharrada | Opening Mail | 01/24/03 | 2.50 | 150.00 |
| Staff 4040 Sharrada | Opening Mail | 01/27/03 | 4.50 | 270.00 |
| Staff 4040 Sharrada | Opening Mail | 01/28/03 | 0.50 | 30.00 |
| Staff 4040 Sharrada | Opening Mail | 02/11/03 | 1.25 | 75.00 |
| Staff 4040 Sharrada | Opening Mail | 02/14/03 | 1.00 | 60.00 |
| Staff 4040 Sharrada | Opening Mail | 02/20/03 | 0.75 | 45.00 |
| Staff 4040 Sharrada | Processing Mail/Claim Forms | 01/30/03 | 3.50 | 210.00 |
| Staff 4040 Sharrada | Processing Mail/Claim Forms | 01/31/03 | 4.75 | 285.00 |
| Staff 4040 Sharrada | Processing Mail/Claim Forms | 02/04/03 | 5.50 | 330.00 |
| Staff 4040 Sharrada | Processing Mail/Claim Forms | 02/05/03 | 4.25 | 255.00 |
| Staff 4040 Sharrada | Processing Mail/Claim Forms | 02/06/03 | 3.00 | 180.00 |
| Staff 4040 Sharrada | Scanning Claim Forms | 01/31/03 | 2.00 | 120.00 |
| Staff 4040 Sharrada | Sorting Mail | 02/10/03 | 0.25 | 15.00 |
|  |  |  | 49.25 | 2,955.00 |
| Staff 4041 Salazar |  |  |  |  |
| Staff 4041 Salazar | Photo Copying | 01/21/03 | 1.50 | 90.00 |
| Staff 4041 Salazar | Photo Copying | 02/05/03 | 1.25 | 75.00 |
| Staff 4041 Salazar | Photo Copying | 05/08/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Photo Copying | 05/14/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Data Entry (Address Changes) | 01/27/04 | 3.50 | 210.00 |
| Staff 4041 Salazar | Filing Claims | 02/27/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Filing Claims | 05/12/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Filing Claims | 05/16/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Filing Claims | 06/11/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Filing Claims | 07/22/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Response to inquiries from class counsel | 02/11/04 | 1.75 | 105.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 01/26/04 | 5.50 | 330.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 05/01/03 | 3.00 | 180.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 01/28/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 01/29/03 | 7.25 | 435.00 |

**Saipan Rico billing 1 through 9**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 4041 Salazar | Numbering (Labeling) | 01/30/03 | 3.25 | 195.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 01/31/03 | 6.00 | 360.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 02/03/03 | 2.75 | 165.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 02/05/03 | 2.75 | 165.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 02/06/03 | 4.50 | 270.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 02/14/03 | 5.75 | 345.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 05/16/03 | 1.00 | 60.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 05/20/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 01/21/04 | 8.00 | 480.00 |
| Staff 4041 Salazar | Numbering (Labeling) | 01/22/04 | 8.00 | 480.00 |
| Staff 4041 Salazar | Opening Mail | 12/31/02 | 0.50 | 30.00 |
| Staff 4041 Salazar | Opening Mail | 01/10/03 | 2.00 | 120.00 |
| Staff 4041 Salazar | Opening Mail | 01/14/03 | 2.50 | 150.00 |
| Staff 4041 Salazar | Opening Mail | 01/23/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Opening Mail | 01/24/03 | 1.25 | 75.00 |
| Staff 4041 Salazar | Opening Mail | 01/27/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Opening Mail | 02/19/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Opening Mail | 03/06/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Opening Mail | 03/07/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Opening Mail | 03/10/03 | 1.25 | 75.00 |
| Staff 4041 Salazar | Opening Mail | 03/11/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Opening Mail | 03/12/03 | 4.00 | 240.00 |
| Staff 4041 Salazar | Opening Mail | 03/13/03 | 3.50 | 210.00 |
| Staff 4041 Salazar | Opening Mail | 03/14/03 | 1.50 | 90.00 |
| Staff 4041 Salazar | Opening Mail | 03/17/03 | 1.50 | 90.00 |
| Staff 4041 Salazar | Opening Mail | 03/19/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Opening Mail | 04/24/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Proofing Claim Forms | 06/26/03 | 2.00 | 120.00 |
| Staff 4041 Salazar | Proofing Claim Forms | 01/19/04 | 8.00 | 480.00 |
| Staff 4041 Salazar | Proofing Claim Forms | 01/20/04 | 8.00 | 480.00 |
| Staff 4041 Salazar | Proofing Claim Forms | 01/23/04 | 8.00 | 480.00 |
| Staff 4041 Salazar | Proofing Claim Forms | 01/28/04 | 2.50 | 150.00 |
| Staff 4041 Salazar | Proofing Claim Forms | 02/09/04 | 1.50 | 90.00 |
| Staff 4041 Salazar | Phone Calls | 04/07/03 | 2.00 | 120.00 |
| Staff 4041 Salazar | Reports | 01/06/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 01/21/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 01/27/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 02/03/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 02/04/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Reports | 02/11/03 | 1.50 | 90.00 |
| Staff 4041 Salazar | Reports | 02/13/03 | 5.75 | 345.00 |
| Staff 4041 Salazar | Reports | 02/18/03 | 2.50 | 150.00 |
| Staff 4041 Salazar | Reports | 02/19/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 02/20/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 02/24/03 | 3.50 | 210.00 |
| Staff 4041 Salazar | Reports | 02/25/03 | 4.50 | 270.00 |
| Staff 4041 Salazar | Reports | 03/04/03 | 5.75 | 345.00 |
| Staff 4041 Salazar | Reports | 03/05/03 | 4.75 | 285.00 |
| Staff 4041 Salazar | Reports | 03/10/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Reports | 03/17/03 | 1.25 | 75.00 |
| Staff 4041 Salazar | Reports | 03/31/03 | 1.00 | 60.00 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 4041 Salazar | Reports | 04/08/03 | 1.25 | 75.00 |
| Staff 4041 Salazar | Reports | 04/22/03 | 1.25 | 75.00 |
