**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Meseret Habtesus | DS-BankWork | 3/27/2007 | 0.50 | $42.50 |
| Meseret Habtesus | DS-BankWork | 4/9/2007 | 0.50 | $42.50 |
| Meseret Habtesus | DS-Chk Reissues | 3/30/2007 | 0.50 | $42.50 |
| Meseret Habtesus | DS-Chk Reissues | 4/5/2007 | 1.00 | $85.00 |
| Meseret Habtesus | DS-BankWork | 4/16/2007 | 0.50 | $42.50 |
| Meseret Habtesus | DS-Chk Reissues | 4/12/2007 | 0.50 | $42.50 |
| Meseret Habtesus | DS-Chk Reissues | 4/16/2007 | 0.50 | $42.50 |
| Meseret Habtesus | DS-BankWork | 5/11/2007 | 0.50 | $42.50 |
| Meseret Habtesus | DS-BankWork | 5/16/2007 | 0.50 | $42.50 |
| Meseret Habtesus | DS-BankWork | 5/21/2007 | 0.25 | $21.25 |
| Meseret Habtesus | DS-Chk Reissues | 5/10/2007 | 0.50 | $42.50 |
| Meseret Habtesus | DS-Chk Reissues | 5/15/2007 | 0.50 | $42.50 |
| Meseret Habtesus | DS-Chk Reissues | 5/21/2007 | 0.75 | $63.75 |
| | | | 27.00 | $2,282.50 |
| | | | | |
| Matt Markham | DS-Mailing | 9/28/2006 | 0.50 | $30.00 |
| | | | 0.50 | $30.00 |
| | | | | |
| Maria Gutierrez | DS-ClaimQstns | 11/6/2006 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 11/14/2006 | 1.50 | $90.00 |
| Maria Gutierrez | DS-ClaimQstns | 11/15/2006 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 11/17/2006 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 11/20/2006 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 11/21/2006 | 0.75 | $45.00 |
| Maria Gutierrez | DS-ClaimQstns | 11/22/2006 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 11/27/2006 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 11/28/2006 | 2.00 | $120.00 |
| Maria Gutierrez | DS-ClaimQstns | 11/29/2006 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/1/2006 | 0.75 | $45.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/4/2006 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/6/2006 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/8/2006 | 2.00 | $120.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/11/2006 | 2.00 | $120.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/12/2006 | 1.50 | $90.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/13/2006 | 1.50 | $90.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/14/2006 | 1.50 | $90.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/15/2006 | 1.50 | $90.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/18/2006 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/19/2006 | 1.50 | $90.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/20/2006 | 2.00 | $120.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/21/2006 | 1.50 | $90.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/22/2006 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/27/2006 | 1.75 | $105.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/28/2006 | 2.00 | $120.00 |
| Maria Gutierrez | DS-ClaimQstns | 12/29/2006 | 2.00 | $120.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/4/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/5/2007 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/8/2007 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/9/2007 | 1.00 | $60.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Maria Gutierrez | DS-ClaimQstns | 1/10/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/11/2007 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/12/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/15/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/16/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/17/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/18/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/19/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/23/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/24/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 1/25/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 2/14/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 2/15/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 2/16/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 2/20/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 2/21/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 2/22/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 2/23/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 2/26/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 2/27/2007 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 2/28/2007 | 2.50 | $150.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/1/2007 | 3.00 | $180.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/2/2007 | 2.00 | $120.