**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Tony Selyem | DS-DataWork | 9/24/2004 | 3.00 | $285.00 |
| Tony Selyem | DS-DataWork | 9/27/2004 | 5.00 | $475.00 |
| Tony Selyem | DS-DataWork | 9/28/2004 | 1.00 | $95.00 |
| Tony Selyem | DS-DataWork | 9/29/2004 | 0.50 | $47.50 |
| Tony Selyem | CA-Case Software | 9/24/2004 | 1.50 | $142.50 |
| Tony Selyem | CA-Case Software | 9/21/2004 | 0.50 | $47.50 |
| Tony Selyem | CA-Data Work | 10/12/2004 | 0.50 | $47.50 |
| Tony Selyem | CA-Data Work | 10/13/2004 | 1.00 | $95.00 |
| Tony Selyem | CA-Data Work | 10/19/2004 | 2.00 | $190.00 |
| Tony Selyem | CA-Data Work | 10/21/2004 | 1.00 | $95.00 |
| Tony Selyem | CA-Data Work | 10/22/2004 | 3.00 | $285.00 |
| Tony Selyem | CA-Data Work | 10/25/2004 | 6.00 | $570.00 |
| Tony Selyem | CA-Data Work | 10/26/2004 | 5.00 | $475.00 |
| Tony Selyem | DS-DataWork | 11/15/2004 | 3.00 | $285.00 |
| Tony Selyem | DS-DataWork | 11/16/2004 | 7.00 | $665.00 |
| Tony Selyem | DS-DataWork | 11/17/2004 | 5.00 | $475.00 |
| Tony Selyem | DS-DataWork | 11/23/2004 | 1.00 | $95.00 |
| Tony Selyem | DS-DataWork | 11/24/2004 | 2.00 | $190.00 |
| Tony Selyem | DS-DataWork | 11/29/2004 | 1.00 | $95.00 |
| Tony Selyem | DS-DataWork | 12/1/2004 | 4.00 | $380.00 |
| Tony Selyem | DS-DataWork | 12/2/2004 | 8.00 | $760.00 |
| Tony Selyem | DS-DataWork | 12/3/2004 | 8.00 | $760.00 |
|  |  |  | 117.50 | $11,162.50 |
|  |  |  |  |  |
| Courtney Dickson | GM-CasePlan - Procssing | 3/29/2004 | 0.50 | $47.50 |
|  |  |  | 0.50 | $47.50 |
|  |  |  |  |  |
| Sandra Molina | CA-Copying | 10/12/2005 | 1.00 | $60.00 |
|  |  |  | 1.00 | $60.00 |
|  |  |  |  |  |
| Tim Rose | CA-Data Work | 11/10/2006 | 0.75 | $63.75 |
| Tim Rose | CA-Data Work | 11/13/2006 | 0.75 | $63.75 |
| Tim Rose | CA-Data Work | 3/6/2007 | 1.50 | $127.50 |
|  |  |  | 3.00 | $255.00 |
|  |  |  |  |  |
| Robert Cho | CA-ProcessClm | 12/8/2004 | 5.00 | $300.00 |
|  |  |  | 5.00 | $300.00 |
|  |  |  |  |  |
| Steve Burkhardt | CA-Data Work | 7/19/2005 | 1.00 | $60.00 |
| Steve Burkhardt | CA-Data Work | 7/20/2005 | 6.25 | $375.00 |
| Steve Burkhardt | CA-Data Work | 7/21/2005 | 6.25 | $375.00 |
| Steve Burkhardt | CA-Data Work | 7/22/2005 | 7.00 | $420.00 |
| Steve Burkhardt | CA-ProcessClm | 7/25/2005 | 0.50 | $30.00 |
| Steve Burkhardt | CA-ProcessClm | 11/1/2005 | 3.00 | $180.00 |
| Steve Burkhardt | CA-ProcessClm | 11/2/2005 | 2.50 | $150.00 |
| Steve Burkhardt | CA-ProcessClm | 11/4/2005 | 6.00 | $360.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Steve Burkhardt | CA-ProcessClm | 11/7/2005 | 4.50 | $270.00 |
| Steve Burkhardt | CA-ProcessClm | 11/8/2005 | 6.50 | $390.00 |
| Steve Burkhardt | CA-ProcessClm | 11/9/2005 | 6.75 | $405.00 |
| Steve Burkhardt | CA-ProcessClm | 11/10/2005 | 6.25 | $375.00 |
| Steve Burkhardt | CA-ProcessClm | 11/11/2005 | 6.50 | $390.00 |
| Steve Burkhardt | CA-ProcessClm | 11/14/2005 | 4.25 | $255.00 |
| Steve Burkhardt | CA-ProcessClm | 11/15/2005 | 6.00 | $360.00 |
| Steve Burkhardt | CA-ProcessClm | 11/16/2005 | 6.50 | $390.00 |
| Steve Burkhardt | CA-ProcessClm | 11/17/2005 | 2.25 | $135.00 |
| Steve Burkhardt | CA-ProcessClm | 11/30/2005 | 3.75 | $225.00 |
| Steve Burkhardt | CA-ProcessClm | 12/1/2005 | 2.25 | $135.00 |
| | | | 88.00 | $5,280.00 |
| | | | | |
| Lynne Thrall | DS-ClaimQstns | 4/19/2006 | 0.25 | $15.00 |
| Lynne Thrall | DS-ClaimQstns | 10/18/2006 | 0.50 | $30.00 |
| Lynne Thrall | DS-ClaimQstns | 10/19/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 10/20/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 10/23/2006 | 1.50 | $90.00 |
