FILED
Clerk
District Court

NOV 30 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES 1, et al.,<br><br>Plaintiffs.<br><br>vs.<br><br>THE GAP, INC., et al.,<br><br>Defendants. | Civil Action No. 01-0031<br><br>Order Rescheduling Hearing |

The hearing for Request for Payment of Claims Administrator's Remaining Outstanding Invoices for Settlement-Related Fees and Expenses scheduled for Thursday, December 27, 2007, is rescheduled to Thursday, January 10, 2008, at 10:00 a.m.

IT IS SO ORDERED.

DATED this 30th day of November, 2007.

*Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)