**TIMOTHY H. BELLAS**
Garment Oversight Board
P.O. Box 505943
Saipan, MP 96950

Tel. 322-9890; Fax 322-9891

*Pro Se* Interested Party

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE GAP, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. CV-01-0031<br><br>**CLASS ACTION** |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BRYLANE, L.P., et al.,<br><br>　　　　　　　Defendants. | GARMENT OVERSIGHT BOARD **SECOND REQUEST FOR EXTENSION OF TERM** |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs, | |

1

|  |  |
|---|---|
| vs. | ) |
|  | ) |
| THE DRESS BARN, INC. | ) |
|  | )   Date: |
|      Defendants. | )   Time: |
|  | )   Judge: Munson |

COMES NOW, the undersigned as the Chairman and on behalf of the Garment Oversight Board (GOB) and pursuant to the Court's ongoing supervisory jurisdiction of the Settlement Agreement entered into among the various parties and approved by this Court submits the following in support of the Request for Second Extension of Term of the GOB:

Request for Second Extension of Term of the GOB.

1.  The Court by its Order entered on July 13, 2007, previously and for the first time extended the term of the GOB from May 29th, 2007 until December 31, 2007.

2.  In large part, the purpose of the first extension was to allow the GOB the opportunity to submit a Plan for the distribution of the residual settlement funds (RSF) to the settlement class members (SCM).

3.  The GOB has now prepared the Plan and will or has already received comments from the various parties in this case.

4.  The GOB intends to file the Plan and its attached Exhibits on or before the due date of December 14, 2007.

5.  Furthermore, as stated in the accompanying Declaration of Timothy H. Bellas, the funds that will be used to fund this extension will be from the GOB's current remaining operational funds and not from funds that are to be disbursed to SCMs.

6.  The undersigned, as more clearly specified in his attached Declaration, has made

2

contact with counsel for the various parties and they have indicated their non opposition to this Second Request for Extension of the GOB term.

Therefore, the members of the GOB respectfully request that this Court, if it deems it appropriate, approve this Second Request for the Extension of the GOB term up to and including March 31, 2008, without any further hearing.

Dated this 7 day of December, 2007.

*Timothy H. Bellas*

Timothy H. Bellas, Chairman
Garment Oversight Board