TIMOTHY H. BELLAS
Garment Oversight Board
P.O. Box 505943
Saipan, MP 96950

Tel. 322-9890; Fax 322-9891

*Pro Se* Interested Party

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE GAP, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. CV-01-0031<br><br><u>CLASS ACTION</u> |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BRYLANE, L.P., et al.,<br><br>　　　　　　　　Defendants. | DECLARATION OF TIMOTHY H. BELLAS IN SUPPORT OF GARMENT OVERSIGHT BOARD SECOND REQUEST FOR EXTENSION OF TERM |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs, | |

1

|                           |   |              |
|---------------------------|---|--------------|
| vs.                       | ) |              |
|                           | ) |              |
| THE DRESS BARN, INC.      | ) |              |
|                           | ) | Date:        |
| Defendants.               | ) | Time:        |
|                           | ) | Judge: Munson |

I, TIMOTHY H. BELLAS, declare the following in support of the Garment Oversight Board's (GOB) Request for a Second Extension of Term:

1. I am the elected Chairman of the GOB, I am over the age of majority and I am competent to testify as to matters contained in this declaration if called upon to do so.

2. The Court by its Order entered on July 13, 2007, previously and for the first time extended the term of the GOB from May 29th, 2007 until December 31, 2007.

3. In large part, the purpose of the first extension was to allow the GOB the opportunity to submit a Plan for the distribution of the residual settlement funds (RSF) to the settlement class members (SCM).

4. The GOB did not receive those funds until August 16th, 2007 and is therefore required to file a Plan for the distribution of the RSF by December 14, 2007.

5. The GOB has now prepared the Plan and has already received comments from some of the various parties in this case.

6. The GOB intends to file the Plan and its attached Exhibits on or before the due date of December 14, 2007.

7. The GOB currently employs one independent contractor full-time to provide Chinese translation services and one staff member part time.

8. These resources are insufficient for the preparation and mailing of the 14,000+

2

checks that the GOB anticipates sending out to the SCMs as part of the Plan.

9. In addition there is insufficient time remaining in the term of the GOB to give meaningful notice to all other parties for comment on the Plan prior to the hearing for approval of the Plan.

10. For these as well as other reasons, the extension of the GOB term until March 31, 2008 is therefore necessary.

11. Furthermore, I have caused the GOB staff to prepare a Summary Accounting of the funds in the possession of the GOB and based on that summary accounting I can verify to the Court that the extension to March 31, 2008 of the GOB term will be funded from the GOB's current remaining operational funds and not from funds that are to be disbursed to SCMs.

12. Between December 6th and 7th, 2007, I contacted, Pamela Parker, Esq, counsel for the Plaintiffs, Robert O'Connor, Esq. counsel for several of the original settling garment factory defendants, Rexford C. Kosack, Esq. counsel for some of the original settling garment factory defendants, Steven Pixley, Esq. counsel for several of the original settling garment factory defendants and they have orally indicated ( Ms. Parker responded in writing) their non-opposition to this Second Request for Extension of the GOB term unitl March 31, 2008.

I declare under penalty of perjury under the laws of the CNMI that the foregoing statements are true and correct to the best of my knowledge and belief and that this declaration was executed on this 7th day of December, 2007.

Timothy H. Bellas, Declarant