F I L E D
Clerk
District Court

DEC 10 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES I, *et al.*, ) | Civil Action No. 01-0031 |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | SECOND MOTION |
| THE GAP, INC., *et al.*, ) | FOR EXTENSION OF TERM |
| ) | |
| Defendants ) | |
| ) | |
| _____ ) | |

BASED UPON Mr. Bellas' representation as an officer of the court that no party has any objection to the second request of the Garment Oversight Board to extend its term in order to complete its work, and good cause appearing therefrom, NOW, THEREFORE,

AO 72
(Rev. 08/82)

IT IS ORDERED that the Garment Oversight Board's second request for an extension of its term is granted, up to an including March 31, 2008.

DATED this 10th day of December, 2007.

_____
ALEX R. MUNSON
Judge