## GOB Summary Accounting of Cash On Hand

| | |
|---|---:|
| GOB Investment Account funds prior to transfer of residue Settlement F | $336,386.58 |
| | |
| GOB Investment Account Operational Funds Currently (no interest inclu | $136,386.00 |
| Current GOB checking balance for operating expense | $79,722.00 |
| Total Current GOB Office Operating Fund (Investment & Check acct.) | **$216,108.00** |
| | |
| 08/16/07 – 1st wire transfer | $2,028,435.00 |
| 10/01/07 – 2nd wire transfer | $157,883.71 |
| TOTAL transfers | $2,186,318.71 |
| | |
| Ending statement balance of Investment as of **10/31/07** | $2,395,233.30 |
| Fund transfer for Reissue of Settlement payment | ($53,180.87) |
| Nov. 2007 transfer for operating expense | ($50,000.00) |
| *Balance as of Dec. 5, 2007* | $2,292,052.43 |
| based on GOB's internal accounts (November statements not yet received) | |