TIMOTHY H. BELLAS
Garment Oversight Board
P.O. Box 505943
Saipan, MP 96950

Tel. 322-9890; Fax 322-9891

*Pro Se* Interested Party

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE GAP, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. CV-01-0031<br><br>CLASS ACTION |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>BRYLANE, L.P., et al.,<br><br>　　　　　　　Defendants. | GARMENT OVERSIGHT BOARD SUGGESTION OF DATE FOR HEARING ON PLAN FOR DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS AND FOR PERMISSION TO APPEAR TELEPHONICALLY |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs. | |

1

|  |  |  |
|---|---|---|
| THE DRESS BARN, INC. | ) ) ) | Date: January 10th, 2008 |
| Defendants. | ) ) ) | Time: 9:30 Judge: Munson |

COMES NOW, the undersigned, as the Chairman of the Garment Oversight Board (GOB), and states the following:

1. The Garment Oversight Board (GOB) has filed it Proposed Plan for the Distribution of the Residual Settlement Funds;

2. The GOB is aware that the above entitled case is already calendared for purposes of another matter on the date time suggested for hearing this matter.

3. The GOB will be holding an off island meeting on January 9th, 2008 and all members would request the court's permission to appear telephonically in order to address any questions that the Court or other parties may have as to the Plan and its attachments.

Dated this 14th day of December, 2007.

Timothy H. Bellas, Chairman