**CIVILLE & TANG, PLLC**
G. PATRICK CIVILLE
JOYCE C.H. TANG
330 Hernan Cortez Avenue, Suite 200
Hagatna, GU 96910
Telephone: 671/472-8868

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOES I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br> vs.<br><br>THE GAP, INC., et al.,<br><br>        Defendants. | Case No. CV-01-0031<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF TELEPHONIC HEARING**<br><br>DATE:   January 10, 2008<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Alex R. Munson |

Plaintiffs hereby give notice to the Court that the following off-island counsel for Plaintiffs will participate via telephone at the Request for Payment of Claims Administrator's Remaining Outstanding Invoices For Settlement-Related Fees And Expenses scheduled for January 10, 2008 at 10:00 a.m..

| | | |
|---|---|---|
| **Pamela M. Parker, Esq.** | **Telephone:** | **(877) 322-9654** |
| **Keith Park, Esq.** | **Access Code:** | **572019** |
| **Michael Rubin, Esq.** | | |
| **Ryanne Fitzgerald (Gilardi & Co.)** | | |
| **Joyce C.H. Tang, Esq.** | | |

The Court and other interested parties who wish to call in may call the following number:

| | |
|---|---|
| **Telephone:** | **(877) 322-9654** |
| **Access Code:** | **572019** |

DATED:   December 27, 2007

Respectfully submitted,

**CIVILLE & TANG, PLLC**
G. PATRICK CIVILLE
JOYCE C.H. TANG

By:
JOYCE C.H. TANG

**COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
PAMELA M. PARKER
KEITH PARK
655 W. Broadway, Suite 1900
San Diego, CA  92101-3301
619/231-1058
619/231-7423

         - and -
ALBERT H. MEYERHOFF
355 South Grand Avenue, Suite 4170
Los Angeles, CA  90071
Telephone:  213/617-9007

**ALTSHULER, BERZON, NUSSBAUM,
  RUBIN & DEMAIN**
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  415/421-7151

*Attorneys for Plaintiffs*