# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-01-0031                                              January 10, 2008
                                                        10:15 a.m.


PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Timothy Bellas, Garment Oversight Board
             Pamela Parker, Attorney for Plaintiffs
             Keith Park, Attorney for Plaintiffs
             Joyce Tang, Attorney for Plaintiffs
             Dan Berk, Gilardi & Co.
             Ryanne Fitzgerald, Gilardi & Co.
             Tim Bellas, Member of Oversight Board
             Robert O'Connor, Attorney for Defendants


PROCEEDINGS:   GARMENT OVERSIGHT HEARING

     Attorney Timothy Bellas was present, via telephone, representing the Garment Oversight Board. Also via telephone were Attorneys Pamela Parker, Keith Park, Joyce Tang and Dan Berk and Ryanne Fitzgerald of Gilardi & Co. Attorney Robert O'Connor was present in the Courtroom.

     Court approved payment of claims as requested.

     Further discussion was had with the Oversight Board member, Tim Bellas.


                                        Adjourned 10:55 a.m.


                                        /s/ K. Lynn Lemieux
                                          Courtroom Deputy