---
FILED
Clerk
District Court

JAN 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>THE GAP, INC., et al.,<br><br>     Defendants. | Case No. CV-01-0031<br><br>CLASS ACTION |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>BRYLANE, L.P., et al.,<br><br>     Defendants. | **THIRD ORDER EXTENDING TERM OF GARMENT OVERSIGHT BOARD** |
| DOE I, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>vs. | |

|  |  |
|---|---|
| THE DRESS BARN, INC. | ) |
|  | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

This matter came before the Court on January 10, 2008 for a hearing on the Proposed Plan of the Garment Oversight Board (GOB) to distribute all residual funds in its custody in the above entitled matter. Other matters were also heard by the Court at the same time but will be addressed in separate orders. Appearing at the hearing telephonically, were the attorneys for the Plaintiffs, Pamela M. Parker, Esq., Keith Park, Esq., Michael Rubin, Esq. and Joyce CH. Tang, Esq. Appearing for the Claims Administrator (CA), Gilardi & Co., were Ms. Ryanne Fitzgerald and Mr. Dan Berk. Appearing for the GOB, were two of its members, Timothy H. Bellas and Richard P. Guy. Appearing in the Courtroom was Robert J. O'Connor, Esq. on behalf of several garment factory Defendants.

During the course of the discussions on the proposed Plan for distribution of the residual funds it became apparent that there are several issues relating to the timing of the payments to be made by the GOB. First, the GOB will need to wait for a reasonable period of sixty (60) days to determine if the initial checks it sends out will be cashed by the intended recipients. Second, there are some residual tax issues which Plaintiffs' counsel and the CA have represented will not be resolved until March or April 2008. The resolution of these issues could result in additional funds being available to the GOB for distribution. Therefore, it was determined by the Court and there was no opposition by any of the parties present, that it is reasonable and appropriate to extend the GOB's term of existence beyond

its current expiration date. Originally, by the terms of the Settlement Agreement, the GOB was to expire on July 29th, 2007. This Court first extended its term until December 31, 2007. Thereafter, the Court, by its Order entered on December 10, 2007, further extended the term of the GOB to March 31, 2008. Now therefore, good cause appearing to the Court;

IT IS HEREBY ORDERED that the term of the GOB is hereby extended until July 31, 2008, in order to receive any and all remaining residual funds and to accomplish the distribution of those funds in accordance with the Settlement Agreement and the Plan of Distribution.

Dated this 15TH day of January, 2008.

_____
ALEX R. MUNSON, Chief Judge

RECEIVED
JAN 1 5 2008
Clerk
District Court
The Northern Mariana Islands