F I L E D
Clerk
District Court

JUL 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| DOES I, *et al.*, | ) | Civil Action No. 01-0031 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | MOTION FOR FINAL |
| THE GAP, INC., *et al.*, | ) | EXTENSION OF TERM |
| | ) | |
| Defendants | ) | |
| | ) | |
| _____ | ) | |

THIS MATTER came before the court on the motion of the Garment Oversight Board to extend its term up to and including October 31, 2008. In the interests of conserving the resources of the court and the parties, and because the requested extension of time appears reasonable for the reasons stated in the motion and the declaration of Timothy H. Bellas, Chairman of the Garment Oversight Board, there shall be no hearing, and,

AO 72
(Rev. 08/82)

IT IS ORDERED that the term of the Garment Oversight Board be and hereby is extended up to and including October 31, 2008.

DATED this 21st day of July, 2008.

*/s/ Alex R. Munson*
ALEX R. MUNSON
Judge