| Staff 4041 Salazar | Reports | 04/28/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 05/05/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 05/07/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 05/08/03 | 1.25 | 75.00 |
| Staff 4041 Salazar | Reports | 05/12/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Reports | 05/14/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 05/19/03 | 1.00 | 60.00 |
| Staff 4041 Salazar | Reports | 05/27/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Reports | 05/28/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 06/02/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 06/09/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Reports | 06/16/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 06/23/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 06/24/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 07/01/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 07/07/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 07/14/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 07/21/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 07/28/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 08/04/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 08/05/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 08/08/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Reports | 08/12/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 08/25/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 09/02/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 09/08/03 | 0.75 | 45.00 |
| Staff 4041 Salazar | Reports | 09/15/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 09/22/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 09/29/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 10/06/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 10/22/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 10/28/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 11/03/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 11/11/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Reports | 11/17/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 12/15/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 12/24/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 12/31/03 | 0.25 | 15.00 |
| Staff 4041 Salazar | Reports | 01/06/04 | 0.25 | 15.00 |
| Staff 4041 Salazar | Sorting Mail | 09/04/02 | 0.25 | 15.00 |
| Staff 4041 Salazar | Sorting Mail | 10/10/02 | 0.25 | 15.00 |
| Staff 4041 Salazar | Sorting Mail | 11/19/02 | 0.25 | 15.00 |
| Staff 4041 Salazar | Sorting Mail | 01/20/03 | 1.00 | 60.00 |
| Staff 4041 Salazar | Sorting Mail | 02/12/03 | 3.25 | 195.00 |
| Staff 4041 Salazar | Sorting Mail | 03/18/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Sorting Mail | 04/04/03 | 2.50 | 150.00 |
| Staff 4041 Salazar | Sorting Mail | 06/17/03 | 0.50 | 30.00 |
| Staff 4041 Salazar | Scanning RUM | 09/04/02 | 0.25 | 15.00 |
| Staff 4041 Salazar | Scanning RUM | 09/05/02 | 0.25 | 15.00 |

**Saipan Rico billing 1 through 9**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| *Staff 4041 Salazar* | Scanning RUM | 09/06/02 | 0.25 | 15.00 |
| *Staff 4041 Salazar* | Scanning RUM | 09/17/02 | 0.25 | 15.00 |
| *Staff 4041 Salazar* | Scanning RUM | 09/23/02 | 0.25 | 15.00 |
| *Staff 4041 Salazar* | Scanning RUM | 09/24/02 | 0.25 | 15.00 |
| *Staff 4041 Salazar* | Scanning RUM | 09/25/02 | 0.25 | 15.00 |
| *Staff 4041 Salazar* | Scanning RUM | 10/01/02 | 0.25 | 15.00 |
| *Staff 4041 Salazar* | Scanning RUM | 10/29/02 | 0.25 | 15.00 |
| *Staff 4041 Salazar* | Scanning RUM | 12/04/02 | 0.50 | 30.00 |
| *Staff 4041 Salazar* | Scanning RUM | 01/27/03 | 0.25 | 15.00 |
| *Staff 4041 Salazar* | Scanning RUM | 02/05/03 | 0.25 | 15.00 |
| *Staff 4041 Salazar* | Scanning RUM | 05/15/03 | 0.50 | 30.00 |
| *Staff 4041 Salazar* | Scanning RUM | 05/19/03 | 0.50 | 30.00 |
| | | | 192.50 | 11,550.00 |
| *Staff 4042 Munro Jr.* | | | | |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 01/29/03 | 1.75 | 105.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 01/30/03 | 1.50 | 90.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 01/31/03 | 1.25 | 75.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 02/03/03 | 0.75 | 45.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 02/04/03 | 0.75 | 45.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 02/05/03 | 3.00 | 180.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 02/06/03 | 1.25 | 75.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 02/07/03 | 1.25 | 75.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 02/10/03 | 1.25 | 75.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 02/18/03 | 0.75 | 45.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 02/19/03 | 1.25 | 75.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 02/20/03 | 0.50 | 30.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 03/07/03 | 0.75 | 45.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 04/03/03 | 2.50 | 150.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 01/29/03 | 2.00 | 120.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 02/12/03 | 2.00 | 120.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 03/18/03 | 2.00 | 120.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 03/21/03 | 2.00 | 120.00 |
| *Staff 4042 Munro Jr.* | Data management-computer dept. | 05/19/03 | 2.00 | 120.00 |
| | | | 28.50 | 1,710.00 |
| *Staff 4045 Cortez* | | | | |
| *Staff 4045 Cortez* | Opening Mail | 01/13/03 | 1.00 | 60.00 |
| *Staff 4045 Cortez* | Photo Copying | 01/21/03 | 3.00 | 180.00 |
| *Staff 4045 Cortez* | Photo Copying | 02/05/03 | 2.50 | 150.00 |
| *Staff 4045 Cortez* | Photo Copying | 02/06/03 | 1.75 | 105.00 |
| *Staff 4045 Cortez* | Photo Copying | 01/22/04 | 2.00 | 120.00 |
| *Staff 4045 Cortez* | Filing Claims | 07/03/03 | 7.00 | 420.00 |
| *Staff 4045 Cortez* | Filing Claims | 07/07/03 | 7.00 | 420.00 |