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/5/2007 | 2.00 | $120.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/6/2007 | 2.00 | $120.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/7/2007 | 2.50 | $150.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/8/2007 | 2.00 | $120.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/9/2007 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/12/2007 | 0.75 | $45.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/13/2007 | 1.00 | $60.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/14/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/15/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/16/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/22/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/23/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 3/26/2007 | 0.25 | $15.00 |
| Maria Gutierrez | PD-ClaimQstns | 3/29/2007 | 1.00 | $60.00 |
| Maria Gutierrez | PD-ClaimQstns | 3/30/2007 | 1.50 | $90.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/2/2007 | 2.50 | $150.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/3/2007 | 2.50 | $150.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/4/2007 | 3.00 | $180.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/5/2007 | 3.50 | $210.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/6/2007 | 3.00 | $180.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/9/2007 | 3.25 | $195.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/10/2007 | 2.50 | $150.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/11/2007 | 2.00 | $120.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/12/2007 | 3.25 | $195.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/16/2007 | 1.00 | $60.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/17/2007 | 0.50 | $30.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/19/2007 | 1.25 | $75.00 |
| Maria Gutierrez | PD-ClaimQstns | 4/20/2007 | 1.50 | $90.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Maria Gutierrez | PD-ClaimQstns | 4/23/2007 | 1.50 | $90.00 |
| Maria Gutierrez | DS-ClaimQstns | 4/24/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 4/25/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 4/26/2007 | 0.75 | $45.00 |
| Maria Gutierrez | DS-ClaimQstns | 4/27/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 4/30/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/1/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/2/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/3/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/4/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/7/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/8/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/9/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/11/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/14/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/15/2007 | 0.25 | $15.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/16/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/17/2007 | 0.50 | $30.00 |
| Maria Gutierrez | DS-ClaimQstns | 5/18/2007 | 0.50 | $30.00 |
|  |  |  | 109.00 | $6,540.00 |
|  |  |  |  |  |
| Quang-Thi Ho | CA-Data Work | 1/25/2006 | 2.00 | $120.00 |
|  |  |  | 2.00 | $120.00 |
|  |  |  |  |  |
| Stan Long | DS-Chk Reissues | 10/10/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 10/11/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 10/12/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 10/16/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 10/17/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 10/19/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 10/23/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 10/24/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 10/25/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 10/26/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 11/1/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 11/2/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 11/13/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 11/14/2006 | 1.00 | $60.00 |
| Stan Long | DS-Chk Reissues | 11/15/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 11/28/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 12/11/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 12/12/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 12/13/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 12/14/2006 | 1.00 | $60.00 |