| Lynne Thrall | DS-ClaimQstns | 10/24/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 10/25/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 10/26/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 10/27/2006 | 1.50 | $90.00 |
| Lynne Thrall | DS-ClaimQstns | 10/30/2006 | 6.00 | $360.00 |
| Lynne Thrall | DS-ClaimQstns | 10/31/2006 | 6.25 | $375.00 |
| Lynne Thrall | DS-ClaimQstns | 11/1/2006 | 6.50 | $390.00 |
| Lynne Thrall | DS-ClaimQstns | 11/2/2006 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 11/7/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 11/8/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 11/9/2006 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 11/10/2006 | 3.75 | $225.00 |
| Lynne Thrall | DS-ClaimQstns | 11/13/2006 | 2.50 | $150.00 |
| Lynne Thrall | DS-ClaimQstns | 11/14/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 11/15/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 11/16/2006 | 3.75 | $225.00 |
| Lynne Thrall | DS-ClaimQstns | 11/20/2006 | 3.50 | $210.00 |
| Lynne Thrall | DS-ClaimQstns | 11/21/2006 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 11/22/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 11/27/2006 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 11/28/2006 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 11/29/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 11/30/2006 | 2.75 | $165.00 |
| Lynne Thrall | DS-ClaimQstns | 12/1/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 12/4/2006 | 1.25 | $75.00 |
| Lynne Thrall | DS-ClaimQstns | 12/5/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 12/6/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 12/7/2006 | 2.25 | $135.00 |
| Lynne Thrall | DS-ClaimQstns | 12/8/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 12/11/2006 | 2.75 | $165.00 |
| Lynne Thrall | DS-ClaimQstns | 12/12/2006 | 2.50 | $150.00 |
| Lynne Thrall | DS-ClaimQstns | 12/13/2006 | 3.00 | $180.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Lynne Thrall | DS-ClaimQstns | 12/14/2006 | 2.75 | $165.00 |
| Lynne Thrall | DS-ClaimQstns | 12/15/2006 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 12/18/2006 | 2.25 | $135.00 |
| Lynne Thrall | DS-ClaimQstns | 12/19/2006 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 12/20/2006 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 12/21/2006 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 12/22/2006 | 1.75 | $105.00 |
| Lynne Thrall | DS-ClaimQstns | 12/27/2006 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 12/28/2006 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 12/29/2006 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 1/2/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 1/3/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 1/4/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/5/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/9/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/10/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/11/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/12/2007 | 1.50 | $90.00 |
| Lynne Thrall | DS-ClaimQstns | 1/15/2007 | 1.25 | $75.00 |
| Lynne Thrall | DS-ClaimQstns | 1/16/2007 | 1.50 | $90.00 |
| Lynne Thrall | DS-ClaimQstns | 1/17/2007 | 1.75 | $105.00 |