| *Staff 4045 Cortez* | Filing Claims | 07/09/03 | 2.00 | 120.00 |
| *Staff 4045 Cortez* | Filing Claims | 07/10/03 | 1.50 | 90.00 |
| *Staff 4045 Cortez* | Filing Claims | 01/23/04 | 1.50 | 90.00 |
| *Staff 4045 Cortez* | Filing Claims | 01/26/04 | 1.00 | 60.00 |
| *Staff 4045 Cortez* | Opening Mail | 01/06/03 | 6.00 | 360.00 |
| *Staff 4045 Cortez* | Opening Mail | 01/07/03 | 6.25 | 375.00 |
| *Staff 4045 Cortez* | Opening Mail | 01/08/03 | 4.00 | 240.00 |
| *Staff 4045 Cortez* | Opening Mail | 01/09/03 | 3.50 | 210.00 |
| *Staff 4045 Cortez* | Opening Mail | 01/21/03 | 0.75 | 45.00 |

**Saipan** Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 4045 Cortez | Opening Mail | 01/22/03 | 7.75 | 465.00 |
| Staff 4045 Cortez | Opening Mail | 01/23/03 | 2.00 | 120.00 |
| Staff 4045 Cortez | Opening Mail | 01/27/03 | 1.00 | 60.00 |
| Staff 4045 Cortez | Opening Mail | 01/28/03 | 3.50 | 210.00 |
| Staff 4045 Cortez | Opening Mail | 01/29/03 | 2.00 | 120.00 |
| Staff 4045 Cortez | Opening Mail | 01/30/03 | 5.25 | 315.00 |
| Staff 4045 Cortez | Opening Mail | 01/31/03 | 4.00 | 240.00 |
| Staff 4045 Cortez | Opening Mail | 02/03/03 | 5.50 | 330.00 |
| Staff 4045 Cortez | Opening Mail | 02/04/03 | 4.00 | 240.00 |
| Staff 4045 Cortez | Opening Mail | 02/05/03 | 3.00 | 180.00 |
| Staff 4045 Cortez | Opening Mail | 02/06/03 | 2.00 | 120.00 |
| Staff 4045 Cortez | Opening Mail | 02/07/03 | 2.00 | 120.00 |
| Staff 4045 Cortez | Opening Mail | 02/12/03 | 3.00 | 180.00 |
| Staff 4045 Cortez | Opening Mail | 02/13/03 | 1.00 | 60.00 |
| Staff 4045 Cortez | Opening Mail | 02/19/03 | 3.00 | 180.00 |
| Staff 4045 Cortez | Opening Mail | 02/25/03 | 3.00 | 180.00 |
| Staff 4045 Cortez | Opening Mail | 02/26/03 | 1.00 | 60.00 |
| Staff 4045 Cortez | Opening Mail | 02/27/03 | 1.50 | 90.00 |
| Staff 4045 Cortez | Opening Mail | 02/28/03 | 1.75 | 105.00 |
| Staff 4045 Cortez | Opening Mail | 03/03/03 | 0.50 | 30.00 |
| Staff 4045 Cortez | Opening Mail | 03/04/03 | 1.00 | 60.00 |
| Staff 4045 Cortez | Sorting Mail | 01/14/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 01/20/03 | 1.25 | 75.00 |
| Staff 4045 Cortez | Sorting Mail | 02/03/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 02/07/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 02/21/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 02/24/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 02/27/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 02/28/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 03/03/03 | 0.50 | 30.00 |
| Staff 4045 Cortez | Sorting Mail | 03/07/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 03/10/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 03/13/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 03/17/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 03/18/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Sorting Mail | 07/11/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 01/08/03 | 1.00 | 60.00 |
| Staff 4045 Cortez | Scanning RUM | 01/10/03 | 0.50 | 30.00 |
| Staff 4045 Cortez | Scanning RUM | 01/13/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 01/14/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 01/20/03 | 0.50 | 30.00 |
| Staff 4045 Cortez | Scanning RUM | 01/23/03 | 0.50 | 30.00 |
| Staff 4045 Cortez | Scanning RUM | 01/30/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 02/05/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 02/12/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 02/13/03 | 0.50 | 30.00 |
| Staff 4045 Cortez | Scanning RUM | 02/19/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 02/20/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 02/21/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 02/24/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 02/25/03 | 0.50 | 30.00 |

**Saipan** Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 4045 Cortez | Scanning RUM | 02/27/03 | 0.50 | 30.00 |
| Staff 4045 Cortez | Scanning RUM | 03/03/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 03/04/03 | 0.50 | 30.00 |
| Staff 4045 Cortez | Scanning RUM | 03/05/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 03/07/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 03/24/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 03/26/03 | 0.50 | 30.00 |
| Staff 4045 Cortez | Scanning RUM | 04/01/03 | 0.75 | 45.00 |
| Staff 4045 Cortez | Scanning RUM | 04/21/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 04/29/03 | 0.25 | 15.00 |
| Staff 4045 Cortez | Scanning RUM | 07/11/03 | 1.00 | 60.00 |
|  |  |  | 124.00 | 7,440.00 |
| Staff 4046 Frias |  |  |  |  |
| Staff 4046 Frias | Opening Mail | 06/12/02 | 1.50 | 90.00 |
|  |  |  | 1.50 | 90.00 |
| Staff 4048 Cahill |  |  |  |  |
| Staff 4048 Cahill | Mailings-computer dept. | 11/18/02 | 2.00 | 120.00 |
| Staff 4048 Cahill | Mailings-computer dept. | 11/19/02 | 1.00 | 60.00 |
| Staff 4048 Cahill | Mailings-computer dept. | 11/20/02 | 2.00 | 120.00 |
| Staff 4048 Cahill | Data management-computer dept. | 11/08/02 | 3.50 | 210.00 |
| Staff 4048 Cahill | Data management-computer dept. | 11/12/02 | 1.50 | 90.00 |
| Staff 4048 Cahill | Data management-computer dept. | 11/25/02 | 2.00 | 120.00 |
| Staff 4048 Cahill | Data management-computer dept. | 11/27/02 | 1.50 | 90.00 |
| Staff 4048 Cahill | Data management-computer dept. | 12/02/02 | 3.00 | 180.00 |
| Staff 4048 Cahill | Data management-computer dept. | 12/03/02 | 2.00 | 120.00 |
| Staff 4048 Cahill | Data management-computer dept. | 12/04/02 | 2.50 | 150.00 |
| Staff 4048 Cahill | Data management-computer dept. | 12/05/02 | 6.00 | 360.00 |
| Staff 4048 Cahill | Data management-computer dept. | 12/06/02 | 1.50 | 90.00 |
| Staff 4048 Cahill | Data management-computer dept. | 12/09/02 | 6.50 | 390.00 |
| Staff 4048 Cahill | Data management-computer dept. | 12/10/02 | 2.50 | 150.00 |