| Stan Long | DS-Chk Reissues | 12/18/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 12/19/2006 | 1.50 | $90.00 |
| Stan Long | DS-Chk Reissues | 12/20/2006 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 1/4/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 1/11/2007 | 0.50 | $30.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Stan Long | DS-Chk Reissues | 1/24/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 2/26/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 3/29/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 4/3/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 4/4/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 4/5/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 4/18/2007 | 1.50 | $90.00 |
| Stan Long | DS-Chk Reissues | 4/24/2007 | 1.00 | $60.00 |
| Stan Long | DS-Chk Reissues | 4/30/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 5/1/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 5/2/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 5/8/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 5/10/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 5/14/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 5/15/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 5/16/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 5/17/2007 | 0.50 | $30.00 |
| Stan Long | DS-Chk Reissues | 5/21/2007 | 0.50 | $30.00 |
| | | | 25.00 | $1,500.00 |
| | | | | |
| Gus Scherer | CA-Case Software | 10/20/2004 | 1.50 | $142.50 |
| | | | 1.50 | $142.50 |
| | | | | |
| Bob Sichon | CA-Refile | 8/9/2005 | 0.50 | $30.00 |
| Bob Sichon | CA-ProcessClm | 10/4/2005 | 2.75 | $165.00 |
| Bob Sichon | CA-ProcessClm | 10/5/2005 | 5.00 | $300.00 |
| Bob Sichon | CA-ProcessClm | 10/6/2005 | 5.00 | $300.00 |
| Bob Sichon | CA-ProcessClm | 10/10/2005 | 2.50 | $150.00 |
| Bob Sichon | CA-ProcessClm | 10/12/2005 | 1.00 | $60.00 |
| Bob Sichon | CA-ProcessClm | 10/13/2005 | 2.00 | $120.00 |
| Bob Sichon | CA-ProcessClm | 10/17/2005 | 2.75 | $165.00 |
| Bob Sichon | CA-ProcessClm | 10/18/2005 | 3.00 | $180.00 |
| Bob Sichon | CA-ProcessClm | 10/19/2005 | 2.00 | $120.00 |
| Bob Sichon | CA-ProcessClm | 10/20/2005 | 2.75 | $165.00 |
| Bob Sichon | CA-ProcessClm | 10/24/2005 | 3.00 | $180.00 |
| Bob Sichon | CA-ProcessClm | 10/25/2005 | 2.00 | $120.00 |
| Bob Sichon | CA-ProcessClm | 10/26/2005 | 1.25 | $75.00 |
| Bob Sichon | CA-ProcessClm | 10/27/2005 | 3.00 | $180.00 |
| Bob Sichon | CA-ProcessClm | 10/31/2005 | 2.00 | $120.00 |
| Bob Sichon | CA-ProcessClm | 11/1/2005 | 2.00 | $120.00 |
| Bob Sichon | CA-ProcessClm | 11/7/2005 | 4.00 | $240.00 |
| Bob Sichon | CA-ProcessClm | 11/10/2005 | 3.00 | $180.00 |
| | | | 49.50 | $2,970.00 |
| | | | | |
| Britt Terkaly | CA-ProcessClm | 11/9/2005 | 2.50 | $150.00 |
| Britt Terkaly | CA-ProcessClm | 11/11/2005 | 4.00 | $240.00 |
| Britt Terkaly | CA-ProcessClm | 11/14/2005 | 0.75 | $45.00 |
| | | | 7.25 | $435.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Marsha Walker | DS-Chk Reissues | 10/4/2006 | 1.50 | $90.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 10/19/2006 | 1.00 | $60.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 10/20/2006 | 2.00 | $120.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 10/23/2006 | 3.00 | $180.00 |
| Marsha Walker | DS-Undeliverable Checks | 10/24/2006 | 1.50 | $90.00 |
| Marsha Walker | DS-Undeliverable Checks | 10/26/2006 | 1.00 | $60.00 |
| Marsha Walker | DS-Undeliverable Checks | 10/27/2006 | 1.00 | $60.00 |
| Marsha Walker | DS-Undeliverable Checks | 10/30/2006 | 1.00 | $60.00 |
| Marsha Walker | DS-Undeliverable Checks | 10/31/2006 | 1.00 | $60.00 |
| Marsha Walker | DS-Undeliverable Checks | 11/1/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-Undeliverable Checks | 11/2/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-Undeliverable Checks | 11/6/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-Chk Reissues | 11/10/2006 | 1.00 | $60.00 |
| Marsha Walker | DS-Chk Reissues | 11/13/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-Undeliverable Checks | 11/8/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-Undeliverable Checks | 11/9/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-Undeliverable Checks | 11/10/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-Undeliverable Checks | 11/14/2006 | 0.25 | $15.00 |
| Marsha Walker | DS-Undeliverable Checks | 11/15/2006 | 0.25 | $15.00 |