| Lynne Thrall | DS-ClaimQstns | 1/18/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/19/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/22/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/23/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/24/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/25/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/26/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/29/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 1/30/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/5/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/6/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/7/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/8/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/9/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/12/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/13/2007 | 2.50 | $150.00 |
| Lynne Thrall | DS-ClaimQstns | 2/14/2007 | 2.50 | $150.00 |
| Lynne Thrall | DS-ClaimQstns | 2/15/2007 | 1.50 | $90.00 |
| Lynne Thrall | DS-ClaimQstns | 2/16/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/20/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/21/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/22/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/23/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/26/2007 | 2.00 | $120.00 |
| Lynne Thrall | DS-ClaimQstns | 2/27/2007 | 5.00 | $300.00 |
| Lynne Thrall | DS-ClaimQstns | 2/28/2007 | 5.00 | $300.00 |
| Lynne Thrall | DS-ClaimQstns | 3/1/2007 | 5.00 | $300.00 |
| Lynne Thrall | DS-ClaimQstns | 3/2/2007 | 6.25 | $375.00 |
| Lynne Thrall | DS-ClaimQstns | 3/5/2007 | 3.00 | $180.00 |
| Lynne Thrall | DS-ClaimQstns | 3/6/2007 | 4.00 | $240.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Lynne Thrall | DS-ClaimQstns | 3/7/2007 | 2.50 | $150.00 |
| Lynne Thrall | DS-ClaimQstns | 3/8/2007 | 0.75 | $45.00 |
| Lynne Thrall | DS-ClaimQstns | 3/9/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 3/13/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 3/14/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 3/15/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 3/16/2007 | 1.00 | $60.00 |
| Lynne Thrall | DS-ClaimQstns | 3/21/2007 | 0.25 | $15.00 |
| | | | 214.50 | $12,870.00 |
| | | | | |
| Kianga Bullock | CA-ProcessClm | 4/12/2006 | 8.00 | $480.00 |
| Kianga Bullock | CA-ProcessClm | 4/13/2006 | 8.00 | $480.00 |
| Kianga Bullock | CA-ProcessClm | 4/14/2006 | 8.00 | $480.00 |
| Kianga Bullock | CA-ProcessClm | 4/17/2006 | 8.00 | $480.00 |
| Kianga Bullock | CA-ProcessClm | 4/18/2006 | 9.00 | $540.00 |
| Kianga Bullock | CA-ProcessClm | 4/19/2006 | 8.50 | $510.00 |
| Kianga Bullock | CA-ProcessClm | 4/20/2006 | 8.50 | $510.00 |
| Kianga Bullock | CA-ProcessClm | 4/21/2006 | 8.50 | $510.00 |
| Kianga Bullock | CA-ProcessClm | 4/24/2006 | 8.50 | $510.00 |
| Kianga Bullock | CA-ProofClm | 4/25/2006 | 8.50 | $510.00 |
| Kianga Bullock | CA-ProofClm | 4/26/2006 | 8.00 | $480.00 |
| Kianga Bullock | CA-ProofClm | 4/27/2006 | 8.50 | $510.00 |
| Kianga Bullock | CA-ProofClm | 4/28/2006 | 8.00 | $480.00 |
| Kianga Bullock | CA-ProofClm | 5/1/2006 | 8.50 | $510.00 |
| Kianga Bullock | CA-ProofClm | 5/2/2006 | 8.50 | $510.00 |
| Kianga Bullock | CA-ProofClm | 5/3/2006 | 8.00 | $480.00 |
| Kianga Bullock | CA-ProofClm | 5/4/2006 | 8.00 | $480.00 |
| | | | 141.00 | $8,460.00 |
| | | | | |
| Mary Holt | GM-A/P | 12/7/2006 | 0.25 | $15.00 |
| Mary Holt | GM-A/P | 4/30/2007 | 0.25 | $15.00 |
| | | | 0.50 | $30.00 |
| | | | | |
| Sarah Malugani | PD-ClaimQstns | 10/24/2006 | 0.50 | $30.00 |
| Sarah Malugani | PD-ClaimQstns | 10/26/2006 | 0.50 | $30.00 |
| Sarah Malugani | PD-ClaimQstns | 10/27/2006 | 0.25 | $15.00 |