| Staff 4048 Cahill | Data management-computer dept. | 01/20/03 | 1.00 | 60.00 |
| Staff 4048 Cahill | Data management-computer dept. | 01/22/03 | 3.00 | 180.00 |
| Staff 4048 Cahill | Data management-computer dept. | 01/23/03 | 1.00 | 60.00 |
| Staff 4048 Cahill | Data management-computer dept. | 01/24/03 | 1.00 | 60.00 |
| Staff 4048 Cahill | Data management-computer dept. | 01/27/03 | 3.00 | 180.00 |
| Staff 4048 Cahill | Data management-computer dept. | 01/29/03 | 1.00 | 60.00 |
| Staff 4048 Cahill | Data management-computer dept. | 02/03/03 | 2.00 | 120.00 |
| Staff 4048 Cahill | Data management-computer dept. | 02/04/03 | 1.50 | 90.00 |
| Staff 4048 Cahill | Data management-computer dept. | 02/11/03 | 1.00 | 60.00 |
| Staff 4048 Cahill | Data management-computer dept. | 02/12/03 | 1.50 | 90.00 |
| Staff 4048 Cahill | Data management-computer dept. | 02/13/03 | 1.00 | 60.00 |
| Staff 4048 Cahill | Data management-computer dept. | 02/18/03 | 1.50 | 90.00 |
| Staff 4048 Cahill | Data management-computer dept. | 02/19/03 | 3.00 | 180.00 |
| Staff 4048 Cahill | Data management-computer dept. | 02/20/03 | 2.00 | 120.00 |
| Staff 4048 Cahill | Data management-computer dept. | 02/21/03 | 4.00 | 240.00 |
| Staff 4048 Cahill | Data management-computer dept. | 02/24/03 | 1.00 | 60.00 |
| Staff 4048 Cahill | Data management-computer dept. | 02/25/03 | 1.50 | 90.00 |
| Staff 4048 Cahill | Data management-computer dept. | 03/04/03 | 1.00 | 60.00 |
| Staff 4048 Cahill | Data management-computer dept. | 03/05/03 | 1.50 | 90.00 |
| Staff 4048 Cahill | Data management-computer dept. | 03/06/03 | 2.00 | 120.00 |
| Staff 4048 Cahill | Data management-computer dept. | 03/07/03 | 2.00 | 120.00 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| *Staff 4048 Cahill* | Data management-computer dept. | 03/10/03 | 1.50 | 90.00 |
| *Staff 4048 Cahill* | Data management-computer dept. | 03/14/03 | 1.00 | 60.00 |
| *Staff 4048 Cahill* | Data management-computer dept. | 04/23/03 | 1.00 | 60.00 |
| *Staff 4048 Cahill* | Data management-computer dept. | 04/30/03 | 0.50 | 30.00 |
| *Staff 4048 Cahill* | Data management-computer dept. | 05/01/03 | 0.50 | 30.00 |
| *Staff 4048 Cahill* | Data management-computer dept. | 05/13/03 | 1.00 | 60.00 |
| *Staff 4048 Cahill* | Data management-computer dept. | 05/21/03 | 1.00 | 60.00 |
| *Staff 4048 Cahill* | Data management-computer dept. | 06/04/03 | 0.50 | 30.00 |
| *Staff 4048 Cahill* | Data management-computer dept. | 08/06/03 | 2.00 | 120.00 |
| *Staff 4048 Cahill* | Data management-computer dept. | 02/06/04 | 2.00 | 120.00 |
| *Staff 4048 Cahill* | Data management-computer dept. | 02/10/04 | 1.00 | 60.00 |
| | | | 86.00 | 5,160.00 |
| *Staff 4052 Marshall* | | | | |
| *Staff 4052 Marshall* | Stuffing Envelopes | 08/21/03 | 0.50 | 30.00 |
| | | | 0.50 | 30.00 |
| | | | | |
| *Staff 4053 Johnson* | | | | |
| *Staff 4053 Johnson* | Opening Mail | 01/07/03 | 2.75 | 165.00 |
| *Staff 4053 Johnson* | Phone Calls | 02/25/03 | 1.00 | 60.00 |
| *Staff 4053 Johnson* | Remails | 12/23/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/03/03 | 1.25 | 75.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/06/03 | 1.25 | 75.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/08/03 | 2.00 | 120.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/09/03 | 1.75 | 105.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/10/03 | 2.00 | 120.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/13/03 | 1.00 | 60.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/14/03 | 1.00 | 60.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/15/03 | 1.25 | 75.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/16/03 | 0.25 | 15.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/17/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/21/03 | 0.25 | 15.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/22/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/23/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/27/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/28/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/29/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/30/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 01/31/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/03/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/04/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/05/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/06/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/11/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/12/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/13/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/14/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/18/03 | 0.50 | 30.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/19/03 | 0.75 | 45.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/20/03 | 0.75 | 45.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/21/03 | 0.75 | 45.00 |
| *Staff 4053 Johnson* | Sorting Mail | 02/24/03 | 1.00 | 60.00 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 4053 Johnson | Sorting Mail | 02/26/03 | 1.00 | 60.00 |
| Staff 4053 Johnson | Sorting Mail | 02/27/03 | 0.50 | 30.00 |
| Staff 4053 Johnson | Sorting Mail | 02/28/03 | 0.50 | 30.00 |
| Staff 4053 Johnson | Sorting Mail | 03/03/03 | 0.50 | 30.00 |
| Staff 4053 Johnson | Sorting Mail | 03/04/03 | 0.50 | 30.00 |
| Staff 4053 Johnson | Sorting Mail | 03/05/03 | 0.50 | 30.00 |
| Staff 4053 Johnson | Sorting Mail | 03/06/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 03/07/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 03/10/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 03/11/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 03/12/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 03/13/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 03/14/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 03/20/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 03/21/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 03/24/03 | 0.50 | 30.00 |