| Marsha Walker | PD-CkFollowUp | 11/13/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 11/27/2006 | 1.50 | $90.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 11/28/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 11/29/2006 | 1.00 | $60.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 11/30/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 12/4/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-Undeliverable Checks | 12/15/2006 | 1.50 | $90.00 |
| Marsha Walker | DS-Undeliverable Checks | 12/19/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-Undeliverable Checks | 12/21/2006 | 0.50 | $30.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 3/5/2007 | 1.50 | $90.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 3/6/2007 | 1.50 | $90.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 3/8/2007 | 0.50 | $30.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 3/9/2007 | 0.50 | $30.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 3/12/2007 | 0.50 | $30.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 4/6/2007 | 2.00 | $120.00 |
| Marsha Walker | DS-CHK FOLLOWUP | 4/9/2007 | 1.00 | $60.00 |
| Marsha Walker | DS-Chk Reissues | 4/24/2007 | 0.50 | $30.00 |
| Marsha Walker | DS-Chk Reissues | 4/25/2007 | 0.50 | $30.00 |
| Marsha Walker | DS-Chk Reissues | 4/30/2007 | 1.00 | $60.00 |
| Marsha Walker | DS-Chk Reissues | 5/1/2007 | 0.50 | $30.00 |
| Marsha Walker | DS-Chk Reissues | 5/2/2007 | 0.50 | $30.00 |
| Marsha Walker | DS-Chk Reissues | 5/3/2007 | 0.50 | $30.00 |
| | | | 36.00 | $2,160.00 |
| Ana Salazar | GM-CasePlan - Processing | 2/26/2004 | 0.75 | $52.50 |
| Ana Salazar | CA-DeclAfdvt | 3/2/2004 | 0.50 | $35.00 |
| Ana Salazar | CA-ClaimQstns | 3/22/2004 | 0.50 | $35.00 |
| Ana Salazar | CA-ClaimQstns | 4/1/2004 | 1.50 | $105.00 |
| Ana Salazar | CA-ClmRevwFloor | 4/1/2004 | 1.50 | $105.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Ana Salazar | CA-DeclAfdvt | 5/7/2004 | 0.50 | $35.00 |
| Ana Salazar | CA-ClaimQstns | 7/1/2004 | 1.50 | $105.00 |
| Ana Salazar | CA-DeclAfdvt | 8/3/2004 | 2.75 | $192.50 |
| Ana Salazar | GM-CasePlan - Processing | 8/12/2004 | 1.25 | $87.50 |
| Ana Salazar | GM-CasePlan - Processing | 8/18/2004 | 0.25 | $17.50 |
| Ana Salazar | GM-CasePlan - Processing | 9/8/2004 | 1.75 | $122.50 |
| Ana Salazar | GM-CasePlan - Processing | 9/10/2004 | 0.25 | $17.50 |
| Ana Salazar | CA-AttyQstns | 9/20/2004 | 0.50 | $35.00 |
| Ana Salazar | CA-AttyQstns | 9/21/2004 | 0.25 | $17.50 |
| Ana Salazar | CA-AttyQstns | 9/28/2004 | 1.75 | $122.50 |
| Ana Salazar | DS-Dist Preparation | 10/1/2004 | 0.75 | $52.50 |
| Ana Salazar | DS-Dist Preparation | 10/12/2004 | 1.00 | $70.00 |
| Ana Salazar | CA-AttyQstns | 10/18/2004 | 0.75 | $52.50 |
| Ana Salazar | CA-AttyQstns | 10/19/2004 | 0.50 | $35.00 |
| Ana Salazar | CA-AttyQstns | 10/20/2004 | 0.25 | $17.50 |
| Ana Salazar | CA-AttyQstns | 10/26/2004 | 0.25 | $17.50 |
| Ana Salazar | CA-AttyQstns | 12/27/2004 | 0.50 | $35.00 |
| Ana Salazar | CA-AttyQstns | 12/30/2004 | 1.75 | $122.50 |
| Ana Salazar | CA-ClmRevwFloor | 4/14/2005 | 1.00 | $70.00 |
| Ana Salazar | CA-PullClm | 4/11/2005 | 1.00 | $70.00 |
| Ana Salazar | CA-PullClm | 4/13/2005 | 1.50 | $105.00 |
| Ana Salazar | CA-PullClm | 6/1/2005 | 1.50 | $127.50 |
| Ana Salazar | CA-ProcessClm | 10/4/2005 | 1.75 | $148.75 |
| Ana Salazar | CA-ProcessClm | 10/5/2005 | 1.00 | $85.00 |
| Ana Salazar | CA-ProcessClm | 10/6/2005 | 1.25 | $106.25 |
|  |  |  | 30.25 | $2,200.00 |
|  |  |  |  |  |
| Gloria Cortez | CA-Refile | 4/22/2005 | 3.00 | $180.00 |
| Gloria Cortez | CA-Data Work | 7/18/2005 | 3.50 | $210.00 |
| Gloria Cortez | CA-Data Work | 7/19/2005 | 3.50 | $210.00 |
| Gloria Cortez | CA-Data Work | 7/20/2005 | 1.75 | $105.00 |
| Gloria Cortez | CA-Data Work | 7/21/2005 | 2.00 | $120.00 |
| Gloria Cortez | CA-Data Work | 7/22/2005 | 1.00 | $60.00 |
| Gloria Cortez | CA-ProcessClm | 8/1/2005 | 6.75 | $405.00 |
| Gloria Cortez | CA-ProcessClm | 8/2/2005 | 6.75 | $405.00 |
| Gloria Cortez | CA-ProcessClm | 8/3/2005 | 5.25 | $315.00 |
| Gloria Cortez | CA-ProcessClm | 8/4/2005 | 7.00 | $420.00 |
| Gloria Cortez | CA-ProcessClm | 8/5/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 8/8/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 8/9/2005 | 6.75 | $405.00 |
| Gloria Cortez | CA-ProcessClm | 8/10/2005 | 7.00 | $420.00 |
| Gloria Cortez | CA-ProcessClm | 8/11/2005 | 7.00 | $420.00 |
| Gloria Cortez | CA-ProcessClm | 8/12/2005 | 2.00 | $120.00 |
| Gloria Cortez | CA-ProcessClm | 8/15/2005 | 6.00 | $360.00 |
| Gloria Cortez | CA-ProcessClm | 8/16/2005 | 6.75 | $405.00 |
| Gloria Cortez | CA-ProcessClm | 8/17/2005 | 6.75 | $405.00 |