| Sarah Malugani | PD-ClaimQstns | 11/7/2006 | 0.50 | $30.00 |
| Sarah Malugani | PD-ClaimQstns | 11/10/2006 | 0.25 | $15.00 |
| Sarah Malugani | PD-ClaimQstns | 11/13/2006 | 0.50 | $30.00 |
| Sarah Malugani | PD-ClaimQstns | 11/14/2006 | 0.50 | $30.00 |
| Sarah Malugani | PD-ClaimQstns | 11/16/2006 | 0.75 | $45.00 |
| Sarah Malugani | PD-ClaimQstns | 11/20/2006 | 0.50 | $30.00 |
| Sarah Malugani | PD-ClaimQstns | 12/6/2006 | 0.75 | $45.00 |
| Sarah Malugani | PD-ClaimQstns | 12/8/2006 | 0.75 | $45.00 |
| Sarah Malugani | PD-ClaimQstns | 12/12/2006 | 0.50 | $30.00 |
| Sarah Malugani | PD-ClaimQstns | 12/13/2006 | 0.50 | $30.00 |
| Sarah Malugani | PD-ClaimQstns | 1/29/2007 | 0.25 | $15.00 |
| Sarah Malugani | PD-ClaimQstns | 1/30/2007 | 0.75 | $45.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Sarah Malugani | PD-ClaimQstns | 1/31/2007 | 0.25 | $15.00 |
| Sarah Malugani | PD-ClaimQstns | 2/2/2007 | 0.75 | $45.00 |
| Sarah Malugani | PD-ClaimQstns | 2/5/2007 | 0.75 | $45.00 |
| Sarah Malugani | PD-ClaimQstns | 2/6/2007 | 0.50 | $30.00 |
| | | | 10.00 | $600.00 |
| Rachel Christman | PD-ClaimQstns | 12/21/2006 | 0.50 | $30.00 |
| Rachel Christman | PD-ClaimQstns | 1/10/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 1/11/2007 | 0.75 | $45.00 |
| Rachel Christman | PD-ClaimQstns | 1/17/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 1/18/2007 | 0.50 | $30.00 |
| Rachel Christman | PD-ClaimQstns | 1/19/2007 | 0.50 | $30.00 |
| Rachel Christman | PD-ClaimQstns | 1/24/2007 | 0.50 | $30.00 |
| Rachel Christman | PD-ClaimQstns | 1/25/2007 | 0.50 | $30.00 |
| Rachel Christman | PD-ClaimQstns | 1/29/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 1/30/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 1/31/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 2/1/2007 | 0.50 | $30.00 |
| Rachel Christman | PD-ClaimQstns | 2/5/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 2/6/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 2/7/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 2/8/2007 | 0.50 | $30.00 |
| Rachel Christman | PD-ClaimQstns | 2/9/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 2/12/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 2/13/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 2/14/2007 | 0.50 | $30.00 |
| Rachel Christman | PD-ClaimQstns | 2/15/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 2/16/2007 | 0.50 | $30.00 |
| Rachel Christman | PD-ClaimQstns | 2/20/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 2/23/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 2/27/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 2/28/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 3/5/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 3/7/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 3/16/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 3/30/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 4/18/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 4/25/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 4/27/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 4/30/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 5/7/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 5/14/2007 | 0.25 | $15.00 |
| Rachel Christman | PD-ClaimQstns | 5/16/2007 | 0.25 | $15.00 |
| | | | 12.00 | $720.00 |