| Staff 4053 Johnson | Sorting Mail | 03/25/03 | 0.50 | 30.00 |
| Staff 4053 Johnson | Sorting Mail | 03/26/03 | 0.50 | 30.00 |
| Staff 4053 Johnson | Sorting Mail | 03/27/03 | 0.50 | 30.00 |
| Staff 4053 Johnson | Sorting Mail | 03/28/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 03/31/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/02/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/03/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/04/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/07/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/08/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/09/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/10/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/11/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/14/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/15/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/16/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/17/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/22/03 | 4.75 | 285.00 |
| Staff 4053 Johnson | Sorting Mail | 04/23/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/24/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 04/25/03 | 2.00 | 120.00 |
| Staff 4053 Johnson | Sorting Mail | 04/29/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/02/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/05/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/06/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/07/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/08/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/09/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/12/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/13/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/14/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/15/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/16/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/27/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 05/29/03 | 0.25 | 15.00 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 4053 Johnson | Sorting Mail | 06/02/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 06/03/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 06/04/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 06/11/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 06/12/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 06/18/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 06/23/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 07/18/03 | 0.25 | 15.00 |
| Staff 4053 Johnson | Sorting Mail | 07/31/03 | 0.25 | 15.00 |
|  |  |  | 52.25 | 3,135.00 |
| Staff 4055 Young |  |  |  |  |
| Staff 4055 Young | Numbering (Labeling) | 02/07/03 | 2.25 | 135.00 |
| Staff 4055 Young | Numbering (Labeling) | 05/23/03 | 2.00 | 120.00 |
| Staff 4055 Young | Numbering (Labeling) | 11/21/03 | 0.50 | 30.00 |
| Staff 4055 Young | Numbering (Labeling) | 01/31/03 | 7.50 | 450.00 |
| Staff 4055 Young | Numbering (Labeling) | 02/14/03 | 6.00 | 360.00 |
| Staff 4055 Young | Numbering (Labeling) | 02/21/03 | 4.50 | 270.00 |
| Staff 4055 Young | Numbering (Labeling) | 04/04/03 | 4.00 | 240.00 |
| Staff 4055 Young | Numbering (Labeling) | 05/09/03 | 7.50 | 450.00 |
| Staff 4055 Young | Numbering (Labeling) | 05/16/03 | 8.00 | 480.00 |
| Staff 4055 Young | Opening Mail | 01/10/03 | 3.00 | 180.00 |
| Staff 4055 Young | Proofing Claim Forms | 06/04/03 | 2.00 | 120.00 |
|  |  |  | 47.25 | 2,835.00 |
| Staff 4056 Riley |  |  |  |  |
| Staff 4056 Riley | Computer Other | 05/13/03 | 2.00 | 120.00 |
|  |  |  | 2.00 | 120.00 |
| Staff 4058 Nicoll |  |  |  |  |
| Staff 4058 Nicoll |  |  |  |  |
| Staff 4058 Nicoll | Mail room general | 03/04/03 | 0.50 | 30.00 |
|  |  |  | 0.50 | 30.00 |
| Staff 4063 Richards |  |  |  |  |
| Staff 4063 Richards | Scanning Claim Forms | 02/03/03 | 3.00 | 180.00 |
| Staff 4063 Richards | Scanning Claim Forms | 02/04/03 | 7.50 | 450.00 |
| Staff 4063 Richards | Scanning Claim Forms | 02/05/03 | 6.00 | 360.00 |
| Staff 4063 Richards | Scanning Claim Forms | 02/06/03 | 7.00 | 420.00 |
| Staff 4063 Richards | Scanning Claim Forms | 02/07/03 | 5.50 | 330.00 |
|  |  |  | 29.00 | 1,740.00 |
| Staff 4065 McKinley |  |  |  |  |
| Staff 4065 McKinley | Opening Mail | 01/08/03 | 0.50 | 30.00 |
| Staff 4065 McKinley | Opening Mail | 01/07/03 | 1.00 | 60.00 |
| Staff 4065 McKinley | Opening Mail | 01/08/03 | 2.00 | 120.00 |
| Staff 4065 McKinley | Sorting Mail | 01/08/03 | 0.50 | 30.00 |
|  |  |  | 4.00 | 240.00 |
| Staff 4066 El Khadir |  |  |  |  |
| Staff 4066 El Khadir | Photo Copying | 08/06/03 | 0.75 | 45.00 |
| Staff 4066 El Khadir | Photo Copying | 08/07/03 | 0.75 | 45.00 |
| Staff 4066 El Khadir | Filing Claims | 06/05/03 | 0.50 | 30.00 |
| Staff 4066 El Khadir | Filing Claims | 06/23/03 | 0.50 | 30.00 |
| Staff 4066 El Khadir | Filing Claims | 06/24/03 | 2.50 | 150.00 |
| Staff 4066 El Khadir | Photo Copying | 01/29/03 | 1.00 | 60.00 |

**Saipan** Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 4066 El Khadir | Photo Copying | 01/30/03 | 7.00 | 420.00 |
| Staff 4066 El Khadir | Photo Copying | 01/31/03 | 7.25 | 435.00 |