| Gloria Cortez | CA-ProcessClm | 8/19/2005 | 6.25 | $375.00 |
| Gloria Cortez | CA-ProcessClm | 8/22/2005 | 4.75 | $285.00 |
| Gloria Cortez | CA-ProcessClm | 8/23/2005 | 5.25 | $315.00 |
| Gloria Cortez | CA-ProcessClm | 8/24/2005 | 6.00 | $360.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Gloria Cortez | CA-ProcessClm | 8/25/2005 | 5.25 | $315.00 |
| Gloria Cortez | CA-ProcessClm | 8/26/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 8/30/2005 | 5.75 | $345.00 |
| Gloria Cortez | CA-ProcessClm | 8/31/2005 | 7.25 | $435.00 |
| Gloria Cortez | CA-ProcessClm | 9/1/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 9/2/2005 | 5.50 | $330.00 |
| Gloria Cortez | CA-ProcessClm | 9/6/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 9/7/2005 | 6.00 | $360.00 |
| Gloria Cortez | CA-ProcessClm | 9/8/2005 | 6.75 | $405.00 |
| Gloria Cortez | CA-ProcessClm | 9/9/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 9/13/2005 | 5.50 | $330.00 |
| Gloria Cortez | CA-ProcessClm | 9/14/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 9/15/2005 | 7.25 | $435.00 |
| Gloria Cortez | CA-ProcessClm | 9/16/2005 | 7.00 | $420.00 |
| Gloria Cortez | CA-ProcessClm | 9/19/2005 | 6.25 | $375.00 |
| Gloria Cortez | CA-ProcessClm | 9/20/2005 | 7.00 | $420.00 |
| Gloria Cortez | CA-ProcessClm | 9/21/2005 | 7.00 | $420.00 |
| Gloria Cortez | CA-ProcessClm | 9/22/2005 | 6.25 | $375.00 |
| Gloria Cortez | CA-ProcessClm | 9/23/2005 | 7.25 | $435.00 |
| Gloria Cortez | CA-ProcessClm | 9/26/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 9/27/2005 | 6.25 | $375.00 |
| Gloria Cortez | CA-ProcessClm | 9/28/2005 | 4.75 | $285.00 |
| Gloria Cortez | CA-ProcessClm | 9/29/2005 | 6.75 | $405.00 |
| Gloria Cortez | CA-ProcessClm | 9/30/2005 | 6.75 | $405.00 |
| Gloria Cortez | CA-ProcessClm | 10/3/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 10/5/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 10/7/2005 | 4.50 | $270.00 |
| Gloria Cortez | CA-ProcessClm | 10/10/2005 | 7.25 | $435.00 |
| Gloria Cortez | CA-ProcessClm | 10/13/2005 | 4.75 | $285.00 |
| Gloria Cortez | CA-ProcessClm | 10/11/2005 | 8.00 | $480.00 |
| Gloria Cortez | CA-ProcessClm | 10/12/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 10/13/2005 | 2.00 | $120.00 |
| Gloria Cortez | CA-ProcessClm | 10/20/2005 | 5.50 | $330.00 |
| Gloria Cortez | CA-ProcessClm | 10/21/2005 | 2.75 | $165.00 |
| Gloria Cortez | CA-ProcessClm | 10/25/2005 | 2.00 | $120.00 |
| Gloria Cortez | CA-ProcessClm | 10/26/2005 | 7.00 | $420.00 |
| Gloria Cortez | CA-ProcessClm | 10/27/2005 | 3.00 | $180.00 |
| Gloria Cortez | CA-ProcessClm | 10/28/2005 | 5.00 | $300.00 |
| Gloria Cortez | CA-ProcessClm | 10/31/2005 | 3.25 | $195.00 |
| Gloria Cortez | CA-ProcessClm | 11/1/2005 | 8.00 | $480.00 |
| Gloria Cortez | CA-ProcessClm | 11/2/2005 | 6.00 | $360.00 |
| Gloria Cortez | CA-ProcessClm | 11/3/2005 | 6.25 | $375.00 |
| Gloria Cortez | CA-ProcessClm | 11/4/2005 | 6.25 | $375.00 |
| Gloria Cortez | CA-ProcessClm | 11/7/2005 | 6.75 | $405.00 |
| Gloria Cortez | CA-ProofClm | 11/8/2005 | 7.25 | $435.00 |
| Gloria Cortez | CA-ProofClm | 11/9/2005 | 8.00 | $480.00 |
| Gloria Cortez | CA-ProofClm | 11/10/2005 | 7.50 | $450.00 |
| Gloria Cortez | CA-ProofClm | 11/15/2005 | 8.00 | $480.00 |
| Gloria Cortez | CA-ProofClm | 11/16/2005 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProofClm | 11/17/2005 | 8.00 | $480.00 |
| Gloria Cortez | CA-Copying | 11/30/2005 | 3.00 | $180.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Gloria Cortez | CA-Copying | 12/1/2005 | 0.25 | $15.00 |
| Gloria Cortez | CA-ProcessClm | 11/28/2005 | 3.25 | $195.00 |
| Gloria Cortez | CA-ProcessClm | 11/29/2005 | 7.50 | $450.00 |
| Gloria Cortez | CA-ProcessClm | 11/30/2005 | 3.00 | $180.00 |
| Gloria Cortez | CA-ProcessClm | 12/1/2005 | 3.00 | $180.00 |
| Gloria Cortez | CA-ProcessClm | 12/2/2005 | 6.00 | $360.00 |
| Gloria Cortez | CA-ProcessClm | 12/5/2005 | 6.00 | $360.00 |
| Gloria Cortez | CA-ProcessClm | 12/6/2005 | 2.00 | $120.00 |
| Gloria Cortez | CA-ProcessClm | 12/8/2005 | 1.00 | $60.00 |
| Gloria Cortez | CA-ProcessClm | 12/9/2005 | 0.50 | $30.00 |
| Gloria Cortez | CA-ProcessClm | 12/12/2005 | 2.00 | $120.00 |
| Gloria Cortez | CA-ProcessClm | 12/13/2005 | 4.75 | $285.00 |
| Gloria Cortez | CA-ProcessClm | 12/15/2005 | 5.25 | $315.00 |
| Gloria Cortez | CA-ProcessClm | 1/4/2006 | 1.00 | $60.00 |
| Gloria Cortez | CA-ProcessClm | 1/5/2006 | 4.50 | $270.00 |
| Gloria Cortez | CA-ProcessClm | 1/30/2006 | 2.50 | $150.00 |