| Sheree Brown | DS-ClaimQstns | 3/13/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 3/15/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 3/16/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 3/20/2007 | 0.25 | $15.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Sheree Brown | DS-ClaimQstns | 3/21/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 3/22/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 4/25/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 4/30/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 5/1/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 5/2/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 5/4/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 5/8/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 5/10/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 5/11/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 5/14/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 5/15/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 5/17/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 5/18/2007 | 0.25 | $15.00 |
| Sheree Brown | DS-ClaimQstns | 5/21/2007 | 0.25 | $15.00 |
| | | | 4.75 | $285.00 |
| | | | | |
| Temp - Gee | GM-A/R | 10/11/2004 | 3.00 | $180.00 |
| Temp - Gee | GM-A/R | 10/13/2004 | 1.00 | $60.00 |
| Temp - Gee | GM-A/R | 10/15/2004 | 1.00 | $60.00 |
| Temp - Gee | GM-A/R | 11/9/2004 | 3.25 | $195.00 |
| Temp - Gee | GM-A/R | 1/7/2005 | 0.50 | $30.00 |
| Temp - Gee | GM-A/R | 1/10/2005 | 0.50 | $30.00 |
| Temp - Gee | GM-A/R | 1/11/2005 | 0.50 | $30.00 |
| Temp - Gee | GM-A/R | 3/4/2005 | 1.00 | $60.00 |
| | | | 10.75 | $645.00 |
| | | | | |
| Temp - Lam | NO-DocPrep | 12/22/2004 | 0.75 | $45.00 |
| | | | 0.75 | $45.00 |
| | | | | |
| Temp - Baker | CA-Copying | 9/21/2004 | 0.25 | $15.00 |
| | | | 0.25 | $15.00 |
| | | | | |
| Temp - Sherwood | CA-DeclAfdvt | 9/28/2004 | 2.00 | $120.00 |
| Temp - Sherwood | CA-PullClm | 4/13/2005 | 1.00 | $60.00 |
| Temp - Sherwood | CA-Calculation Review | 5/25/2005 | 1.50 | $90.00 |
| Temp - Sherwood | CA-Calculation Review | 6/1/2005 | 1.25 | $75.00 |
| | | | 5.75 | $345.00 |
| | | | | |
| Temp - Haxton | CA-NumberClms | 5/19/2004 | 5.75 | $345.00 |
| Temp - Haxton | CA-NumberClms | 5/20/2004 | 4.50 | $270.00 |
| | | | 10.25 | $615.00 |
| | | | | |
| Temp - Borthwick | DS-CHK FOLLOWUP | 11/8/2006 | 6.00 | $360.00 |
| | | | 6.00 | $360.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Temp - Davis | CA-ProcessClm | 10/21/2005 | 8.00 | $480.00 |
| Temp - Davis | CA-ProcessClm | 10/24/2005 | 8.00 | $480.00 |
| Temp - Davis | CA-ProcessClm | 10/25/2005 | 8.00 | $480.00 |
| Temp - Davis | CA-ProcessClm | 10/27/2005 | 8.00 | $480.00 |
| Temp - Davis | CA-ProcessClm | 10/28/2005 | 8.00 | $480.00 |
| Temp - Davis | CA-ProcessClm | 11/3/2005 | 1.00 | $60.00 |
| | | | 41.00 | $2,460.00 |
| | | | | |
| Temp - Riser | CA-ProcessClm | 11/4/2005 | 4.25 | $255.00 |
| Temp - Riser | CA-ProcessClm | 11/7/2005 | 3.75 | $225.00 |
| Temp - Riser | CA-ProcessClm | 11/8/2005 | 1.75 | $105.00 |
| Temp - Riser | CA-ProcessClm | 11/15/2005 | 3.00 | $180.00 |
| | | | 12.75 | $765.00 |
| | | | | |
| Temp - Page | CA-ProcessClm | 11/10/2006 | 2.50 | $150.00 |
| Temp - Page | CA-ProcessClm | 11/13/2006 | 1.00 | $60.00 |
| Temp - Page | CA-ProcessClm | 11/14/2006 | 3.00 | $180.00 |
| | | | 6.50 | $390.00 |
| | | | | |
| Temp - Hernandez | CA-ClaimQstns | 10/20/2006 | 1.00 | $60.00 |
| Temp - Hernandez | CA-ClaimQstns | 10/23/2006 | 1.00 | $60.00 |
| Temp - Hernandez | CA-ClaimQstns | 10/24/2006 | 1.00 | $60.00 |
| Temp - Hernandez | CA-ClaimQstns | 10/26/2006 | 1.00 | $60.00 |
| Temp - Hernandez | CA-ClaimQstns | 10/31/2006 | 2.00 | $120.00 |
| Temp - Hernandez | CA-ClaimQstns | 11/1/2006 | 1.00 | $60.00 |