| Staff 4066 El Khadir | Photo Copying | 05/02/03 | 0.50 | 30.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 05/09/03 | 5.00 | 300.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 05/13/03 | 2.00 | 120.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 05/14/03 | 6.75 | 405.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 05/15/03 | 6.00 | 360.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 05/16/03 | 6.25 | 375.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 05/20/03 | 6.50 | 390.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 05/21/03 | 5.25 | 315.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 05/28/03 | 2.25 | 135.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 05/29/03 | 6.25 | 375.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 05/30/03 | 6.50 | 390.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 06/02/03 | 3.00 | 180.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 06/03/03 | 2.00 | 120.00 |
| Staff 4066 El Khadir | Numbering (Labeling) | 06/04/03 | 2.00 | 120.00 |
| Staff 4066 El Khadir | Opening Mail | 01/21/03 | 2.50 | 150.00 |
| Staff 4066 El Khadir | Opening Mail | 01/22/03 | 3.00 | 180.00 |
| Staff 4066 El Khadir | Opening Mail | 02/25/03 | 1.25 | 75.00 |
| Staff 4066 El Khadir | Opening Mail | 06/16/03 | 0.50 | 30.00 |
| Staff 4066 El Khadir | Phone Calls | 03/26/03 | 0.25 | 15.00 |
| Staff 4066 El Khadir | Phone Calls | 05/19/03 | 5.75 | 345.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/03/03 | 8.00 | 480.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/04/03 | 8.00 | 480.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/05/03 | 8.50 | 510.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/06/03 | 8.00 | 480.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/07/03 | 5.50 | 330.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/13/03 | 2.50 | 150.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/14/03 | 5.00 | 300.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/18/03 | 2.00 | 120.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/19/03 | 2.25 | 135.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/20/03 | 3.00 | 180.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/27/03 | 5.75 | 345.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 02/28/03 | 1.50 | 90.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 03/18/03 | 4.00 | 240.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 03/21/03 | 4.00 | 240.00 |
| Staff 4066 El Khadir | Scanning Claim Forms | 05/15/03 | 1.00 | 60.00 |
| Staff 4066 El Khadir | Scanning RUM | 03/13/03 | 4.00 | 240.00 |
| Staff 4066 El Khadir | Scanning RUM | 03/17/03 | 2.00 | 120.00 |
| Staff 4066 El Khadir | Scanning RUM | 04/02/03 | 1.00 | 60.00 |
| Staff 4066 El Khadir | Scanning RUM | 06/13/03 | 1.25 | 75.00 |
| | | | 171.00 | 10,260.00 |
| Staff 4071 Roberts | | | | |
| Staff 4071 Roberts | Sorting Mail | 03/19/03 | 0.75 | 45.00 |
| Staff 4071 Roberts | Sorting Mail | 03/18/03 | 0.25 | 15.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 01/29/03 | 3.25 | 195.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 01/31/03 | 7.00 | 420.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 02/03/03 | 9.00 | 540.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 02/04/03 | 4.00 | 240.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 02/05/03 | 4.00 | 240.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 02/06/03 | 5.50 | 330.00 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Staff 4071 Roberts | Numbering (Labeling) | 02/12/03 | 5.50 | 330.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 02/13/03 | 5.50 | 330.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 02/18/03 | 4.00 | 240.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 02/19/03 | 3.00 | 180.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 02/25/03 | 1.00 | 60.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 03/13/03 | 3.00 | 180.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 03/14/03 | 4.25 | 255.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 03/17/03 | 3.25 | 195.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 03/18/03 | 0.50 | 30.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 03/20/03 | 4.50 | 270.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 03/24/03 | 1.75 | 105.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 03/27/03 | 0.75 | 45.00 |
| Staff 4071 Roberts | Numbering (Labeling) | 04/01/03 | 3.50 | 210.00 |
| Staff 4071 Roberts | Opening Mail | 01/07/03 | 1.00 | 60.00 |
| Staff 4071 Roberts | Opening Mail | 01/08/03 | 2.00 | 120.00 |
| Staff 4071 Roberts | Opening Mail | 01/13/03 | 1.50 | 90.00 |
| Staff 4071 Roberts | Opening Mail | 02/12/03 | 0.50 | 30.00 |
| Staff 4071 Roberts | Opening Mail | 02/21/03 | 1.75 | 105.00 |
| Staff 4071 Roberts | Opening Mail | 02/25/03 | 0.75 | 45.00 |
| Staff 4071 Roberts | Opening Mail | 03/20/03 | 0.50 | 30.00 |
| Staff 4071 Roberts | Opening Mail | 03/27/03 | 0.25 | 15.00 |
| Staff 4071 Roberts | Proofing Claim Form Numbers | 03/13/03 | 4.00 | 240.00 |
| Staff 4071 Roberts | Sorting Mail | 01/23/03 | 1.25 | 75.00 |
| Staff 4071 Roberts | Stuffing Envelopes | 03/19/03 | 2.75 | 165.00 |
| | | | 90.50 | 5,430.00 |
| Staff 4072 Glendenning | | | | |
| Staff 4072 Glendenning | Invoicing | 05/09/03 | 1.00 | 60.00 |
| | | | 1.00 | 60.00 |
| Staff 4073 Matthys | | | | |
| Staff 4073 Matthys | Invoicing | 02/11/03 | 1.00 | 60.00 |
| Staff 4073 Matthys | Invoicing | 02/19/03 | 1.00 | 60.00 |
| Staff 4073 Matthys | Invoicing | 02/26/03 | 1.00 | 60.00 |
| Staff 4073 Matthys | Invoicing | 03/06/03 | 0.50 | 30.00 |
| Staff 4073 Matthys | Invoicing | 04/10/03 | 1.00 | 60.00 |
| Staff 4073 Matthys | Invoicing | 05/19/03 | 1.00 | 60.00 |
| Staff 4073 Matthys | Invoicing | 06/04/03 | 1.00 | 60.00 |
| Staff 4073 Matthys | Invoicing | 06/10/03 | 1.00 | 60.00 |
| Staff 4073 Matthys | Invoicing | 07/14/03 | 1.00 | 60.00 |
| Staff 4073 Matthys | Invoicing | 07/23/03 | 0.50 | 30.00 |
| Staff 4073 Matthys | Invoicing | 02/09/04 | 1.00 | 60.00 |
| Staff 4073 Matthys | Invoicing | 02/11/04 | 1.00 | 60.00 |
| Staff 4073 Matthys | Invoicing | 02/18/04 | 1.00 | 60.00 |
| | | | 12.00 | 720.00 |
| Staff 4082 Russcol | | | | |
| Staff 4082 Russcol | Data management-computer dept. | 03/30/04 | 2.00 | 120.00 |