| Gloria Cortez | CA-ProcessClm | 1/31/2006 | 3.00 | $180.00 |
| Gloria Cortez | CA-ProcessClm | 2/2/2006 | 4.25 | $255.00 |
| Gloria Cortez | CA-ProcessClm | 2/3/2006 | 6.75 | $405.00 |
| Gloria Cortez | CA-ProcessClm | 2/6/2006 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 2/7/2006 | 7.25 | $435.00 |
| Gloria Cortez | CA-ProcessClm | 2/8/2006 | 7.00 | $420.00 |
| Gloria Cortez | CA-ProcessClm | 2/9/2006 | 5.00 | $300.00 |
| Gloria Cortez | CA-ProcessClm | 2/24/2006 | 6.00 | $360.00 |
| Gloria Cortez | CA-ProcessClm | 2/27/2006 | 6.00 | $360.00 |
| Gloria Cortez | CA-ProcessClm | 2/28/2006 | 8.00 | $480.00 |
| Gloria Cortez | CA-ProcessClm | 3/1/2006 | 4.75 | $285.00 |
| Gloria Cortez | CA-ProcessClm | 3/2/2006 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 3/9/2006 | 4.75 | $285.00 |
| Gloria Cortez | CA-ProcessClm | 3/10/2006 | 3.00 | $180.00 |
| Gloria Cortez | CA-ProcessClm | 3/13/2006 | 4.00 | $240.00 |
| Gloria Cortez | CA-ProcessClm | 3/14/2006 | 5.75 | $345.00 |
| Gloria Cortez | CA-ProcessClm | 3/15/2006 | 6.25 | $375.00 |
| Gloria Cortez | CA-ProcessClm | 3/16/2006 | 3.00 | $180.00 |
| Gloria Cortez | CA-ProcessClm | 4/17/2006 | 4.75 | $285.00 |
| Gloria Cortez | CA-ProcessClm | 4/18/2006 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 4/19/2006 | 8.00 | $480.00 |
| Gloria Cortez | CA-ProcessClm | 4/20/2006 | 7.00 | $420.00 |
| Gloria Cortez | CA-ProcessClm | 4/21/2006 | 6.25 | $375.00 |
| Gloria Cortez | CA-ProcessClm | 4/25/2006 | 7.00 | $420.00 |
| Gloria Cortez | CA-ProcessClm | 4/26/2006 | 7.00 | $420.00 |
| Gloria Cortez | CA-ProcessClm | 4/27/2006 | 8.00 | $480.00 |
| Gloria Cortez | CA-ProcessClm | 4/28/2006 | 3.50 | $210.00 |
| Gloria Cortez | CA-ProcessClm | 5/1/2006 | 3.75 | $225.00 |
| Gloria Cortez | CA-ProcessClm | 5/2/2006 | 4.50 | $270.00 |
| Gloria Cortez | CA-ProcessClm | 5/3/2006 | 6.50 | $390.00 |
| Gloria Cortez | CA-ProcessClm | 5/4/2006 | 5.50 | $330.00 |
| Gloria Cortez | CA-ProcessClm | 5/5/2006 | 6.00 | $360.00 |
| Gloria Cortez | CA-ProcessClm | 5/8/2006 | 5.50 | $330.00 |
| Gloria Cortez | CA-ProcessClm | 5/9/2006 | 3.00 | $180.00 |
| Gloria Cortez | CA-ProcessClm | 7/11/2006 | 3.50 | $210.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Gloria Cortez | CA-ProcessClm | 7/12/2006 | 7.50 | $450.00 |
| Gloria Cortez | CA-ProcessClm | 7/13/2006 | 8.00 | $480.00 |
| Gloria Cortez | CA-ProcessClm | 7/14/2006 | 1.50 | $90.00 |
| Gloria Cortez | CA-ProcessClm | 7/27/2006 | 2.50 | $150.00 |
| Gloria Cortez | CA-ProcessClm | 7/28/2006 | 5.50 | $330.00 |
| Gloria Cortez | CA-ProcessClm | 7/31/2006 | 4.00 | $240.00 |
| Gloria Cortez | CA-ProcessClm | 8/1/2006 | 5.50 | $330.00 |
| Gloria Cortez | CA-ProcessClm | 8/2/2006 | 3.50 | $210.00 |
| Gloria Cortez | CA-ProcessClm | 8/28/2006 | 2.00 | $120.00 |
| Gloria Cortez | CA-ProcessClm | 8/29/2006 | 7.25 | $435.00 |
| Gloria Cortez | CA-ProcessClm | 8/30/2006 | 8.00 | $480.00 |
| Gloria Cortez | CA-ProcessClm | 8/31/2006 | 1.00 | $60.00 |
| Gloria Cortez | CA-ProcessClm | 2/13/2007 | 2.00 | $120.00 |
| Gloria Cortez | PD-ClaimQstns | 3/1/2007 | 5.00 | $300.00 |
| Gloria Cortez | PD-ClaimQstns | 3/2/2007 | 4.00 | $240.00 |
| Gloria Cortez | PD-ClaimQstns | 3/6/2007 | 1.50 | $90.00 |
| Gloria Cortez | PD-ClaimQstns | 3/7/2007 | 8.00 | $480.00 |
| Gloria Cortez | PD-ClaimQstns | 3/8/2007 | 0.50 | $30.00 |
| | | | 751.25 | $45,075.00 |
| | | | | |
| Jason Cahill | CA-Case Software | 8/11/2004 | 1.50 | $142.50 |
| Jason Cahill | CA-Case Software | 10/16/2006 | 1.00 | $105.00 |
| Jason Cahill | CA-Case Software | 10/18/2006 | 1.00 | $105.00 |
| Jason Cahill | CA-Case Software | 10/27/2006 | 0.50 | $52.50 |
| Jason Cahill | CA-Case Software | 10/30/2006 | 1.50 | $157.50 |
| Jason Cahill | CA-Case Software | 10/31/2006 | 1.00 | $105.00 |
| Jason Cahill | CA-Case Software | 11/3/2006 | 0.50 | $52.50 |
| | | | 7.00 | $720.00 |
| | | | | |
| John Pfautz | CA-ProcessClm | 11/11/2005 | 1.00 | $60.00 |
| John Pfautz | CA-ProcessClm | 11/14/2005 | 0.75 | $45.00 |
| John Pfautz | CA-ProcessClm | 11/15/2005 | 1.50 | $90.00 |
| John Pfautz | CA-ProcessClm | 1/24/2007 | 0.25 | $15.00 |
| John Pfautz | CA-ProcessClm | 1/26/2007 | 0.25 | $15.00 |
| | | | 3.75 | $225.00 |
| | | | | |
| Blanca Thompson | CA-ProcessClm | 3/16/2006 | 5.00 | $300.00 |
| Blanca Thompson | CA-ProcessClm | 3/17/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 3/20/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 3/21/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 3/23/2006 | 2.50 | $150.00 |
| Blanca Thompson | CA-ProcessClm | 3/24/2006 | 2.00 | $120.00 |