| Temp - Hernandez | CA-ClaimQstns | 11/2/2006 | 1.00 | $60.00 |
| | | | 8.00 | $480.00 |
| | | | | |
| Temp - Caldwell | CA-ProcessClm | 9/21/2006 | 0.75 | $45.00 |
| | | | 0.75 | $45.00 |
| | | | | |
| Temp - Green | CA-ProcessClm | 9/21/2006 | 0.75 | $45.00 |
| | | | 0.75 | $45.00 |
| | | | | |
| Temp - Popovich | CA-ClaimQstns | 10/24/2006 | 1.00 | $60.00 |
| Temp - Popovich | CA-ClaimQstns | 10/25/2006 | 1.00 | $60.00 |
| Temp - Popovich | CA-ClaimQstns | 10/26/2006 | 0.50 | $30.00 |
| Temp - Popovich | CA-ClaimQstns | 10/30/2006 | 0.50 | $30.00 |
| | | | 3.00 | $180.00 |
| | | | | |
| Temp - Otanes | GM-A/P | 12/12/2006 | 0.25 | $15.00 |
| Temp - Otanes | GM-A/P | 12/21/2006 | 0.50 | $30.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Temp - Otanes | GM-A/P | 1/2/2007 | 0.25 | $15.00 |
| Temp - Otanes | GM-A/P | 1/16/2007 | 0.75 | $45.00 |
| Temp - Otanes | GM-A/P | 1/24/2007 | 0.50 | $30.00 |
| Temp - Otanes | GM-A/P | 1/25/2007 | 0.25 | $15.00 |
| Temp - Otanes | GM-A/P | 1/30/2007 | 0.50 | $30.00 |
| Temp - Otanes | GM-A/P | 4/24/2007 | 0.25 | $15.00 |
| | | | 3.25 | $195.00 |
| Temp - Christman | CA-ClaimQstns | 10/17/2006 | 0.25 | $15.00 |
| Temp - Christman | CA-ClaimQstns | 10/18/2006 | 0.50 | $30.00 |
| Temp - Christman | CA-ClaimQstns | 10/19/2006 | 0.50 | $30.00 |
| Temp - Christman | DS-ClaimQstns | 10/24/2006 | 0.50 | $30.00 |
| Temp - Christman | DS-ClaimQstns | 10/25/2006 | 0.25 | $15.00 |
| Temp - Christman | DS-ClaimQstns | 10/26/2006 | 0.25 | $15.00 |
| Temp - Christman | DS-ClaimQstns | 10/27/2006 | 0.25 | $15.00 |
| Temp - Christman | DS-ClaimQstns | 10/31/2006 | 0.25 | $15.00 |
| Temp - Christman | DS-ClaimQstns | 11/2/2006 | 0.25 | $15.00 |
| Temp - Christman | DS-ClaimQstns | 11/3/2006 | 0.25 | $15.00 |
| Temp - Christman | PD-ClaimQstns | 11/7/2006 | 0.50 | $30.00 |
| Temp - Christman | PD-ClaimQstns | 11/8/2006 | 0.50 | $30.00 |
| Temp - Christman | PD-ClaimQstns | 11/9/2006 | 0.50 | $30.00 |
| Temp - Christman | PD-ClaimQstns | 11/10/2006 | 0.25 | $15.00 |
| Temp - Christman | PD-ClaimQstns | 11/15/2006 | 0.25 | $15.00 |
| Temp - Christman | PD-ClaimQstns | 11/16/2006 | 0.25 | $15.00 |
| Temp - Christman | PD-ClaimQstns | 11/17/2006 | 0.25 | $15.00 |
| Temp - Christman | PD-ClaimQstns | 11/20/2006 | 0.25 | $15.00 |
| Temp - Christman | DS-ClaimQstns | 12/5/2006 | 0.25 | $15.00 |
| Temp - Christman | DS-ClaimQstns | 12/8/2006 | 0.50 | $30.00 |
| Temp - Christman | DS-ClaimQstns | 12/11/2006 | 0.25 | $15.00 |
| Temp - Christman | DS-ClaimQstns | 12/15/2006 | 0.25 | $15.00 |
| | | | 7.25 | $435.00 |
| Temp - Brown | CA-ClaimQstns | 11/13/2006 | 0.50 | $30.00 |
| Temp - Brown | CA-ClaimQstns | 11/14/2006 | 0.25 | $15.00 |
| Temp - Brown | CA-ClaimQstns | 11/15/2006 | 0.25 | $15.00 |
| Temp - Brown | CA-ClaimQstns | 11/17/2006 | 0.25 | $15.00 |
| Temp - Brown | CA-ClaimQstns | 11/20/2006 | 0.25 | $15.00 |
| Temp - Brown | CA-OpenMail | 11/9/2006 | 1.50 | $90.00 |
| Temp - Brown | CA-OpenMail | 11/10/2006 | 0.50 | $30.00 |
| Temp - Brown | CA-OpenMail | 12/1/2006 | 1.00 | $60.00 |
| Temp - Brown | DS-CHK FOLLOWUP | 11/21/2006 | 0.50 | $30.00 |
| Temp - Brown | DS-CHK FOLLOWUP | 11/22/2006 | 0.25 | $15.00 |
| Temp - Brown | DS-CHK FOLLOWUP | 11/27/2006 | 0.25 | $15.00 |
| Temp - Brown | DS-CHK FOLLOWUP | 11/28/2006 | 0.25 | $15.00 |
| Temp - Brown | DS-CHK FOLLOWUP | 11/29/2006 | 0.25 | $15.00 |
| Temp - Brown | CA-ClaimQstns | 1/2/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/1/2007 | 0.50 | $30.00 |