| | | | 2.00 | 120.00 |
| Staff 5015 Molina | | | | |
| Staff 5015 Molina | Data Entry (Address Changes) | 01/20/04 | 4.00 | 240.00 |
| Staff 5015 Molina | Data Entry (Address Changes) | 01/23/04 | 2.00 | 120.00 |
| Staff 5015 Molina | Filing Claims | 01/23/04 | 2.00 | 120.00 |
| Staff 5015 Molina | Filing Claims | 01/26/04 | 2.00 | 120.00 |

Saipan Rico billing 1 through 9

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| *Staff 5015 Molina* | Proofing Claim Forms | 01/28/04 | 0.25 | 15.00 |
| *Staff 5015 Molina* | Processing Mail/Claim Forms | 01/21/04 | 6.00 | 360.00 |
| *Staff 5015 Molina* | Processing Mail/Claim Forms | 01/22/04 | 0.50 | 30.00 |
| *Staff 5015 Molina* | Reports | 01/22/04 | 0.25 | 15.00 |
| | | | 17.00 | 1,020.00 |
| *Staff 5029 Alves* | | | | |
| *Staff 5029 Alves* | Invoicing | 06/25/02 | 0.25 | 15.00 |
| | | | 0.25 | 15.00 |
| *Staff 5031 Cho* | | | | |
| *Staff 5031 Cho* | Invoicing | 05/12/03 | 1.00 | 60.00 |
| *Staff 5031 Cho* | Invoicing | 06/09/03 | 1.00 | 60.00 |
| *Staff 5031 Cho* | Invoicing | 06/12/03 | 1.00 | 60.00 |
| | | | 3.00 | 180.00 |
| *Staff 5035 Greenough* | | | | |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/02/03 | 1.50 | 90.00 |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/09/03 | 8.00 | 480.00 |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/12/03 | 3.00 | 180.00 |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/13/03 | 2.00 | 120.00 |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/14/03 | 6.00 | 360.00 |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/15/03 | 7.50 | 450.00 |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/16/03 | 8.00 | 480.00 |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/19/03 | 8.00 | 480.00 |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/20/03 | 7.00 | 420.00 |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/21/03 | 5.00 | 300.00 |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/22/03 | 6.00 | 360.00 |
| *Staff 5035 Greenough* | Proofing Claim Forms | 05/23/03 | 8.00 | 480.00 |
| *Staff 5035 Greenough* | Processing claims | 05/27/03 | 3.00 | 180.00 |
| | | | 73.00 | 4,380.00 |
| *Staff 5048 Rivera* | | | | |
| *Staff 5048 Rivera* | Processing claims | 12/16/03 | 0.25 | 15.00 |
| | | | 0.25 | 15.00 |
| | | | **1,816.00** | **121,663.75** |
| | Amount invoiced | | | 121,667.00 |
| | Rounding | | | -3.25 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Dennis Gilardi | GM-CasePlan - Processing | 9/17/2004 | 1.00 | $150.00 |
| Dennis Gilardi | GM-CasePlan - Processing | 9/17/2004 | 1.00 | $150.00 |
| Dennis Gilardi | GM-CasePlan - Processing | 12/10/2004 | 2.00 | $300.00 |
| Dennis Gilardi | GM-CasePlan - Processing | 2/18/2005 | 2.00 | $300.00 |
| Dennis Gilardi | GM-CasePlan - Processing | 4/29/2005 | 2.00 | $300.00 |
| | | | 8.00 | $1,200.00 |
| Bruce Cozzi | GM-CasePlan - Distribution | 4/11/2006 | 2.00 | $370.00 |
| Bruce Cozzi | DS-AttyQstns | 5/1/2006 | 2.00 | $370.00 |
| Bruce Cozzi | DS-TaxWork | 5/19/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 5/26/2006 | 2.00 | $370.00 |
| Bruce Cozzi | DS-Dist Calculations | 5/30/2006 | 4.00 | $740.00 |
| Bruce Cozzi | DS-Dist Calculations | 5/31/2006 | 2.00 | $370.00 |
| Bruce Cozzi | DS-Dist Preparation | 6/16/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 6/12/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 7/6/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 7/12/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 7/13/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 7/18/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 7/26/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 7/31/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 8/11/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 8/22/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 8/31/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 9/11/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 9/14/2006 | 3.00 | $555.00 |
| Bruce Cozzi | DS-Dist Calculations | 9/15/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 9/18/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 9/19/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Dist Calculations | 9/20/2006 | 2.00 | $370.00 |
| Bruce Cozzi | DS-Dist Calculations | 9/21/2006 | 2.00 | $370.00 |
| Bruce Cozzi | DS-Dist Calculations | 9/25/2006 | 2.00 | $370.00 |
| Bruce Cozzi | DS-Dist Calculations | 9/26/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Distribution Reviews | 9/27/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-Distribution Reviews | 9/28/2006 | 2.00 | $370.00 |
| Bruce Cozzi | DS-TaxWork | 9/26/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 9/27/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 9/28/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 9/29/2006 | 4.00 | $740.00 |
| Bruce Cozzi | DS-TaxWork | 10/2/2006 | 3.00 | $555.00 |
| Bruce Cozzi | DS-TaxWork | 10/4/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-CHK FOLLOWUP | 10/12/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 10/13/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 10/18/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 10/19/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 10/20/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 10/23/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 10/24/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 10/25/2006 | 2.00 | $370.00 |