| Blanca Thompson | CA-ProcessClm | 3/27/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProofClm | 3/28/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProofClm | 4/3/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProofClm | 4/4/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProofClm | 4/5/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProofClm | 4/6/2006 | 6.00 | $360.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Blanca Thompson | CA-ProofClm | 4/7/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProofClm | 4/10/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 4/11/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 4/12/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 4/13/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 4/14/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 4/17/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 4/18/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 4/19/2006 | 9.00 | $540.00 |
| Blanca Thompson | CA-ProcessClm | 4/20/2006 | 9.00 | $540.00 |
| Blanca Thompson | CA-ProcessClm | 4/21/2006 | 9.00 | $540.00 |
| Blanca Thompson | CA-ProcessClm | 4/24/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 4/25/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 4/26/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 4/27/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 4/28/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 5/1/2006 | 6.00 | $360.00 |
| Blanca Thompson | CA-ProcessClm | 5/2/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 5/3/2006 | 6.50 | $390.00 |
| Blanca Thompson | CA-ProcessClm | 5/4/2006 | 1.00 | $60.00 |
| Blanca Thompson | CA-ProcessClm | 5/5/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 5/8/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 5/9/2006 | 4.00 | $240.00 |
| Blanca Thompson | CA-ProcessClm | 7/12/2006 | 3.50 | $210.00 |
| Blanca Thompson | CA-ProcessClm | 7/13/2006 | 8.00 | $480.00 |
| Blanca Thompson | CA-ProcessClm | 7/14/2006 | 1.50 | $90.00 |
| Blanca Thompson | CA-ProcessClm | 8/3/2006 | 1.00 | $60.00 |
| Blanca Thompson | CA-ProcessClm | 8/4/2006 | 4.25 | $255.00 |
| Blanca Thompson | CA-ProcessClm | 8/7/2006 | 1.25 | $75.00 |
| | | | 271.50 | $16,290.00 |
| | | | | |
| John Richards | CA-ProcessClm | 11/1/2005 | 4.50 | $270.00 |
| John Richards | CA-ProcessClm | 11/2/2005 | 7.50 | $450.00 |
| John Richards | CA-ProcessClm | 11/3/2005 | 6.75 | $405.00 |
| John Richards | CA-ProcessClm | 11/4/2005 | 4.75 | $285.00 |
| John Richards | CA-ProcessClm | 11/7/2005 | 7.25 | $435.00 |
| John Richards | CA-ProcessClm | 11/8/2005 | 4.75 | $285.00 |
| John Richards | CA-ProcessClm | 11/9/2005 | 2.00 | $120.00 |
| John Richards | CA-ProcessClm | 11/10/2005 | 6.75 | $405.00 |
| John Richards | CA-ProcessClm | 11/11/2005 | 7.00 | $420.00 |
| John Richards | CA-ProcessClm | 11/14/2005 | 5.75 | $345.00 |
| John Richards | CA-ProcessClm | 11/15/2005 | 5.25 | $315.00 |
| John Richards | CA-ProcessClm | 11/16/2005 | 6.00 | $360.00 |
| John Richards | CA-ProcessClm | 11/17/2005 | 1.50 | $90.00 |
| John Richards | CA-ProcessClm | 2/2/2006 | 5.25 | $315.00 |
| John Richards | CA-ProcessClm | 2/3/2006 | 5.50 | $330.00 |
| John Richards | PD-DataWork | 11/13/2006 | 1.00 | $60.00 |
| | | | 81.50 | $4,890.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Al Russcol | CA-Data Work | 3/25/2004 | 0.50 | $47.50 |
| Al Russcol | CA-Case Software | 3/30/2004 | 2.00 | $190.00 |
| Al Russcol | CA-Data Work | 11/29/2004 | 2.50 | $237.50 |
| Al Russcol | CA-Data Work | 11/30/2004 | 2.00 | $190.00 |
| Al Russcol | CA-Data Work | 12/2/2004 | 2.50 | $237.50 |
| Al Russcol | CA-Data Work | 12/3/2004 | 1.50 | $142.50 |
| Al Russcol | CA-Data Work | 12/6/2004 | 8.00 | $760.00 |
| Al Russcol | CA-Data Work | 12/7/2004 | 6.50 | $617.50 |
| Al Russcol | DS-Dist Calculations | 12/13/2004 | 7.25 | $688.75 |
| Al Russcol | DS-Dist Calculations | 12/14/2004 | 4.25 | $403.75 |
| Al Russcol | DS-Dist Calculations | 12/15/2004 | 2.00 | $190.00 |
| Al Russcol | DS-Dist Calculations | 12/22/2004 | 3.00 | $285.00 |
| Al Russcol | DS-Dist Calculations | 12/23/2004 | 4.00 | $380.00 |
| Al Russcol | CA-Data Work | 1/10/2005 | 2.00 | $190.00 |
| Al Russcol | CA-Data Work | 1/11/2005 | 4.00 | $380.00 |
| Al Russcol | CA-Data Work | 1/12/2005 | 3.25 | $308.75 |
| Al Russcol | CA-Data Work | 1/14/2005 | 3.00 | $285.00 |
| Al Russcol | CA-Data Work | 1/17/2005 | 5.00 | $475.00 |
| Al Russcol | CA-Data Work | 1/18/2005 | 4.50 | $427.50 |