| Temp - Brown | DS-ClaimQstns | 2/2/2007 | 0.50 | $30.00 |
| Temp - Brown | DS-ClaimQstns | 2/5/2007 | 0.25 | $15.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Temp - Brown | DS-ClaimQstns | 2/6/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/7/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/8/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/9/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/12/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/13/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/14/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/15/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/16/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/20/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/21/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/22/2007 | 0.50 | $30.00 |
| Temp - Brown | DS-ClaimQstns | 2/23/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/26/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/27/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 2/28/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 3/1/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 3/2/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 3/5/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 3/6/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 3/7/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 3/8/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 3/9/2007 | 0.25 | $15.00 |
| Temp - Brown | DS-ClaimQstns | 3/12/2007 | 0.25 | $15.00 |
| | | | 13.75 | $825.00 |
| | | | | |
| Temp - Lambert | DS-ClaimQstns | 11/20/2006 | 0.25 | $15.00 |
| Temp - Lambert | CA-ClaimQstns | 11/27/2006 | 0.50 | $30.00 |
| Temp - Lambert | CA-ClaimQstns | 11/29/2006 | 0.25 | $15.00 |
| Temp - Lambert | DS-ClaimQstns | 12/11/2006 | 0.50 | $30.00 |
| Temp - Lambert | DS-ClaimQstns | 12/13/2006 | 0.50 | $30.00 |
| Temp - Lambert | DS-ClaimQstns | 12/15/2006 | 0.25 | $15.00 |
| Temp - Lambert | DS-ClaimQstns | 12/18/2006 | 0.50 | $30.00 |
| Temp - Lambert | DS-ClaimQstns | 12/19/2006 | 1.00 | $60.00 |
| Temp - Lambert | DS-ClaimQstns | 12/27/2006 | 0.50 | $30.00 |
| Temp - Lambert | DS-ClaimQstns | 12/29/2006 | 0.50 | $30.00 |
| Temp - Lambert | DS-ClaimQstns | 12/21/2006 | 0.50 | $30.00 |
| Temp - Lambert | DS-ClaimQstns | 12/27/2006 | 2.00 | $120.00 |
| Temp - Lambert | DS-ClaimQstns | 12/28/2006 | 1.25 | $75.00 |
| Temp - Lambert | DS-ClaimQstns | 12/29/2006 | 1.00 | $60.00 |
| Temp - Lambert | DS-ClaimQstns | 1/2/2007 | 1.00 | $60.00 |
| Temp - Lambert | DS-ClaimQstns | 1/3/2007 | 1.00 | $60.00 |
| Temp - Lambert | DS-ClaimQstns | 1/4/2007 | 1.00 | $60.00 |
| Temp - Lambert | DS-ClaimQstns | 1/8/2007 | 0.25 | $15.00 |
| | | | 12.75 | $765.00 |
| | | | | |
| Temp - Thomas | CA-ClaimQstns | 3/28/2007 | 0.25 | $15.00 |
| Temp - Thomas | CA-ClaimQstns | 3/29/2007 | 0.25 | $15.00 |
| Temp - Thomas | CA-ClaimQstns | 3/30/2007 | 0.25 | $15.00 |

**Saipan Rico billing 10 through Current**

| Employee | Task | Date | Hours | Cost |
|---|---|---|---|---|
| Temp - Thomas | CA-ClaimQstns | 4/3/2007 | 0.50 | $30.00 |
| Temp - Thomas | CA-ClaimQstns | 4/6/2007 | 0.25 | $15.00 |
| Temp - Thomas | CA-ClaimQstns | 4/9/2007 | 0.25 | $15.00 |
| Temp - Thomas | CA-ClaimQstns | 4/13/2007 | 0.25 | $15.00 |
| Temp - Thomas | CA-ClaimQstns | 4/18/2007 | 0.25 | $15.00 |
|  |  |  | 2.25 | $135.00 |
|  |  |  | 3,498.25 | 303,646.25 |
|  | Amount invoiced |  |  | 303648.25 |
|  | Rounding |  |  | -2.00 |

Case 1:01-cv-00031   Document 1213-9   Filed 11/29/2007   Page 10 of 10