| Bruce Cozzi | DS-TaxWork | 10/26/2006 | 1.00 | $185.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Bruce Cozzi | DS-TaxWork | 10/30/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 10/31/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 11/1/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 11/2/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-UNDELIVERABLE CHKS | 11/8/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-UNDELIVERABLE CHKS | 11/13/2006 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 1/19/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 1/25/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 1/26/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 1/30/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 1/31/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 2/8/2007 | 2.00 | $370.00 |
| Bruce Cozzi | DS-TaxWork | 2/15/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 2/16/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 2/23/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 2/27/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 2/28/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 3/5/2007 | 2.00 | $370.00 |
| Bruce Cozzi | DS-TaxWork | 3/13/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 3/26/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 4/5/2007 | 1.00 | $185.00 |
| Bruce Cozzi | DS-TaxWork | 5/15/2007 | 1.00 | $185.00 |
| | | | 86.00 | $15,910.00 |
| | | | | |
| David Wong | DS-Dist Preparation | 4/21/2005 | 4.00 | $600.00 |
| David Wong | DS-Dist Preparation | 4/22/2005 | 2.00 | $300.00 |
| David Wong | CA-Calculation Review | 5/6/2005 | 2.00 | $300.00 |
| David Wong | CA-Calculation Review | 5/10/2005 | 2.00 | $300.00 |
| David Wong | CA-Calculation Review | 5/11/2005 | 2.00 | $300.00 |
| David Wong | CA-Calculation Review | 5/12/2005 | 1.50 | $225.00 |
| David Wong | CA-Data Work | 5/2/2005 | 8.00 | $1,200.00 |
| David Wong | CA-Data Work | 5/3/2005 | 8.00 | $1,200.00 |
| David Wong | CA-Data Work | 5/4/2005 | 5.00 | $750.00 |
| David Wong | CA-Data Work | 5/5/2005 | 7.00 | $1,050.00 |
| David Wong | CA-Data Work | 5/6/2005 | 6.00 | $900.00 |
| David Wong | CA-Data Work | 5/9/2005 | 8.00 | $1,200.00 |
| David Wong | CA-Data Work | 5/10/2005 | 6.00 | $900.00 |
| David Wong | CA-Data Work | 5/11/2005 | 3.00 | $450.00 |
| David Wong | CA-Data Work | 5/12/2005 | 1.00 | $150.00 |
| David Wong | CA-Calculation Review | 5/13/2005 | 2.00 | $370.00 |
| David Wong | CA-Calculation Review | 5/17/2005 | 3.00 | $555.00 |
| David Wong | CA-Calculation Review | 5/18/2005 | 3.00 | $555.00 |
| David Wong | CA-Calculation Review | 5/19/2005 | 2.00 | $370.00 |
| David Wong | CA-Calculation Review | 5/25/2005 | 1.00 | $185.00 |
| David Wong | CA-Calculation Review | 6/1/2005 | 2.00 | $370.00 |
| David Wong | CA-Data Work | 5/31/2005 | 2.00 | $370.00 |
| David Wong | CA-Data Work | 4/19/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 4/20/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 5/11/2006 | 2.00 | $370.00 |
| David Wong | CA-Data Work | 5/18/2006 | 2.00 | $370.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| David Wong | CA-Data Work | 5/19/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 5/22/2006 | 6.00 | $1,110.00 |
| David Wong | CA-Data Work | 5/23/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 5/30/2006 | 3.00 | $555.00 |
| David Wong | CA-Data Work | 5/31/2006 | 2.00 | $370.00 |
| David Wong | CA-Data Work | 6/1/2006 | 2.00 | $370.00 |
| David Wong | CA-Data Work | 6/2/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 6/5/2006 | 3.00 | $555.00 |
| David Wong | CA-Data Work | 6/6/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 6/7/2006 | 8.00 | $1,480.00 |
| David Wong | CA-Data Work | 6/8/2006 | 4.00 | $740.00 |
| David Wong | CA-Data Work | 6/12/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 6/13/2006 | 4.00 | $740.00 |
| David Wong | CA-Data Work | 6/16/2006 | 3.00 | $555.00 |
| David Wong | CA-Data Work | 6/22/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 6/23/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 6/26/2006 | 2.00 | $370.00 |
| David Wong | CA-Data Work | 6/30/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 7/5/2006 | 2.00 | $370.00 |
| David Wong | CA-Data Work | 7/6/2006 | 3.00 | $555.00 |
| David Wong | CA-Data Work | 7/13/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 7/14/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 7/24/2006 | 2.00 | $370.00 |
| David Wong | CA-Data Work | 7/25/2006 | 1.00 | $185.00 |
| David Wong | CA-Data Work | 7/28/2006 | 1.00 | $185.00 |
| David Wong | DS-Dist Preparation | 8/21/2006 | 1.00 | $185.00 |
| David Wong | DS-Dist Preparation | 8/22/2006 | 1.00 | $185.00 |
| David Wong | DS-Dist Preparation | 8/25/2006 | 1.00 | $185.00 |
| David Wong | DS-Dist Preparation | 9/11/2006 | 2.00 | $370.00 |
| David Wong | DS-DataWork | 9/14/2006 | 2.00 | $370.00 |
| David Wong | DS-Dist Preparation | 9/14/2006 | 2.00 | $370.00 |
| David Wong | CA-Case Software | 10/24/2006 | 1.00 | $185.00 |
| David Wong | CA-Case Software | 10/27/2006 | 1.00 | $185.00 |
| David Wong | CA-Case Software | 10/30/2006 | 1.00 | $185.00 |
| David Wong | DS-Chk Reissues | 12/11/2006 | 2.00 | $370.00 |
| David Wong | DS-Chk Reissues | 12/12/2006 | 1.00 | $185.00 |
| David Wong | DS-Chk Reissues | 12/14/2006 | 2.00 | $370.00 |
| David Wong | DS-Chk Reissues | 12/15/2006 | 1.00 | $185.00 |
| David Wong | DS-DataWork | 1/8/2007 | 1.00 | $185.00 |
| David Wong | DS-DataWork | 1/10/2007 | 2.00 | $370.00 |
| David Wong | DS-DataWork | 1/11/2007 | 1.00 | $185.00 |
| David Wong | DS-DataWork | 1/16/2007 | 1.00 | $185.00 |
| David Wong | DS-DataWork | 1/18/2007 | 1.00 | $185.00 |
| David Wong | DS-DataWork | 1/29/2007 | 2.00 | $370.00 |
| David Wong | DS-DataWork | 2/8/2007 | 1.00 | $185.00 |
| David Wong | DS-DataWork | 2/9/2007 | 1.00 | $185.00 |
| David Wong | DS-Undeliverable Checks | 2/9/2007 | 1.00 | $185.00 |
| David Wong | DS-DataWork | 2/20/2007 | 2.00 | $370.00 |
| David Wong | DS-DataWork | 2/22/2007 | 1.00 | $185.00 |
| David Wong | DS-DataWork | 2/26/2007 | 1.00 | $185.00 |
| David Wong | DS-Chk Reissues | 2/27/2007 | 1.00 | $185.00 |