| Al Russcol | CA-Data Work | 1/19/2005 | 4.00 | $380.00 |
| Al Russcol | CA-Data Work | 1/20/2005 | 2.50 | $237.50 |
| Al Russcol | CA-Data Work | 1/21/2005 | 2.50 | $237.50 |
| Al Russcol | CA-Data Work | 1/24/2005 | 6.75 | $641.25 |
| Al Russcol | CA-Data Work | 1/25/2005 | 6.25 | $593.75 |
| Al Russcol | CA-Data Work | 1/26/2005 | 3.50 | $332.50 |
| Al Russcol | CA-Data Work | 1/27/2005 | 1.50 | $142.50 |
| Al Russcol | CA-Data Work | 1/31/2005 | 1.25 | $118.75 |
| Al Russcol | CA-Data Work | 2/2/2005 | 1.00 | $95.00 |
| Al Russcol | CA-Data Work | 2/3/2005 | 4.00 | $380.00 |
| Al Russcol | CA-Data Work | 2/22/2005 | 4.00 | $380.00 |
| Al Russcol | CA-Data Work | 2/23/2005 | 1.25 | $118.75 |
| Al Russcol | CA-Data Work | 2/24/2005 | 3.00 | $285.00 |
| Al Russcol | CA-Data Work | 2/25/2005 | 3.50 | $332.50 |
| Al Russcol | CA-Data Work | 2/28/2005 | 2.00 | $190.00 |
| Al Russcol | CA-Data Work | 3/1/2005 | 2.00 | $190.00 |
| Al Russcol | CA-Data Work | 3/2/2005 | 4.25 | $403.75 |
| Al Russcol | CA-Data Work | 3/4/2005 | 1.50 | $142.50 |
| Al Russcol | CA-Data Work | 3/7/2005 | 3.50 | $332.50 |
| Al Russcol | CA-Data Work | 3/8/2005 | 1.50 | $142.50 |
| Al Russcol | CA-Data Work | 3/9/2005 | 1.25 | $118.75 |
| Al Russcol | CA-Data Work | 3/15/2005 | 2.00 | $190.00 |
| Al Russcol | CA-Data Work | 3/16/2005 | 5.00 | $475.00 |
| Al Russcol | CA-Data Work | 3/21/2005 | 1.50 | $142.50 |
| Al Russcol | CA-Data Work | 3/24/2005 | 1.00 | $95.00 |
| Al Russcol | CA-Data Work | 3/25/2005 | 1.25 | $118.75 |
| Al Russcol | CA-Data Work | 3/28/2005 | 2.50 | $237.50 |
| Al Russcol | CA-Data Work | 3/29/2005 | 5.50 | $522.50 |
| Al Russcol | CA-Data Work | 3/30/2005 | 2.75 | $261.25 |
| Al Russcol | CA-Data Work | 3/31/2005 | 4.50 | $427.50 |
| Al Russcol | CA-Data Work | 4/7/2005 | 0.50 | $47.50 |
| Al Russcol | CA-Data Work | 4/8/2005 | 2.25 | $213.75 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Al Russcol | CA-Case Software | 7/26/2005 | 2.00 | $210.00 |
| Al Russcol | CA-Case Software | 7/27/2005 | 2.00 | $210.00 |
| Al Russcol | CA-Case Software | 7/28/2005 | 2.00 | $210.00 |
| Al Russcol | CA-Case Software | 12/16/2005 | 1.00 | $105.00 |
| Al Russcol | CA-Data Work | 2/2/2006 | 0.75 | $78.75 |
| Al Russcol | CA-Data Work | 2/6/2006 | 0.50 | $52.50 |
| Al Russcol | CA-Data Work | 2/10/2006 | 1.50 | $157.50 |
| Al Russcol | CA-Data Work | 5/2/2006 | 0.50 | $52.50 |
|  |  |  | 167.75 | $16,038.75 |
|  |  |  |  |  |
| Shannon Anderson | DS-ClaimQstns | 11/8/2006 | 0.25 | $15.00 |
| Shannon Anderson | DS-ClaimQstns | 11/13/2006 | 0.25 | $15.00 |
| Shannon Anderson | DS-ClaimQstns | 11/16/2006 | 0.25 | $15.00 |
| Shannon Anderson | DS-ClaimQstns | 11/17/2006 | 0.25 | $15.00 |
|  |  |  | 1.00 | $60.00 |
|  |  |  |  |  |
| Ian Greenough | CA-DeclAfdvt | 3/15/2004 | 2.00 | $120.00 |
| Ian Greenough | CA-DeclAfdvt | 5/7/2004 | 1.00 | $60.00 |
|  |  |  | 3.00 | $180.00 |
|  |  |  |  |  |
| Tony Selyem | CA-Mailing | 3/5/2004 | 1.00 | $95.00 |
| Tony Selyem | CA-Mailing | 3/5/2004 | 0.50 | $47.50 |
| Tony Selyem | CA-Mailing | 3/8/2004 | 2.00 | $190.00 |
| Tony Selyem | CA-Mailing | 3/12/2004 | 1.00 | $95.00 |
| Tony Selyem | CA-Mailing | 3/23/2004 | 8.00 | $760.00 |
| Tony Selyem | CA-Mailing | 3/22/2004 | 2.00 | $190.00 |
| Tony Selyem | CA-Mailing | 3/25/2004 | 3.00 | $285.00 |
| Tony Selyem | CA-Mailing | 3/25/2004 | 2.50 | $237.50 |
| Tony Selyem | CA-Mailing | 3/24/2004 | 3.00 | $285.00 |
| Tony Selyem | CA-Mailing | 3/19/2004 | 2.50 | $237.50 |
| Tony Selyem | CA-Mailing | 4/8/2004 | 2.00 | $190.00 |
| Tony Selyem | CA-Mailing | 4/1/2004 | 1.00 | $95.00 |
| Tony Selyem | CA-Mailing | 4/7/2004 | 2.50 | $237.50 |
| Tony Selyem | CA-Data Work | 5/19/2004 | 1.50 | $142.50 |
| Tony Selyem | CA-Data Work | 5/26/2004 | 0.50 | $47.50 |
| Tony Selyem | CA-Data Work | 6/1/2004 | 1.00 | $95.00 |
| Tony Selyem | CA-Data Work | 6/3/2004 | 0.50 | $47.50 |
| Tony Selyem | CA-Data Work | 6/16/2004 | 1.00 | $95.00 |
| Tony Selyem | CA-Mailing | 7/9/2004 | 0.50 | $47.50 |
| Tony Selyem | CA-Mailing | 7/13/2004 | 0.50 | $47.50 |
| Tony Selyem | CA-Mailing | 8/12/2004 | 0.50 | $47.50 |
| Tony Selyem | CA-Mailing | 9/8/2004 | 1.00 | $95.00 |
| Tony Selyem | CA-Mailing | 9/10/2004 | 1.00 | $95.00 |
| Tony Selyem | CA-Mailing | 9/14/2004 | 1.00 | $95.00 |
| Tony Selyem | CA-Mailing | 9/16/2004 | 4.00 | $380.00 |
| Tony Selyem | CA-Case Software | 9/13/2004 | 0.50 | $47.50 |
| Tony Selyem | DS-DataWork | 9/20/2004 | 1.00 | $95.00 |
| Tony Selyem | DS-DataWork | 9/21/2004 | 3.00 | $285.00 |